UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

JONATHAN O'BEAR

CIVIL ACTION NO. 21-cv-00691

JUDGE: JOHN W. deGRAVELLES

VERSUS

MAGISTRATE JUDGE:
ERIN WILDER-DOOMES

DOORDASH INC., AND
VOYAGER INDEMNITY INSURANCE
COMPANY

**PARTIAL MOTION TO DISMISS**

NOW COMES defendant Voyager Indemnity Insurance Company ("Voyager") and respectfully moves to dismiss plaintiff's claims against it (1) to recover for the alleged fault of non-party tortfeasor Brandon Jenkins (2) in Mr. Jenkins' capacity as an insured under the Voyager policy. Fed R. Civ. Pro 12(b)(6).

To survive a Rule 12(b)(6) motion to dismiss, a plaintiff must plead sufficient facts to state a legally cognizable claim for relief that is plausible on its face. *Howell v. Town of Ball*, 827 F.3d 515, 521 (5th Cir. 2016); *Yumilicious Franchise, L.L.C. v. Barrie*, 819 F.3d 170, 174 (5th Cir. 2016).

In this matter, the plaintiff states no legally cognizable claim for relief, to recover from Voyager for the alleged fault of the non-party tortfeasor driver, Brandon Jenkins, in his capacity as an insured. Specifically, notwithstanding the possibility of an action against Voyager under the Louisiana Direct Action Statute, La. R.S. 22:1269, the plaintiff has failed to comply with the statute by also commencing this action against Mr. Jenkins.

Respectfully submitted,

*/s/ Brian J. D'Angelo*
GORDON P. SEROU, JR. (No. 14432)
BRIAN J. D'ANGELO (No. 39151)
Law Offices of Gordon P. Serou, Jr., LLC
gps@seroulaw.com
365 Canal Street, Suite 2280
New Orleans, Louisiana 70130
Tel:    504-207-1910
Fax:    504-784-6428

*Attorneys for Voyager Indemnity Insurance Company*