**Voyager Indemnity
Insurance Company**
A Stock Insurance Company
P.O. Box 50355,
Atlanta, Georgia 30302

STATE OF FLORIDA

COUNTY OF MIAMI DADE

The attached is a True and Correct Copy of Policy FAR1300006
issued By Voyager Indemnity Insurance Company to
DOORDASH, INC. effective 09/01/2020 – 09/01/2021.

PAULETTE CHEEKS

Sworn to and subscribed before me this 18th day of NOVEMBER 2021.

Notary Public, State of Florida

ODALYS COLLAZO
MY COMMISSION # HH 008489
EXPIRES: August 16, 2024
Bonded Thru Notary Public Underwriters

Amendment of FAR1300006, effective 1/18/2021

| | |
|---|---|
| **Voyager Indemnity Insurance Company**<br>A Stock Insurance Company<br>11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244<br>**FLEET AUTO RENTAL INSURANCE**<br>**COMMERCIAL AUTO INSURANCE DECLARATIONS**<br>**THIS DECLARATIONS IS ATTACHED TO AND FORMS PART OF THE**<br>**COMMERCIAL AUTO INSURANCE POLICY.** | POLICY NUMBER<br>FAR1300006 |
| | POLICY PERIOD<br><br>Effective From 09/01/2020 To 09/01/2021 at 12:01 AM Standard Time |
| NAMED INSURED & ADDRESS<br>DoorDash, Inc.<br>South Tower<br>303 2nd St, Suite 800<br>San Francisco, CA 94107 | NAMED INSURED'S BUSINESS<br>On-Demand Delivery |
| | FORM OF NAMED INSURED'S BUSINESS<br>Corporation |

| SCHEDULE OF COVERAGES AND COVERED AUTOS |
|---|

This policy provides only those coverages listed below with a corresponding limit of insurance. Each coverage will apply only to those autos shown as covered autos by the policy. The stacking of coverage among multiple policies and stacking of coverage by vehicles within one policy are not permitted.

| LIABILITY INSURANCE | |
|---|---|
| COVERAGES | LIMIT OF INSURANCE<br>THE MOST WE WILL PAY FOR ANY ONE ACCIDENT OR LOSS |
| TOTAL LIABILITY | $1,000,000 Combined Single Limit per accident with a $250,000 Deductible per accident |
| AUTO MEDICAL PAYMENTS | N/A |
| UNINSURED/UNDERINSURED MOTORISTS | $250,000 Combined Single Limit per accident with a $250,000 Deductible per accident |
| PERSONAL INJURY PROTECTION | N/A |

| PHYSICAL DAMAGE INSURANCE | | |
|---|---|---|
| COMPREHENSIVE COVERAGE | Actual Cash Value or Cost of<br>Repair or Replacement,<br>whichever is less,<br>minus the Deductible shown | Not Covered |
| COLLISION COVERAGE | | Not Covered |

| FORMS AND ENDORSEMENTS CONTAINED IN THIS POLICY AT ITS INCEPTION<br>NT0059-1119, FARI0001P-0918, FARI0051E-0519, FARI0001E-0515,<br>FARI0002E-0515, FARI0003E-0515, FARI0008E-0515, N1586-0809, NOT-1-VIIC<br>(05-11), VI8130EPC-1112, NIP982-R0213, FARI0011E-0515, FARI0100E-0418 | PREMIUM | $ 0.0369 per delivery,<br>paid monthly |
|---|---|---|
| | ADDITIONAL PREMIUM | $ N/A (monthly pay) |
| | SURPLUS LINES TAX 3.0% | $ N/A (monthly pay) |
| | STAMPING FEE 0.25% | $ N/A (monthly pay) |
| | **TOTAL** | **$** N/A (monthly pay) |
| MINIMUM EARNED PREMIUM AMOUNT | $12,915,000.00 | PREMIUM DEPOSIT AMOUNT | $ N/A |

**This insurance is issued pursuant to the California Insurance Code, Sections 1760 through 1780, and is placed in an insurer or insurers not holding a Certificate of Authority from or regulated by the California Insurance Commissioner.**

_Laurie J. Harris_

| | |
|---|---|
| Authorized Representative (if required) | 08/28/2020<br>Date |

**Surplus Lines Agent:**
**TrackSure Insurance Agency, Inc.**
**License #0590637**
**Laurie J. Harris**
**2677 N. Main St., Suite 600**
**Santa Ana, CA 92705**

**Voyager Indemnity Insurance Company**
A Stock Insurance Company
11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

**FLEET AUTO RENTAL INSURANCE
CALIFORNIA NOTICE (D2)**

# IMPORTANT NOTICE:

1.  The insurance policy that you have purchased is being issued by an insurer that is not licensed by the State of California. These companies are called "nonadmitted" or "surplus line" insurers.
2.  The insurer is not subject to the financial solvency regulation and enforcement that apply to California licensed insurers.
3.  The insurer does not participate in any of the insurance guarantee funds created by California law. Therefore, these funds will not pay your claims or protect your assets if the insurer becomes insolvent and is unable to make payments as promised.
4.  The insurer should be licensed either as a foreign insurer in another state in the United States or as a non-United States (alien) insurer. You should ask questions of your insurance agent, broker, or "surplus line" broker or contact the California Department of Insurance at the toll-free number 1-800-927-4357 or internet website www.insurance.ca.gov. Ask whether or not the insurer is licensed as a foreign or non-United States (alien) insurer and for additional information about the insurer. You may also visit the NAIC's internet website at www.naic.org. The NAIC—the National Association of Insurance Commissioners—is the regulatory support organization created and governed by the chief insurance regulators in the United States.
5.  Foreign insurers should be licensed by a state in the United States and you may contact that state's department of insurance to obtain more information about that insurer. You can find a link to each state from this NAIC internet website: https://naic.org/state_web_map.htm.
6.  For non-United States (alien) insurers, the insurer should be licensed by a country outside of the United States and should be on the NAIC's International Insurers Department (IID) listing of approved nonadmitted non-United States insurers. Ask your agent, broker, or "surplus line" broker to obtain more information about that insurer.
7.  California maintains a "List of Approved Surplus Line Insurers (LASLI)." Ask your agent or broker if the insurer is on that list, or view that list at the

internet website of the California Department of Insurance: www.insurance.ca.gov/01-consumers/120-company/07-lasli/lasli.cfm.

8. If you, as the applicant, required that the insurance policy you have purchased be effective immediately, either because existing coverage was going to lapse within two business days or because you were required to have coverage within two business days, and you did not receive this disclosure form and a request for your signature until after coverage became effective, you have the right to cancel this policy within five days of receiving this disclosure. If you cancel coverage, the premium will be prorated and any broker's fee charged for this insurance will be returned to you.

# Voyager Indemnity Insurance Company

**A Stock Insurance Company**

11222 Quail Roost Drive, Miami, FL 33157-6596    305.253.2244

## FLEET AUTO RENTAL INSURANCE

## COMMERCIAL AUTO INSURANCE POLICY

This Fleet Auto Rental Insurance Commercial Auto Insurance Policy (the policy) is not a standard insurance policy. This program has a unique rating structure based on the specific timeframes that covered **autos** are actively driven as reported through telematic devices. This policy also contains very strict eligibility requirements for persons to become **members** of the **named insured's auto** rental program.

Various provisions of this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered. Throughout this policy, the words "you" and "your" refer to the **named insured**. The words "we", "us" and "our" refer to the company providing this insurance, Voyager Indemnity Insurance Company.

Other words and phrases which are bolded have specific meanings as outlined in **SECTION V – DEFINITIONS**.

### SECTION I – COVERED AUTOS

A. **Description of Covered Autos**
1. **Autos** you own (and for Liability Coverage any **trailers** you don't own while attached to power units you do own). This includes those **autos** you acquire ownership of after the policy begins.
2. **Autos** you do not own that are used in connection with your business. This includes:
   a. **Autos** owned by your **employees** in connection with your business;
   b. **Autos** borrowed or hired by you to be used in connection with your business;
   c. **Autos** used as substitutes for covered **autos** and used in connection with your business.

B. **Certain Trailers, Mobile Equipment And Temporary Substitute Autos**
The following types of vehicles are also covered **autos** for Liability Coverage:
1. **Trailers** with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.
2. **Mobile equipment** while being carried or towed by a covered **auto**.

C. **Any auto you do not own while used with the permission of its owner as a temporary substitute for a covered auto you own that is out of service because of:**
1. Breakdown;
2. Repair;
3. Servicing;
4. **Loss**; or
5. Destruction.

### SECTION II – LIABILITY COVERAGE

A. **Coverage**

We will pay all sums an **insured** legally must pay as damages because of **bodily injury** or **property damage** to which this insurance applies, caused by an **accident** and resulting from the ownership, maintenance or use of a covered **auto** within the **term of coverage**. We will also pay all sums an **insured** legally must pay as a **covered pollution cost or expense** to which this insurance applies, caused by an **accident** and resulting from the ownership, maintenance or use of covered **autos**. However, we will only pay for the **covered pollution cost or expense** if there is either **bodily injury** or **property damage** to which this insurance applies that is caused by the same **accident**.

We have the right and duty to defend any **insured** against a **suit** asking for such damages or a **covered pollution cost or expense**. However, we have no duty to defend any **insured** against a **suit** seeking damages for **bodily injury** or **property damage** or a **covered pollution cost or expense** to which this insurance does not apply. We may investigate and settle any claim or **suit** as we consider appropriate. Our duty to defend or settle ends when the Liability Coverage Limit of Insurance has been exhausted by payment of judgments, settlements or the **litigation expenses**. Our duty to defend will immediately terminate when the Liability Coverage Limit of Insurance is exhausted by the payments set forth above.

1. **Who Is An Insured**
   The following are **insureds**:
   a. You for any covered **auto**;
   b. Any of your **employees** or agents;
   c. Any **member** operating a covered **auto** with your consent related to the **named insured's auto** rental program within the **term of coverage**; or
   d. Anyone else while using, with your permission, a covered **auto** you own, hire or borrow except:
      (1) The owner or anyone else from whom you hire or borrow a covered **auto**. This exception does not apply if the covered **auto** is a **trailer** connected to a covered **auto** you own.
      (2) Your **employee** if the covered **auto** is owned by that **employee** or a member of his or her household.
      (3) Someone using a covered **auto** while he or she is working in a business of selling, servicing, repairing, parking or storing **autos** unless that business is yours.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FARI0001P-0918

Page 1

**(4)** Anyone other than your **employees**, members (if you are a limited liability company) or a lessee or borrower or any of their **employees**, while moving property to or from a covered **auto**.

**(5)** A partner (if you are a partnership) or a member (if you are a limited liability company) for a covered **auto** owned by him or her or a member of his or her household.

**e.** Anyone liable for the conduct of an **insured** described above but only to the extent of that liability.

**2. Coverage Extensions**

**a.** Supplementary Payments
We will pay for an **insured**:

**(1)** All expenses we incur.

**(2)** Up to $2,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an **accident** we cover.  We do not have to furnish these bonds.

**(3)** The cost of bonds to release attachments in any **suit** against an **insured** we defend, but only for bond amounts within our Limit of Insurance.

**(4)** All reasonable expenses incurred by an **insured** at our request, including actual loss of earnings up to $250 a day because of time off from work.

**(5)** All court costs taxed against the **insured** in any **suit** against an **insured** we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against an **insured**.

**(6)** All interest on the full amount of any judgment that accrues after entry of the judgment in any **suit** against an **insured** we defend, but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

**b.** Out-Of-State Coverage Extensions
While a covered **auto** is not located in the state where it is registered, we will:

**(1)** Increase the Limit of Insurance for Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered **auto** is being used.  This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property;

**(2)** Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered **auto** is being used.

We will not pay anyone more than once for the same elements of **loss** because of these extensions.

**B. Exclusions**
This insurance coverage does not apply to any of the following:

**1. Expected Or Intended Injury**
**Bodily injury** or **property damage** expected or intended from the standpoint of an **insured**.

**2. Contractual**
Liability assumed under any contract or agreement. However, this exclusion does not apply to liability for damages:

**a.** Assumed in a contract or agreement that is an **insured contract** provided the **bodily injury** or **property damage** occurs subsequent to the execution of the contract or agreement; or

**b.** That an **insured** would have in the absence of the contract or agreement.

**3. Workers' Compensation**
Any obligation for which the **named insured** or the **named insured's** insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

**4. Employee Indemnification And Employer's Liability**
**Bodily injury** to:

**a.** An **employee** of the **named insured** arising out of and in the course of:

**(1)** Employment by the **named insured**; or

**(2)** Performing the duties related to the conduct of the **named insured's** business; or

**b.** The spouse, child, parent, brother or sister of that **employee** as a consequence of paragraph **a.** above.
This exclusion applies:

**(1)** Whether the **named insured** may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

However, this exclusion does not apply to **bodily injury** to domestic **employees** not entitled to workers' compensation benefits or to liability assumed by the **named insured** under an **insured contract**.  For the purposes of this policy, a domestic **employee** is a person engaged in household or domestic work performed principally in connection with a residence premises.

**5. Care, Custody Or Control**
**Property damage** to or **covered pollution cost or expense** involving property owned or transported by an **insured** or in an **insured's** care, custody or control.  However, this exclusion does not apply to liability assumed under a sidetrack agreement.

FARI0001P-0918

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 2

**6.   Handling Of Property**
**Bodily injury** or **property damage** resulting from the handling of property:
**a.**   Before it is moved from the place where it is accepted by an **insured** for movement into or onto the covered **auto**; or
**b.**   After it is moved from the covered **auto** to the place where it is finally delivered by an **insured**.

**7.   Movement Of Property By Mechanical Device**
**Bodily injury** or **property damage** resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered **auto**.

**8.   Operations**
**Bodily injury** or **property damage** arising out of the operation of:
**a.**   Any equipment listed in paragraphs **5.b.** and **5.c.** of the definition of **mobile equipment** in **SECTION V – DEFINITIONS**; or
**b.**   Machinery or equipment that is on, attached to, or part of a land **vehicle** that would qualify under the definition of **mobile equipment** in **SECTION V – DEFINITIONS** if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

**9.   Pollution**
**Bodily injury** or **property damage** arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of **pollutants**:
**a.**   That are, or that are contained in any property that is:
**(1)**   Being transported or towed by, handled or handled for movement into, onto or from the covered **auto**;
**(2)**   Otherwise in the course of transit by or on behalf of an **insured**; or
**(3)**   Being stored, disposed of, treated or processed in or upon the covered **auto**;
**b.**   Before the **pollutants** or any property in which the **pollutants** are contained are moved from the place where they are accepted by an **insured** for movement into or onto the covered **auto**; or
**c.**   After the **pollutants** or any property in which the **pollutants** are contained are moved from the covered **auto** to the place where they are finally delivered, disposed of or abandoned by an **insured**.

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar **pollutants** that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered **auto** or its parts, if:

**(1)**   The **pollutants** escape, seep, migrate or are discharged, dispersed or released directly from an **auto** part designed by its manufacturer to hold, store, receive or dispose of such **pollutants**; and
**(2)**   The **bodily injury**, **property damage** or **covered pollution cost or expense** does not arise out of the operation of any equipment listed in paragraphs **5.b.** and **5.c.** of the definition of **mobile equipment** in **SECTION V – DEFINITIONS**. Paragraphs **b.** and **c.** above of this exclusion do not apply to **accidents** that occur away from premises owned by or rented to an **insured** with respect to **pollutants** not in or upon a covered **auto** if:
**(a)**   The **pollutants** or any property in which the **pollutants** are contained are upset, overturned or damaged as a result of the maintenance or use of a covered **auto**; and
**(b)**   The discharge, dispersal, seepage, migration, release or escape of the **pollutants** is caused directly by such upset, overturn or damage.

**10.   War**
**Bodily injury** or property **damage** arising directly or indirectly out of:
**a.**   War, including undeclared or civil war;
**b.**   Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
**c.**   Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**11.   Racing**
Any covered **auto** while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity.  This insurance also does not apply while that covered **auto** is being prepared for such a contest or activity.

**12.   Public Or Livery Conveyance**
**Bodily injury** or **property damage** arising out of the operation of any covered **auto** as a **public or livery conveyance**.

**13.   Additional Exclusion**
Any **insured**:
**a.**   While operating a covered **auto** while that **insured** is under the influence of:
**(1)**   Alcohol; or
**(2)**   A controlled substance as defined by the Federal Food and Drug Law at 21 U.S.C.A. Sections 811 and 812. Controlled substances include, but are

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 3

not limited to, cocaine, LSD, marijuana and all narcotic drugs.
This exclusion does not apply to the legitimate use of prescription drugs by a person following the orders of a licensed physician.

**b.** Who causes **bodily injury** or **property damage** while committing a felony.

**c.** Who causes **bodily injury** or **property damage** while seeking to avoid lawful apprehension or arrest by a law enforcement official.

**d.** While operating a vehicle without a valid driver's license or permit.

**C. Limits Of Insurance**

Our liability for any **accident** will not exceed the limits shown in the Declarations.

All **bodily injury**, **property damage** and **covered pollution cost or expense** resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one **accident**.

No person or entity will be entitled to receive duplicate payments for the same elements of **loss** under this policy and any attached endorsements, including Auto Medical Payments Coverage endorsement, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement.

All claim settlement costs and **litigation expenses** are included within the limits of liability shown on the Declarations and are not in addition to such limits of liability. The limits of liability apply to the total sum which the **insured** or the company becomes legally obligated to pay by reason of any **bodily injury** or **property damage** for which coverage is provided by the policy, including any supplementary payment either through adjudication or compromise, any hospital, medical or funeral charge, and any sums paid or payable as salaries, wages, compensation, fee charges, interest or expenses of doctors, nurses, investigators, attorneys and other persons relating to any settlement, adjustment, investigation or defense of any claim.

## SECTION III – PHYSICAL DAMAGE COVERAGE

**A. Coverage**

**1.** We will pay for **loss** to a covered **auto** or its equipment under:

**a. Comprehensive Coverage**
From any cause except:
**(1)** The covered **auto's** collision with another object; or
**(2)** The covered **auto's** overturn.

**b. Collision Coverage**
Caused by:
**(1)** The covered **auto's** collision with another object; or
**(2)** The covered **auto's** overturn.

**c. Conversion, Embezzlement or Secretion**
For covered **autos**, we will pay under the Comprehensive Coverage, section **a.** above, for **loss** to the covered **autos** due to theft, conversion, embezzlement or secretion by any **member**, subject to the following provisions:

**(1)** The most we will pay for **loss** to any one covered **auto** is 75% of the actual cash value of such covered **auto** at the time of the **loss**, reduced by the amount of any deposit secured by you from the **member**.

**(2)** If there is a **loss** or if you learn of any act which may result in a **loss**, you must do the following:
**(a)** Promptly notify the police and us or our agent.
**(b)** Cooperate with any public prosecutor if requested by him or her, in prosecuting any person whose acts result in the **loss**.
**(c)** Submit a proof of **loss** if required by us.
**(d)** Make every reasonable effort to locate the covered **auto**. If you locate the covered **auto**, take possession of it, using legal proceedings if required by us. We will reimburse you for reasonable expenses incurred at our request or with our consent, in locating and recovering the covered **auto**.

**2. Towing**
We will pay up to the limit shown in the Declarations for towing and labor costs incurred each time a covered **auto** is disabled. However, the labor must be performed at the place of disablement.

**3. Glass Breakage – Hitting A Bird Or Animal – Falling Objects Or Missiles**
For the damaged covered **auto**, we will pay for the following under Comprehensive Coverage:
**a.** Glass breakage;
**b.** **Loss** caused by hitting a bird or animal; and
**c.** **Loss** caused by falling objects or missiles.
However, you have the option of having glass breakage caused by a covered **auto's** collision or overturn considered a **loss** under Collision Coverage.

**4. Coverage Extensions**
**a. Transportation Expenses**
We will pay up to $20 per day to a maximum of $600 for temporary transportation expense incurred by you because of the total theft of a covered **auto**. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered **auto** is returned for use or we pay for its **loss**.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**b.** **Loss Of Use Expenses**

We will pay expenses for which an **insured** becomes legally responsible to pay for **loss** of use of an **auto** rented or held without a driver under a written rental contract or agreement. We will pay for **loss** of use expenses if caused by:

**(1)** Other than collision only if the Declarations indicate that Comprehensive Coverage is provided for any covered **auto**;

**(2)** Specified Causes Of **Loss** only if the Declarations indicate that Specified Causes Of **Loss** Coverage is provided for any covered **auto**; or

**(3)** Collision only if the Declarations indicate that Collision Coverage is provided for any covered **auto**.

However, the most we will pay for any expenses for **loss** of use is $20 per day, to a maximum of $600.

## B. Exclusions

**1.** We will not pay for **loss** caused by or resulting from any of the following. Such **loss** is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the **loss**.

**a.** **Nuclear Hazard**

**(1)** The explosion of any weapon employing atomic fission or fusion; or

**(2)** Nuclear reaction or radiation, or radioactive contamination, however caused.

**b.** **War Or Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**2.** We will not pay for **loss** to any covered **auto** while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for **loss** to any covered **auto** while that covered **auto** is being prepared for such a contest or activity.

**3.** We will not pay for **loss** due and confined to:

**a.** Wear and tear, freezing, mechanical or electrical breakdown.

**b.** Blowouts, punctures or other road damage to tires.

This exclusion does not apply to such loss resulting from the total theft of a covered auto.

**4.** We will not pay for **loss** to any of the following:

**a.** Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

**b.** Any device designed or used to detect speed-measuring equipment such as radar or laser detectors and any jamming apparatus intended to elude or disrupt speed-measurement equipment.

**c.** Any electronic equipment, without regard to whether this equipment is permanently installed, that reproduces, receives or transmits audio, visual or data signals.

**d.** Any accessories used with the electronic equipment described in paragraph **c.** above.

**5.** Exclusions **4.c.** and **4.d.** do not apply to equipment designed to be operated solely by use of the power from the **auto's** electrical system that, at the time of **loss** is:

**a.** Permanently installed in or upon the covered **auto**;

**b.** Removable from a housing unit which is permanently installed in or upon the covered **auto**;

**c.** An integral part of the same unit housing any electronic equipment described in paragraphs **a.** and **b.** above; or

**d.** Necessary for the normal operation of the covered **auto** or the monitoring of the covered **auto's** operating system.

**6.** We will not pay for **loss** to a covered **auto** due to **diminution in value**.

**7.** We will not pay for **loss** to a covered **auto** that is used by an **insured** or a **member** of the **named insured's auto** rental program as a **public or livery conveyance**.

## C. Limit Of Insurance

**1.** The most we will pay for **loss** in any one **accident** is the lesser of:

**a.** The actual cash value of the damaged or stolen property as of the time of the **loss**; or

**b.** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

The maximum amount we will pay for **loss** to any one **auto** under Physical Damage Coverage in any one **accident** is $150,000.

**2.** $1,000 is the most we will pay for **loss** in any one **accident** to all electronic equipment that reproduces, receives or transmits audio, visual or data signals which, at the time of **loss** is:

**a.** Permanently installed in or upon the covered **auto** in a housing, opening or other location that is not normally used by the **auto** manufacturer for the installation of such equipment;

**b.** Removable from a permanently installed housing unit as described in paragraph **2.a.** above or is an integral part of that equipment; or

**c.** An integral part of such equipment.

FARI0001P-0918

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 5

**3.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total **loss**

**4.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

**D.** **Deductible**

The deductible for Physical Damage Coverage is the amount shown on the declarations page. For each covered **auto**, our obligation to pay for, repair, return or replace the damaged or stolen **auto** and its equipment will be reduced by this amount. The deductible does not apply to any Comprehensive loss caused by fire or lightning.

**E** **Appraisal For Physical Damage Loss**

If you and we disagree on the amount of **loss**, either may demand an appraisal of the **loss**. In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of **loss**. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and
**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**F.** **Loss Payment – Physical Damage Coverages**

At our option we may:

**a.** Pay for, repair or replace damaged or stolen property, including the covered **auto** and its equipment;
**b.** At our expense, return the stolen property, including the covered **auto** and its equipment. We will pay for any damage that results to the **auto** from theft; or
**c.** Take all or any part of the damaged or stolen property, including the covered **auto** and its equipment, at an agreed or appraised value.

If we pay for the **loss**, our payment will be made to the **named insured** shown in the Declarations and will include the applicable sales tax for the damaged or stolen property.

## SECTION IV – CONDITIONS

**A.** **Action Against Us**

No one may bring action against us under this policy until:

**a.** There has been full compliance with all the terms and conditions of this policy; and
**b.** We agree in writing that an **insured** has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine an **insured's** liability.

**B.** **Agreement**

We will provide the insurance coverage described in this policy and any attached endorsements in return for the premium and your compliance with all applicable provisions and conditions.

As a condition of coverage, the **named insured** agrees to fully perform due diligence related to the eligibility requirements and guidelines represented as part of the **named insured's** business operations described on the Declarations. We will not provide coverage for any **loss** related to the **named insured's** failure to fully perform the represented due diligence, whether or not the **loss** would have been covered if due diligence had been fully performed.

**C.** **Bankruptcy**

Bankruptcy or insolvency of the **named insured** or the **named insured's** estate will not relieve us of any obligations under this policy.

**D.** **Cancellation**

**1.** The **named insured** may cancel this policy by mailing or delivering to us written notice of cancellation not less than 30 days prior to the effective date of cancellation.
**2.** We may cancel this policy by mailing or delivering to the **named insured** written notice of cancellation at least:
  **a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or
  **b.** 30 days before the effective date of cancellation if we cancel for any other reason.
**3.** We will mail or deliver our notice to the **named insured's** last mailing address known to us.
**4.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date at 12:01 a.m. unless another time is stated on the cancellation notice.
**5.** If this policy is cancelled, we will send the **named insured** any premium refund due. If we cancel, the refund will be pro rata. If the **named insured** cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.
**6.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**E.** **Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. Any changes to the terms of the policy may only be made by the **named insured** shown on the Declarations with our written consent. The policy's terms can be amended or waived only be endorsement issued by us and made a part of this policy.

**F.** **Concealment, Misrepresentation Or Fraud**

This policy is void in any case of fraud by you at any time as it relates to this policy. It is also void if you or any other **insured**, at any time, intentionally conceal or misrepresent a material fact concerning:

**1.** This policy;
**2.** The covered **auto**;
**3.** Your interest in the covered **auto**; or
**4.** A claim under this policy.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FARI0001P-0918

**G.  Duties In The Event Of Accident, Claim, Suit Or Loss**
We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

1.  In the event of any **accident**, claim, **suit** or **loss**, you must give us or our authorized representative prompt notice of the **accident** or **loss** by calling 877-900-0345] or by sending an email to myautoclaim@assurant.com]. Include:
    a.  How, when and where the **accident** or **loss** occurred;
    b.  The **insured's** name and address; and
    c.  To the extent possible, the names and addresses of any injured persons and witnesses.

2.  Additionally, you and any other involved **insured** must:
    a.  Assume no obligation, make no payment or incur expense without our consent, except at the **insured's** own cost.
    b.  Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or **suit**.
    c.  Cooperate with us in the investigation or settlement of the claim or defense against the **suit**.
    d.  Authorize us to obtain medical records or other pertinent information.
    e.  Submit to examination, at our expense, by physicians of our choice, as often as we reasonably require.

3.  If there is **loss** to a covered **auto** or its equipment you must also do the following:
    a.  Promptly notify the police if the covered **auto** or any of its equipment is stolen.
    b.  Take all reasonable steps to protect the covered **auto** from further damage.  Also keep a record of your expenses for consideration in the settlement of the claim.
    c.  Permit us to inspect the covered **auto** and records proving the **loss** before its repair or disposition.
    d.  Agree to examinations under oath at our request and give us a signed statement of your answers.

**H.  Examination Of Your Books And Records**
We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**I.  Inspections And Surveys**
We have the right but are not obligated to:
1.  Make inspections and surveys at any time;
2.  Give you reports on the condition we find; and
3.  Recommend changes.

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections.  We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public.  And we do not warrant that conditions:

1.  Are safe or healthful; or
2.  Comply with laws, regulations, codes or standards.

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

**J.  Liberalization**
If we revise this policy to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**K.  No Benefit To Bailee – Physical Damage Coverages**
We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this policy.

**L.  Other Insurance**
1.  For any covered **auto** you own, this policy provides primary insurance.  For any covered **auto** you don't own, the insurance provided by this policy is excess over any other collectible insurance.  However, while a covered **auto** which is a **trailer** is connected to another vehicle, the Liability Coverage this policy provides for the **trailer** is:
    a.  Excess while it is connected to an **auto** you do not own.
    b.  Primary while it is connected to a covered **auto** you own.
2.  Any covered **auto** you lease, hire, rent or borrow is deemed to be a covered **auto** you own.  However, any **auto** that is leased, hired, rented or borrowed with a driver is not a covered **auto**.
3.  Regardless of the provisions of paragraph **a.** above, the Liability Coverage provided by this policy is primary for any liability assumed under an **insured contract**.
4.  When this policy and any other coverage form or policy covers on the same basis, either excess or primary, we will pay only our share.  Our share is the proportion that the Limit of Insurance of this policy bears to the total of the limits of all the coverage forms and policies covering on the same basis.

**M.  Policy Period, Coverage Territory**
Under this policy, we cover **accidents** and **losses** occurring during the **term of coverage** and within the coverage territory.  The coverage territory is the United States of America, its territories and possessions and Canada.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FARI0001P-0918

**N. Premium Audit**

    **1.** The estimated premium for this policy is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the **named insured** will be billed for the balance, if any. The due date for the final premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the **named insured** will receive a refund.

    **2.** If this policy is issued for more than one year, the premium for this will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

**O. Premiums**

The **named insured** shown on the Declarations is responsible for the payment of all premiums and will be the payee for any return premiums we pay.

**P. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to, or for, whom we make payment under this policy has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after the **accident** or **loss** to impair them.

**Q. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent.

## SECTION V – DEFINITIONS

**Accident** includes continuous or repeated exposure to the same conditions resulting in **bodily injury** or **property damage**.

**Auto** means:
1. A land motor vehicle, **trailer** or semitrailer designed for travel on public roads; or
2. Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, **auto** does not include **mobile equipment**.

**Bodily injury** means **bodily injury**, sickness or disease sustained by a person, including death resulting from any of these.

**Covered pollution cost or expense** means any cost or expense arising out of:
1. Any request, demand, order or statutory or regulatory requirement that any **insured** or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, **pollutants**; or
2. Any claim or **suit** by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, **pollutants**.

**Covered pollution cost or expense** does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of **pollutants**:
1. That are, or that are contained in any property that is:
    **a.** Being transported or towed by, handled or handled for movement into, onto or from the covered **auto**;
    **b.** Otherwise in the course of transit by or on behalf of an **insured**; or
    **c.** Being stored, disposed of, treated or processed in or upon the covered **auto**;
2. Before the **pollutants** or any property in which the **pollutants** are contained are moved from the place where they are accepted by an **insured** for movement into or onto the covered **auto**; or
3. After the **pollutants** or any property in which the **pollutants** are contained are moved from the covered **auto** to the place where they are finally delivered, disposed of or abandoned by an **insured**.

Paragraph **1.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar **pollutants** that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered **auto** or its parts, if:
    **a.** The **pollutants** escape, seep, migrate or are discharged, dispersed or released directly from an **auto** part designed by its manufacturer to hold, store, receive or dispose of such **pollutants**; and
    **b.** The **bodily injury**, **property damage** or **covered pollution cost or expense** does not arise out of the operation of any equipment listed in paragraph **5.b.** or **5.c.** of the definition of **mobile equipment**.

Paragraphs **2.** and **3.** above do not apply to **accidents** that occur away from premises owned by or rented to an **insured** with respect to **pollutants** not in or upon a covered **auto** if:
    **a.** The **pollutants** or any property in which the **pollutants** are contained are upset, overturned or damaged as a result of the maintenance or use of a covered **auto**; and
    **b.** The discharge, dispersal, seepage, migration, release or escape of the **pollutants** is caused directly by such upset, overturn or damage.

**Diminution in value** means the actual or perceived loss in market value or resale value which results from a direct and accidental **loss**.

**Employee** includes:
1. A leased worker, who is a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform duties related to the conduct of your business, but is not a temporary worker.
2. A temporary worker, who is a person furnished to you to substitute for a permanent **employee** on leave or to meet seasonal or short-term workload conditions.

**Insured** means any person or organization qualifying as an **insured** in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each **insured** who is seeking coverage or against whom a claim or **suit** is brought. However, the coverage afforded shall not apply separately to those entities identified as **named insureds** when a claim or **suit** is brought against one or more of the **named insureds**.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FARI0001P-0918

Page 8

**Insured contract** means:

1. That part of any other contract or agreement pertaining to your business under which you assume the tort liability of another to pay for **bodily injury** or **property damage** to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement;

2. That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your **employees**, of any **auto**. However, such contract or agreement shall not be considered an **insured contract** to the extent that it obligates you or any of your **employees** to pay for **property damage** to any **auto** rented or leased by you or any of your **employees**.

   An **insured contract** does not include that part of any contract or agreement:
   a. That pertains to the loan, lease or rental of an **auto** to you or any of your **employees**, if the **auto** is loaned, leased or rented with a driver; or
   b. That holds a person or organization engaged in the business of transporting property by **auto** for hire harmless for your use of a covered **auto** over a route or territory that person or organization is authorized to serve by public authority.

**Litigation expenses** mean:

1. All fees, costs and expenses charged by an attorney or law firm or a service provider designated by the company to represent an **insured** in any dispute arising from the policy or provide services in connection with representation of an **insured** in any litigation; and

2. All other fees, costs and expenses, including the company's own fees, costs and expenses or those of an affiliate, resulting from the investigation, adjustment, defense or appeal of a claim, as authorized by the company, including any coverage issues that may arise.

The determination of the company as to the reasonableness of **litigation expenses** shall be conclusive as to an **insured**. All litigation expenses reduce the available policy limits.

**Loss** means direct and accidental **loss** or damage.

**Member** means a person who has an active Membership Agreement with the **named insured** and participates in the **named insured's auto** rental program.

**Mobile equipment** means any of the following types of land vehicles, including any attached machinery or equipment:

1. Vehicles designed for use principally off public roads;
2. Vehicles maintained for use solely on or next to premises you own or rent;
3. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:
   a. Power cranes, shovels, loaders, diggers or drills; or
   b. Road construction or resurfacing equipment such as graders, scrapers or rollers;
4. Vehicles not described in paragraph **1., 2. or 3.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

   a. Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well-servicing equipment; or
   b. Cherry pickers and similar devices used to raise or lower workers; or

5. Vehicles not described in paragraph **1., 2. or 3.** above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not **mobile equipment,** but will be considered **autos**:

   a. Equipment designed primarily for:
      **(1)** Snow removal;
      **(2)** Road maintenance, but not construction or resurfacing; or
      **(3)** Street cleaning;
   b. Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and
   c. Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well-servicing equipment.

However, **mobile equipment** does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered **autos**.

**Named insured** means the entity shown in the Declarations.

**Pollutants** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**Property damage** means damage to or **loss** of use of tangible property.

**Public or livery conveyance** means the transporting of people and/or goods for hire, such as by a taxi service, motor carrier, transportation network company or delivery service.

**Suit** means a civil proceeding in which:

1. Damages because of **bodily injury** or **property damage**; or
2. A **covered pollution cost or expense**;

to which this insurance applies, are alleged.

**Suit** includes:

1. An arbitration proceeding in which such damages or **covered pollution costs or expenses** are claimed and to which an **insured** must submit or does submit with our consent; or
2. Any other alternative dispute resolution proceeding in which such damages or **covered pollution costs or expenses** are claimed and to which an **insured** submits with our consent.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FARI0001P-0918

Page 9

**Term of coverage** means the time period during which overage under this policy is effective.  For the **named insured**, the **term of coverage** begins on the effective date and ends on the expiration date shown on the Declarations.  For any **member**, the **term of coverage** begins at the time the **member** takes possession of or is issued the keys to a **covered auto** and ends when the member relinquishes or returns the keys to the **covered auto** to the **named insured** and no longer has the care, custody or control of the covered auto.

**Trailer** includes semitrailer.

IN WITNESS WHEREOF, we have caused this policy to be executed by our President and Secretary, respectively.

_Jeannie Aragon Cruz_
**SECRETARY**

_M Campbell_
**PRESIDENT**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# Voyager Indemnity Insurance Company

**A Stock Insurance Company**

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305. 253.2244

## FLEET AUTO RENTAL INSURANCE

## MANDATORY AMENDATORY ENDORSEMENT
## CALIFORNIA

**THIS ENDORSEMENT CHANGES THE COMMERCIAL AUTO INSURANCE POLICY. PLEASE READ IT CAREFULLY.**

Throughout the policy and endorsements attached to the policy, the term "spouse" is deleted and replaced by "spouse or registered domestic partner under California law.

**SECTION IV - CONDITIONS**, **D. Cancellation**, items **2.** and **3.** are deleted and replaced by the following:

2. **All Policies In Effect For 60 Days Or Less**
   If this policy has been in effect for 60 days or less, and is not a renewal of a policy we have previously issued, we may cancel this policy by mailing or delivering to the **named insured**, at the mailing address shown in the policy, and to the producer of record, advance written notice of cancellation, stating the reason for cancellation, at least:
   a. 10 days before the effective date of cancellation if we cancel for:
      (1) Nonpayment of premium; or
      (2) Discovery of fraud by:
         (a) Any **insured** or his or her representative in obtaining this insurance; or
         (b) You or your representative in pursuing a claim under this policy.
   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. **All Policies In Effect For More Than 60 Days**
   a. If this policy has been in effect for more than 60 days, or is a renewal of a policy we issued, we may cancel this policy only upon the occurrence, after the effective date of the policy, of one or more of the following:
      (1) Nonpayment of premium, including payment due on a prior policy we issued and due during the current policy term covering the same risks.
      (2) Discovery of fraud or material misrepresentation by:
         (a) Any **insured** or his or her representative in obtaining this insurance; or
         (b) You or your representative in pursuing a claim under this policy.
      (3) A judgment by a court or an administrative tribunal that you have violated a California or Federal law, having as one of its necessary elements an act which materially increases any of the risks insured against.

      (4) Discovery of willful or grossly negligent acts or omissions, or of any violations of state laws or regulations establishing safety standards, by you or your representative, which materially increase any of the risks insured against.
      (5) Failure by you or your representative to implement reasonable loss control requirements, agreed to by you as a condition of policy issuance, or which were conditions precedent to our use of a particular rate or rating plan, if that failure materially increases any of the risks insured against.
      (6) A determination by the Commissioner of Insurance that the:
         (a) Loss of, or changes in, our reinsurance covering all or part of the risk would threaten our financial integrity or solvency; or
         (b) Continuation of the policy coverage would:
            (i) Place us in violation of California law or the laws of the state where we are domiciled; or
            (ii) Threaten our solvency.
      (7) A change by you or your representative in the activities or property of the commercial or industrial enterprise, which results in a materially added, increased or changed risk, unless the added, increased or changed risk is included in the policy.
   b. We will mail or deliver advance written notice of cancellation, stating the reason for cancellation, to the **named insured**, at the mailing address shown in the policy, and to the producer of record, at least:
      (1) 10 days before the effective date of cancellation if we cancel for nonpayment of premium or discovery of fraud; or
      (2) 30 days before the effective date of cancellation if we cancel for any other reason listed in **3.a.**

**SECTION IV - CONDITIONS**, **F. Concealment, Misrepresentation Or Fraud** is deleted and replaced by the following:

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**F.  Concealment, Misrepresentation Or Fraud**

This policy is void in any case of fraud by you at any time as it relates to this policy.  It is also void if the **named insured** or the **insured**, at any time, intentionally conceal or misrepresent a material fact concerning:

**1.**  This policy;

**2.**  The covered **auto**;

**3.**  Your interest in the covered **auto**; or

**4.**  A claim under this policy.

Under **SECTION IV - CONDITIONS**, the following condition is added and supersedes any to the contrary:

**Nonrenewal**

**1.**  Subject to the provisions of **2.** below, if we elect not to renew this policy, we will mail or deliver written notice, stating the reason for nonrenewal, to the **named insured** shown on the Declarations, and to the producer of record, at least 60 days, but not more than 120 days, before the expiration or anniversary date.

We will mail or deliver our notice to the **named insured**, and to the producer of record, at the mailing address shown in the policy.

**2.**  We are not required to send notice of nonrenewal in the following situations:

**a.**  If the transfer or renewal of a policy, without any changes in terms, conditions or rates, is between us and a member of our insurance group.

**b.**  If the policy has been extended for 90 days or less, provided that notice has been given in accordance with **1.** above.

**c.**  If you have obtained replacement coverage, or if the **named insured** has agreed, in writing, within 60 days of the termination of the policy, to obtain that coverage.

**d.**  If the policy is for a period of no more than 60 days and you are notified at the time of issuance that it will not be renewed.

**e.**  If the **named insured** requests a change in the terms or conditions or risks covered by the policy within 60 days of the end of the policy period.

**f.**  If we have made a written offer to the **named insured**, in accordance with the timeframes shown in **1.** above to renew the policy under changed terms or conditions or at an increased premium rate, when the increase exceeds 25%.

Under **SECTION IV - CONDITIONS**, the following is added: and supersedes any to the contrary:

**1.**  When this policy and any other policy or coverage form providing liability coverage apply to an **auto** and:

**a.**  One provides coverage to a **named insured** engaged in the business of selling, repairing, servicing, delivering, testing or road-testing **autos**; and

**b.**  The other provides coverage to a person not engaged in that business; and

**c.**  At the time of an **accident**, a person described in **1.b.** above is operating an **auto** owned by the business described in **1.a.**, then that person's liability coverage is primary and the policy issued to a business described in **1.a.** is excess over any coverage available to that person.

**2.**  When this policy and any other policy or coverage form providing liability coverage apply to an **auto** and:

**a.**  One provides coverage to a **named insured** engaged in the business of selling, repairing, servicing, delivering, testing or road-testing **autos**; and

**b.**  The other provides coverage to a person not engaged in that business; and

**c.**  At the time of an **accident**, an **insured** under the policy described in **2.a.** is operating an **auto** owned by a person described in **2.b.**, then the policy issued to the business described in **2.a.** is primary and the liability coverage issued to a person described in **2.b.** is excess over any coverage available to the business.

**3.**  When this policy and any other policy or coverage form providing liability coverage apply to a **commercial vehicle** and:

**a.**  One provides coverage to a **named insured**, who in the course of business, rents or leases **commercial vehicles** without operators; and

**b.**  The other provides coverage to a person other than as described in **3.a.;** and

**c.**  At the time of an **accident**, a person who is not the **named insured** of the policy described in **3.a.**, and who is not the agent or **employee** of such **named insured**, is operating a **commercial vehicle** provided by the business covered by the policy or coverage form described in **3.a.**, then the liability coverage provided by the policy or coverage form described in **3.b.** is primary, and the liability coverage provided by the policy or coverage form described in **3.a.** is excess over any coverage available to that person.

**4.**  Notwithstanding item **3.** Above, when this policy and any other policy or coverage form providing liability coverage apply to a power unit and any connected **trailer** or **trailers** and:

**a.**  One provides coverage to a **named insured** engaged in the business of transporting property by **auto** for hire; and

**b.**  The other provides coverage to a **named insured** not engaged in that business; and

**c.**  At the time of an **accident**, a power unit is being operated by a person insured under the policy or coverage form described in **4.a.**, then that policy or coverage form is primary for both the power unit and any connected **trailer** or **trailers** and the policy or coverage form described in **4.b.** is excess over any other coverage available to such power unit and attached **trailer** or **trailers.**

Under **SECTION V – DEFINITIONS** of the Commercial Auto Insurance Policy, the following definition is added:

**Commercial vehicle** means an **auto** subject to registration or identification under California law which is:

**1.**  Used or maintained for the transportation of persons for hire, compensation or profit;

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

FARI0001E-0515     Page 2 of 3

**2.** Designed, used or maintained primarily for the transportation of property; or

**3.** Leased for a period of six months or more.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN THE SAME.**

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

FARI0001E-0515

# Voyager Indemnity Insurance Company

A Stock Insurance Company]
11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244]

## FLEET AUTO RENTAL INSURANCE

## DELIVERY ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE COMMERCIAL AUTO INSURANCE POLICY. PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this Delivery Endorsement, the provisions of the Commercial Auto Insurance Policy apply unless modified by this endorsement.

This insurance coverage does not apply to any **accident** or **loss** involving or relating to, in whole or in part, a **delivery operator** or any **auto** used by a **delivery operator** except as expressly added by this Delivery Endorsement.

Under **SECTION I – COVERED AUTOS**, A. **Description of Covered Autos**, the following is added:

Any **auto** owned and being used by a **delivery operator**, but only for an **accident** occurring during the **delivery operator's term of coverage**.

Under **SECTION II – LIABILITY COVERAGE**, A. **Coverage, 1. Who Is An Insured**, the following is added:

**Delivery operators**, but only for an **accident** occurring during the **delivery operator's term of coverage**.

Under **SECTION II – LIABILITY COVERAGE**, C. **Limits of Insurance**, the following is added:

A **delivery operator** is covered for up to $1,000,000 combined single limit per accident for **bodily injury** and **property damage**. This limit is part of, and not in addition to, the limit of liability shown in the Declarations.

Under **SECTION V – DEFINITIONS**, **Public or livery conveyance**, the following is added:

This does not include a covered **auto** used by a **delivery operator**.

Under **SECTION V – DEFINITIONS**, **Term of coverage**, the following is added:

For any **delivery operator** the **term of coverage** applies only while the d**elivery operator** is actually fulfilling a delivery request made through a **delivery application** and:
1.  Begins operating a **covered auto** for delivery;
2.  Is using the covered **auto** only for the purpose of fulfilling a delivery request(s) made through the **named insured's delivery application**; and
3.  Is on a direct and uninterrupted path:
    a.  To only the location of pickup indicated on the **delivery application**; or
    b.  To only the location of delivery indicated on the **delivery application.**

The **term of coverage** ends when the **delivery operator** has completed the delivery request(s) made through the **delivery application.**

Under **SECTION V – DEFINITIONS**, the following definitions are added:

**Delivery application** means the **named insured's** mobile or web application used for a customer(s) to request deliveries from **delivery operators**.

**Delivery operator** means:
1.  A person or entity who has entered into a contract with the **named insured** to operate a covered **auto** to provide delivery to customer(s) through the **named insured's delivery application**; or
2.  A person who has been hired, retained or contracted by an entity where such entity has a contract with the **named insured** to operate a covered **auto** or to provide delivery to customer(s) through the **named insured's delivery application.**

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME.**

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596    305.253.2244

## FLEET AUTO RENTAL INSURANCE

## CALIFORNIA UNINSURED MOTORISTS COVERAGE – BODILY INJURY ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF CALIFORNIA.  PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement.  This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| | |
|---|---|
| Named Insured:    DoorDash, Inc | |
| Endorsement Effective Date:    09/01/2020 | |

### SCHEDULE

| | |
|---|---|
| Limit Of Insurance:    $   250,000 | Each Accident |

Information required to complete this Schedule, if not shown above, will be shown on the Declarations.

## COVERAGE

We will pay all sums an **insured** is legally entitled to recover as compensatory damages from the owner or driver of an **uninsured motor vehicle.**  The damages must result from **bodily injury** sustained by an **insured** caused by an **accident.**  The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the **uninsured motor vehicle**.

We will pay only after the limits of liability under any liability bonds or policies have been exhausted by payment of judgments or settlements.

Any judgment for damages arising out of a **suit** brought without our written consent is not binding on us.

## WHO IS AN INSURED

If the **named insured** is designated on the Declarations as:

1 An individual, then the following are **insureds**:
   **a.** The **named insured** and any **family members**.
   **b.** Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**.  The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   **c.** Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

**2.** A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:
   **a.** Anyone **occupying** a covered **auto** or a temporary substitute for a covered **auto**.  The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   **b.** Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

## EXCLUSIONS

This insurance does not apply to:

**1.** Punitive or exemplary damages.

**2.** Any claim settled without our consent.  However, this exclusion does not apply to a settlement made with the insurer of a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle** in accordance with the procedure described in item **2.** of the definition of **uninsured motor vehicle**.

**3.** The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law or to the direct benefit of the United States, a state or its political subdivisions.

**4.** **Bodily injury** sustained by:
   **a.** An individual **named insured** while **occupying** or when struck by any vehicle owned by that **named insured** that is not a covered **auto** for Uninsured Motorists Coverage under this policy;
   **b.** Any **family member** while **occupying** or when struck by any vehicle owned by that **family member** that is not a covered **auto** for Uninsured Motorists Coverage under this policy; or
   **c.** Any **family member** while **occupying** or when struck by any vehicle owned by the **named insured** that is insured for Uninsured Motorists Coverage on a primary basis under any other policy or coverage form.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

However, exclusion **4.** shall not apply to **bodily injury** sustained by an individual **named insured** or **family member** when struck by a vehicle owned by that **insured** and operated or caused to be operated by a person without the **insured's** consent in connection with criminal activity that has been documented in a police report and to which that **insured** is not a party.

**5.**   **Bodily injury** sustained by an individual **named insured** or any **family member** while **occupying** any vehicle leased by that **named insured**  or any **family member** under a written contract for a period of six months or more that is not a covered **auto**.

**6.**   Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

**7.**   **Bodily injury** sustained by an **insured** while **occupying** any **auto** that is rented or leased to that **insured** for use as a public or livery conveyance.

**8.**   **Bodily injury** arising directly or indirectly out of:
   **a.**   War, including undeclared or civil war;
   **b.**   Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
   **c.**   Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## LIMIT OF INSURANCE

**1.**   Regardless of the number of covered **autos**, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for all damages resulting from any one **accident** is the limit of Uninsured Motorists Coverage shown on the Schedule or Declarations.

**2.**   For a vehicle described in item **2.** of the definition of **uninsured motor vehicle**, our limit of insurance shall be reduced by all sums paid because of **bodily injury** by or for anyone who is legally responsible, including all sums paid or payable under this policy's Liability Coverage for covered **autos**.

**2.**   No one will be entitled to receive duplicate payments for the same elements of **loss** under this policy and any Liability Coverage form, Medical Payments Coverage Endorsement attached to this policy.

We will not make a duplicate payment under this coverage for any element of **loss** for which payment has been made by or for anyone who is legally responsible. We will not pay for any element of **loss** if a person is entitled to receive payment for the same element of **loss** under any workers' compensation, disability benefits or similar law.

## CHANGES IN CONDITIONS

With respect to the Uninsured Motorists Coverage – Bodily Injury provided by this endorsement, the following apply:

Under **SECTION IV – CONDITIONS**, A. Action Against Us is deleted and replaced by the following:

**A.**   **Action Against Us**

   No action may be brought against us under this policy until there has been full compliance with all the terms of this policy and with respect to items **1.**, **3.** and **4.** of the definition of **uninsured motor vehicle** unless within two years from the date of the **accident**:

   **a.**   Agreement as to the amount due under this insurance has been concluded;

   **b.**   The **insured** has formally instituted arbitration proceedings against us.  In the event that the **insured** decides to arbitrate, the **insured** must formally begin arbitration proceedings by notifying us in writing, sent by certified mail, return receipt requested; or

   **c.**   **Suit** for **bodily injury** has been filed against the uninsured motorist in a court of competent jurisdiction.  Written notice of the **suit** must be given to us within a reasonable time after the **insured** knew, or should have known, that the other motorist is uninsured.  In no event will such notice be required before two years from the date of the **accident**. Failure of the **insured** or his or her representative to give us such notice of the **suit** will relieve us of our obligations under this policy only if the failure to give notice prejudices our rights.

Under **SECTION IV – CONDITIONS**, G. Duties In The Event Of Accident, Claim, Suit Or Loss, the following duties are added:

   Promptly notify the police if a hit-and-run driver is involved; and

   Send us copies of the legal papers if a **suit** is brought.  In addition, a person seeking coverage under item **2.** of the definition of **uninsured motor vehicle** must:
   **1.**   Provide us with a copy of the compliant by personal service or certified mail if an **insured** brings an action against the owner or operator of such **uninsured motor vehicle**;
   **2.**   Within a reasonable time, make all pleadings and depositions available for copying by us or furnish us copies at our expense; and
   **3.**   Provide us with proof that the limits of insurance under any applicable liability bonds or policies have been exhausted by payment of judgments or settlements.

Under **SECTION IV – CONDITIONS**, L. Other Insurance is deleted and replaced by the following::

**L.**   **Other Insurance**
   If there is other applicable insurance available under one or more policies or provisions of coverage:
   **1.**   The maximum recovery under all policies or coverage forms combined may equal, but not exceed, the highest applicable limit for any one vehicle under any policy or coverage form providing coverage on either a primary or excess basis.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**2.** Any insurance we provide with respect to a vehicle the **named insured** does not own shall be excess over any other collectible uninsured motorists insurance providing coverage on a primary basis.

**3.** If coverage under this policy is provided:

    **(1)** On a primary basis, we will pay only our share of the **loss** that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

    **(2)** On an excess basis, we will pay only our share of the **loss** that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

Under **SECTION IV – CONDITIONS**, **P. Transfer Of Rights Of Recovery Against Others To Us** is deleted and replaced by the following:

With respect to items **1.**, **3.** and **4.** of the definition of **uninsured motor vehicle**, if we make any payment, we are entitled to recover what we paid from other parties. Any person to or for whom we make payment must transfer to us his or her rights of recovery against any other party. This person must do everything necessary to secure these rights and must do nothing that would jeopardize them.

With respect to item **2.** of the definition of **uninsured motor vehicle**, if we make any payment and the **insured** recovers from another party, the **insured** shall hold the proceeds in trust for us and pay us back the amount we have paid.

Under **SECTION IV – CONDITIONS**, the following condition is added:

**Arbitration**

**1.** If we and an **insured** disagree whether the **insured** is legally entitled to recover damages from the owner or driver of an **uninsured motor vehicle** or do not agree as to the amount of damages that are recoverable by that **insured**, the disagreement will be settled by arbitration. Such arbitration may be initiated by a written demand for arbitration made by either party. The arbitration shall be conducted by a single neutral arbitrator. However, disputes concerning coverage under this endorsement may not be arbitrated. Each party will bear the expenses of the arbitrator equally.

**2.** Unless both parties agree otherwise, arbitration will take place in the county in which the **insured** lives. Local rules of law as to arbitration procedures and evidence will apply. The decision of the arbitrator will be binding.

Under **SECTION V – DEFINITIONS**, the following definitions used in this endorsement are added:

**Family member** means the individual **named insured's** spouse, whether or not a resident of the individual **named insured's** household, and any other person related to such **named insured** by blood, adoption, marriage or registered domestic partnership under California law, who is a resident of such **named insured's** household, including a ward or foster child.

**Occupying** means in, upon, getting in, on, out or off.

**Uninsured motor vehicle** means a land motor vehicle or **trailer**:

**1.** For which no policy or liability bond at the time of the **accident** provides at least the amounts required by the applicable law where a covered **auto** is principally garaged;

**2.** That is an underinsured motor vehicle. An underinsured motor vehicle is a land motor vehicle or **trailer** for which the sum of all liability bonds or policies at the time of an **accident** provides at least the amounts required by the applicable law where the covered **auto** is principally garaged but that sum is less than the limit of insurance for this coverage.

**3.** For which an insuring or bonding company denies coverage or refuses to admit coverage except conditionally or with reservation or becomes insolvent; or

**4.** That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must make physical contact with an **insured**, a covered **auto** or a vehicle an **insured** is **occupying**; or

**5.** That is owned by an individual **named insured** or **family member** and operated or caused to be operated by a person without the owner's consent in connection with criminal activity that has been documented in a policy report.

However, **uninsured motor vehicle** does not include any vehicle:

**1.** Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law;

**2.** Owned by the United States of America, Canada, a state or political subdivision of any of those governments or an agency of any of the foregoing; or

**3.** Designed for use primarily off public roads while not on public roads.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596     305.253.2244

## FLEET AUTO RENTAL INSURANCE

## CALIFORNIA UNINSURED MOTORISTS COVERAGE – PROPERTY DAMAGE ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF CALIFORNIA. PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement. This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| | |
|---|---|
| **Named Insured:**     DoorDash, Inc | |
| **Endorsement Effective Date:**     09/01/2020 | |

### SCHEDULE

| Property Damage Uninsured Motorists Coverage | |
|---|---|
| **Designation or Description of Covered Auto** | **Premium** |
| **Covered "Autos"** | $ N/A |
| Information required to complete this Schedule, if not shown above, will be shown on the Declarations. | |

## COVERAGE

We will pay all sums the **insured** is legally entitled to recover as compensatory damages from the owner or driver of an **uninsured motor vehicle.** The damages must result from **property damage** caused by an **accident**. The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the **uninsured motor vehicle**.

Any judgment for damages arising out of a **suit** brought without our written consent is not binding on us.

## EXCLUSIONS

This insurance does not apply to:

1. The direct or indirect benefit of any insurer of property.

2. **P**roperty contained in the covered **auto**. However, this exclusion does not apply to the replacement of a child passenger restraint system meeting federal motor vehicle safety standards that was damaged or was in use by a child during an **accident**.

3. **Property damage** to any motor vehicle owned by you or any **family member** that is not a covered **auto**.

4. **Property damage** to any motor vehicle owned by you to which collision coverage applies under this policy or any other policy.

5. Punitive or exemplary damages.

6. **Property damage** arising directly or indirectly out of:
   a. War, including undeclared or civil war;
   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## LIMIT OF INSURANCE

1. Regardless of the number of covered **autos**, claims made, premiums paid or vehicles involved in the **accident**, the most we will pay for all damages resulting from any one **accident** is the lesser of:
   a. The amount shown on the Declarations for Uninsured Motorists Coverage – Property Damage; or
   b. The actual cash value of the damaged covered **auto** at the time of the **accident**.

2. Any amount payable as damages under this coverage shall be reduced by all sums paid by or for anyone who is legally responsible.

## CHANGES IN CONDITIONS

With respect to the Uninsured Motorists Coverage provided by this endorsement, the following apply:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FARI0003E-0515

Page 1

Under **SECTION IV – CONDITIONS**, G. Duties In The Event Of Accident, Claim, Suit Or Loss, the following duties are added:

Promptly notify the police if a hit-and-run driver is involved;

Report the **accident** or **loss** to us or to our agent within 10 business days; and

Promptly send us copies of the legal papers if a **suit** is brought.

Under **SECTION IV – CONDITIONS**, L. Other Insurance, item **1.**, the following is added:

If there is other applicable insurance available under one or more policies or provisions of coverage:

a. The maximum recovery under all policies or coverage forms combined may equal, but not exceed, the highest applicable limit for any one vehicle under any policy or coverage form providing coverage on either a primary or excess basis.

b. Any insurance we provide with respect to a vehicle the **named insured** does not own shall be excess over any other collectible uninsured motorists insurance providing coverage on a primary basis.

c. If coverage under this policy is provided:

(1) On a primary basis, we will pay only our share of the **loss** that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

(2) On an excess basis, we will pay only our share of the **loss** that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

Under **SECTION IV – CONDITIONS**, the following condition is added:

**Arbitration**

1. If we and an **insured** disagree whether the **insured** is legally entitled to recover damages from the owner or driver of an **uninsured motor vehicle** or do not agree as to the amount of damages that are recoverable by that **insured**, the disagreement will be settled by arbitration. Such arbitration may be initiated by a written demand for arbitration made by either party. The arbitration shall be conducted by a single neutral arbitrator. However, disputes concerning coverage under this endorsement may not be arbitrated. Each party will bear the expenses of the arbitrator equally.

2. Unless both parties agree otherwise, arbitration will take place in the county in which the **insured** lives. Local rules of law as to arbitration procedures and evidence will apply. The decision of the arbitrator will be binding.

Under **SECTION V – DEFINITIONS**, the following definitions used in this endorsement are added:

**Auto** means a self-propelled motor vehicle. However, it does not include:

1. A vehicle transporting persons for hire, compensation or profit other than van pool vehicle;

2. A vehicle designed, used or maintained primarily for the transportation of property; or

3. **Mobile equipment**.

**Property damage** means injury to or destruction of a covered **auto**. However, **property damage** does not include loss of use.

**Uninsured motor vehicle** means a land motor vehicle or **trailer** that is involved in a collision with a covered **auto** and for which:

1. No liability bond or policy at the time of the **accident** provides at least the amount required for **property damage** liability by the California Financial Responsibility Law; or

2. The insuring or bonding company denies coverage or refuses to admit coverage except conditionally or with reservation or becomes insolvent; or

The collision must involve direct physical contact between a covered **auto** and the **uninsured motor vehicle**, and:

1. The owner or operator of the **uninsured motor vehicle** must be identified; or

2. The **uninsured motor vehicle** must be identified by its license number.

However, **uninsured motor vehicle** does not include any vehicle:

1. Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law;

2. Owned by the United States of America, Canada, a state or political subdivision of any of those governments or an agency of any of the foregoing; or

3. Designed for use primarily off public roads while not on public roads.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME.**

FARI0003E-0515

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 2

# VOYAGER INDEMNITY INSURANCE COMPANY
**A Stock Insurance Company**
11222 Quail Roost Drive, Miami, FL 33157-6596 (305) 253-2244

## CALIFORNIA
## AUTO BODY REPAIR CONSUMER BILL OF RIGHTS

**A CONSUMER IS ENTITLED TO:**

1.  SELECT THE AUTO BODY REPAIR SHOP TO REPAIR AUTO BODY DAMAGE COVERED BY THE INSURANCE COMPANY. AN INSURANCE COMPANY SHALL NOT REQUIRE THE REPAIRS TO BE DONE AT A SPECIFIC AUTO BODY REPAIR SHOP.

2.  AN ITEMIZED WRITTEN ESTIMATE FOR AUTO BODY REPAIRS AND, UPON COMPLETION OF REPAIRS, A DETAILED INVOICE. THE ESTIMATE AND THE INVOICE MUST INCLUDE AN ITEMIZED LIST OF PARTS AND LABOR ALONG WITH THE TOTAL PRICE FOR THE WORK PERFORMED. THE ESTIMATE AND INVOICE MUST ALSO IDENTIFY ALL PARTS AS NEW, USED, AFTERMARKET, RECONDITIONED, OR REBUILT.

3.  BE INFORMED ABOUT COVERAGE FOR TOWING AND STORAGE SERVICES.

4.  BE INFORMED ABOUT THE EXTENT OF COVERAGE, IF ANY, FOR A REPLACEMENT RENTAL VEHICLE WHILE A DAMAGED VEHICLE IS BEING REPAIRED.

5.  BE INFORMED OF WHERE TO REPORT SUSPECTED FRAUD OR OTHER COMPLAINTS AND CONCERNS ABOUT AUTO BODY REPAIRS.

6.  SEEK AND OBTAIN AN INDEPENDENT REPAIR ESTIMATE DIRECTLY FROM A REGISTERED AUTO BODY REPAIR SHOP FOR REPAIR OF A DAMAGED VEHICLE, EVEN WHEN PURSUING AN INSURANCE CLAIM FOR REPAIR OF THE VEHICLE.

### COMPLAINTS WITHIN THE JURISDICTION OF THE BUREAU OF AUTOMOTIVE REPAIR

Complaints concerning the repair of a vehicle by an auto body repair shop should be directed to:

Toll Free (866) 799-3811

California Department of Consumer Affairs
Bureau of Automotive Repair
10240 Systems Parkway
Sacramento, CA 95827

The Bureau of Automotive Repair can also accept complaints over its web site at: **www.autorepair.ca.gov**

### COMPLAINTS WITHIN THE JURISDICTION OF THE CALIFORNIA INSURANCE COMMISSIONER

Any concerns regarding how an auto insurance claim is being handled should be submitted to the California Department of Insurance at:

(800) 927-HELP or (213) 897-8921

California Department of Insurance
Consumer Services Division
300 South Spring Street
Los Angeles, CA 90013

The California Department of Insurance can also accept complaints over its web site at: **www.insurance.ca.gov**

# Voyager Indemnity Insurance Company

## SERVICE OF PROCESS

It is agreed that in the event of the failure of the Voyager Indemnity Insurance Company hereon to pay an amount claimed to be due hereunder, the Voyager Indemnity Insurance Company, at the request of the insured, will submit to the jurisdiction of any Court of competent jurisdiction within the United States. However, nothing in this endorsement constitutes or should be understood to constitute a waiver of Voyager Indemnity Insurance Company's rights to commence an action in any other court of competent jurisdiction in the United States, to remove an action to a United States District Court, or to seek transfer of a case to another court as permitted by the laws of the United States or of any state in the United States.

It is further agreed that Service of Suit may be made upon Richard Fortwengler, agent for service of process for Voyager Indemnity Insurance Company, 260 Interstate North Circle, Atlanta, GA 30339 and that in any suit instituted against it upon this contract, Voyager Indemnity Insurance Company will abide by the final decision of such Court or any Appellate Court in the event of an appeal.  Richard Fortwengler, as agent for service of process, is authorized and directed to accept Service of Suit on behalf of the Voyager Indemnity Insurance Company in any such suit and/or upon the request of the insured to give a written undertaking to the insured that they will enter a general appearance upon the Company's behalf in the event such a suit shall be instituted.

Further, pursuant to any statute of any state, territory, or district of the United States which makes provisions therefore, the Voyager Indemnity Insurance Company hereby designates the Superintendent, Commissioner, or Director of Insurance or any other officer specified for the purpose in the statute, or his successor or successors in office, as their true and lawful attorney upon whom may be served any lawful process in any action, suit, or proceeding instituted by or on behalf of the insured or any beneficiary hereunder arising out of this contract of insurance, and hereby designate the above named person to whom said officer is authorized to mail such process or true copy thereof.

All other terms, conditions, and agreements shall remain the same.

**Voyager Indemnity Insurance Company**
A Stock Insurance Company
11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

# ARBITRATION PROVISION

READ THE FOLLOWING ARBITRATION PROVISION ("PROVISION") CAREFULLY. IT LIMITS CERTAIN OF YOUR RIGHTS, INCLUDING YOUR RIGHT TO A JURY TRIAL AND TO OBTAIN REDRESS THROUGH COURTS.

As used in this Arbitration Provision, "You" and "Your" mean the policyholder or policyholders, insureds, or additional insureds, and all of his/her heirs, survivors, assigns and representatives. "We" and "Us" mean Voyager Indemnity Insurance Company.

Any and all claims, disputes, or controversies of any nature whatsoever (whether in contract, tort or otherwise), including statutory, common law, fraud (whether by misrepresentation or by omission) or other intentional tort, property, or equitable claims) arising out of, relating to, or in connection with (1) this Policy or Certificate or any prior Policy or Certificate issued by Us to You, (2) Any credit, loan or purchase transaction in connection with which this Policy or Certificate or any prior Policy or Certificate was issued by Us to You, or (3) the validity, scope, interpretation, or enforceability of this Provision or of the entire Policy or Certificate ("Claim"), shall be resolved by binding arbitration before a single arbitrator.  Unless You and We mutually agree on an alternative, the arbitration will take place in the county and state were You reside.  All arbitrations shall be administered by the American Arbitration Association ("AAA") in accordance with its Expedited Procedures of the Commercial Arbitration Rules of the AAA in effect at the time the Claim is filed.  The terms of this Provision shall control any inconsistency between the AAA's Rules and this Provision. You may obtain a copy of the AAA's Rules by calling (800) 778-7879. Upon written request We will advance to You either all or part of the fees of the AAA and of the arbitrator after You have been unsuccessful in obtaining a waiver of fees and costs from the AAA. The arbitrator will decide whether You or We will be responsible for these fees. The arbitrator shall apply relevant substantive federal and state law and applicable statutes of limitations and shall provide written, reasoned findings of fact and conclusions of law.  This Arbitration Provision is part of a transaction involving interstate commerce and shall be governed by the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.*  **If any portion of this Arbitration Provision is deemed invalid or unenforceable, it shall not invalidate the remaining portions of the Arbitration Provision, except that in no event shall this Arbitration Provision be amended or construed to permit arbitration on behalf of a group or class.**  For the purpose of this Arbitration Provision, Voyager Indemnity Insurance Company shall be deemed to include all of its affiliates, successors and assigns, including but not limited to Voyager Indemnity Insurance Company, their respective principals, partners, officers and directors and all of the dealers, licensees, agents, and employees of any of the foregoing entities.  This Arbitration Provision shall inure to the benefit of and be binding on You and each of the aforementioned persons and entities.  This Provision shall continue in full force and effect subsequent to and notwithstanding the expiration or termination of this Policy or Certificate.

**No Class Actions/No Joinder of Parties:**  You agree that any arbitration proceeding will only consider Your Claims.  Claims by, or on behalf of, other individuals will not be arbitrated in any proceeding that is considering Your Claims.  You also agree that You will not join with others to bring Claims in the same arbitration proceeding unless all such persons are named on Your Policy or Certificate.

**YOU AND WE UNDERSTAND AND AGREE THAT BECAUSE OF THIS ARBITRATION PROVISION NEITHER YOU NOR WE WILL HAVE THE RIGHT TO GO TO COURT EXCEPT AS PROVIDED ABOVE OR TO HAVE A JURY TRIAL OR TO PARTICIPATE AS ANY MEMBER OF A CLASS OF CLAIMANTS PERTAINING TO ANY CLAIM.**

### NOTICE OF INSURANCE INFORMATION PRACTICES
### CONSUMER RIGHTS

**Is personal information collected from persons other than individuals proposed for coverage?**
- We get most of our information directly from you.
- In most cases, the application you complete gives us all the information we need to evaluate you or your property for insurance.
- In some insurance transactions, we may not be able to get all of the information we need directly from you. In that case, we may obtain information from outside sources at our own expense.

**Types of information we may collect and how we gather it:**
- From you (or provided to us on your behalf) on applications and other forms you submit to us; for example: your name, address, social security number, telephone number, employer, and income.
- For your transactions with our companies or other nonaffiliated parties; for example: your name, address, telephone number, age, credit card use, insurance coverage, transaction history, claims history, and premiums.
- From consumer reporting agencies, public records and data collection agencies; for example: your obligations with others and your creditworthiness.
- From health care providers, such as doctors and hospitals; for example: your past or present health condition. Health data will be collected only if we need to find out if you are eligible for coverage, to process claims, or prevent fraud, as authorized by you or as the law may permit or require. NOTE: We collect health data only to manage a health-related product or service; for example: life or disability insurance for which you applied.
- From you when you enroll, request a service, or file a claim on one of our websites; for example: your name, address, contract number, credit card issuer and account number, personal identification number, email address, service contract and claim information.
- In some cases, from your visits to our Internet websites; for example: session number and user ID. By reviewing the legal notice, terms of use, site agreement or similar named link appearing on any of our websites that you visit, you may learn of any "cookies" utilized by us and of any additional information that may be collected from you on that site.

**Access to recorded personal information**
Upon your written request and submission of proper identification:
- Within 30 business days of the receipt of your request to access to your recorded personal information, Assurant will inform you of the nature and substance of the recorded personal information.
- You have the right to see and copy personal information in person or obtain a copy by mail. The information must be reasonably described by you and reasonably locatable and retrievable by us. Any information we provide you will be in plain language.
- If recorded, we will disclose the identity of those persons or institutional sources who gave us information within two (2) years prior to your request. If not recorded, we will disclose the names of those to whom such information is normally disclosed.
- You may request correction, amendment, or deletion of recorded personal information by submitting written request to Assurant, 11222 Quail Roost Drive, Miami, FL 33157.
- Assurant shall provide medical record information supplied by a medical care institution or medical professional, along with the identity of the medical professional or medical institution which provided the information, either directly to you or to a medical professional designated by you, which is licensed to provide medical care with respect to the condition to which the information relates. Assurant will notify you if it elects to disclose the information to a medical professional designated by you. For CA and MA residents mental health record information shall be supplied directly to the individual only with the approval of the qualified professional person with treatment responsibility for the condition to which the information relates.
- We may charge a reasonable fee to cover the costs incurred in providing you a copy of recorded information;

**Request to correct, amend, or delete recorded personal information**
Within 30 business days from the date of receipt of your written request to correct, amend, or delete any recorded personal information, we must:
1. Correct, amend or delete the portion of the recorded personal information in dispute; or
2. Notify you of our refusal to make the correction, amendment or deletion, and the reason(s) for the refusal, and your right to file a statement if you disagree.

If we refuse to make a correction, amendment or deletion:
1. You have the right to file a concise statement with us. Your statement: (a) must set forth what you believe to be the correct, relevant, or fair information, and (b) explain why you disagree with our refusal.
2. We will file your statement with any disputed personal information and make it accessible so that anyone reviewing the information will be cognizant of your statement.
3. Furthermore, your statement will be with any subsequent disclosure.

If the information is corrected, the correction will be in writing and provided to you, any person who may have received the incorrect information within the preceding two years, any insurance-support organization that received the information within the preceding seven years, and any insurance support organization that furnished the personal information that has been corrected, amended or deleted.

**Disclosure of personal or privileged information**

We will not disclose any personal or privileged information about you in connection with this insurance transaction without your written authorization unless we provide you with a form or statement that:

1. is written in plain language;
2. is dated;
3. specifies the types of persons authorized to disclose information about you;
4. specifies the nature of the information authorized to be disclosed;
5. names the insurance company or agent to whom you are authorizing the information to be disclosed;
6. specifies the purpose(s) for which the information is collected;
7. specifies the length of time your authorization remains valid [not to exceed thirty (30) months (24 months in MT; 24 months in VA if the application or request involves property and casualty insurance)  from the date of authorization]; and
8. states that you or any person authorized to act on your behalf is entitled to receive a copy of any authorization form or statement.

**We will not disclose any personal or privileged information in connection with this insurance transaction, unless the disclosure is reasonably necessary and meets one of the following descriptions:**

1. To enable an insurance company to perform a business, professional or insurance related function and such insurance company agrees not to disclose the information further without your written authorization unless the further disclosure (a) would be otherwise permitted by the Insurance Information and Privacy Protection Act; or (b) would be necessary for the insurance company to perform its function.
2. To enable the insurance company to (a) determine your eligibility for an insurance benefit or payment; or (b) detect or prevent criminal activity, fraud, material misrepresentation, or material nondisclosure in connection with an insurance transaction.
3. To an insurance institution, agent, insurance-support organization, or self-insurer, provided the information disclosed is reasonably necessary and limited to (a) detect or prevent criminal activity, fraud, material misrepresentation, or material nondisclosure in connection with insurance transactions; or (b) for either the disclosing or receiving insurance institution, agent or insurance-support organization to perform its function in connection with an insurance transaction involving you.
4. To enable a medical-care institution or medical professional for the purpose of (a) verifying insurance coverage or benefits; (b) informing an individual of a medical problem of which the individual may not be aware; or (c) conducting an operations or services audit provided that the information is disclosed as is reasonably necessary.
5. To an insurance regulatory authority.
6. To a law enforcement or other governmental authority (a) to protect the interests of the insurance institution, agent or insurance-support organization in preventing or prosecuting the perpetration of fraud; or (b) if the insurance institution, agent or insurance-support organization reasonably believes that illegal activities have been conducted by the individual.
7. To an actuarial or research study, provided that (a) no individual may be identified in any actuarial or research report; (b) materials allowing the individual to be identified are returned or destroyed as soon as they are no longer needed; and (c) the actuarial or research organization agrees not to disclose the information unless the disclosure would be permitted by the Insurance Information and Privacy Protection Act if made by an insurance institution, agent, or insurance-support organization.
8. To a person whose only use of such information will be in connection with the marketing of a product or service, provided that (a) no medical-record information, privileged information, or personal information relating to an individual's character, personal habits, mode of living, or general reputation is disclosed, and no classification derived from such information is disclosed; (b) you have been given an opportunity to indicate that you do not want personal information disclosed for marketing purposes and have given no indication that you do not want the information disclosed; and (c) the person receiving such information agrees not to use it except in connection with the marketing of a product or service.
9. To an affiliate whose only use of the information will be in connection with an audit of the insurance institution or agent or the marketing of an insurance product or service, provided the affiliate agrees not to disclose the information for any other purpose or to unaffiliated persons.
10. To a group policyholder for the purpose of reporting claims experience or conducting an audit of the insurance institution's or agent's operations or services, provided the information disclosed is reasonably necessary for the group policyholder to conduct the review or audit.
11. To a professional peer review organization for the purpose of reviewing the service or conduct of a medical-care institution or medical professional.
12. To a certificate holder or policyholder for the purpose of providing information regarding the status of an insurance transaction.
13. To a lien holder, mortgagee, assignee, lessor, or other person shown on the records of an insurance institution or agent as having legal or beneficial interest in a policy of insurance. Medical-record information will not be disclosed unless the disclosure would otherwise be permitted by the Information and Privacy Protection Act. The information disclosed will also be limited to only reasonably necessary information to permit you to protect your interest in the policy. (Not applicable to Kansas, Montana, and Oregon residents).
14. To authorized personnel of the Division of Motor Vehicle; and to the Department of Environment, Health, and Natural Resources and the information disclosed is immunization information described in G.S. 130A-154. (Applicable to North Carolina residents only).

# Voyager Indemnity Insurance Company

### A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596   305. 253.2244

## FLEET AUTO RENTAL INSURANCE

## NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

The insurance provided by this policy does not apply to the following:

Under **SECTION II – LIABILITY COVERAGE**, to **bodily injury** or **property damage**.

1. With respect to which an **insured** under the policy is also an **insured** under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or
2. Resulting from the **hazardous properties** of **nuclear material** and with respect to which
   a. Any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or
   b. The **insured** is, or had this policy not been issued would be, entitled to indemnity from the United States of America or any agency thereof, under any agreement entered into by the United States of America or any agency thereof, with any person or organization.

Under any Auto Medical Payments Coverage provided by the policy and/or any attached endorsements, to expenses incurred with respect to **bodily injury** resulting from the **hazardous properties** of **nuclear material** and arising out of the operation of a **nuclear facility** by any person or organization.

Under **SECTION II – LIABILITY COVERAGE**, to **bodily injury** or **property damage** resulting from the **hazardous properties** of **nuclear material**, if:

1. The **nuclear material**
   a. Is at any **nuclear facility** owned by, or operated by or on behalf of, an **insured** or
   b. Has been discharged or dispersed therefrom.
2. The **nuclear material** is contained in **spent fuel** or **waste** at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an **insured**; or
3. The **bodily injury** or **property damage** arises out of the furnishings by an **insured** of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any **nuclear facility**, but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **3.** applies only to **property damage** to such **nuclear facility** and any property thereat.

Under **SECTION IV – DEFINITIONS** of the Commercial Auto Liability Excess Insurance Policy and **SECTION V – DEFINITIONS** of the Commercial Auto Insurance Policy, the following definitions are added:

**Hazardous properties** include radioactive, toxic or explosive properties.

**Nuclear facility** means:
1. Any **nuclear reactor**;
2. Any equipment or device designed or used for
   a. Separating the isotopes of uranium or plutonium,
   b. Processing or utilizing **spent fuel**, or
   c. Handling, processing or packaging **waste**;
3. Any equipment or device used for the processing, fabricating or alloying of **special nuclear material** if at any time the total amount of such material in the custody of the **insured** at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;
4. Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of **waste**;
and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

**Nuclear material** means **source material**, **special nuclear material** or **by-product material**.

**Nuclear reactor** means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

**Property damage** includes all forms of radioactive contamination of property.

**Source material**, **special nuclear material**, and **by-product material** have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

**Spent fuel** means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a **nuclear reactor**.

**Waste** means any waste material:
1. Containing **by-product material** other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its **source material** content, and

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**2.** Resulting from the operation by any person or organization of any **nuclear facility** included under the first two paragraphs of the definition of **nuclear facility**.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN THE SAME.**

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

FARI0008E-0515

Page 2

# Voyager Indemnity Insurance Company
### A Stock Insurance Company
11222 Quail Roost Drive, Miami, FL 33157-6596 • 305. 253.2244

## FLEET AUTO RENTAL INSURANCE

## CHANGE ENDORSEMENT

### THIS ENDORSEMENT FORMS A PART OF THE POLICY NUMBER BELOW:

| POLICY NUMBER | ORIGINAL EFFECTIVE DATE OF POLICY | EFFECTIVE DATE OF CHANGE |
|---|---|---|
| FAR1300006 | 09/01/2020 | 09/01/2020 |

| NAMED INSURED & ADDRESS |
|---|
| DoorDash, Inc.<br>South Tower<br>303 2nd St, Suite 800<br>San Francisco, CA 94107 |

## POLICY CHANGES

### Add/Remove Coverage or Change Limits

| Coverage | Current Limit | New Limit |
|---|---|---|
|  |  |  |
|  |  |  |

**Add/Change Name of:**   ☐ Named Insured

**Change Address of:**   ☐ Named Insured

_____

### Other Change:

The Commercial Auto Insurance Policy, FARI0001P-0918, is changed as follows:

Under **SECTION II – LIABILITY COVERAGE, A. Coverage, 1. Who Is An Insured, b.** is deleted and replaced with the following:

**b.     Employees** but only to the extent, and subject to the terms and conditions, of the **Delivery Endorsement** unless scheduled and attached to the policy.

### Endorsements Added to the Policy:

### Premium Adjustment

| Current Premium | New Premium | Premium Difference |
|---|---|---|
| N/A | N/A | N/A |
|  | Balance Due (if any) | N/A (monthly pay) |

08/28/2020

Authorized Representative                                     Date

# Voyager Indemnity Insurance Company

## A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305. 253.2244

## FLEET AUTO RENTAL INSURANCE

## CHANGE ENDORSEMENT

**THIS ENDORSEMENT FORMS A PART OF THE POLICY NUMBER BELOW:**

| POLICY NUMBER | ORIGINAL EFFECTIVE DATE OF POLICY | EFFECTIVE DATE OF CHANGE |
|---|---|---|
| FAR1300006 | 09/01/2020 | 09/01/2020 |
| NAMED INSURED & ADDRESS<br><br>DoorDash, Inc.<br>South Tower<br>303 2nd St., Suite 800<br>San Francisco, CA 94107 | | |

### POLICY CHANGES

#### Add/Remove Coverage or Change Limits

| Coverage | Current Limit | New Limit |
|---|---|---|
| | | |
| | | |

**Add/Change Name of:**   ☐ Named Insured

**Change Address of:**   ☐ Named Insured

**Other Change:**

#### Policy Changes

Under **SECTION II – Liability Coverage, B. Exclusions – Item 13. Additional Exclusions,** is deleted in its entirety.

Under **SECTION IV – Conditions,** the following is added:

We will not subrogate against any restaurants related to losses that occur during the terms of coverage

#### Defense Costs Outside of Limits

Under **SECTION II – Liability Coverage, C. Limit of Insurance** – Paragraph four, beginning with "All claim settlement costs" is deleted and replaced with the following:

All **litigation expenses** are in addition to such limits of liability shown on the Declarations.

**SECTION V – DEFINITIONS**, **litigation expenses** is deleted and replaced with the following:

1. All fees, costs and expenses charged by an attorney or law firm or a service provider designated by the company to represent an insured in any dispute arising from the policy or provide services in connection with representation of an insured in any litigation; and
2. All other fees, costs and expenses, including the company's own fees, costs and expenses or those of an affiliate, resulting from the investigation, adjustment, defense or appeal of a claim, as authorized by the company, including any coverage issues that may arise.

The determination of the company as to the reasonableness of **litigation expenses** shall be conclusive as to an **insured**.

FARI0011E-0515

**Premium Adjustment**

| Current Premium | New Premium | Premium Difference |
|---|---|---|
| | | |
| | Balance Due (if any) | N/A (monthly pay) |

10/09/2020

Authorized Representative                                                    Date

# Voyager Indemnity Insurance Company

## A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305. 253.2244

## FLEET AUTO RENTAL INSURANCE

## CHANGE ENDORSEMENT

### THIS ENDORSEMENT FORMS A PART OF THE POLICY NUMBER BELOW:

| POLICY NUMBER | ORIGINAL EFFECTIVE DATE OF POLICY | EFFECTIVE DATE OF CHANGE |
|---|---|---|
| FAR1300006 | 09/01/2020 | 09/01/2020 |

| NAMED INSURED & ADDRESS |
|---|
| DoorDash, Inc.<br>South Tower<br>303 2nd St, Suite 800<br>San Francisco, CA 94107 |

## POLICY CHANGES

### Add/Remove Coverage or Change Limits

| Coverage | Current Limit | New Limit |
|---|---|---|
|  |  |  |
|  |  |  |

**Add/Change Name of:**  ☐ Named Insured

**Change Address of:**  ☐ Named Insured

**Other Change:**

### Primary and Non-Contributory

The Commercial Auto Insurance Policy, FARI0001P-0918, is changed as follows:

Under **SECTION IV – CONDITIONS, L.  Other Insurance** the following is added and supersedes any provision to the contrary:

This Commercial Auto Insurance Policy's Liability Coverage is primary for the **named insured** and will not seek contribution from any other insurance available to the **named insured** under your policy provided that you have agreed in writing in a contract or agreement that this insurance would be primary and would not seek contribution from any other insurance available to the **named insured**. This provision only applies to the **named insured** or a person or entity listed as an additional **insured** and does not apply to **delivery operators**.

### Endorsements Added to the Policy:

### Premium Adjustment

| Current Premium | New Premium | Premium Difference |
|---|---|---|
| N/A | N/A | N/A |
|  | Balance Due (if any) | N/A (monthly pay) |

_Kevin J. Davies_

| _____ | 08/28/2020 |
|---|---|
| Authorized Representative | Date |

FARI0011E-0515

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305. 253.2244

## FLEET AUTO RENTAL INSURANCE

## CHANGE ENDORSEMENT

**THIS ENDORSEMENT FORMS A PART OF THE POLICY NUMBER BELOW:**

| POLICY NUMBER | ORIGINAL EFFECTIVE DATE OF POLICY | EFFECTIVE DATE OF CHANGE |
|---|---|---|
| FAR1300006 | 09/01/2020 | 09/01/2020 |

NAMED INSURED & ADDRESS
DoorDash, Inc.
South Tower
303 2nd St, Suite 800
San Francisco, CA 94107

## POLICY CHANGES

**Add/Remove Coverage or Change Limits**

| Coverage | Current Limit | New Limit |
|---|---|---|
|  |  |  |
|  |  |  |

**Add/Change Name of:**     ☐ Named Insured

**Change Address of:**     ☐ Named Insured

**Other Change:**

**Scooters/Mopeds**

The Commercial Auto Insurance Policy, FARI0001P-0918, is changed as follows:

Under **SECTION I – COVERED AUTOS, A. Description of Covered Autos,** the following is:

Scooters and mopeds you own that are used in connection with your business.

**Endorsements Added to the Policy:**

**Premium Adjustment**

| Current Premium | New Premium | Premium Difference |
|---|---|---|
| N/A | N/A | N/A |
|  | Balance Due (if any) | N/A (monthly pay) |

08/28/2020

_____     _____
Authorized Representative     Date

FARI0011E-0515

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## ADDITIONAL INSURED ENDORSEMENT
## CALIFORNIA

**THIS ENDORSEMENT CHANGES THE COMMERCIAL AUTO INSURANCE POLICY. PLEASE READ IT CAREFULLY.**

**This insurance is issued pursuant to the California Insurance Code, Sections 1760 through 1780, and is placed in an insurer or insurers not holding a Certificate of Authority from or regulated by the California Insurance Commissioner.**

### SCHEDULE

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| FAR1300006 | 09 / 01 / 2020  at 12:01 AM Standard Time | 09 / 01 / 2021  at 12:01 AM Standard Time |

| NAMED INSURED & ADDRESS | ADDITIONAL INSURED NAME & ADDRESS |
|---|---|
| DoorDash, Inc.<br>South Tower<br>303 2nd St, Suite 800<br>San Francisco, CA 94107 | SMALL GIRLS PR LLC<br>150 W 22ND ST, 11TH FLOOR<br>NEW YORK, NY  10011 |

| LOSS PAYEE |
|---|
|  |

| LIMIT OF LIABILITY | |
|---|---|
| Coverage | Limit Of Insurance |
| Liability | $1,000,000 combined single limit, with a $250,000 deductible per accident |

With respect to the coverage provided by this endorsement:

Under **SECTION II – LIABILITY COVERAGE**, **A. Coverage, 1. Who Is An Insured**, the following is added:

Any person or entity listed as an additional **insured** in the Schedule above; provided, however that the insurance provided by this endorsement:
1. Applies only to the ownership, maintenance or use of a covered **auto**;
2. Applies to acts or omissions by you, your agents or your **employee**s while such covered **auto** is being used in your business; and
3. Does not apply to acts or omissions of the additional **insured** or any of the additional **insured**'s agents or **employees** other than you.

Inclusion of an additional **insured** will not increase our limit of insurance under the policy.  The limit of insurance per **accident** remains $1,000,000 regardless of the number of covered **autos**, **insureds**, premiums paid, claims made or vehicles involved in the **accident**.

The additional **insured** shown in the Schedule above is the loss payee for coverage under this policy when applicable. Stacking of coverage among multiple policies and stacking of coverage by vehicles within one policy are not permitted. The maximum recovery under all policies or coverage forms combined may equal, but not exceed the highest applicable limit for any one **auto** under any policy or coverage form providing coverage on either a primary or excess basis.

Under **SECTION IV CONDITIONS**, **D. Cancellation**, the following is added:

The additional **insured** shown in the Schedule above may cancel coverage by notifying us in the following ways:
**a.** Written notice by mail, fax or e-mail;
**b.** Verbal notice.

Upon receipt of such notice, we will cancel any coverage for the additional **insured**, effective on the later of the following:
**a.** The date on which notice is received or the coverage is surrendered; or
**b.** The date of cancellation requested by the additional **insured**.

We may cancel coverage for the additional **insured** by mailing or delivering to the additional **insured** written notice of cancellation, including the actual reason for the cancellation, to the last mailing address known to us, at least 30 days before the effective date of cancellation.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN THE SAME.**

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## ADDITIONAL INSURED ENDORSEMENT
## CALIFORNIA

**THIS ENDORSEMENT CHANGES THE COMMERCIAL AUTO INSURANCE POLICY. PLEASE READ IT CAREFULLY.**

**This insurance is issued pursuant to the California Insurance Code, Sections 1760 through 1780, and is placed in an insurer or insurers not holding a Certificate of Authority from or regulated by the California Insurance Commissioner.**

SCHEDULE

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| FAR1300006 | 09 / 01/ 2020  at 12:01 AM Standard Time | 09 / 01 / 2020  at 12:01 AM Standard Time |

| NAMED INSURED & ADDRESS | ADDITIONAL INSURED NAME & ADDRESS |
|---|---|
| DoorDash, Inc.<br>South Tower<br>303 2nd St, Suite 800<br>San Francisco, CA 94107 | REGENTS OF THE UNIVERSITY OF CALIFORNIA<br>HOSPITALITY AND DINING SERVICES<br>G318 STUDENT CENTER<br>IRVINE, CA  92697-3700 |

LOSS PAYEE

| LIMIT OF LIABILITY | |
|---|---|
| <u>Coverage</u> | <u>Limit Of Insurance</u> |
| Liability | $1,000,000 combined single limit, with a $250,000 deductible per accident |

With respect to the coverage provided by this endorsement:

Under **SECTION II – LIABILITY COVERAGE**, **A. Coverage, 1. Who Is An Insured**, the following is added:

Any person or entity listed as an additional **insured** in the Schedule above; provided, however that the insurance provided by this endorsement:
1.  Applies only to the ownership, maintenance or use of a covered **auto**;
2.  Applies only to acts or omissions by you, your agents or your **employee**s while such covered **auto** is being used in your business; and
3.  Does not apply to acts or omissions of the additional **insured** or any of the additional **insured**'s agents or **employee**s other than you.

Inclusion of an additional **insured** will not increase our limit of insurance under the policy.  The limit of insurance per **accident** remains $1,000,000 regardless of the number of covered **autos**, **insured**s, premiums paid, claims made or vehicles involved in the **accident**.

The additional **insured** shown in the Schedule above is the loss payee for coverage under this policy when applicable. Stacking of coverage among multiple policies and stacking of coverage by vehicles within one policy are not permitted. The maximum recovery under all policies or coverage forms combined may equal, but not exceed the highest applicable limit for any one **auto** under any policy or coverage form providing coverage on either a primary or excess basis.

Under **SECTION IV CONDITIONS**, **D. Cancellation**, the following is added:

The additional **insured** shown in the Schedule above may cancel coverage by notifying us in the following ways:
**a.**  Written notice by mail, fax or e-mail;
**b.**  Verbal notice.

Upon receipt of such notice, we will cancel any coverage for the additional **insured**, effective on the later of the following:
**a.**  The date on which notice is received or the coverage is surrendered; or
**b.**  The date of cancellation requested by the additional **insured**.

We may cancel coverage for the additional **insured** by mailing or delivering to the additional **insured** written notice of cancellation, including the actual reason for the cancellation, to the last mailing address known to us, at least 30 days before the effective date of cancellation.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN THE SAME.**

FARI0100E-0418

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## ADDITIONAL INSURED ENDORSEMENT
## CALIFORNIA

**THIS ENDORSEMENT CHANGES THE COMMERCIAL AUTO INSURANCE POLICY. PLEASE READ IT CAREFULLY.**

**This insurance is issued pursuant to the California Insurance Code, Sections 1760 through 1780, and is placed in an insurer or insurers not holding a Certificate of Authority from or regulated by the California Insurance Commissioner.**

<table>
<tr><td colspan="3" align="center">SCHEDULE</td></tr>
<tr><td>POLICY NUMBER</td><td>EFFECTIVE DATE</td><td>EXPIRATION DATE</td></tr>
<tr><td>FAR1300006</td><td>09 / 01/ 2020   at 12:01 AM Standard Time</td><td>09 / 01 / 2021  at 12:01 AM Standard Time</td></tr>
<tr><td>NAMED INSURED & ADDRESS<br><br>DoorDash, Inc.<br>South Tower<br>303 2nd St, Suite 800<br>San Francisco, CA 94107</td><td colspan="2">ADDITIONAL INSURED NAME & ADDRESS<br><br>MEDVEN NYP, LLC<br>DBA RUSSO'S NEW YORK PIZZERIA CONROE<br>6700 WOODLANDS PARKWAY, SUITE 230-138<br>THE WOODLANDS, TX  77382</td></tr>
<tr><td colspan="3">LOSS PAYEE<br><br><br></td></tr>
<tr><td colspan="3" align="center">LIMIT OF LIABILITY</td></tr>
<tr><td>Coverage</td><td colspan="2">Limit Of Insurance</td></tr>
<tr><td>Liability</td><td colspan="2">$1,000,000 combined single limit, with a $250,000 deductible per accident</td></tr>
</table>

With respect to the coverage provided by this endorsement:

Under **SECTION II – LIABILITY COVERAGE**, **A. Coverage, 1. Who Is An Insured**, the following is added:

Any person or entity listed as an additional **insured** in the Schedule above; provided, however that the insurance provided by this endorsement:
1. Applies only to the ownership, maintenance or use of a covered **auto**;
2. Applies only to acts or omissions by you, your agents or your **employee**s while such covered **auto** is being used in your business; and
3. Does not apply to acts or omissions of the additional **insured** or any of the additional **insured**'s agents or **employees** other than you.

Inclusion of an additional **insured** will not increase our limit of insurance under the policy. The limit of insurance per **accident** remains $1,000,000 regardless of the number of covered **autos**, **insureds**, premiums paid, claims made or vehicles involved in the **accident**.

The additional **insured** shown in the Schedule above is the loss payee for coverage under this policy when applicable. Stacking of coverage among multiple policies and stacking of coverage by vehicles within one policy are not permitted. The maximum recovery under all policies or coverage forms combined may equal, but not exceed the highest applicable limit for any one **auto** under any policy or coverage form providing coverage on either a primary or excess basis.

Under **SECTION IV CONDITIONS**, **D. Cancellation**, the following is added:

The additional **insured** shown in the Schedule above may cancel coverage by notifying us in the following ways:
**a.** Written notice by mail, fax or e-mail;
**b.** Verbal notice.

Upon receipt of such notice, we will cancel any coverage for the additional **insured**, effective on the later of the following:
**a.** The date on which notice is received or the coverage is surrendered; or
**b.** The date of cancellation requested by the additional **insured**.

We may cancel coverage for the additional **insured** by mailing or delivering to the additional **insured** written notice of cancellation, including the actual reason for the cancellation, to the last mailing address known to us, at least 30 days before the effective date of cancellation.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN THE SAME.**

FARI0100E-0418

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## ADDITIONAL INSURED ENDORSEMENT
## CALIFORNIA

**THIS ENDORSEMENT CHANGES THE COMMERCIAL AUTO INSURANCE POLICY. PLEASE READ IT CAREFULLY.**

**This insurance is issued pursuant to the California Insurance Code, Sections 1760 through 1780, and is placed in an insurer or insurers not holding a Certificate of Authority from or regulated by the California Insurance Commissioner.**

### SCHEDULE

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| FAR1300006 | 09 / 01/ 2020   at 12:01 AM Standard Time | 09 / 01 / 2021   at 12:01 AM Standard Time |

| NAMED INSURED & ADDRESS | ADDITIONAL INSURED NAME & ADDRESS |
|---|---|
| DoorDash, Inc.<br>South Tower<br>303 2nd St, Suite 800<br>San Francisco, CA 94107 | HOME RUN INN PIZZA<br>1300 INTERNATIONALE PKWY<br>WOODRIGE, IL  60517 |

LOSS PAYEE

### LIMIT OF LIABILITY

| Coverage | Limit Of Insurance |
|---|---|
| Liability | $1,000,000 combined single limit, with a $250,000 deductible per accident |

With respect to the coverage provided by this endorsement:

Under **SECTION II – LIABILITY COVERAGE**, **A. Coverage, 1. Who Is An Insured**, the following is added:

Any person or entity listed as an additional **insured** in the Schedule above; provided, however that the insurance provided by this endorsement:

1. Applies only to the ownership, maintenance or use of a covered **auto**;
2. Applies only to acts or omissions by you, your agents or your **employee**s while such covered **auto** is being used in your business; and
3. Does not apply to acts or omissions of the additional **insured** or any of the additional **insured**'s agents or **employee**s other than you.

Inclusion of an additional **insured** will not increase our limit of insurance under the policy.  The limit of insurance per **accident** remains $1,000,000 regardless of the number of covered **autos**, **insured**s, premiums paid, claims made or vehicles involved in the **accident**.

The additional **insured** shown in the Schedule above is the loss payee for coverage under this policy when applicable. Stacking of coverage among multiple policies and stacking of coverage by vehicles within one policy are not permitted. The maximum recovery under all policies or coverage forms combined may equal, but not exceed the highest applicable limit for any one **auto** under any policy or coverage form providing coverage on either a primary or excess basis.

Under **SECTION IV CONDITIONS**, **D. Cancellation**, the following is added:

The additional **insured** shown in the Schedule above may cancel coverage by notifying us in the following ways:
a. Written notice by mail, fax or e-mail;
b. Verbal notice.

Upon receipt of such notice, we will cancel any coverage for the additional **insured**, effective on the later of the following:
a. The date on which notice is received or the coverage is surrendered; or
b. The date of cancellation requested by the additional **insured**.

We may cancel coverage for the additional **insured** by mailing or delivering to the additional **insured** written notice of cancellation, including the actual reason for the cancellation, to the last mailing address known to us, at least 30 days before the effective date of cancellation.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN THE SAME.**

FARI0100E-0418

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## ADDITIONAL INSURED ENDORSEMENT
## CALIFORNIA

**THIS ENDORSEMENT CHANGES THE COMMERCIAL AUTO INSURANCE POLICY. PLEASE READ IT CAREFULLY.**

**This insurance is issued pursuant to the California Insurance Code, Sections 1760 through 1780, and is placed in an insurer or insurers not holding a Certificate of Authority from or regulated by the California Insurance Commissioner.**

### SCHEDULE

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| FAR1300006 | 09 / 01/ 2020   at 12:01 AM Standard Time | 09 / 01 / 2021   at 12:01 AM Standard Time |

| NAMED INSURED & ADDRESS | ADDITIONAL INSURED NAME & ADDRESS |
|---|---|
| DoorDash, Inc.<br>South Tower<br>303 2nd St, Suite 800<br>San Francisco, CA 94107 | HENMED NYP, LLC<br>DBA RUSSO'S NEW YORK PIZZERIA<br>THE WOODLANDS<br>6700 WOODLANDS PARKWAY, SUITE 230-138<br>THE WOODLANDS, TX  77382 |

LOSS PAYEE

| LIMIT OF LIABILITY | |
|---|---|
| Coverage | Limit Of Insurance |
| Liability | $1,000,000 combined single limit, with a $250,000 deductible per accident |

With respect to the coverage provided by this endorsement:

Under **SECTION II – LIABILITY COVERAGE**, **A. Coverage, 1. Who Is An Insured**, the following is added:

Any person or entity listed as an additional **insured** in the Schedule above; provided, however that the insurance provided by this endorsement:
1. Applies only to the ownership, maintenance or use of a covered **auto**;
2. Applies only to acts or omissions by you, your agents or your **employee**s while such covered **auto** is being used in your business; and
3. Does not apply to acts or omissions of the additional **insured** or any of the additional **insured**'s agents or **employees** other than you.

Inclusion of an additional **insured** will not increase our limit of insurance under the policy.  The limit of insurance per **accident** remains $1,000,000 regardless of the number of covered **autos**, **insureds**, premiums paid, claims made or vehicles involved in the **accident**.

The additional **insured** shown in the Schedule above is the loss payee for coverage under this policy when applicable. Stacking of coverage among multiple policies and stacking of coverage by vehicles within one policy are not permitted. The maximum recovery under all policies or coverage forms combined may equal, but not exceed the highest applicable limit for any one **auto** under any policy or coverage form providing coverage on either a primary or excess basis.

Under **SECTION IV CONDITIONS**, **D. Cancellation**, the following is added:

The additional **insured** shown in the Schedule above may cancel coverage by notifying us in the following ways:
a. Written notice by mail, fax or e-mail;
b. Verbal notice.

Upon receipt of such notice, we will cancel any coverage for the additional **insured**, effective on the later of the following:
a. The date on which notice is received or the coverage is surrendered; or
b. The date of cancellation requested by the additional **insured**.

We may cancel coverage for the additional **insured** by mailing or delivering to the additional **insured** written notice of cancellation, including the actual reason for the cancellation, to the last mailing address known to us, at least 30 days before the effective date of cancellation.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN THE SAME.**

FARI0100E-0418

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## ADDITIONAL INSURED ENDORSEMENT
## CALIFORNIA

**THIS ENDORSEMENT CHANGES THE COMMERCIAL AUTO INSURANCE POLICY. PLEASE READ IT CAREFULLY.**

**This insurance is issued pursuant to the California Insurance Code, Sections 1760 through 1780, and is placed in an insurer or insurers not holding a Certificate of Authority from or regulated by the California Insurance Commissioner.**

### SCHEDULE

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| FAR1300006 | 09 / 01/ 2020  at 12:01 AM Standard Time | 09 / 01 / 2021  at 12:01 AM Standard Time |

| NAMED INSURED & ADDRESS | ADDITIONAL INSURED NAME & ADDRESS |
|---|---|
| DoorDash, Inc.<br>South Tower<br>303 2nd St, Suite 800<br>San Francisco, CA 94107 | CITY OF CONCORD, A CALIFORNIA MUNICIPAL CORPORATION, ITS OFFICERS, AGENTS, EMPLOYEES, AND VOLUNTEERS<br>1950 PARKSIDE DRIVER<br>CONCORD, CA 94519-2578 |

| LOSS PAYEE |
|---|
| |

| LIMIT OF LIABILITY | |
|---|---|
| Coverage | Limit Of Insurance |
| Liability | $1,000,000 combined single limit, with a $250,000 deductible per accident |

With respect to the coverage provided by this endorsement:

Under **SECTION II – LIABILITY COVERAGE**, **A. Coverage, 1. Who Is An Insured**, the following is added:

Any person or entity listed as an additional **insured** in the Schedule above; provided, however that the insurance provided by this endorsement:
1. Applies only to the ownership, maintenance or use of a covered **auto**;
2. Applies only to acts or omissions by you, your agents or your **employee**s while such covered **auto** is being used in your business; and
3. Does not apply to acts or omissions of the additional **insured** or any of the additional **insured**'s agents or **employee**s other than you.

Inclusion of an additional **insured** will not increase our limit of insurance under the policy.  The limit of insurance per **accident** remains $1,000,000 regardless of the number of covered **autos**, **insured**s, premiums paid, claims made or vehicles involved in the **accident**.

The additional **insured** shown in the Schedule above is the loss payee for coverage under this policy when applicable. Stacking of coverage among multiple policies and stacking of coverage by vehicles within one policy are not permitted. The maximum recovery under all policies or coverage forms combined may equal, but not exceed the highest applicable limit for any one **auto** under any policy or coverage form providing coverage on either a primary or excess basis.

Under **SECTION IV CONDITIONS**, **D. Cancellation**, the following is added:

The additional **insured** shown in the Schedule above may cancel coverage by notifying us in the following ways:
a. Written notice by mail, fax or e-mail;
b. Verbal notice.

Upon receipt of such notice, we will cancel any coverage for the additional **insured**, effective on the later of the following:
a. The date on which notice is received or the coverage is surrendered; or
b. The date of cancellation requested by the additional **insured**.

We may cancel coverage for the additional **insured** by mailing or delivering to the additional **insured** written notice of cancellation, including the actual reason for the cancellation, to the last mailing address known to us, at least 30 days before the effective date of cancellation.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN THE SAME.**

FARI0100E-0418

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## ADDITIONAL INSURED ENDORSEMENT
## CALIFORNIA

**THIS ENDORSEMENT CHANGES THE COMMERCIAL AUTO INSURANCE POLICY. PLEASE READ IT CAREFULLY.**

**This insurance is issued pursuant to the California Insurance Code, Sections 1760 through 1780, and is placed in an insurer or insurers not holding a Certificate of Authority from or regulated by the California Insurance Commissioner.**

| SCHEDULE | | |
|---|---|---|
| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
| FAR1300006 | 09/01/2020     at 12:01 AM Standard Time | 09/01/2021     at 12:01 AM Standard Time |

| NAMED INSURED & ADDRESS | ADDITIONAL INSURED NAME & ADDRESS |
|---|---|
| DoorDash, Inc.<br>South Tower<br>303 2nd St, Suite 800<br>San Francisco, CA 94107 | AS REQUIRED BY WRITTEN CONTRACT |

| LOSS PAYEE |
|---|
| N/A |

| LIMIT OF LIABILITY | |
|---|---|
| Coverage | Limit Of Insurance |
| Liability | $1,000,000 combined single limit with a $250,000 deductible |

With respect to the coverage provided by this endorsement:

Under **SECTION II – LIABILITY COVERAGE**, **A. Coverage, 1. Who Is An Insured**, the following is added:

Any person or entity listed as an additional **insured** in the Schedule above; provided, however that the insurance provided by this endorsement:

1. Applies only to the ownership, maintenance or use of a covered **auto**;
2. Applies only to acts or omissions by you, your agents or your **employee**s while such covered **auto** is being used in your business; and
3. Does not apply to acts or omissions of the additional **insured** or any of the additional **insured**'s agents or **employees** other than you.

Inclusion of an additional **insured** will not increase our limit of insurance under the policy. The limit of insurance per **accident** remains $1,000,000 regardless of the number of covered **autos**, **insureds**, premiums paid, claims made or vehicles involved in the **accident**.

The additional **insured** shown in the Schedule above is the loss payee for coverage under this policy when applicable. Stacking of coverage among multiple policies and stacking of coverage by vehicles within one policy are not permitted. The maximum recovery under all policies or coverage forms combined may equal, but not exceed the highest applicable limit for any one **auto** under any policy or coverage form providing coverage on either a primary or excess basis.

Under **SECTION IV CONDITIONS**, **D. Cancellation**, the following is added:

The additional **insured** shown in the Schedule above may cancel coverage by notifying us in the following ways:

a.    Written notice by mail, fax or e-mail;
b.    Verbal notice.

Upon receipt of such notice, we will cancel any coverage for the additional **insured**, effective on the later of the following:

a.    The date on which notice is received or the coverage is surrendered; or
b.    The date of cancellation requested by the additional **insured**.

We may cancel coverage for the additional **insured** by mailing or delivering to the additional **insured** written notice of cancellation, including the actual reason for the cancellation, to the last mailing address known to us, at least 45 days before the effective date of cancellation.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN THE SAME.**

FARI0100E-0418

# Voyager Indemnity Insurance Company

### A Stock Insurance Company
11222 Quail Roost Drive, Miami, FL 33157-6596 • 305. 253.2244

## FLEET AUTO RENTAL INSURANCE

## CHANGE ENDORSEMENT

### THIS ENDORSEMENT FORMS A PART OF THE POLICY NUMBER BELOW:

| POLICY NUMBER | ORIGINAL EFFECTIVE DATE OF POLICY | EFFECTIVE DATE OF CHANGE |
|---|---|---|
| FAR1300006 | 09/01/2020 | 09/01/2020 |

NAMED INSURED & ADDRESS

DoorDash, Inc.
116 New Montgomery, 4th Floor
San Francisco, CA  94105

## POLICY CHANGES

### Add/Remove Coverage or Change Limits

| Coverage | Current Limit | New Limit |
|---|---|---|
|  |  |  |
|  |  |  |

**Add/Change Name of:**  ☐ Named Insured

**Change Address of:**  ☐ Named Insured

---

**Other Change:**

### Personal Auto Vehicles

Scheduling three personal autos to policy FAR1300006, with coverage as shown on the declaration page.  The vehicles will have liability coverage up to $1,000,000 subject to a $250,000 deductible.  Physical damage is NOT included.

2016 KIA SOUL VIN# KNDJN2A21G7386446
2014 LINCOLN MKZ | 4DR HYBRID VIN# 3LN6L2LU6ER824731
2018 FREIGHTLINER SPRINTER VIN# WDYPE7CD4JP630642

**Endorsements Added to the Policy:**

### Premium Adjustment

| Current Premium | New Premium | Premium Difference |
|---|---|---|
| N/A | N/A | N/A |
|  | Balance Due (if any) | N/A (monthly pay) |

10/07/2020

Authorized Representative                                    Date

FARI0011E-0515

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305. 253.2244

## FLEET AUTO RENTAL INSURANCE

## CHANGE ENDORSEMENT

**THIS ENDORSEMENT FORMS A PART OF THE POLICY NUMBER BELOW:**

| POLICY NUMBER | ORIGINAL EFFECTIVE DATE OF POLICY | EFFECTIVE DATE OF CHANGE |
|---|---|---|
| FAR1300006 | 09/01/2020 | 09/01/2020 |
| NAMED INSURED & ADDRESS<br><br>DoorDash, Inc.<br>116 New Montgomery, 4th Floor<br>San Francisco, CA  94105 | | |

## POLICY CHANGES

### Add/Remove Coverage or Change Limits

| Coverage | Current Limit | New Limit |
|---|---|---|
| | | |
| | | |

**Add/Change Name of:**   ☐ Named Insured

**Change Address of:**   ☐ Named Insured

**Other Change:**

Effective 09/01/2020, adding physical damage for a scheduled auto, VIN# WDYPE7CD4JP630642 & WDYPE7CD2HP513927. Comprehensive and Collision coverage is added for this vehicle with a $1,000 deductible.

Also adding the following as Additional Insured and Loss Payee:

California Truck Leasing, LLC
8200 Baldwin Street
Oakland, CA  94621

Lee Financial Services
2727 E. Central Avenue
Fresno, CA  93725

**Endorsements Added to the Policy:**

FARI0007E-0515

**Premium Adjustment**

| Current Premium | New Premium | Premium Difference |
|---|---|---|
| N/A | N/A | N/A |
| | Balance Due (if any) | N/A (monthly pay) |

_____   10/07/2020

Authorized Representative   Date

FARI0011E-0515

# Voyager Indemnity Insurance Company
### A Stock Insurance Company
11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## ADDITIONAL INSURED ENDORSEMENT
## CALIFORNIA

**THIS ENDORSEMENT CHANGES THE COMMERCIAL AUTO LIABILITY EXCESS INSURANCE POLICY. PLEASE READ IT CAREFULLY.**

**This insurance is issued pursuant to the California Insurance Code, Sections 1760 through 1780, and is placed in an insurer or insurers not holding a Certificate of Authority from or regulated by the California Insurance Commissioner.**

### SCHEDULE

| POLICY NUMBER | EFFECTIVE DATE | | EXPIRATION DATE | |
|---|---|---|---|---|
| FAR 1300006 | 09 / 01 / 2020 | at 12:01 AM EST | 09 / 01 / 2021 | at 12:01 AM EST |

| NAMED INSURED & ADDRESS | ADDITIONAL INSURED NAME & ADDRESS |
|---|---|
| DoorDash, Inc.<br>116 New Montgomery, 4th Floor<br>San Francisco, CA 94105 | CALIFORNIA TRUCK LEASING, LLC.<br>8200 BALDWIN STREET<br>OAKLAND, CA 94621<br><br>LEE FINANCIAL SERVICES<br>2727 E. CENTRAL AVENUE<br>FRESNO, CA 93725 |

LOSS PAYEE
CALIFORNIA TRUCK LEASING, LLC.
LEE FINANCIAL SERVICES

### COVERAGE

| Coverage | Limit Of Insurance |
|---|---|
| Liability | $1,000,000 Combined Single Limit |
| Comprehensive and Collision | Included with a $1,000 Deductible for scheduled autos |

### SCHEDULED AUTOS

VIN #:  WDYPE7CD4JP360642    VIN #:  WDYPE7CD2HP513927

With respect to the coverage provided by this endorsement:

Only autos listed on this endorsement under Scheduled Autos are covered for comprehensive and collision coverage.

Under **SECTION II – LIABILITY COVERAGE**, **A. Coverage**, **1. Who Is An Insured**, the following is added:

Any person or entity listed as an additional **insured** in the Schedule above; provided, however that the insurance provided by this endorsement:
1.  Applies only to the ownership, maintenance or use of a covered **auto**;
2.  Applies only to acts or omissions by you, your agents or your **employee**s while such covered **auto** is being used in your business; and
3.  Does not apply to acts or omissions of the additional **insured** or any of the additional **insured**'s agents or **employees** other than you.

Inclusion of an additional **insured** will not increase our limit of insurance under the policy.  The limit of insurance per **accident** remains $1,000,000 regardless of the number of covered **autos**, **insureds**, premiums paid, claims made or vehicles involved in the **accident**.

The additional **insured** shown in the Schedule above is the loss payee for coverage under this policy when applicable.  Stacking of coverage among multiple policies and stacking of coverage by vehicles within one policy are not permitted.  The maximum recovery under all policies or coverage forms combined may equal, but not exceed the highest applicable limit for any one **auto** under any policy or coverage form providing coverage on either a primary or excess basis.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN THE SAME.**

# Voyager Indemnity Insurance Company

### A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305. 253.2244

## FLEET AUTO RENTAL INSURANCE

## CHANGE ENDORSEMENT

**THIS ENDORSEMENT FORMS A PART OF THE POLICY NUMBER BELOW:**

| POLICY NUMBER FAR1300006 | ORIGINAL EFFECTIVE DATE OF POLICY 09/01/2020 | EFFECTIVE DATE OF CHANGE 09/01/2020 |
|---|---|---|

| NAMED INSURED & ADDRESS<br>DoorDash, Inc.<br>South Tower<br>303 2nd St, Suite 800<br>San Francisco, CA 94107 |
|---|

## POLICY CHANGES

**Add/Remove Coverage or Change Limits**

| Coverage | Current Limit | New Limit |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**Add/Change Name of:**     ☐  Named Insured

**Change Address of:**     ☐  Named Insured

**Other Change:**

**<u>Broad Form Named Insured</u>**

The following is added to Paragraph A.1. **Who Is An Insured**, of **Section II – Liability Coverage**

    f.  Any of your subsidiaries, other than a partnership or joint venture, that is not shown as a **Named Insured** in the Declaration is an **Insured** if:
        (1)  You are the sole owner or in which you maintain 50% or more ownership interest in such subsidiary on the first day of the **term of coverage**; and
        (2)  Such subsidiary is not separately insured.
    g.  Any organization you newly acquired or form during the policy term, other than a partnership or joint venture, is an **Insured** until the end of the **term of coverage** if:
        (1)  You are the sole owner or in which you maintain 50% or more ownership interest; and
        (2)  Such organization you newly acquired or form is not separately insured.

**Endorsements Added to the Policy:**

N/A

FARI0011E-0515

**Premium Adjustment**

| Current Premium | New Premium | Premium Difference |
|---|---|---|
|  |  |  |
|  | Balance Due (if any) |  |

12-07-2020

Authorized Representative                                    Date

# Voyager Indemnity Insurance Company
### A Stock Insurance Company
11222 Quail Roost Drive, Miami, FL 33157-6596 • 305. 253.2244

## FLEET AUTO RENTAL INSURANCE

## CHANGE ENDORSEMENT

### THIS ENDORSEMENT FORMS A PART OF THE POLICY NUMBER BELOW:

| POLICY NUMBER | ORIGINAL EFFECTIVE DATE OF POLICY | EFFECTIVE DATE OF CHANGE |
|---|---|---|
| FAR1300006 | 09/01/2020 | 01/18/2021 |

NAMED INSURED & ADDRESS

DoorDash, Inc.
116 New Montgomery, 4th Floor
San Francisco, CA  94105

## POLICY CHANGES

### Add/Remove Coverage or Change Limits

| Coverage | Current Limit | New Limit |
|---|---|---|
|  |  |  |
|  |  |  |

**Add/Change Name of:**    ☐ Named Insured

**Change Address of:**    ☐ Named Insured

### Other Change:

Adding liability coverage for scheduled autos (coverage is listed on the declaration page):

Vin#: 1FTSS34L86DA18454
Year: 2006
Make: Ford
Model: Van Cargo

Vin#: 3C6TYVAG2GE119849
Year: 2016
Make: Ram
Model: Van Cargo

### Endorsements Added to the Policy:

N/A

### Premium Adjustment

| Current Premium | New Premium | Premium Difference |
|---|---|---|
| N/A | N/A | N/A |
|  | Balance Due (if any) | N/A (monthly pay) |

01/22/2021
_____    _____
Authorized Representative    Date

FARI0011E-0515

# Voyager Indemnity Insurance Company
### A Stock Insurance Company
11222 Quail Roost Drive, Miami, FL 33157-6596 • 305. 253.2244

## FLEET AUTO RENTAL INSURANCE

## CHANGE ENDORSEMENT

### THIS ENDORSEMENT FORMS A PART OF THE POLICY NUMBER BELOW:

| POLICY NUMBER<br>FAR1300006 | ORIGINAL EFFECTIVE DATE OF POLICY<br>09/01/2020 | EFFECTIVE DATE OF CHANGE<br>09/01/2020 |
|---|---|---|
| NAMED INSURED & ADDRESS<br>DoorDash, Inc.<br>South Tower<br>303 2nd St, Suite 800<br>San Francisco, CA 94107 | | |

### POLICY CHANGES

### Add/Remove Coverage or Change Limits

| Coverage | Current Limit | New Limit |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**Add/Change Name of:**  ☐ Named Insured

**Change Address of:**  ☐ Named Insured

_____

**Other Change:**
Adding UM/UIM forms for the attached schedule of states, effective 09/01/2020.

**Endorsements Added to the Policy:**
Please see attached.

**Premium Adjustment**

| Current Premium | New Premium | Premium Difference |
|---|---|---|
| N/A Monthly Pay | N/A Monthly Pay | N/A Monthly Pay |
| | Balance Due (if any) | N/A Monthly Pay |

02/18/2021

Authorized Representative                                          Date

| SCHEDULE OF UM/UIM COVERAGE - FAR1300006 | | |
|---|---|---|
| **STATE** | **LIMIT** | **ENDORSEMENT** |
| California | $250,000 CSL with $250,000 Deductible | FARI0002E-0515 FARI0003E-0515 |
| Alabama | $250,000 CSL with $250,000 Deductible | FARI0250E-1118 |
| Alaska | $250,000 CSL with $250,000 Deductible | FARI0392E-0920 |
| Arizona | $250,000 CSL with $250,000 Deductible | FARI0094E-0418 FARI0095E-0418 |
| Arkansas | $250,000 CSL with $250,000 Deductible | FARI0284E-0419 FARI0286E-0419 |
| Colorado | $250,000 CSL with $250,000 Deductible | FARI0102E-0418 |
| Connecticut | $250,000 CSL with $250,000 Deductible | FARI0195E-0718 |
| Delaware | $250,000 CSL with $250,000 Deductible | FARI0206E-0818 |
| D.C. | $250,000 CSL with $250,000 Deductible | FARI0146E-0718 |
| Florida | $250,000 CSL with $250,000 Deductible | FARI0049E-1117 |
| Hawaii | $250,000 CSL with $250,000 Deductible | FARI0266E-1118 FARI0268E-1118 |
| Idaho | $250,000 CSL with $250,000 Deductible | FARI0317E-0919 FARI0319E-0919 |
| Illinois | $250,000 CSL with $250,000 Deductible | FARI0072E-0318 FARI0074E-0318 |
| Indiana | $250,000 CSL with $250,000 Deductible | FARI0140E-0518 FARI0142E-0518 |
| Iowa | $250,000 CSL with $250,000 Deductible | FARI0295E-0519 |
| Kansas | $250,000 CSL with $250,000 Deductible | FARI0334E-1019 |
| Kentucky | $250,000 CSL with $250,000 Deductible | FARI0275E-0319 FARI0277E-0319 |
| Louisiana | $250,000 CSL with $250,000 Deductible | FARI0180E-0718 |
| Maine | $250,000 CSL with $250,000 Deductible | FARI0414E-1020 |
| Maryland | $250,000 CSL with $250,000 Deductible | FARI0173E-0620 |
| Massachusetts | $250,000 CSL with $250,000 Deductible | FARI0420E-1120 FARI0421E-1120 |
| Michigan | $250,000 CSL with $250,000 Deductible | FARI0427E-1120 |
| Minnesota | $250,000 CSL with $250,000 Deductible | FARI0055E-0118 |
| Mississippi | $250,000 CSL with $250,000 Deductible | FARI0366E-0620 |
| Missouri | $250,000 CSL with $250,000 Deductible | FARI0227E-0918 FARI0229E-0918 |
| Montana | $250,000 CSL with $250,000 Deductible | FARI0325E-0919 FARI0327E-0919 |
| Nebraska | $250,000 CSL with $250,000 Deductible | FARI0244E-1118 |
| Nevada | $250,000 CSL with $250,000 Deductible | FARI0221E-0918 |
| New Hampshire | $250,000 CSL with $250,000 Deductible | FARI0304E-0919 |
| New Jersey | $250,000 CSL with $250,000 Deductible | FARI0199E-0718 |
| New Mexico | $250,000 CSL with $250,000 Deductible | FARI0311E-0919 |
| New York | $250,000 CSL with $250,000 Deductible | FARI0400E-1020 |
| North Carolina | $250,000 CSL with $250,000 Deductible | FARI0188E-0718 |
| North Dakota | $250,000 CSL with $250,000 Deductible | FARI0348E-0120 FARI0350E 0120 |
| Ohio | $250,000 CSL with $250,000 Deductible | FARI0150E-0718 |
| Oklahoma | $250,000 CSL with $250,000 Deductible | FARI0341E-1219 |

| Oregon | $250,000 CSL with $250,000 Deductible | FARI0031E-0816 |
|---|---|---|
| Pennsylvania | $250,000 CSL with $250,000 Deductible | FARI0085E-0418<br>FARI0086E-0418 |
| Rhode Island | $250,000 CSL with $250,000 Deductible | FARI0214E-0818 |
| South Carolina | $250,000 CSL with $250,000 Deductible | FARI0062E-0218<br>FARI0063E-0218 |
| South Dakota | $250,000 CSL with $250,000 Deductible | FARI0386E-0820 |
| Tennessee | $250,000 CSL with $250,000 Deductible | FARI0021E-1017 |
| Texas | $250,000 CSL with $250,000 Deductible | FARI0041E-0317 |
| Utah | $250,000 CSL with $250,000 Deductible | FARI0256E-1118<br>FARI0258E-1118 |
| Vermont | $250,000 CSL with $250,000 Deductible | FARI0132E-0518 |
| Virginia | $250,000 CSL with $250,000 Deductible | FARI0132E-0518 |
| Washington | $250,000 CSL with $250,000 Deductible | FARI0013E-0915 |
| West Virginia | $250,000 CSL with $250,000 Deductible | FARI0370E-0720 |
| Wisconsin | $250,000 CSL with $250,000 Deductible | FARI0235E-1118<br>FARI0237E-1118 |
| Wyoming | $250,000 CSL with $250,000 Deductible | FARI0408E-0920 |

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## WASHINGTON UNDERINSURED MOTORISTS COVERAGE ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE COMMERCIAL AUTO INSURANCE POLICY. PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this Washington Underinsured Motorists Coverage Endorsement, the provisions of the Commercial Auto Insurance Policy apply unless modified by this endorsement. This endorsement provides **bodily injury** and **property damage** Underinsured Motorists Coverage. This endorsement changes the policy effective on the inception date of the policy or as of the date indicated below.

---

**Named Insured:** DoorDash, Inc.

**Endorsement Effective Date:** 09/01/2020

---

### SCHEDULE

| | |
|---|---|
| **Bodily Injury and Property Damage:** | $250,000 CSL with $250,000 Deductible **Each Accident** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

---

## SECTION II – LIABILITY COVERAGE

**A. Coverage**

We will pay all sums the **insured** is legally entitled to recover as compensatory damages from the owner or driver of an **underinsured motor vehicle**. The damages must result from **bodily injury** or **property damage** sustained by the **insured** caused by an **accident**. The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the **underinsured motor vehicle.**

## SECTION II – LIABILITY COVERAGE

**A. Coverage**

If the **named insured** is designated in the Declarations as:

1. An individual, then the following are **insureds**:
   a. The **named insured** and any **family members**.
   b. Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   c. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.
2. A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:
   a. Anyone **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.

   b. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.
   c. The **named insured** for **property damage** only.

## SECTION II – LIABILITY COVERAGE

**B. Exclusions**

This insurance does not apply to any of the following:

1. The benefit of any insurer or self-insurer under any workers' compensation law or any similar disability benefits law.
2. The benefit of any insurer of property.
3. **Bodily injury** sustained by:
   a. An individual **named insured** while **occupying** any vehicle owned by that **named insured** or made available for that **named insured's** regular use that is not a covered **auto** for Covered Autos Liability Coverage under this policy;
   b. Any **family member** while **occupying** any vehicle owned by that **family member** or available for that **family member's** regular use that is not a covered **auto** for Covered Autos Liability Coverage under this policy; or
   c. Any **family member** while **occupying** any vehicle owned by the **named insured** or made available for the **named insured's** regular use that is insured for Liability Coverage on a primary basis under any other policy or Coverage Form.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FARI0013E-0915

Page 1

4. Property contained in or struck by any vehicle owned by or available for the regular use of the **named insured** or any **family member**, if the **named insured** is an individual, which is not a covered **auto** for Covered Autos Liability Coverage under this policy.

5. The first $300 of the amount of **property damage** to the property of each **insured** as the result of any one **accident** caused by a hit-and-run **underinsured motor vehicle**. In all other cases, this insurance does not apply to the first $100 of the amount of **property damage** to the property of each **insured** as the result of any one **accident**.

6. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

7. **Bodily injury** or **property damage** to an **insured** while operating or **occupying** a motorcycle or motor driven cycle which is not a covered **auto** for Covered Autos Liability Coverage under this policy.

8. Punitive or exemplary damages.

9. **Bodily injury** or **property damage** arising directly or indirectly out of:
   a. War, including undeclared or civil war;
   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## SECTION II – LIABILITY COVERAGE

**C.    Limits Of Insurance**

Regardless of the number of covered **autos**, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for all damages resulting from any one **accident** is the limit shown in the Schedule or in the Declarations.

No one will be entitled to receive duplicate payments for the same elements of **loss** under this policy and any Liability Coverage form, Medical Payments Coverage endorsement or Personal Injury Protection Coverage endorsement attached to this policy.

We will not make a duplicate payment under this coverage for any element of **loss** for which payment has been made by or for anyone who is legally responsible.

**SECTION IV – CONDITIONS, A. Action Against Us** is deleted and replaced by the following:

**A.    Action Against Us**
1. No one may bring action against us under this policy until there has been full compliance with all the terms of this policy.
2. Any action against us under this policy must be brought within one year after the date on which the cause of action accrues.

If this action is brought pursuant to Sec. 3 of RCW 48.30, then 20 days prior to filing such an action, you are required to provide written notice of the basis for the cause of action to us and the Office of the Insurance Commissioner. Such notice may be sent by regular mail, registered mail or certified mail with return receipt requested.

Under **SECTION IV – CONDITIONS, G. Duties In The Event Of Accident, Claim, Suit Or Loss**, the following is added:

A person seeking Underinsured Motorists Coverage must also promptly notify us in writing of a tentative settlement between the **insured** and the insurer of an **underinsured motor vehicle** and allow us 30 days to advance payment to that **insured** in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such **underinsured motor vehicle**. However, this provision does not apply if failure to notify us does not prejudice our right to recover payment from the person legally responsible for the **accident**.

**SECTION IV – CONDITIONS, L. Other Insurance** is deleted and replaced by the following:

**L.    Other Insurance**

If there is other applicable insurance available under one or more policies or provisions of coverage:
1. The maximum recovery under all policies or Coverage Forms combined may equal but not exceed the highest applicable limit for any one vehicle under any policy or Coverage Form providing coverage on either a primary or excess basis.
2. Any insurance we provide with respect to a vehicle the **named insured** does not own shall be excess over any other collectible underinsured motorists insurance providing coverage on a primary basis.
3. If the coverage under this policy is provided:
   a. On a primary basis, we will pay only our share of the **loss** that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.
   b. On an excess basis, we will pay only our share of the **loss** that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

Under **SECTION IV – CONDITIONS, P. Transfer of Rights of Recovery Against Others To Us**, the following is added:

If we make any payment and the **insured** recovers from another party, the **insured** shall hold the proceeds in trust for us and pay us back the amount we have paid. We shall be entitled to recovery only after the **insured** has been fully compensated for damages.

FARI0013E-0915

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 2

Our rights do not apply under this provision with respect to damages caused by an **accident** with an **underinsured motor vehicle** if we:

1. Have been given prompt notice of a tentative settlement between an **insured** and the insurer of an **underinsured motor vehicle**; and

2. Fail to advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.

If we advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification:

    **a.** That payment will be separate from any amount the **insured** is entitled to recover under the provisions of Underinsured Motorists Coverage; and

    **b.** We also have a right to recover the advanced payment.

Under **SECTION IV – CONDITIONS**, the following **Arbitration** condition is added:

    **Arbitration**

    If we and an **insured** disagree whether the **insured** is legally entitled to recover damages from the owner or driver of an **underinsured motor vehicle** or do not agree as to the amount of damages that are recoverable by that **insured**, then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. We will pay all arbitration expenses. Arbitration expenses will not include the **insured's** attorney's fees or any expenses incurred in producing evidence or witnesses.

    Unless both parties agree otherwise, arbitration will take place in the county in which the **insured** lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

Under **SECTION V – DEFINITIONS**, the following definitions are added as used in this endorsement:

**Property damage** means injury to or destruction of the property of an **insured**.

**Family member** means a person related to an individual **named insured** by blood, marriage or adoption, who is a resident of such **named insured's** household, including a ward or foster child.

**Occupying** means in, upon, getting in, on, out or off.

**Suit** means a civil proceeding in which:

1. Damages because of **bodily injury** or **property damage;** or

2. A **covered pollution cost or expense** to which this insurance applies, are alleged.

**Suit** includes:

1. An arbitration proceeding in which such damages or **covered pollution costs or expenses** are claimed; or

2. Any other alternative dispute resolution proceeding in which such damages or **covered pollution costs or expenses** are claimed.

**Underinsured motor vehicle** means a land motor vehicle or **trailer**:

1. For which no liability bond or policy applies at the time of an **accident**; or

2. For which liability bonds or policies apply at the time of the **accident**, but the amount paid under all of the bonds or policies to an **insured** is not enough to pay the full amount an **insured** is legally entitled to recover as damages caused by the **accident**; or

3. For which all insuring or bonding companies deny coverage or are or become insolvent; or

4. That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must either:

    **a.** Hit an **insured**, a covered **auto** or a vehicle an **insured** is occupying; or

    **b.** Cause **bodily injury** or **property damage** with no physical contact with the **insured** or the vehicle the **insured** was occupying at the time of the **accident**, provided:

        **(1)** The facts of the **accident** can be corroborated by competent evidence other than the testimony of any person having an underinsured motorists coverage claim as a result of such **accident**; and

        **(2)** Someone reports the **accident** to the police within 72 hours of the **accident**.

However, **underinsured motor vehicle** does not include any vehicle:

1. For which the Covered Autos Liability Coverage of this policy applies. However, if the **named insured** is an individual and that **named insured** or any **family member** sustains damages while **occupying**, or when struck by, an **auto** which is a covered **auto** for Covered Autos Liability Coverage under this policy, this exception to this definition of an **underinsured motor vehicle** does not apply to that **named insured** or any such **family member**.

2. Owned by a governmental unit or agency. This provision does not apply if the governmental unit or agency is unable to pay damages because of financial inability or insolvency.

Whenever the terms **uninsured motorists coverage** or **uninsured motor vehicle** appear in the policy or any endorsements attached to the policy, they are replaced by the terms **underinsured motorists coverage** and **underinsured motor vehicle** for covered **autos** licensed in the state of Washington.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## TENNESSEE UNINSURED MOTORISTS COVERAGE ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF TENNESSEE. PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement. This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** DoorDash, Inc. |
| **Endorsement Effective Date:** 09/01/2020 |

### SCHEDULE

| | |
|---|---|
| **Limit of Insurance** | $250,000 CSL with $250,000 Deductible   **Each Accident** |

| |
|---|
| This endorsement provides **Bodily Injury** and **Property Damage** Uninsured Motorists Coverage unless an "X" is entered below. |
| ☐   If an "X" is entered in this box, this endorsement provides **Bodily Injury** Uninsured Motorists Coverage only. |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

## COVERAGE

We will pay all sums the **insured** is legally entitled to recover as compensatory damages from the owner or driver of an **uninsured motor vehicle**. The damages must result from **bodily injury** sustained by the **insured**, or **property damage** caused by an **accident**. The owner's or driver's liability for these damages must arise out of the ownership, maintenance or use of the **uninsured motor vehicle**.

With respect to damages resulting from an **accident** with a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle**, we will pay under this coverage only if one of the following applies:

1. The limit of any applicable liability bonds or policies has been exhausted by payment of judgments or settlements; or
2. A tentative settlement has been made between an **insured** and the insurer of the vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle** and we have been given written notice of such tentative settlement as described in the second paragraph of **CHANGES IN CONDITIONS**, **Arbitration** in this endorsement.

Any judgment for damages arising out of a **suit** brought without our written consent is not binding on us.

## WHO IS AN INSURED

If the **named insured** is designated in the Declarations as:

1  An individual, then the following are **insureds**:
   a.   The **named insured** and any **family members**.

   b.   Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   c.   Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.
2.   A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:
   a.   The **named insured** for **property damage** only.
   b.   Anyone **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   c.   Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

## EXCLUSIONS

This insurance does not apply to:

1.   Any claim settled without our consent. However, this exclusion does not apply to a settlement made with the insurer of an owner or operator of a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle** in accordance with the procedure described in item **2.** of the second paragraph under **COVERAGE** of this endorsement.
2.   The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.
3.   The direct or indirect benefit of any insurer of property.

4. B**odily injury** sustained by
   a. The individual **named insured** while **occupying** or when struck by any vehicle owned by that **named insured** that is not a covered **auto** for Uninsured Motorists Coverage under this policy;
   b. Any **family member** while **occupying** or when struck by any vehicle owned by that **family member** that is not a covered **auto** for Uninsured Motorists Coverage under this policy; or
   c. Any **family member** while **occupying** or when struck by any vehicle owned by the **named insured** that is insured for Uninsured Motorists Coverage on a primary basis under any other policy or coverage form.
5. Property contained in or struck by any vehicle owned by the **named insured** or, if the **named insured** is an individual, any **family member**, which is not a covered **auto**.
6. The first $200 of the amount of **property damage** to the property of each **insured** as a result of any one **accident**. This exclusion does not apply if:
   a. We insure the **named insured's** covered **auto** for both collision and Uninsured Motorists Property Damage Coverage; and
   b. The operator of the **uninsured motor vehicle** is positively identified and is solely at fault.
7. Anyone using a vehicle without a reasonable belief that person is entitled to do so.
8. **Property damage** for which the **insured** has been or is entitled to be compensated by other property or physical damage insurance.
9. Punitive or exemplary damages.
10. **Bodily injury** or **property damage** arising directly or indirectly out of:
    a. War, including undeclared or civil war;
    b. Warlike action by a military force, including action in hindering or defending against an actual or expected attach, by any government, sovereign or other authority using military personnel or other agents; or
    c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## LIMIT OF INSURANCE

1. Regardless of the number of **covered autos**, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for all damages resulting from any one **accident** is the limit of Uninsured Motorists Coverage shown in the Schedule or Declarations.
2. The most we will pay for all damages resulting from **bodily injury** to an **insured** when the **insured** is **occupying** an **auto** not owned by the **insured**, or is not **occupying** any **auto**, is the highest limit of Uninsured Motorists Coverage on an **auto** owned by the **insured**.
3. No one will be entitled to receive duplicate payments for the same elements of **loss** under this policy, any liability coverage form and any Medical Payments Coverage endorsement attached to this policy.

We will not make a duplicate payment under this coverage for any element of **loss** for which payment has been made by or for anyone who is legally responsible. We will not pay for any element of **loss** if a person is entitled to receive payment for the same element of **loss** under any workers' compensation, disability benefits or similar law.
4. We will not pay for a **loss** which is paid or payable under Physical Damage Coverage.

## CHANGES IN CONDITIONS

The conditions of the policy are changed for Uninsured Motorists Coverage as follows:

Under **SECTION IV – CONDITIONS**, G. Duties In The Event Of Accident, Claim, Suit Or Loss, the following duties are added:

Promptly notify the police if a hit-and-run driver is involved.

Promptly send us copies of the legal papers if a **suit** is brought.

Take reasonable steps after **loss** to protect the **covered auto** and its equipment from further **loss**. We will pay all reasonable expenses incurred to do this.

A person seeking coverage from an insurer, owner or operator of a vehicle described in the definition of **uninsured motor vehicle** in this endorsement must notify us in writing of a tentative settlement between the **insured** and the insurer as described in the second paragraph of **CHANGES IN CONDITIONS**, Arbitration in this endorsement and allow us, within 30 days of receipt of both notices, to advance payment to that **insured** in an amount equal to the tentative settlement to preserve our right against the insurer, owner or operator of such vehicle.

Under **SECTION IV – CONDITIONS**, L. Other Insurance is deleted and replaced by the following:

If there is other applicable insurance available under one or more policies, coverage forms or provisions of coverage, the maximum recovery for damages under all policies or coverage forms combined may equal by not exceed the highest applicable limit for any one vehicle under any one policy or coverage from providing coverage.

Subject to the paragraph above, with respect to **bodily injury** to an **insured**:
1. While not **occupying** a vehicle, only the Uninsured Motorists Coverage applicable to a vehicle, under which the injured person is an **insured**, that provides the highest limit of Uninsured Motorists Coverage, will apply. No other policy, coverage form or provision of coverage with lesser limits of Uninsured Motorists Coverage will apply. If two or more policies, coverages forms or provisions of coverage provide the highest limit of Uninsured Motorists Coverage, they will share the **loss** equally.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FARI0021E-1017

Page 2

2. While **occupying** a vehicle owned by that **insured**, only the Uninsured Motorists Coverage applicable to that vehicle will apply, and no other policy, coverage form or provision of coverage will apply.

3. While **occupying** a vehicle not owned by that **insured**, the following will be the priorities of recovery:

| First Priority | The Uninsured Motorists Coverage applicable to the vehicle the **insured** was **occupying** at the time of the **accident**. |
|---|---|
| Second Priority | If the first priority is exhausted, only the policy, coverage form or provision of coverage applicable to a vehicle under which the **insured** is a **named insured**, that provides the highest limit of Uninsured Motorists Coverage. |
| Third Priority | If the first and second priorities are exhausted, only the policy, coverage form or provision of coverage applicable to a vehicle under which the **insured** is other than a **named insured**, that provides the highest limit of Uninsured Motorists Coverage. |

If two or more policies, coverage forms or provisions of coverage in the second or third priority provide the highest limit of Uninsured Motorists Coverage, they will equally share the loss applicable to that priority. No policies, coverage forms or provisions of coverage with lesser limits of Uninsured Motorists Coverage will apply to the second or third priority.

Under **SECTION IV – CONDITIONS**, **P. Transfer Of Rights Of Recovery Against Others To Us**, the following is added:

If we make any payment and the **insured** recovers from another party, the **insured** shall hold the proceeds in trust for us and pay us back the amount we have paid.

Our rights under this provision do not apply with respect to a tentative settlement between an **insured** and the insurer of a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle**, for which we have been notified in accordance with item **2.** of the second paragraph under **COVERAGE** of this endorsement, to which we:

a. Consent to the tentative settlement; or

b. Fail to advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.

If we advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification:

a. That payment will be separate from any amount an **insured** is entitled to recover under the provisions of Uninsured Motorists Coverage; and

b. We also have the right to recover advanced payment, unless judgment is rendered in favor of the owner or operator of an **uninsured motor vehicle**.

Under **SECTION IV – CONDITIONS**, the following condition is added:

**Arbitration**

If we and an **insured** disagree whether the **insured** is legally entitled to recover damages from the owner or operator of an **uninsured motor vehicle** or do not agree as to the amount of damages that are recoverable by that **insured**, then the matter may be arbitrated.

If a tentative settlement is made between an **insured** and the insurer, owner or operator of the **uninsured motor vehicle** for the full limits of all liability policies or bonds available to the party on whose behalf the tentative settlement is made, and:

1. We receive written notice from the **insured**, sent certified mail return receipt requested or by some other method with written verification, of the **insured's**:

a. Intent to accept the offer thereby releasing the party on whose behalf the offer is made; and

b. Agreement to submit the uninsured motorists claim to binding arbitration;

2. We receive written notice from the insurer of the **uninsured motor vehicle**, sent certified mail return receipt requested or by some other method with written verification of the offer, and such insurer:

a. Provides verification of coverage upon request; and

b. Confirms to us that the owner or operator of the **uninsured motor vehicle** agrees to cooperate in connection with the arbitration of the uninsured motorists claim;

3. We consent to the tentative settlement in writing, sent certified mail return receipt requested or by some other method with written verification, within 30 days from receipt of both notices described in paragraphs **1.** and **2.** above, thereby waiving our right to recover payment from the owner or operator of an **uninsured motor vehicle** in exchange for their written agreement to cooperate in connection with the arbitration, then all issues of tort liability and damages arising out of the ownership, maintenance or use of the **uninsured motor vehicle** shall be arbitrated.

However, if the settlement does not release all parties alleged to be liable to the **insured**, arbitration of the uninsured motorists claim shall not be conducted until all such parties have been fully and finally disposed by settlement, final judgment or otherwise.

We and an **insured** must agree to arbitration and to be bound by the results of that arbitration. In this event, both parties will agree on an arbitrator. If they cannot agree, either party may request that a judge of a court of record for the county where arbitration is pending designate three (3) potential arbitrators; the parties shall then agree upon one of the three.

Unless we and an **insured** agree otherwise, arbitration will be in the county in which the **insured** lives. Rules of evidence applicable to the state courts where the arbitration is conducted will apply.

The arbitrator's expense will be paid by:

FARI0021E-1017

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 3

1. The **insured**, if the arbitrator's award is less than or equal to the total amount collected by the **insured** from settlements or judgments, if any, and the offer made by us at least 15 days prior to arbitration; or
2. Us, if the arbitrator's award exceeds the total amount collected by the **insured** from settlements or judgments, if any, and the offer made by us at least 15 days prior to arbitration.

Under **SECTION V – DEFINITIONS**, the following definitions are added as used in this endorsement:

**Family member** means a person related to an individual **named insured** by blood, marriage or adoption who is a resident of such **named insured's** household, including a ward or foster child.

**Occupying** means in, upon, getting in, on, out or off.

**Property damage** means injury or destruction of:
1. A **covered auto**;
2. Property contained in the **covered auto** and owned by the **named insured** or, if the **named insured** is an individual, any **family member**; or
3. Property contained in the covered **auto** and owned by anyone else **occupying** the covered **auto**.

**Uninsured motor vehicle** means a land motor vehicle or **trailer**:
1. For which no policy or liability bond at the time of the **accident** provides at least the amounts required by the applicable law where a covered **auto** is principally garaged;
2. That is an underinsured motor vehicle. An underinsured motor vehicle is a land motor vehicle or **trailer** for which the sum of the limits of liability available for payment to an **insured** under all policies, bonds and securities applicable at the time of the accident:
   a. Is less than the Limit of Insurance for this coverage; or

b. Has been reduced by payments to persons other than the **insured** to an amount which is less than the limit of liability for this coverage.
3. For which an insuring or bonding company denies coverage or is or becomes insolvent; or
4. For **which** neither the driver nor owner can be identified. The vehicle or **trailer** must either:
   a. Hit an **insured**, a covered **auto** or a vehicle an **insured** is **occupying**; or
   b. Cause **bodily injury** or **property damage** without hitting an **insured**, a covered **auto** or a vehicle an **insured** is **occupying**. If there is no physical contact with such vehicle or **trailer**, the facts of the **accident** must be proven by clear and convincing evidence. We will only accept corroborating evidence of the claim other than the evidence provided by the occupants in the covered **auto** or in the vehicle the **insured** is **occupying**.

However, **uninsured motor vehicle** does not include any vehicle:
1. Owned by or furnished or available for the regular use of the **named insured** or a **family member** of an individual **named insured**;
2. Owned or operated by a self-insurer within the meaning of the Tennessee Financial Responsibility Law, compiled in title 55, chapter 12, or any similar state or federal law, except as a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law;
3. Designed for use mainly off public roads or any off-highway vehicle, as defined in Tenn. Code Ann. Section 55-8-101, except while the vehicle is operated on public roads pursuant to Tenn. Code Ann. Section 55-8-185 or other law; or
4. While located for use as a premises.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# Voyager Indemnity Insurance Company

A Stock Insurance Company
11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## OREGON UNINSURED MOTORISTS COVERAGE – BODILY INJURY ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF OREGON. PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement. This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** DoorDash, Inc. |
| **Endorsement Effective Date:** 09/01/2020 |

### SCHEDULE

| Limit Of Insurance: | $250,000 CSL with $250,000 Deductible | **Each Accident** |
|---|---|---|

| |
|---|
| Information required to complete this Schedule, if not shown above, will be shown on the Declarations. |

## COVERAGE

We will pay all sums an **insured** is legally entitled to recover as compensatory damages from the owner or driver of an **uninsured motor vehicle.** The damages must result from **bodily injury** sustained by an **insured** caused by an **accident**. The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the **uninsured motor vehicle**.

With respect to damages resulting from an **accident** with a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle**, we will pay under this coverage only if paragraph **1.** or **2.** below applies:

**1.** The limit of any applicable liability policies has been exhausted by payment of judgments or settlements; or

**2.** A tentative settlement has been made between an **insured** and the insurer of the vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle** and we have:

   **a.** Have been given prompt written notice of such tentative settlement; and

   **b.** Advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of such notification.

Any judgment for damages arising out of a **suit** brought without our written consent is not binding on us.

## WHO IS AN INSURED

If the **named insured** is designated in the Declarations as:

**1** An individual, then the following are **insureds**:

   **a.** The **named insured** and any **family members**.

   **b.** Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.

   **c.** Anyone else **occupying** an **auto** the **named insured** is operating.

   **d.** Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

**2.** A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:

   **a.** Anyone **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.

   **b.** Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

## EXCLUSIONS

This insurance does not apply to:

**1.** Punitive or exemplary damages.

**2.** Any claim settled without our consent. However, this exclusion does not apply to a settlement made with the insurer of a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle** in accordance with the procedure described in item **2.** of the definition of **uninsured motor vehicle**.

**3.** The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

**4.** **Bodily injury** sustained by:

   **a.** An individual **named insured** while **occupying** or when struck by any vehicle owned by that **named insured** that is not a covered **auto** for Uninsured Motorists Coverage under this policy;

FARI0031E-0816

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 1

b. Any **family member** while **occupying** or when struck by any vehicle owned by that **family member** that is not a covered **auto** for Uninsured Motorists Coverage under this policy; or

c. Any **family member** while **occupying** or when struck by any vehicle owned by the **named insured** that is insured for Uninsured Motorists Coverage on a primary basis under any other policy or coverage form.

5. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

6. **Bodily injury** arising directly or indirectly out of:
   a. War, including undeclared or civil war;
   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## LIMIT OF INSURANCE

1. Regardless of the number of covered **autos**, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for all damages resulting from any one **accident** is the limit of Uninsured Motorists Coverage shown on the Schedule or Declarations.

2. We will provide primary insurance for a vehicle that you do not own if such vehicle is owned by a self-insurer as qualified under the Oregon Financial Responsibility Law.

2. No one will be entitled to receive duplicate payments for the same elements of **loss** under this policy and any Liability Coverage form, Medical Payments Coverage Endorsement or Persona Injury Protection Endorsement attached to this policy.

We will not make a duplicate payment under this coverage for any element of **loss** for which payment has been made by or for anyone who is legally responsible. We will not pay for any element of **loss** if a person is entitled to receive payment for the same element of **loss** under any workers' compensation, disability benefits or similar law.

## CHANGES IN CONDITIONS

With respect to the Uninsured Motorists Coverage – Bodily Injury provided by this endorsement, the following apply:

Under **SECTION IV – CONDITIONS**, A. Action Against Us is deleted and replaced by the following:

**A.    Action Against Us**

No one may bring action against us under this policy until there has been full compliance with all the terms of this policy. No cause of action shall accrue to an **insured** under this coverage unless within two years from the date of the **accident**:

1. Agreement as to the amount due under this insurance has been concluded;

2. We or the **insured** has formally instituted arbitration proceedings;

3. The **insured** has filed an action against us; or

4. An action for **bodily injury** has been filed against the uninsured motorist and, within two years form the **date of settlement** or **final judgment** against the uninsured motorist, the **insured** has:

   a. Formally instituted arbitration proceedings against us; or

   b. Filed an action against us.

Under **SECTION IV – CONDITIONS**, G. Duties In The Event Of Accident, Claim, Suit Or Loss, the following duties are added:

If a **stolen vehicle** or a hit-and-run or phantom vehicle is involved, the **named insured** or someone on that **named insured's** behalf shall report the **accident** to the appropriate law enforcement agency within 72 hours of the **accident**.

If a **stolen vehicle** is involved, you or someone on your behalf must cooperate with the appropriate law enforcement agency in the prosecution of the theft of the vehicle.

Promptly send us copies of the legal papers if a **suit** is brought.

A person seeking coverage from a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle** must also promptly notify us in writing of a tentative settlement between the **insured** and the insurer of the vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle** and allow advance payment to that **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification to preserve our rights against the insurer, owner or operator of such vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle.**

Under **SECTION IV – CONDITIONS**, L. Other Insurance is deleted and replaced by the following::

**L.    Other Insurance**

If there is other applicable insurance available under one or more policies or provisions of coverage:

1. Any insurance we provide with respect to a vehicle the **named insured** does not own shall be excess over any other collectible uninsured motorists insurance providing coverage on a primary basis.

2. When coverage provided under a certificate of self-insurance is available, any motor vehicle liability insurance or uninsured motorists coverage we provide will be on a primary basis unless otherwise agreed to be the self-insurer.

3. If the coverage under this policy is provided:

FARI0031E-0816

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 2

(1) On a primary basis, we will pay only our share of the **loss** that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

(2) On an excess basis, we will pay only our share of the **loss** that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

**SECTION IV – CONDITIONS**, **P. Transfer Of Rights Of Recovery Against Others To Us** is deleted and replaced by the following:

**P.    Transfer Of Rights Of Recovery Against Others To Us**
If we make any payment and the **insured** recovers from another party, the **insured** shall hold the proceeds in trust for us and pay us back the amount we have paid. Our rights do not apply under this provision with respect to damages caused by an **accident** with a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle** if we:

1.  Have been given prompt written notice of a tentative settlement between an **insured** and the insurer of a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle**; and

2.  Fail to advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.

If we advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification:

1.  That payment will be separate from any amount the insured is entitled to recover under the provisions of this coverage; and

2.  We also have a right to recover the advance payment.

Under **SECTION IV – CONDITIONS**, the following condition is added:

**Arbitration**
If we and an **insured** disagree whether the **insured** is legally entitled to recover damages from the owner or driver of an **uninsured motor vehicle** or do not agree as to the amount of damages that are recoverable by that **insured**, then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to an arbitration and to be bound by the results of that arbitration. If both parties so agree, then each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

Unless both parties agree otherwise, arbitration will take place in either of the following, at the election of the **insured**:

1.  The county where the **insured** lives; or

2.  The county where the **insured's** cause of action against the owner or driver of the **uninsured motor vehicle** arose.

Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

We will pay all arbitration costs to an **insured** in excess of $100. Arbitration costs to an **insured** shall not include attorneys' fees or any expenses incurred in producing evidence or witnesses or making transcripts of the arbitration proceedings.

Under **SECTION V – DEFINITIONS**, the following definitions used in this endorsement are added:

**Date of settlement** means the date on which a written settlement agreement or release is signed by an **insured** or, in the absence of such documents, the date on which the **insured** or the attorney for the **insured** receives payment of any sum required by the settlement agreement.

**Family member** means a person related to an individual **named insured** by blood, marriage or adoption, who is a resident of such **named insured's** household, including a ward or foster child.

**Final judgment** means a judgment that has become final by lapse of time for appeal or by entry in an appellate court of an appellate judgment.

**Occupying** means in, upon, getting in, on, out or off.

**Uninsured motor vehicle** means a land motor vehicle or **trailer**:

1.  For which no liability policy at the time of an **accident** provides at least the amounts required by the applicable law where a covered **auto** is principally garaged;

2.  That is an underinsured motor vehicle. An underinsured motor vehicle is a land motor vehicle or **trailer** to which a liability policy applies at the time of an **accident**, but the amount paid for **bodily injury** under that policy to the **insured** is not enough to pay the full amount the **insured** is legally entitled to recover as damages;

3.  For which an insuring company denies coverage, becomes voluntarily or involuntarily bankrupt or is placed in receivership;

4.  That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must hit an **insured**, a covered **auto** or a vehicle an **insured** is **occupying**. However, in the event that a hit-and-run vehicle causes **bodily injury** to an **insured** without hitting the **insured**, a covered **auto** or a vehicle the **insured** is **occupying**, the facts of the **accident** must be corroborated by competent evidence other than the testimony of any person having an uninsured motorists claim resulting from the **accident**;

5.  That is a **stolen vehicle**; or

6.  That is owned or operated by a self-insurer:

    a.  That is not in compliance with ORS 806.130(1)©; or

    b.  That become insolvent and cannot provide the amounts required by that motor vehicle law.

However, **uninsured motor vehicle** does not include any vehicle:

FARI0031E-0816

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 3

1. Owned by the United States of America, Canada, a state, a political subdivision of any such government or an agency of any such government unless the vehicle is owned by an Oregon public body;
2. Designed for use mainly off public roads while not on public roads.
3. Operated on rails or crawler treads;
4. While located for use as a residence or premises and not as a vehicle.
5. Owned by or furnished for the regular or frequent use of you or any **family member**.

**Stolen vehicle** means:
1. A covered **auto** that is being operated without the consent of the **insured**; and
2. At the time of the **accident**, the operator has not collectible liability insurance.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME.**

FARI0031E-0816

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 4

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## TEXAS UNINSURED/UNDERINSURED MOTORISTS COVERAGE ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF TEXAS. PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement. This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** DoorDash, Inc. |
| **Endorsement Effective Date:** 09/01/2020 |

### SCHEDULE

| | | |
|---|---|---|
| **Limit Of Insurance:** | $250,000 CSL with $250,000 Deductible | **Each Accident** |

| |
|---|
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

## COVERAGE

We will pay damages which an **insured** is legally entitled to recover from the owner or operator of an **uninsured motor vehicle** because of **bodily injury** sustained in an **accident**. The owner's or operator's liability for these damages must arise out of the ownership, maintenance or use of the **uninsured motor vehicle**.

With respect to damages resulting from an **accident** with a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle**, we will pay under this coverage only if one of the following applies:

1. The limit of any applicable liability bonds or policies has been exhausted by payment of judgments or settlements; or
2. A tentative settlement has been made between an **insured** and the insurer of the vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle** and we:
   a. Have been given prompt written notice of such tentative settlement; and
   b. Advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.

Any judgment for damages arising out of a **suit** brought without our written consent is not binding on us. If we and the **named insured** do not agree as to whether or not a vehicle is actually uninsured, the burden of proof as to that issue will be on us.

## WHO IS AN INSURED

If the **named insured** is designated in the Declarations as:

1. An individual, then the following are **insureds**:
   a. The **named insured** and any **family member**.
   b. Any other person **occupying** a covered **auto**.
   c. Any person or organization for damages that person or organization is entitled to recover because of **bodily injury** sustained by a person described in **a.** or **b.** above.

2. A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:
   a. The **named insured** for **property damage** only.
   b. Any person **occupying** a covered **auto**.
   b. Any person or organization for damages that person or organization is entitled to recover because of **bodily injury** sustained by a person described in **b.** above.

## EXCLUSIONS

We do not provide Uninsured/Underinsured Motorists Coverage:

1. For **bodily injury** sustained by
   a. An individual **named insured** while **occupying** or when struck by any vehicle owned by that **named insured** that is not a **covered auto** for Uninsured/Underinsured Motorists Coverage under this policy;
   b. Any **family member** while **occupying** or when struck by any vehicle owned by that **family member** that is not a **covered auto** for Uninsured/Underinsured Motorists Coverage under this policy; or
   c. Any **family member** while **occupying** or when struck by any vehicle owned by the **named insured** that is insured for Uninsured/Underinsured Motorists Coverage on a primary basis under any other policy or coverage form.

2. For any claim settled without our consent. However, this exclusion does not apply to a settlement made with the insurer of a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle** in accordance with the procedure described in item **2.** of the second paragraph of **COVERAGE** above.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FARI0041E-0317

Page 1

**3.** For any person for the first $250 of the amount of damage to the property of that person as the result of any one **accident**.

**4.** For the use of a vehicle without reasonable belief that the person using the vehicle is entitled to do so. This exclusion does not apply to an individual **named insured** or a **family member** while using the **covered auto.**

**5.** For any person for **bodily injury** or **property damage** resulting from intentional acts of that person.

This coverage shall not apply directly or indirectly to benefit:
**1.** Any insurer or self-insurer under any workers' compensation, disability or similar law.
**2.** Any insurer of property.

## LIMIT OF INSURANCE

**1.** Regardless of the number of **covered autos**, **insureds**, policies or bonds applicable, claims made or vehicles involved in the **accident**, the most we will pay for all damages resulting from any one **accident** is the limit of Uninsured/Underinsured Motorists Coverage shown in the Schedule or Declarations. Subject to this maximum, our limit of liability will be the lesser of:
  **a.** The difference between the amount of a covered **insured's** damages for **bodily injury** or **property damage** and the amount paid or payable to that covered **insured** for such damages, by or on behalf of persons or organizations who may be legally responsible; or
  **b.** The applicable limit of liability for this coverage.

**2.** In order to avoid insurance benefits payments in excess of actual damages sustained, subject to only the limits set out in the Schedule or Declarations and other applicable provisions of this coverage, we will pay all covered damages not paid or payable under any:
  **a.** Workers' compensation, disability benefits or similar law;
  **b.** Automobile Medical Payments Coverage; or
  **c.** Personal Injury Protection Coverage.

**3.** Any payment under this coverage to or for an **insured** will reduce any amount that **insured** is entitled to recover for the same damages under this policy's Covered Autos Liability Coverage.

We will not make a duplicate payment under this coverage for any element of **loss** for which payment has been made by or for anyone who is legally responsible. We will not pay for any element of **loss** if a person is entitled to receive payment for the same element of **loss** under any workers' compensation, disability benefits or similar law.

**4.** **Special Provisions For Property Damage**
For any **property damage loss** to which the Physical Damage Coverage of this policy (or similar coverage from another policy) and this coverage both apply, the **named insured** may choose the coverage from which damages will be paid. Such **named insured** may recover under both coverages, but only if:

  **a.** Neither one by itself is sufficient to cover the **loss**;
  **b.** The **named insured** pays the higher deductible amount (but the **named insured** does not have to pay both deductibles); and
  **c.** The **named insured** will not recover more than the actual damages.

## CHANGES IN CONDITIONS

The conditions of the policy are changed for Uninsured/Underinsured Motorists Coverage as follows:

Under **SECTION IV – CONDITIONS**, **G. Duties In The Event Of Accident, Claim, Suit Or Loss**, the following duties are added:

  Promptly notify the police if a hit-and-run driver is involved.

  Promptly send us copies of the legal papers if a **suit** is brought.

  Take reasonable steps after **loss** to protect the **covered auto** and its equipment from further **loss**. We will pay all reasonable expenses incurred to do this.

  Permit us to inspect and appraise the damaged property before its repair or disposal.

Promptly notify us in writing of a tentative settlement between an **insured** and the insurer of the vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle** and allow us 30 days to advance payment to that **insured** in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such vehicle.

Under **SECTION IV – CONDITIONS**, **L. Other Insurance**, reference to "other collectible insurance" is deleted and replaced by the following:

  If there is other applicable similar insurance, we will pay only our share of the **loss**. Our share is the proportion that our Limit of Insurance bears to the total of all applicable limits. However, any insurance we provide with respect to a vehicle the **named insured** does not own shall be excess over any other collectible insurance.

Under **SECTION IV – CONDITIONS**, **P. Transfer Of Rights Of Recovery Against Others To Us**, the following is added:

  If we make any payment and the **insured** recovers from another party, the **insured** shall hold the proceeds in trust for us and pay us back the amount we have paid.

  Our rights under this provision do not apply with respect to a tentative settlement between an **insured** and the insurer of a vehicle described in paragraph 2. of the definition of **uninsured motor vehicle** if we:
  **a.** Have been given written notice of a tentative settlement between the **insured** and the insurer of the **uninsured motor vehicle**; and

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FARI0041E-0317                                                           Page 2

**b.** Fail to advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.

If we advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification:

**a.** That payment will be separate from any amount an **insured** is entitled to recover under the provisions of Uninsured/Underinsured Motorists Coverage; and

**b.** We also have the right to recover advanced payment.

Under **SECTION IV – CONDITIONS**, the following condition is added:

**Arbitration**

If we and an **insured** disagree whether the **insured** is legally entitled to recover damages from the owner or driver of an **uninsured motor vehicle** or do not agree as to the amount of damages that are recoverable by that **insured**, then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. In this event, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

Unless both parties agree otherwise, arbitration will take place in the county in which the **insured** lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding. However, at any time prior to the arbitrators' decision, either party may revoke the agreement to arbitrate the matter.

Under **SECTION V – DEFINITIONS**, the following definitions have special meaning for Uninsured/Underinsured Motorists Coverage and are added:

**Covered auto** means an **auto**:
1. Owned or leased by the **named insured**; or
2. While temporarily used as a substitute for an owned **covered auto** that has been withdrawn from normal use because of its breakdown, repair, servicing, **loss** or destruction.

Covered Auto Liability Coverage of this policy must apply to the **covered auto**.

**Covered auto** includes **autos** (described in **1.** or **2.** above) for which Uninsured/Underinsured Motorists Coverage has not been rejected in writing.

**Family member** means a person related to an individual **named insured** by blood, marriage or adoption who is a resident of such **named insured's** household, including a ward or foster child.

**Occupying** means in, upon, getting in, on, out or off.

**Property damage** means injury to or **loss** of use or destruction of:
1. A **covered auto**;
2. Property owned by the **named insured** or any **family member** of an individual **named insured** while contained in a **covered auto**;
3. Property owned by any other person **occupying** the **covered auto** while contained in the **covered auto**; and
4. Any property owned by the **named insured** or **family member** of an individual **named insured** while contained in any **auto** not owned, but being operated, by such individual **named insured** or any **family member** of the individual **named insured**.

**Uninsured motor vehicle** means a land motor vehicle or **trailer**:
1. To which no policy or liability bond applies at the time of the **accident**.
2. Which is a hit-and-run vehicle whose owner or operator cannot be identified. The vehicle must hit an **insured**, a **covered auto** or a vehicle an **insured** is **occupying**.
3. To which a liability bond or policy applies at the time of the **accident**, but the bonding or insuring company denies coverage or is or becomes insolvent.
4. Which is an underinsured motor vehicle. An underinsured motor vehicle is one to which a liability bond or policy applies at the time of the **accident**, but its limit of liability either:
    **a.** Is not enough to pay the full amount the covered **insured** is legally entitled to recover as damages; or
    **b.** Has been reduced by payment of claims to an amount which is not enough to pay the full amount the covered **insured** is legally entitled to recover as damages.

However, **uninsured motor vehicle** does not include any vehicle or equipment:
1. Owned by or furnished or available for the regular use of the **named insured** or a **family member** of an individual **named insured**;
2. Owned or operated by a self-insurer under an applicable motor vehicle law;
3. Owned by any governmental body unless the operator of the vehicle is uninsured and there is no statute imposing liability for damage because of **bodily injury** or **property damage** on the governmental body for an amount not less than the Limit of Insurance for this coverage;
4. Operated on rails or crawler treads;
5. Designed mainly for use off public roads while not on public roads; and
6. While located for use as a residence or premises.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME.**

FARI0041E-0317

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 3

**Voyager Indemnity Insurance Company**
A Stock Insurance Company
11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE
## FLORIDA UNINSURED MOTORISTS
## COVERAGE – NONSTACKED ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF FLORIDA. PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement. This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** DoorDash, Inc. |
| **Endorsement Effective Date:** 09/01/2020 |

### SCHEDULE

| | | |
|---|---|---|
| **Limit Of Insurance:** | $250,000 CSL with $250,000 Deductible | **Each Accident** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

## SECTION II – LIABILITY COVERAGE, A. Coverage

**A. Coverage**

We will pay all sums the **insured** is legally entitled to recover as compensatory damages from the owner or driver of an **uninsured motor vehicle**. The damages must result from **bodily injury** sustained by the **insured** caused by an **accident**. The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the **uninsured motor vehicle**.

With respect to damages resulting from an **accident** with a vehicle described in Paragraph b. of the definition of **uninsured motor vehicle**, we will pay under this coverage only if Paragraph a. or b. below applies:

1. The limit of any applicable liability bonds or policies has been exhausted by payment of judgments or settlements; or

2. A tentative settlement has been made between an **insured** and the insurer of the **underinsured motor vehicle** and we:
   a. Have been given prompt written notice of such tentative settlement; and
   b. Advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.

3. Any judgment for damages arising out of a **suit** brought without our written consent is not binding on us.

## SECTION II – LIABILITY COVERAGE, A. Coverage, 1. Who Is An Insured

1. **Who Is An Insured**

   If the **named insured** is designated in the Declarations as:
   a. An individual, then the following are **insured**s:
      (1) The **named insured** and any **family member**s.
      (2) Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
      (c) Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.
   b. A partnership, limited liability company, corporation or any other form of organization, then the following are **insured**s:
      (1) Anyone **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
      (2) Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

## SECTION II – LIABILITY COVERAGE, B. Exclusions

**B. Exclusions**

This insurance does not apply to:
1. Any claim settled or judgment reached without our consent, unless our right to recover payment has not been prejudiced by such settlement or judgment.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

However, this exclusion does not apply to a settlement made with the insurer of a vehicle described in Paragraph b. of the definition of an **uninsured motor vehicle**.

2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

3. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

4. **Bodily injury** sustained by:

   a. An individual **named insured** while **occupying** or when struck by a vehicle owned by that individual **named insured** that is not a covered **auto** for Un**insured** Motorists Coverage under this coverage form;

   b. Any **family member** while **occupying** or when struck by any vehicle owned by that **family member** that is not a covered **auto** for Un**insured** Motorists Coverage under this coverage form;

   c. Any **family member** while **occupying** or when struck by any vehicle owned by the **named insured** that is **insured** for Un**insured** Motorists Coverage on a primary basis under any other coverage form or policy; or

   d. Any **insured** with respect to damages for pain, suffering, mental anguish or inconvenience unless the **bodily injury** consists in whole or in part of:

      (1) Significant and permanent **loss** of an important bodily function;

      (2) Permanent injury within a reasonable degree of medical probability, other than scarring or disfigurement;

      (3) Significant and permanent scarring or disfigurement; or

      (4) Death.

5. Punitive or exemplary damages.

6. **Bodily injury** arising directly or indirectly out of:

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## SECTION II – LIABILITY COVERAGE, C. Limits Of Insurance

### C. Limit Of Insurance

1. Regardless of the number of covered **auto**s, **insured**s, premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for all damages resulting from any one **accident** is the limit of Un**insured** Motorists Coverage shown in the Schedule or Declarations.

2. No one will be entitled to receive duplicate payments for the same elements of **loss** under this coverage form and any Liability Coverage form, No-fault

Coverage endorsement, Medical Payments Coverage endorsement, or Un**insured** Motorists Coverage endorsement attached to this Coverage Part.

3. We will not make a duplicate payment under this coverage for any element of **loss** for which payment has been made by or for anyone who is legally responsible.

4. We will not pay for any element of **loss** if a person is entitled to receive payment for the same element of **loss** under any workers' compensation, disability benefits or similar law.

## SECTION II – LIABILITY COVERAGE, E. Changes in Conditions is added as follows:

### E. Changes In Conditions

The Conditions are changed for Un**insured** Motorists Coverage Nonstacked as follows:

1. Other Insurance in the **Auto** Dealers and Business **Auto** Coverage Forms and Other Insurance – Primary And Excess Insurance Provisions in the Motor Carrier Coverage Form are replaced by the following:

   a. If there is other applicable insurance available under one or more coverage forms, policies or provisions of coverage, any recovery for damages sustained by an individual **named insured** or any **family member**:

      (1) While **occupying** a vehicle owned by that **named insured** or any **family member** may equal, but not exceed, the limit of insurance for Un**insured** Motorists Coverage applicable to that vehicle.

      (2) While **occupying** a vehicle not owned by that **named insured** or any **family member** may equal, but not exceed, the sum of:

         (a) The limit of insurance for Un**insured** Motorists Coverage applicable to the vehicle such **named insured** or any **family member** was **occupying** at the time of the **accident**; and

         (b) The highest limit of insurance for Un**insured** Motorists Coverage applicable to any one vehicle under any one policy affording coverage to such **named insured** or any **family member**.

      (3) While not **occupying** any vehicle may equal, but not exceed, the highest limit of insurance for Un**insured** Motorists Coverage applicable to any one vehicle under any one policy affording coverage to an individual **named insured** or any **family member**.

   b. Any insurance we provide with respect to a vehicle the **named insured** does not own shall be excess over any collectible **uninsured motorists** insurance providing coverage on a primary basis.

   c. If the coverage under this coverage form is provided:

      (1) On a primary basis, we will pay only our share of the **loss** that must be paid under

Includes copyrighted material of Insurance Services Office, Inc., with its permission

insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

(2) On an excess basis, we will pay only our share of the **loss** that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

**SECTION IV – CONDITIONS, item F. Duties In The Event Of Accident, Claim, Suit Or Loss** is changed by adding the following

**F.    Duties In The Event Of Accident, Claim, Suit Or Loss**

4.    Promptly notify the police if a hit-and-run driver is involved; and

5    Promptly send us copies of the legal papers if a **suit** is brought.

c.    A person seeking Un**insured** Motorists Coverage must also promptly notify us in writing by certified or registered mail of a tentative settlement between the **insured** and the insurer of the vehicle described in Paragraph b. of the definition of an **uninsured motor vehicle** and allow us 30 days to advance payment to that **insured** in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such vehicle described in Paragraph b. of the definition of an **uninsured motor vehicle**.

**SECTION IV – CONDITIONS, item P. Transfer Of Rights Of Recovery Against Others To Us** is changed by adding the following:

**P.    Transfer Of Rights Of Recovery Against Others To Us**

If we make any payment and the **insured** recovers from another party, the **insured** shall hold the proceeds in trust for us and pay us back the amount we have paid.

Our rights do not apply under this provision with respect to **Uninsured** Motorists Coverage if we:

1.    Have been given prompt written notice of a tentative settlement between an **insured** and the insurer of a vehicle described in Paragraph b. of the definition of an **uninsured motor vehicle**; and

2.    Fail to advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.

If we advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification:

a.    That payment will be separate from any amount the insured is entitled to recover under the provisions of Uninsured Motorists Coverage; and

b.    We also have a right to recover the advanced payment.

4.    The following condition is added:

a.    Arbitration

(1)    If we and an insured do not agree:

(a)    Whether that person is legally entitled to recover damages under this endorsement; or

(b)    As to the amount of damages that are recoverable by that person;

then the matter may be mediated, in accordance with the Mediation Provision contained in General Conditions, if the damages resulting from **bodily injury** are for $10,000 or less, or arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. In this event, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction.

(2)    Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

(3)    Unless both parties agree otherwise, arbitration will take place in the county in which the insured lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

b.    Florida Arbitration Act

If we and an **insured** agree to arbitration, the **Florida Arbitration Act** will not apply.

**Mediation**

1.    In any claim filed by an insured with us for:

a.    **Bodily injury** in an amount of $10,000 or less, arising out of the ownership, operation, use or maintenance of a covered **auto**;

b.    **Property damage** in any amount, arising out of the ownership, operation, maintenance or use of a covered **auto**; or

c.    Loss to a covered **auto** or **its** equipment, in any amount;

either party may make a written demand for mediation of the claim prior to the institution of litigation.

2.    A written request for mediation must be filed with the Florida Department of Financial Services on an approved form, which may be obtained from the Florida Department of Financial Services.

3.    The request must state:

a.    Why mediation is being requested.

b.    The issues in dispute, which are to be mediated.

4.    The Florida Department of Financial Services will randomly select mediators. Each party may reject one mediator, either before or after the opposing side has rejected a mediator. The mediator will notify the parties of the date, time and place of the mediation conference. The mediation conference will be held within 45 days of the request for mediation. The conference will be held by telephone, if feasible. Participants in the mediation conference must have the authority to make a binding decision, and must

Includes copyrighted material of Insurance Services Office, Inc., with its permission

mediate in good faith. Each party will bear the expenses of the mediation equally, unless the mediator determines that one party has not mediated in good faith.

5. Only one mediation may be requested for each claim unless all parties agree to further mediation. A party demanding mediation shall not be entitled to demand or request mediation after a **suit** is filed relating to the same facts already mediated.

6. The mediation shall be conducted as an informal process and formal rules of evidence and procedures need not be observed.

Under **SECTION V – DEFINITIONS**, the following definitions are added

**Family member** means a person related to an individual **named insured** by blood, marriage or adoption who is a resident of such **named insured**'s household, including a ward or foster child.

**Occupying means in, upon, getting in, on, out or off.**

**Uninsured motor vehicle** means a land motor vehicle or **trailer**:

1. For which no liability bond or policy applies at the time of an **accident**;

2. That is an **underinsured motor vehicle**. An **underinsured motor vehicle** is a land motor vehicle or trailer for which a **bodily injury** liability bond or policy applies at the time of an **accident** but the amount paid under that bond or policy to an **insured** is not enough to pay the full amount the **insured** is legally entitled to recover as damages caused by the **accident**;

3. For which an insuring or bonding company denies coverage or is or becomes insolvent; or

4. For which neither the driver nor owner can be identified. The land motor vehicle or trailer must:

   a. Hit an individual **named insured** or any **family member**, a covered **auto** or a vehicle such **named insured** or any **family member** is **occupying**; or

   b. Cause an **accident** resulting in **bodily injury** to an individual **named insured** or any **family member** without hitting that **named insured**, any **family member**, a covered **auto** or a vehicle such **named insured** or any **family member** is **occupying**.

If there is no physical contact with the land motor vehicle or trailer, the facts of the **accident** must be proved. We will only accept competent evidence other than the testimony of a person making claims under this or any similar coverage.

However, **uninsured motor vehicle** does not include any vehicle:

1. Owned by a governmental unit or agency;

2. Designed for use mainly off public roads while not on public roads; or

3. Owned by or furnished or available for the regular use of the **named insured**, or if the **named insured** is an individual, any **family member** unless it is a covered **auto** to which the coverage form's Liability Coverage applies and liability coverage is excluded for any person or organization other than the **named insured**, or if the **named insured** is an individual, any **family member**.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME**

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## UNINSURED AND UNDERINSURED MOTORISTS COVERAGE ENDORSEMENT
## MINNESOTA

**THIS ENDORSEMENT CHANGES THE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF MINNESSOTA. PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement. This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

---

**Named Insured:** DoorDash, Inc.

**Endorsement Effective Date:** 09/01/2020

---

### SCHEDULE

| Limit Of Insurance | | |
|---|---|---|
| **Uninsured Motorists Coverage:** | $250,000 CSL with $250,000 Deductible | **Each Accident** |
| **Underinsured Motorists Coverage:** | $250,000 CSL with $250,000 Deductible | **Each Accident** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

## SECTION II – LIABILITY COVERAGE

**A. Coverage**

We will pay all sums the **named insured** is legally entitled to recover as compensatory damages from the owner or driver of an **uninsured motor vehicle** or **underinsured motor vehicle**. The damages must result from **bodily injury** sustained by the **named insured** caused by an **accident**. The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the **uninsured motor vehicle** or **underinsured motor vehicle**.

Any judgment for damages arising out of a **suit** brought against an uninsured or underinsured motorist is not binding on us unless we have received reasonable notice of the commencement of the **suit** resulting in judgment and had a reasonable opportunity to protect our interests in the **suit**.

**1. Who Is An Insured**

If the **named insured** is designated in the Declarations as an individual, then the following are insureds:

a. The **named insured** and any **family members**;

b. Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, loss or destruction.

c. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

If the **named insured** is designated in the Declarations as a partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:

a. Anyone **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, loss or destruction.

b. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

**B. Exclusions**

This insurance does not apply to any of the following:

1. Any claim settled with the owner or operator of an **uninsured motor vehicle** without our consent.

2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FARI0055E-0118

Page 1

3. **Bodily injury** under Uninsured Motorists Coverage, if that **bodily injury** is sustained by:
   a. An individual **named insured** while **occupying** a vehicle owned by that **named insured** that is not a covered **auto** for Uninsured Motorists Coverage; or
   b. Any **family member** while **occupying** any vehicle owned by that **family member** that is not a covered **auto** for Uninsured Motorists Coverage.

4. **Bodily injury** under Underinsured Motorists Coverage, if that **bodily injury** is sustained by:
   a. An individual **named insured** while **occupying** a vehicle owned by that **named insured** that is not a covered **auto** for Underinsured Motorists Coverage; or
   b. Any **family member** while **occupying** any vehicle owned by that **family member** that is not a covered **auto** for Underinsured Motorists Coverage.

5. Anyone using a vehicle without a reasonable belief that the person is entitled to do so. However, this exclusion does not apply to a **family member** who is not identified by name in any other contract for a plan of reparation security complying with the Minnesota No-fault Automobile Insurance Act, while using a covered **auto** which is owned by the **named insured**.

6. Punitive or exemplary damages.

7. **Bodily injury** arising directly or indirectly out of:
   a. War, including undeclared or civil war;
   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending any of these.

## C. Limits Of Insurance

Regardless of the number of covered **autos**, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for all damages resulting from any one **accident**:

a. With an **uninsured motor vehicle** is the limit of Uninsured Motorists Coverage shown in the Schedule.

b. With an **underinsured motor vehicle** is the limit of Underinsured Motorists Coverage shown in the Schedule.

We will apply the Limit Of Liability for each of these coverages as shown in the Schedule to provide separate limits required by law for uninsured and underinsured **bodily injury liability**.

Any amounts otherwise payable for damages under this insurance shall be reduced by all sums paid or payable or which would be paid or payable except for the application of a deductible under Personal Injury Protection applicable to the same element of loss. We will not make a duplicate

payment under this coverage for any element of loss for which payment has been made by or for anyone who is legally responsible.

No one will be entitled to receive duplicate payments for the same elements of loss under this policy, any liability coverage form, or any medical payments coverage endorsement attached to this policy.

## CHANGES IN CONDITIONS

The conditions of the policy are changed for Uninsured Motorists Coverage as follows:

Under **SECTION IV – CONDITIONS**, **G. Duties In The Event Of Accident, Claim, Suit Or Loss**, the following is added:

> Promptly notify the police if a hit-and-run driver is involved; and

> Promptly send us copies of the legal papers if a **suit** is brought.

Under **SECTION IV – CONDITIONS**, **G. Duties In The Event Of Accident, Claim, Suit Or Loss**, the following is added for an **underinsured motor vehicle**:

> Promptly notify us in writing of a tentative settlement between an **insured** and the insurer of an **underinsured motor vehicle** and allow us 30 days to advance payment to that **insured** in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such **underinsured motor vehicle**.

> Such notice to us will:
> i. Identify the **insured**, the owner or driver of the **underinsured motor vehicle** and the insurer of the **underinsured motor vehicle**;
> ii. Disclose the limits of the automobile liability insurance available to the owner or driver of the **underinsured motor vehicle**; and
> iii. Disclose the agreed upon amount of the tentative settlement; and

Under **SECTION IV – CONDITIONS**, **L. Other Insurance**, **1.** reference to other collectible insurance applies only to other collectible uninsured motorists insurance and is deleted and replaced by the following:

> a. With respect to coverage we provide when a covered **auto** the **named insured** owns is involved in an **accident**, only:
> i.. The Limit of Insurance for Uninsured Motorists Coverage applicable to that **auto** will apply for damages for which the owner or operator of the **uninsured motor vehicle** is legally responsible.
> ii.. The Limit of Insurance for Underinsured Motorists Coverage applicable to that **auto** will apply for damages for which the owner or

FARI0055E-0118

operator of the **underinsured motor vehicle** is legally responsible.

**b.** If an **insured** sustains **bodily injury** while:

  **i.** **Occupying** a vehicle not owned by that person or while not **occupying** any vehicle; or

  **ii.** **Occupying** a vehicle owned by the **named insured** or any **family member** if the **named insured** is an individual and such vehicle is **insured** under one or more separate policies providing uninsured motorists or underinsured motorists insurance;

the following priorities of recovery apply:

| | |
|---|---|
| **First Priority** | The policy affording Uninsured Motorists Coverage or Underinsured Motorists Coverage to the vehicle the **insured** was **occupying** at the time of the **accident**. |
| **Second Priority** | Any policy or coverage form affording Uninsured Motorists Coverage or Underinsured Motorists Coverage to the **insured** as an individual **named insured** or **family member**. |

  **i.** Where there is no applicable insurance available under the first priority, the maximum recovery under all policies or coverage forms in the second priority shall not exceed the highest applicable limit for any one vehicle under any one policy or coverage form.

  **ii.** Where there is applicable insurance available under the first priority:

  **(a)** The Limit of Insurance applicable to the vehicle the **insured** was **occupying**, under the policy or coverage form in the first priority, shall first be exhausted; and

  **(b)** If there is other applicable insurance available under one or more policies or provisions of coverage:

  The maximum recovery in the second priority under all policies or coverage forms combined may equal but not exceed the highest applicable limit for any one vehicle under any policy or coverage form providing coverage on either a primary or excess basis. Any insurance we provide with respect to a vehicle the **named insured** does not own shall be excess over any collectible uninsured or underinsured motorists insurance providing coverage on a primary basis.

  If the coverage under this policy is provided:

  **(i)** On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all

applicable limits of liability for coverage on a primary basis.

  **(ii)** On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

  **iii.** We will pay only our share of the loss, not to exceed our share of the maximum recovery. Our share is the proportion that our Limit of Insurance bears to the total of all applicable limits in the same level of priority.

**SECTION IV – CONDITIONS, P. Transfer of Rights of Recovery Against Others To Us** is deleted and replaced by the following and supersedes any provision to the contrary:

**P.    Transfer of Rights of Recovery Against Others To Us**

  **1.** If any person or organization to or for whom we make payment under this policy has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after accident or loss to impair them.

  **2.** If we make any payment and an **insured** recovers from another party, the **insured** shall hold the proceeds in trust for us and pay us back the amount we have paid.

  **3.** For an **underinsured motor vehicle**, paragraph **1.** above does not apply if:

  **a.** We have been given prompt written notice of a tentative settlement between an **insured** and the insurer of an **underinsured motor vehicle**; and

  **b.** We fail to advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of such notification.

  If we advance payment to an **insured** in an amount equal to the tentative settlement within 30 days after receipt of written notification:

  **a.** That payment will be separate from any amount the **insured** is entitled to recover under the provisions of Underinsured Motorists Coverage; and

  **b.** We also have a right to recover the advance payment.

  **4.** Our rights under paragraph **1.** of this condition do not apply against any person or organization insured under this or any other policy we issue with respect to the same **accident** or loss.

  **5.** Our rights under this condition do not apply against a person who is 21 years of age or older who:

  **a.** Had control over the premises and, being in a reasonable position to prevent the consumption of alcoholic beverages, knowingly or recklessly permitted the consumption of alcoholic beverages that caused the intoxication of a person under 21 years of age; or

FARI0055E-0118

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 3

**b.** Sold, bartered, furnished or gave to, or purchased alcoholic beverages for a person under 21 years of age that caused the intoxication of a person under 21 years of age; and that intoxicated person caused the injury, **loss** or damage for which payment was made under this policy.

**6.** Our rights are subject to any applicable limitations contained in the Minnesota statutes.

Under **SECTION IV – CONDITIONS**, the following **Arbitration** condition is added:

**Arbitration**

If we and an **insured** disagree whether the **insured** is legally entitled to recover damages from the owner or driver of an **uninsured motor vehicle** or **underinsured motor vehicle** or do not agree as to the amount of damages that are recoverable by that **insured**, then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

Unless both parties agree otherwise, arbitration will take place in the county in which the **insured** lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

Under **SECTION V – DEFINITIONS**, the following definitions are added as used in this endorsement:

**Family member** means a person related to an individual **named insured** by blood, marriage or adoption, who is a resident of such **named insured's** household, including a ward or foster child. **Occupying** means in, upon, getting in, on, out or off.

**Uninsured motor vehicle** means a land motor vehicle or trailer:
**1.** To which (1) no **bodily injury** liability bond or policy applies at the time of an **accident** or (2) a **bodily injury** liability bond or policy applies at the time of the **accident**, but its limit for **bodily injury** liability is less than the minimum limit for **bodily injury** liability specified by the Minnesota No-fault Automobile Insurance Act;

**2.** For which an insuring or bonding company denies coverage or is or becomes insolvent; or

**3.** That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must hit an **insured**, a covered **auto** or a vehicle an **insured** is **occupying**, or must cause an **accident** resulting in **bodily injury** to an **insured** without hitting a covered auto or a vehicle an **insured** is **occupying**.

However, **uninsured motor vehicle** does not include any vehicle or equipment:
**1.** Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who (1) denies coverage, (2) is or becomes insolvent or (3) cannot provide the amounts required by that motor vehicle law;

**2.** Designed for use mainly off public roads while not on public roads;

**3.** That is an **underinsured motor vehicle**;

**4.** Owned by or furnished or available for the regular use of an **insured**;

**5.** Operated on rails or crawler treads; or

**6.** While located for use as a residence or premises.

**Underinsured motor vehicle** means a land motor vehicle or trailer for which a **bodily injury** liability bond or policy applies at the time of the **accident** in limits equal to or greater than the minimum limits specified by the Minnesota No-fault Automobile Insurance Act, but its limit for **bodily injury** liability is not enough to pay the full amount an **insured** is legally entitled to recover as damages caused by the **accident**.

However, **underinsured motor vehicle** does not include any vehicle or equipment:
**1.** For which a liability bond or policy applies at the time of the **accident**, but the bonding or insuring company (1) denies coverage or (2) is or becomes insolvent;

**2.** Designed for use mainly off public roads while not on public roads;

**3.** That is an **uninsured motor vehicle**;

**4.** Owned by or furnished or available for the regular use of an **insured**;

**5.** Operated on rails or crawler treads; or

**6.** While located for use as a residence or premises.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 4

FARI0055E-0118

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## UNINSURED MOTORISTS COVERAGE ENDORSEMENT – SOUTH CAROLINA

**THIS ENDORSEMENT CHANGES THE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF SOUTH CAROLINA. PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement. This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

---

**Named Insured:** DoorDash, Inc.

**Endorsement Effective Date:** 09/01/2020

---

### SCHEDULE

| | |
|---|---|
| **Limit Of Insurance:** | $250,000 CSL with $250,000 Deductible   **Each Accident** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

## COVERAGE

We will pay in accordance with the South Carolina Uninsured Motorists Law all sums an **insured** is legally entitled to recover as damages from the owner or driver of an **uninsured motor vehicle**. The damages must result from **bodily injury** sustained by an **insured** or **property damage** caused by an **accident**. The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the **uninsured motor vehicle**.

## WHO IS INSURED

If the **named insured** is designated in the Declarations as:
1. An individual, then the following are insureds:
   a. The **named insured** and any **family members**.
   b. Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   c. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.
2. A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:
   a. Anyone **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   b. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

   c. The **named insured** for **property damage** only.

## EXCLUSIONS

This coverage does not apply to any of the following:
1. Any claim settled without our consent.
2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.
3. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.
4. The first $200 of the amount of **property damage** to the property of each **insured** as the result of any one **accident**.
5. That part of **property damage** for which an **insured** has been compensated by insurance or otherwise.
6. **Bodily injury** or **property damage** arising directly or indirectly out of:
   a. War, including undeclared or civil war;
   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## LIMIT OF INSURANCE

1. Regardless of the number of covered **auto**s, **insured**s, premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for all damages resulting from any one **accident** is the limit of Uninsured Motorists Coverage shown in the Schedule above. If the **bodily**

**injury** or **property damage** is sustained by an individual **named insured** or any **family member** while **occupying** a covered **auto**, our limit is the sum of:

   **a.** The Limit Of Insurance shown in the Schedule for this coverage as applicable to a covered **auto**; and

   **b.** That part of the limit for this coverage that applies to each additional covered **auto** that does not exceed the limit of insurance applicable to the covered **auto** involved in the **accident**.

**2.** Subject to the maximum limit of insurance for all damages:

   **a.** Regardless of the number of covered **auto**s, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for **bodily injury** or **property damage** sustained in an **accident** by an **insured** other than an individual **named insured** or any **family member** is that **insured's** pro rata share of the limit shown in the Schedule for this coverage that applies to the vehicle that insured was **occupying** at the time of the **accident**.

   **b.** The individual **named insured** or any **family member** who sustains **bodily injury** or **property damage** in that **accident** will also be entitled to a pro rata share of the limit described in paragraph **a.** above. A person's pro rata share shall be the proportion that that person's damages bear to the total damages sustained by all **insureds**.

**3.** Regardless of the number of covered **auto**s, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, if **bodily injury** or **property damage** is sustained by an individual **named insured** or any **family member** while not **occupying** any **auto**, the most we will pay for all damages resulting from that **accident** is the sum of:

   **a.** The highest limit of insurance for this coverage applicable to any one of such **named insured's** covered **auto**s; and

   **b.** That part of the limit for this coverage that applies to each additional covered **auto** that does not exceed the limit of insurance applicable to the covered **auto** involved in the **accident**.

**4.** Regardless of the number of covered **auto**s, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, if **bodily injury** or **property damage** is sustained in an **accident** by an individual **named insured** or any **family member** while **occupying** a vehicle not owned by that **named insured** or any **family member**, the most we will pay for all damages resulting from the **accident** will be the highest limit of insurance for this coverage that applies to any one of such **named insured's** covered **auto**s.

**5.** Regardless of the number of covered **auto**s, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, if **bodily injury** or **property damage** is sustained by an **insured** other than an individual **named insured** or any **family member** in an **accident** in which neither such **named insured** nor any **family member** sustained **bodily injury** or **property damage**, the most we will pay for all damages resulting from that **accident** is the Limit Of Insurance shown in the Schedule for this coverage that applies to the vehicle that insured was **occupying** at the time of the **accident**.

**6.** No one will be entitled to receive duplicate payments for the same elements of **loss** under this policy and any Liability Coverage form or Underinsured Motorists Coverage endorsement attached to this policy. We will not make a duplicate payment under this coverage for any element of **loss** for which payment has been made by or for anyone who is legally responsible.

## CHANGES IN CONDITIONS

The conditions of the policy are changed for Uninsured Motorists Coverage as follows:

Under **SECTION IV – CONDITIONS, G. Duties In The Event Of Accident, Claim, Suit Or Loss**, the following duties are added:

      Promptly notify the police if a hit-and-run driver is involved; and

      Promptly send us copies of the legal papers if a **suit** is brought.

**SECTION IV – CONDITIONS, L. Other Insurance** is deleted and replaced by the following

**L.**   **Other Insurance**

   **1.** If an **insured** sustains **bodily injury** while **occupying** a vehicle not owned by that person or while not **occupying** any vehicle, the following priorities of coverage apply:

| First Priority | The policy affording Uninsured Motorists Coverage to the vehicle the **insured** was **occupying** at the time of the **accident**. |
|---|---|
| Second Priority | Any policy affording Uninsured Motorists Coverage to a **named insured** or a **family member**, if the **named insured** is an individual. |

      **a.** If there is no applicable insurance available under the first priority, the maximum recovery under all policies in the second priority shall not exceed the highest applicable limit for any one vehicle under any one policy.

      **b.** If there is applicable insurance available under the first priority:

         **(1)** The limit of insurance applicable to the vehicle the **insured** was **occupying**, under the policy in the first priority, shall first be exhausted; and

         **(2)** The maximum recovery in the second priority shall not exceed the highest limit for any one vehicle under any one policy in the second priority.

   **2.** We will pay only our share of the **loss**, not to exceed our share of the maximum recovery. Our share is the proportion that our limit of insurance bears to the total of all applicable limits on the same level of priority.

   **3.** For **property damage**, this insurance is excess to all collectible insurance of any kind.

   **4.** Except for **property damage**, the reference to "other collectible insurance" applies only to other collectible uninsured motorists insurance.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**SECTION IV – CONDITIONS, P. Transfer Of Rights Of Recovery Against Others To Us** is deleted and replaced by the following:

**P.    Transfer Of Rights Of Recovery Against Others To Us**

1.    If any person or organization to or for whom we make payment under this policy has rights to recover damages from another, those rights are transferred to us to the extent of such payment that does not exceed the minimum limits specified by the South Carolina Motor Vehicle Financial Responsibility Act. That person or organization must do everything necessary to secure our rights and must do nothing after the **accident** or **loss** to impair them.

2.    If an **insured** has prosecuted to judgment any **suit** against anyone responsible, we will be entitled to an assignment of the judgment to the extent of payment under this insurance that does not exceed the minimum limits specified by the South Carolina Motor Vehicle Financial Responsibility Act.

3.    We will pay our proportionate part of any reasonable costs and expenses incurred for any recovery, including reasonable attorneys' fees. However, we reserve the right to retain an attorney of our choice to pursue a claim instead of reasonable attorneys' fees.

4.    If an **insured** making a claim for **property damage** under this insurance is also entitled to insurance or other compensation for the **property damage**, we will not be obligated to pay the claim until the **insured** has assigned us the rights to the compensation to the extent of payment under this insurance that does not exceed the minimum limits specified by the South Carolina Motor Vehicle Financial Responsibility Act.

Under **SECTION IV – CONDITIONS**, the following condition is added:

**Conformity To Statute**
This endorsement is intended to be in full conformity with the South Carolina Insurance Laws. If any provision of this endorsement conflicts with that law, it is changed to comply with the law.

Under **SECTION V – DEFINITIONS**, the following definitions are added as used in this endorsement:

**Family member** means a person related to an individual **named insured** by blood, marriage or adoption, who is a resident of such **named insured**'s household, including a ward or foster child.

**Occupying** means in, upon, getting in, on, out or off.

**Property damage** means injury to or destruction of the property of an **insured**.

**Uninsured motor vehicle** means a land motor vehicle or **trailer:**
1.    For which neither a liability bond or policy nor cash or securities deposited with the State Treasurer provide at least the amounts required by the South Carolina Motor Vehicle Financial Responsibility Act.

2.    For which neither the operator nor owner can be identified and that hits or that causes an **accident** resulting in **bodily injury** or **property damage** without hitting an individual **named insured** or a **family member**, a vehicle that an individual **named insured** or any **family member** is **occupying**, the **named insured's** covered **auto** or any of such **named insured** property.
    The facts of the **accident** must be corroborated by competent evidence of an eyewitness other than the owner or operator of the vehicle that an individual **named insured** or any **family member** was **occupying** at the time of the **accident**. The eyewitness must sign an affidavit attesting to the truth of the facts of the **accident** contained in the affidavit.

3.    For which an insuring or bonding company successfully denies coverage, is or becomes insolvent, is in delinquency proceedings, suspension or receivership, or is proven unable to respond to a judgment.

4.    For which the owner has not qualified as a self-insurer in accordance with the applicable provisions of the South Carolina Insurance Laws.

However, **uninsured motor vehicle** does not include any vehicle:
1.    Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer which is or becomes insolvent.

2.    Owned by any governmental unit or agency unless a cause of action against that governmental unit or agency is barred by the Tort Claims Act, South Carolina Laws 1986, Ratification No. 514, Subsection 15-78-60, or by other applicable statute.

3.    Designed for use mainly off public roads while not on public roads.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 3

FARI0062E-0218

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## UNDERINSURED MOTORISTS COVERAGE ENDORSEMENT – SOUTH CAROLINA

**THIS ENDORSEMENT CHANGES THE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF SOUTH CAROLINA. PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement. This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

---

**Named Insured:** DoorDash, Inc.

**Endorsement Effective Date:** 09/01/2020

---

### SCHEDULE

---

| Limit Of Insurance: | $250,000 CSL with $250,000 Deductible | **Each Accident** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

---

## COVERAGE

We will pay in accordance with the South Carolina Underinsured Motorists Law all sums an **insured** is legally entitled to recover as damages from the owner or driver of an **underinsured motor vehicle**. The damages must result from **bodily injury** sustained by an **insured** or **property damage** caused by an **accident**. The owner's or driver's liability for these damages must arise out of the ownership, maintenance or use of the **underinsured motor vehicle**.

We will pay under this coverage only after any liability bonds or policies have been exhausted by payment of judgments or settlements.

## WHO IS INSURED

If the **named insured** is designated in the Declarations as:

1. An individual, then the following are **insureds**:
   a. The **named insured** and any **family members**.
   b. Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   c. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

2. A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:
   a. Anyone **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   b. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.
   c. The **named insured** for **property damage** only.

## EXCLUSIONS

This coverage does not apply to any of the following:

1. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.
2. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.
3. That part of **property damage** for which an **insured** has been compensated by insurance or otherwise.
4. **Bodily injury** or **property damage** sustained by:
   a. An individual **named insured** while occupying or when struck by any vehicle owned by that **named insured** that is not a covered **auto** for Underinsured Motorists Coverage; or
   b. Any **family member** while occupying or when struck by any vehicle owned by that **family member** that is not a covered **auto** for Underinsured Motorists Coverage.
5. **Bodily injury** or **property damage** arising directly or indirectly out of:
   a. War, including undeclared or civil war;
   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 1

FARI0063E-0218

## LIMIT OF INSURANCE

1. Regardless of the number of covered **auto**s, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for all damages resulting from any one **accident** is the limit of Underinsured Motorists Coverage shown in the Schedule. If the **bodily injury** or **property damage** is sustained by any **insured** while **occupying** a covered **auto**, or if the **named insured's** covered **auto** sustains **property damage** in an **accident**, our limit is the sum of:
   a. The Limit Of Insurance shown in the Schedule for this coverage as applicable to a covered **auto**; and
   b. That part of the limit for this coverage that applies to each additional covered **auto** that does not exceed the limit of insurance applicable to the covered **auto** involved in the **accident**.
2. Subject to the maximum limit of insurance for all damages:
   a. Regardless of the number of covered **auto**s, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for **bodily injury** or **property damage** sustained in an **accident** by an **insured** other than an individual **named insured** or any **family member** is that **insured's** pro rata share of the limit shown in the Schedule for this coverage that applies to the vehicle that **insured** was **occupying** at the time of the **accident**.
   b. The individual **named insured** or any **family member** who sustains **bodily injury** or **property damage** in that **accident** will also be entitled to a pro rata share of the limit described in paragraph **a.** above. A person's pro rata share shall be the proportion that that person's damages bear to the total damages sustained by all **insureds**.
3. Regardless of the number of covered **auto**s, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, if **bodily injury** is sustained by an individual **named insured** or any **family member** while not **occupying** any **auto**, the most we will pay for all damages resulting from that **accident** is the sum of:
   a. The highest limit of insurance for this coverage applicable to any one of such **named insured's** covered **auto**s; and
   b. That part of the limit for this coverage that applies to each additional covered **auto** that does not exceed the limit of insurance applicable to the covered **auto** involved in the **accident**.
4. Regardless of the number of covered **auto**s, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, if **bodily injury** is sustained in an **accident** by an individual **named insured** or any **family member** while **occupying** a vehicle not owned by that **named insured** or any **family member**, the most we will pay for all damages resulting from the **accident** will be the highest limit of insurance for this coverage that applies to any one of such **named insured's** covered **auto**s.
5. No one will be entitled to receive duplicate payments for the same elements of **loss** under this policy and any Liability Coverage form or Uninsured Motorists Coverage endorsement attached to this policy. We will not make a duplicate payment under the policy for any element of **loss** for which payment has been made by or for anyone who is legally responsible.

We will not pay for any element of **loss** if a person is entitled to receive payment for the same element of **loss** under any workers' compensation, disability benefits or similar law.

## CHANGES IN CONDITIONS

The conditions of the policy are changed for Underinsured Motorists Coverage as follows:

Under **SECTION IV – CONDITIONS, G. Duties In The Event Of Accident, Claim, Suit Or Loss**, the following duty is added:

Promptly sends us copies of the legal papers if a **suit** is brought.

Under **SECTION IV – CONDITIONS, L. Other Insurance** is deleted and replaced by the following

L. **Other Insurance**

1. If an **insured** sustains **bodily injury** while **occupying** a vehicle not owned by that person or while not **occupying** any vehicle, the following priorities of coverage apply:

| First Priority | The policy affording Underinsured Motorists Coverage to the vehicle the **insured** was **occupying** at the time of the **accident**. |
|---|---|
| Second Priority | Any policy affording Underinsured Motorists Coverage to a **named insured** or a **family member**, if the **named insured** is an individual. |

   a. If there is no applicable insurance available under the first priority, the maximum recovery under all policies in the second priority shall not exceed the highest applicable limit for any one vehicle under any one policy.
   b. If there is applicable insurance available under the first priority:
      (1) The limit of insurance applicable to the vehicle the **insured** was **occupying**, under the policy in the first priority, shall first be exhausted; and
      (2) The most we will pay in the second priority shall not exceed the highest limit for any one vehicle under any one policy in the second priority.
2. We will pay only our share of the **loss**, not to exceed our share of the maximum recovery. Our share is the proportion that our limit of insurance bears to the total of all applicable limits on the same level of priority.
3. For **property damage**, this insurance is excess to all collectible insurance of any kind.

4.    For **bodily injury**, this insurance is excess to any other collectible Underinsured Motorists Coverage.

**SECTION IV – CONDITIONS, P. Transfer Of Rights Of Recovery Against Others To Us** does not apply to Underinsured Motorists Coverage.

Under **SECTION IV – CONDITIONS**, the following condition is added:

**Conformity To Statute**
This endorsement is intended to be in full conformity with the South Carolina Insurance Laws. If any provision of this endorsement conflicts with that law, it is changed to comply with the law.

Under **SECTION V – DEFINITIONS**, the following definitions are added as used in this endorsement:

**Family member** means a person related to an individual **named insured** by blood, marriage or adoption, who is a resident of such **named insured**'s household, including a ward or foster child.

**Occupying** means in, upon, getting in, on, out or off.

**Property damage** as used in this endorsement means injury to or destruction of the **named insured's** covered **auto**. However, **property damage** does not include damage to property owned by the **insured** while contained in the **named insured's** covered **auto**.

**Underinsured motor vehicle** means a land motor vehicle or **trailer** of any type to which a liability bond or policy applies at the time of the **accident** in limits equal to or greater than the minimum limit for liability specified by the South Carolina Motor Vehicle Financial Responsibility Act, but the limits of that bond or policy provide a limit that is less than the amount the **insured** is legally entitled to recover as damages caused by the **accident**. However, underinsured motor vehicle does not include any vehicle or equipment designed for use mainly off public roads while not on public roads.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 3

# Voyager Indemnity Insurance Company

A Stock Insurance Company
11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## UNINSURED MOTORISTS COVERAGE ENDORSEMENT – ILLINOIS

**THIS ENDORSEMENT CHANGES THE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF ILLINOIS. PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement. This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** DoorDash, Inc. |
| **Endorsement Effective Date:** 09/01/2020 |

### SCHEDULE

| |
|---|
| **Bodily Injury Limit of Insurance:**    $250,000 CSL with $250,000 Deductible   **Each Accident** |

| |
|---|
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

### COVERAGE

We will pay all sums the **insured** is legally entitled to recover as compensatory damages from the owner or driver of an **uninsured motor vehicle**. The damages must result from **bodily injury** sustained by the **insured** caused by an **accident**. The owner's or driver's liability for these damages must arise out of the ownership, maintenance or use of the **uninsured motor vehicle**.

Any judgment for damages arising out of a **suit** brought without our written consent is not binding on us.

### WHO IS AN INSURED

If the **named insured** is designated in the Declarations as:

1  An individual, then the following are **insureds**:
   a. The **named insured** and any **family members**.
   b. Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   c. Anyone else **occupying** an **auto** you do not own who is an **insured** for Covered Autos Liability under the policy, but only at times when that person is an **insured** for Covered Autos Liability under the policy.
   d. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

2. A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:
   a. Anyone **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   b. Anyone else **occupying** an **auto** you do not own who is an **insured** for Covered Autos Liability under the policy, but only at times when that person is an **insured** for Covered Autos Liability under the policy.
   c. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

### EXCLUSIONS

This insurance does not apply to:

1. Any claim settled without our consent.
2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.
3. B**odily injury** sustained by
   a. An individual **named insured** while **occupying** or when struck by any vehicle owned by that **named insured** that is not a covered **auto** for Uninsured Motorists Coverage under this policy;
   b. Any **family member** while **occupying** or when struck by any vehicle owned by that **family member** that is not a covered **auto** for Uninsured Motorists Coverage under this policy; or
   c. Any **family member** while **occupying** or when struck by any vehicle owned by the **named insured** that is insured for Uninsured Motorists Coverage on a primary basis under any other policy or coverage form.
4. Anyone using a vehicle without a reasonable belief that person is entitled to do so.
5. Punitive or exemplary damages.
6. **Bodily injury** arising directly or indirectly out of:
   a. War, including undeclared or civil war;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 1

FARI0072-0318

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attach, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## LIMITS OF INSURANCE

Regardless of the number of **covered autos**, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for all damages resulting from any one **accident** is the limit of Uninsured Motorists Coverage shown in the Schedule or Declarations.

We will apply the limit shown in the Declarations to first provide the separate limits required by the Illinois Safety Responsibility Law as follows:

**1.** $25,000 for **bodily injury** to any one person caused by any one **accident**; and

**2.** $50,000 for **bodily injury** to two or more persons caused by any one **accident**.

This provision will not change our total limit of liability. No one will be entitled to receive duplicate payments for the same elements of **loss** under this policy, any liability coverage form and any Medical Payments Coverage endorsement attached to this policy.

We will not make a duplicate payment under this coverage for any element of **loss** for which payment has been made by or for anyone who is legally responsible. We will not pay for any element of **loss** if a person is entitled to receive payment for the same element of **loss** under any workers' compensation, disability benefits or similar law.

## CHANGES IN CONDITIONS

The conditions of the policy are changed for Uninsured Motorists Coverage as follows:

**SECTION IV – CONDITIONS**, **A. Action Against Us** is deleted and replaced by the following:

**A.** **Action Against Us**
No one may bring action against us under this policy until there has been full compliance with all the terms of this policy.

Any action against us must be brought within two years after the date of the **accident**. However, this paragraph does not apply to an **insured** if, within two years after the date of the **accident**, arbitration proceedings have commenced in accordance with the provisions of this policy.

Under **SECTION IV – CONDITIONS**, **G. Duties In The Event Of Accident, Claim, Suit Or Loss**, the following duties are added:

Promptly notify the police if a hit-and-run driver is involved.

Promptly send us copies of the legal papers if a **suit** is brought.

Under **SECTION IV – CONDITIONS**, **L. Other Insurance** is deleted and replaced by the following:

**L.** **Other Insurance**
If there is other applicable insurance available under one or more policies, coverage forms or provisions of coverage:

**1.** The maximum recovery under all policies or coverage forms combined may equal by not exceed the highest applicable limit for any one vehicle under any one policy or coverage from providing coverage on either a primary or excess basis.

**2.** Any insurance we provide with respect to a vehicle the **named insured** does not own shall be excess over any other collectible uninsured motorists insurance providing coverage on a primary basis.

**3.** If the coverage under this policy is provided:

**a.** On a primary basis, we will pay only our share of the **loss** that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

**b.** On an excess basis, we will pay only our share of the **loss** that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

**SECTION IV – CONDITIONS**, **P. Transfer Of Rights Of Recovery Against Others To Us** is deleted in its entirety.

Under **SECTION IV – CONDITIONS**, the following conditions are added:

**Arbitration**
If we and an **insured** disagree whether the **insured** is legally entitled to recover damages from the owner or driver of an **uninsured motor vehicle** or do not agree as to the amount of damages, then the disagreement will be arbitrated. If the **insured** requests, we and the **insured** will each select an arbitrator. The two arbitrators will select a third. If the arbitrators are not selected within 45 days of the **insured's** request, either party may request that arbitration be submitted to the American Arbitration Association. We will bear all the expenses of the arbitration except when the **insured's** recovery exceeds the minimum limit specified in the Illinois Safety Responsibility Law.

If this occurs, the **insured** will be responsible for payment of his or her expenses and an equal share of the expenses of the third arbitrator up to the amount by which the **insured's** recovery exceeds the statutory minimum.

Unless both parties agree otherwise, arbitration will take place in the county in which the **insured** lives.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 2

FARI0072-0318

If arbitration is submitted to the American Arbitration Association, then the American Arbitration Association rules shall apply to all matters except medical opinions. As to medical opinions, if the amount of damages being sought:

1. Is equal to or less than the minimum limit for bodily injury liability specified by the Illinois Safety Responsibility Law, then the American Arbitration Association rules shall apply.

2. Exceeds the minimum limit for bodily injury liability specified by the Illinois Safety Responsibility Law, then rules of evidence that apply in the circuit court for placing medical opinions into evidence shall apply.

In all other arbitration proceedings, local rules of law as to arbitration procedure and evidence will apply.

If the arbitration involves three arbitrators, a decision agreed to by two of the arbitrators will be binding for the amount of damages not exceeding the lesser of either:

1. $75,000 for **bodily injury** to any one person/$150,000 for **bodily injury** to two or more persons caused by any one **accident;** or

2. The limit of Uninsured Motorists insurance shown in the Schedule or Declarations.

**Reimbursement And Trust**
If we make any payment and the **insured** recovers from another party, the **insured** shall hold the proceeds in trust for us and pay us back the amount we have paid.

Under **SECTION V – DEFINITIONS**, the following definitions are added as used in this endorsement:

**Family member** means a person related to an individual **named insured** by blood, marriage or adoption who is a resident of such **named insured's** household, including a ward or foster child.

**Occupying** means in, upon, getting in, on, out or off.

**Uninsured motor vehicle** means a land motor vehicle or **trailer**:

1. For which no policy or liability bond at the time of the **accident** provides at least the amounts required by the applicable law where a covered **auto** is principally garaged;

2. For which an insuring or bonding company denies coverage or is or becomes insolvent; or

3. That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle or **trailer** must hit, or cause an object to hit, an **insured**, a covered **auto** or a vehicle an **insured** is **occupying**. If there is no physical contact with the hit-and-run vehicle, the facts of the **accident** must be proved.

However, **uninsured motor vehicle** does not include any vehicle:

1. Owned or operated by a self-insurer under any applicable motor vehicle law, except as a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law;

2. Owned by a governmental unit or agency; or

3. Designed for use mainly off public roads while not on public roads.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FARI0072-0318                                                                                     Page 3

# Voyager Indemnity Insurance Company

### A Stock Insurance Company
11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## UNDERINSURED MOTORISTS COVERAGE ENDORSEMENT – ILLINOIS

**THIS ENDORSEMENT CHANGES THE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF ILLINOIS.  PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement.  This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:**  DoorDash, Inc. |
| **Endorsement Effective Date:** 09/01/2020 |

### SCHEDULE

| | |
|---|---|
| **Bodily Injury Limit of Insurance:** | $250,000 CSL with $250,000 Deductible   **Each Accident** |

| |
|---|
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

## COVERAGE

We will pay all sums the **insured** is legally entitled to recover as compensatory damages from the owner or driver of an **underinsured motor vehicle**.  The damages must result from **bodily injury** sustained by the **insured** caused by an **accident**.  The owner's or driver's liability for these damages must arise out of the ownership, maintenance or use of the **underinsured motor vehicle**.

We will pay only after all policies or liability bonds have been exhausted by payment of judgments or settlements, unless:

1. We have been given prompt written notice of a **tentative settlement** and decide to advance payment to the **insured** in an amount equal to that **tentative settlement** within 30 days after receipt of notification; or
2. We and an **insured** have reached a **settlement agreement**.

Any judgment for damages arising out of a **suit** brought without our written consent is not binding on us.

## WHO IS AN INSURED

If the **named insured** is designated in the Declarations as:

1. An individual, then the following are **insureds**:
   a. The **named insured** and any **family members**.
   b. Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**.  The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   c. Anyone else **occupying** an **auto** you do not own who is an **insured** for Covered Autos Liability under the policy, but only at times when that person is an **insured** for Covered Autos Liability under the policy.

   d. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.
2. A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:
   a. Anyone **occupying** a covered **auto** or a temporary substitute for a covered **auto**.  The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   b. Anyone else **occupying** an **auto** you do not own who is an **insured** for Covered Autos Liability under the policy, but only at times when that person is an **insured** for Covered Autos Liability under the policy.
   c. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

## EXCLUSIONS

This insurance does not apply to:

1. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.
2. B**odily injury** sustained by
   a. An individual **named insured** while **occupying** or when struck by any vehicle owned by that **named insured** that is not a covered **auto** for Underinsured Motorists Coverage under this policy;
   b. Any **family member** while **occupying** or when struck by any vehicle owned by that **family member** that is not a covered **auto** for Underinsured Motorists Coverage under this policy; or

FARI0074E-0318

c. Any **family member** while **occupying** or when struck by any vehicle owned by the **named insured** that is insured for Underinsured Motorists Coverage on a primary basis under any other policy or coverage form.

3. Anyone using a vehicle without a reasonable belief that person is entitled to do so.

4. Punitive or exemplary damages.

5. **Bodily injury** arising directly or indirectly out of:
   a. War, including undeclared or civil war;
   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attach, by any government, sovereign or other authority using military personnel or other agents; or
   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## LIMIT OF INSURANCE

Regardless of the number of **covered autos**, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for all damages resulting from any one **accident** is the limit of Underinsured Motorists Coverage shown in the Schedule or Declarations.  Except in the event of a **settlement agreement**, the limit of insurance for this coverage shall be reduced by all sums paid or payable:

1. By or for anyone who is legally responsible, including all sums paid under this policy's Coverage Autos Liability Coverage.

2. Under any workers' compensation, disability benefits or similar law.  However, the limit of insurance for this coverage shall not be reduced by any sums paid or payable under Social Security disability benefits.

3. Under any automobile medical payments coverage.

In the event of a **settlement agreement**, the maximum limit of insurance for this coverage shall be the amount by which the limit of insurance for this coverage exceeds the limits of **bodily injury** liability bonds or policies applicable to the owner or operator of the **underinsured motor vehicle**.  No one will be entitled to receive duplicate payments for the same elements of **loss** under this policy and any liability coverage form.

## CHANGES IN CONDITIONS

The conditions of the policy are changed for Underinsured Motorists Coverage as follows:

**SECTION IV – CONDITIONS**, A. Action Against Us is deleted and replaced by the following:

A. **Action Against Us**
   No one may bring action against us under this policy until there has been full compliance with all the terms of this policy.

   Any action against us must be brought within two years after the date of the **accident**.  However, this paragraph does not apply to an **insured** if, within two years after the date of the **accident**:

1. Arbitration proceedings have commenced in accordance with the provisions of this policy; or

2. The **insured** has filed an action for **bodily injury** against the owner or operator of an **underinsured motor vehicle** and such action is:
   a. Filed in a court of competent jurisdiction; and
   b. Not barred by the applicable state statute of limitations.
   In the event that the two-year time limitation identified in this condition does not apply, the applicable state statute of limitations will govern action against us under this policy.

Under **SECTION IV – CONDITIONS**, G. Duties In The Event Of Accident, Claim, Suit Or Loss, the following duties are added:

   Give us written notice of a **tentative settlement** and allow us to advance payment in an amount equal to that settlement within 30 days after receipt of notification to preserve our rights against the owner or operator of the **underinsured motor vehicle**.

   File **suit** against the owner or operator of the **underinsured motor vehicle** prior to the conclusion of a **settlement agreement**.  Such **suit** cannot be abandoned or settled without giving us written notice of a **tentative settlement** and allowing us 30 days to advance payment in an amount equal to that settlement to preserve our rights against the owner or operator of the **underinsured motor vehicle**.

   Promptly send us copies of the legal papers if a **suit** is brought.

Under **SECTION IV – CONDITIONS**, L. Other Insurance is deleted and replaced by the following:

L. **Other Insurance**
   If there is other applicable insurance available under one or more policies, coverage forms or provisions of coverage:

1. The maximum recovery under all policies or coverage forms combined may equal by not exceed the highest applicable limit for any one vehicle under any one policy or coverage from providing coverage on either a primary or excess basis.

2. Any insurance we provide with respect to a vehicle the **named insured** does not own shall be excess over any other collectible underinsured motorists insurance providing coverage on a primary basis.

3. If the coverage under this policy is provided:
   a. On a primary basis, we will pay only our share of the **loss** that must be paid under insurance providing coverage on a primary basis.  Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.
   b. On an excess basis, we will pay only our share of the **loss** that must be paid under insurance providing coverage on an excess basis.  Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 2

FARI0074E-0318

Under **SECTION IV – CONDITIONS, P. Transfer Of Rights Of Recovery Against Others To Us,** the following is added:

Transfer Of Rights Of Recovery Against Others To Us does not apply to damages caused by an **accident** with an **underinsured motor vehicle** if we:

**a.** Have been given written notice of a **tentative settlement** between an **insured** and the insurer of an **underinsured motor vehicle**; and

**b.** Fail to advance payment to the **insured** in an amount equal to the **tentative settlement** within 30 days after receipt of the notice.

If we advance payment to the **insured** in an amount equal to the **tentative settlement** within 30 days after receipt of notice:

**a.** That payment will be separate from any amount the **insured** is entitled to recover under the provisions of Underinsured Motorists Coverage; and

**b.** We will also have a right to recover the advanced payment.

However, in the event of a **settlement agreement**, we shall be entitled to recover only for amounts which exceed the limit of **bodily injury** liability bonds or policies applicable to the owner or operator of the **underinsured motor vehicle**.

Under **SECTION IV – CONDITIONS**, the following conditions are added:

**Arbitration**

If we and an **insured** disagree whether the **insured** is legally entitled to recover damages from the owner or driver of an **underinsured motor vehicle** or do not agree as to the amount of damages that are recoverable by that **insured**, then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Either party may make a written demand for arbitration. In this event, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

Unless both parties agree otherwise, arbitration will take place in the county in which the **insured** lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

**Reimbursement And Trust**

If we make any payment and the **insured** recovers from another party, the **insured** shall hold the proceeds in trust for us and pay us back the amount we have paid.

However, in the event of a **settlement agreement**, we shall be entitled to recover only for amounts which exceed the limit of **bodily injury** liability bonds or policies applicable to the owner or operator of the **underinsured motor vehicle**.

Under **SECTION V – DEFINITIONS**, the following definitions are added as used in this endorsement:

**Family member** means a person related to an individual **named insured** by blood, marriage or adoption who is a resident of such **named insured's** household, including a ward or foster child.

**Occupying** means in, upon, getting in, on, out or off.

**Settlement agreement** means we and an **insured** agree that the **insured** is legally entitled to recover, from the owner or operator of the **underinsured motor vehicle**, damages for **bodily injury** and, without arbitration, agree also as to the amount of damages. Such agreement is final and binding regardless of any subsequent judgment or settlement reached by the **insured** with the owner or operator of the **underinsured motor vehicle**.

**Tentative settlement** means an offer from the owner or operator of the **underinsured motor vehicle** to compensate an **insured** for damages incurred because of **bodily injury** sustained in an **accident** involving an **underinsured motor vehicle**.

**Underinsured motor vehicle** means a land motor vehicle or **trailer** for which the sum of all liability bonds or policies at the time of an **accident** provides at least the amounts required by the applicable law where a covered **auto** is principally garaged but that sum is either less than the limit of insurance of this coverage or reduced by payments to other persons resulting from the same **accident** to an amount less than the limit of insurance of this coverage. However, **underinsured motor vehicle** does not include any vehicle:

**a.** Owned or operated by any self-insurer under any applicable motor vehicle law.

**b.** Owned by a governmental unit or agency.

**c.** Designed for use mainly off public roads while not on public roads.

**d.** Which is an **uninsured motor vehicle**.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FARI0074E-0318                                                    Page 3

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## PENNSYLVANIA UNINSURED MOTORISTS COVERAGE ENDORSEMENT – NONSTACKED

**THIS ENDORSEMENT CHANGES THE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF PENNSYLVANIA. PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement. This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** DoorDash, Inc. |
| **Endorsement Effective Date:** 09/01/2020 |

### SCHEDULE

| | | |
|---|---|---|
| **Bodily Injury Limit of Insurance:** | $250,000 CSL with $250,000 Deductible | **Each Accident** |

| |
|---|
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

## COVERAGE

We will pay all sums the **insured** is legally entitled to recover as compensatory damages from the owner or driver of an **uninsured motor vehicle**. The damages must result from **bodily injury** sustained by the **insured** caused by an **accident**. The owner's or driver's liability for these damages must arise out of the ownership, maintenance or use of the **uninsured motor vehicle**.

No judgment for damages arising out of a **suit** brought against the owner or operator of an **uninsured motor vehicle** is binding on us unless we:

1. Received reasonable notice of the pendency of the **suit** resulting in the judgment; and
2. Had a reasonable opportunity to protect our interests in the **suit**.

## WHO IS AN INSURED

If the **named insured** is designated in the Declarations as:

1. An individual, then the following are **insureds**:
   a. The **named insured** and any **family members**.
   b. Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   c. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.
2. A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:
   a. Anyone **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.

   b. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

## EXCLUSIONS

This insurance does not apply to:

1. Any claim settled without our consent. However, this exclusion does not apply if such settlement does not adversely affect our rights of recovery under this coverage.
2. The direct or indirect benefit of any insurer or self-insurer under any disability benefits or similar law, except workers' compensation law.
3. B**odily injury** sustained by
   a. An individual **named insured** while **occupying** or when struck by any vehicle owned by that **named insured** that is not a covered **auto** for Uninsured Motorists Coverage under this policy;
   b. Any **family member** while **occupying** or when struck by any vehicle owned by that **family member** that is not a covered **auto** for Uninsured Motorists Coverage under this policy; or
   c. Any **family member** while **occupying** or when struck by any vehicle owned by the **named insured** that is insured for Uninsured Motorists Coverage on a primary basis under any other policy or coverage form.
4. Anyone using a vehicle without a reasonable belief that person is entitled to do so.
5. Punitive or exemplary damages.
6. **Bodily injury** arising directly or indirectly out of:
   a. War, including undeclared or civil war;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 1

b. Warlike action by a military force, including action in hindering or defending against an actual or expected attach, by any government, sovereign or other authority using military personnel or other agents; or

c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## LIMITS OF INSURANCE

Regardless of the number of covered **autos**, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for all damages resulting from any one **accident** is the limit of Uninsured Motorists Coverage shown in the Schedule or Declarations.

Any amount payable for damages under this coverage shall be reduced by all sums paid by or for anyone who is legally responsible. This includes all sums paid for the same damages under this policy's Covered Autos Liability Coverage. This also includes all sums paid for an **insured's** attorney either directly or as part of the amount paid to the **insured**.

No one will be entitled to receive duplicate payments for the same elements of **loss** under this policy and any Liability Coverage form, Medical Payments Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this policy.

We will not make a duplicate payment under this coverage for any element of **loss** for which payment has been made by or for anyone who is legally responsible.

We will not pay for any element of **loss** if a person is entitled to receive payment for the same element of **loss** under any disability benefits or similar law, except workers' compensation law.

## CHANGES IN CONDITIONS

The conditions of the policy are changed for Uninsured Motorists Coverage as follows:

**SECTION IV – CONDITIONS**, A. Action Against Us is deleted and replaced by the following:

A. **Action Against Us**
No one may bring action against us under this policy until there has been full compliance with all the terms of this policy.

Any action against us under this policy must be brought within four (4) years after the date on which the **insured** knows of the uninsured status of the owner or driver of the **uninsured motor vehicle**. However, this paragraph does not apply to an **insured** if, within four (4) years after the date on which the **insured** knows of the uninsured status of the owner or driver of the **uninsured motor vehicle**, we or the **insured** has made a written demand for arbitration in accordance with the provisions of this endorsement.

Under **SECTION IV – CONDITIONS**, G. Duties In The Event Of Accident, Claim, Suit Or Loss, the following duties are added:

Promptly notify the police if a hit-and-run driver is involved.

Promptly send us copies of the legal papers if a **suit** is brought.

**SECTION IV – CONDITIONS**, L. Other Insurance is deleted and replaced by the following:

L. **Other Insurance**
If there is other applicable similar insurance available under one or more policies or coverage forms, the following priorities of recovery apply:

| First | The Uninsured Motorists Coverage applicable to the vehicle the **insured** was **occupying** at the time of the **accident**. |
|---|---|
| Second | The policy or coverage form affording Uninsured Motorists Coverage to the **insured** as an individual **named insured** or **family member**. |

Where there is no applicable insurance available under the first priority, the maximum recovery under all policies or coverage forms in the second priority may equal but not exceed the highest applicable limit for any one vehicle under any one policy or coverage form affording coverage to an individual **named insured** or **family member**.

Where there is applicable insurance available under the first priority:

1. The Limit of Insurance applicable to the vehicle the **insured** was **occupying** under the policy or coverage form in the first priority shall first be exhausted; and

2. The maximum recovery under all policies or coverage forms in the second priority may equal but not exceed the highest applicable limit for any one vehicle under any one policy or coverage form affording coverage to an individual **named insured** or **family member**.

If two or more policies or coverage forms have equal priority:

1. The insurer against whom the claim is first made shall process and pay the claim as if wholly responsible for all insurers with equal priority;

2. The insurer thereafter is entitled to recover pro rata contribution from any other insurer on the same level of priority for the benefits paid and the costs of processing the claim.

Under **SECTION IV – CONDITIONS**, P. Transfer Of Rights Of Recovery Against Others To Us, the following is added:

If we make any payment due to an **accident** involving an **uninsured motor vehicle** and the **insured** recovers from another party in a separate claim or **suit**, the **insured** shall hold the proceeds in trust for us and pay us back the amount we have paid, less reasonable attorneys' fees, costs and expenses incurred by the **insured** to the extent such payment duplicates any amount we have paid under this coverage.

Under **SECTION IV – CONDITIONS**, the following condition is added:

> **Arbitration**
>
> If we and an **insured** disagree whether the **insured** is legally entitled to recover damages from the owner or driver of an **uninsured motor vehicle** or do not agree as to the amount of damages, then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.
>
> Unless both parties agree otherwise, arbitration will take place in the county in which the **insured** lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

Under **SECTION V – DEFINITIONS**, the following definitions are added as used in this endorsement:

**Family member** means a person related to an individual **named insured** by blood, marriage or adoption who is a resident of such **named insured's** household, including a ward or foster child.

**Occupying** means in, upon, getting in, on, out or off.

**Uninsured motor vehicle** means a land **motor vehicle** or **trailer**:

1.  For which no policy or liability bond applies at the time of an **accident**.
2.  For which an insuring or bonding company denies coverage, is or becomes insolvent or becomes involved in insolvency proceedings.
3.  For which neither the driver nor owner can be identified. The vehicle or **trailer** must:
    a.  Hit an **insured**, a covered **auto** or a vehicle an **insured** is **occupying**; or
    b.  Cause an **accident** resulting in **bodily injury** to an **insured** without hitting an **insured**, a covered **auto** or a vehicle an **insured** is **occupying**.
    If there is no physical contact with the hit-and-run vehicle, the facts of the **accident** must be proved.

However, an **uninsured motor vehicle** does not include any vehicle:

1.  Owned or operated by a self-insurer under any applicable **motor vehicle** law, except a self-insurer who is or who becomes insolvent and cannot provide the amounts required by that **motor vehicle** law; or
2.  Designed for use mainly off public roads while not on public roads.

**Motor vehicle** means a vehicle which is self-propelled, except one which is propelled solely by human power or by electric power obtained from overhead trolley wires, but does not mean a vehicle operated upon rails.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 3

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## PENNSYLVANIA UNDERINSURED MOTORISTS COVERAGE ENDORSEMENT – NONSTACKED

**THIS ENDORSEMENT CHANGES THE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF PENNSYLVANIA. PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement. This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** DoorDash, Inc. |
| **Endorsement Effective Date:** 09/01/2020 |

### SCHEDULE

| |
|---|
| **Bodily Injury Limit of Insurance:**    $250,000 CSL with $250,000 Deductible  **Each Accident** |

| |
|---|
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

## COVERAGE

We will pay all sums the **insured** is legally entitled to recover as compensatory damages from the owner or driver of an **underinsured motor vehicle**. The damages must result from **bodily injury** sustained by the **insured** caused by an **accident**. The owner's or driver's liability for these damages must arise out of the ownership, maintenance or use of the **underinsured motor vehicle**.

We will pay under this coverage only if **1.** or **2.** below applies:
1. The limits of any applicable liability bonds or policies have been exhausted by payment of judgments or settlements; or
2. A tentative settlement has been made between an **insured** and the insurer of the **underinsured motor vehicle** and we:
   a. Have been given prompt written notice of such tentative settlement; and
   b. Advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.

No judgment for damages arising out of a **suit** brought against the owner or operator of an **underinsured motor vehicle** is binding on us unless we:
1. Received reasonable notice of the pendency of the **suit** resulting in the judgment; and
2. Had a reasonable opportunity to protect our interests in the **suit**.

## WHO IS AN INSURED

If the **named insured** is designated in the Declarations as:
1. An individual, then the following are **insureds**:
   a. The **named insured** and any **family members**.

   b. Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   c. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.
2. A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:
   a. Anyone **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   b. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

## EXCLUSIONS

This insurance does not apply to:

1. The direct or indirect benefit of any insurer or self-insurer under any disability benefits or similar law, except workers' compensation law.
2. **Bodily injury** sustained by
   a. An individual **named insured** while **occupying** or when struck by any vehicle owned by that **named insured** that is not a covered **auto** for Underinsured Motorists Coverage under this policy;
   b. Any **family member** while **occupying** or when struck by any vehicle owned by that **family member** that is not a covered **auto** for Underinsured Motorists Coverage under this policy; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FARI0086E-0418

    **c.** Any **family member** while **occupying** or when struck by any vehicle owned by the **named insured** that is insured for Underinsured Motorists Coverage on a primary basis under any other policy or coverage form.

**4.** Anyone using a vehicle without a reasonable belief that person is entitled to do so.

**5.** Punitive or exemplary damages.

**6.** **Bodily injury** arising directly or indirectly out of:

    **a.** War, including undeclared or civil war;

    **b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attach, by any government, sovereign or other authority using military personnel or other agents; or

    **c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

### LIMITS OF INSURANCE

Regardless of the number of covered **autos**, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for all damages resulting from any one **accident** is the limit of Underinsured Motorists Coverage shown in the Schedule or Declarations.

No one will be entitled to receive duplicate payments for the same elements of **loss** under this policy and any Liability Coverage form, Medical Payments Coverage endorsement or Uninsured Motorists Coverage endorsement attached to this policy.

We will not make a duplicate payment under this coverage for any element of **loss** for which payment has been made by or for anyone who is legally responsible.

We will not pay for any element of **loss** if a person is entitled to receive payment for the same element of **loss** under any disability benefits or similar law, except workers' compensation law.

### CHANGES IN CONDITIONS

The conditions of the policy are changed for Underinsured Motorists Coverage as follows:

**SECTION IV – CONDITIONS**, **A. Action Against Us** is deleted and replaced by the following:

**A.** **Action Against Us**

    No one may bring action against us under this policy until there has been full compliance with all the terms of this policy.

    Any action against us under this policy must be brought within four (4) years after the date on which the **insured** either settles with, or receives a judgment against, the owner or driver of the **underinsured motor vehicle**. However, this paragraph does not apply if, within four (4) years after the date on which the **insured** either settles with, or receives a judgment against, the owner or driver of the **underinsured motor vehicle**:

**1.** We or the **insured** has made a written demand for arbitration in accordance with the provisions of this endorsement; or

**2.** The **insured** has filed an action for **bodily injury** against the owner or operator of the **underinsured motor vehicle** and such action is filed in a court of competent jurisdiction and not barred by the applicable state statute of limitations.

In the event that the 4-year time limitation outlined in this condition does not apply, the applicable state statute of limitations will govern action against us under this policy.

Under **SECTION IV – CONDITIONS**, **G. Duties In The Event Of Accident, Claim, Suit Or Loss**, the following duties are added:

Promptly send us copies of the legal papers if a **suit** is brought.

A person seeking Underinsured Motorists Coverage must also promptly notify us in writing, of a tentative settlement between the **insured** and the insurer of the **underinsured motor vehicle** and allow us 30 days to advance payment to the **insured** in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such **underinsured motor vehicle**.

**SECTION IV – CONDITIONS**, **L. Other Insurance** is deleted and replaced by the following:

**L.** **Other Insurance**

If there is other applicable similar insurance available under one or more policies or coverage forms, the following priorities of recovery apply:

| First | The Underinsured Motorists Coverage applicable to the vehicle the **insured** was **occupying** at the time of the **accident**. |
|---|---|
| Second | The policy or coverage form affording Underinsured Motorists Coverage to the **insured** as an individual **named insured** or **family member**. |

Where there is no applicable insurance available under the first priority, the maximum recovery under all policies or coverage forms in the second priority may equal but not exceed the highest applicable limit for any one vehicle under any one policy or coverage form affording coverage to an individual **named insured** or **family member**.

Where there is applicable insurance available under the first priority:

**1.** The Limit of Insurance applicable to the vehicle the **insured** was **occupying** under the policy or coverage form in the first priority shall first be exhausted; and

**2.** The maximum recovery under all policies or coverage forms in the second priority may equal but not exceed the highest applicable limit for any one vehicle under any one policy or coverage form affording coverage to an individual **named insured** or **family member**.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FARI0086E-0418                                      Page 2

If two or more policies or coverage forms have equal priority:

1.  The insurer against whom the claim is first made shall process and pay the claim as if wholly responsible for all insurers with equal priority;

2.  The insurer thereafter is entitled to recover pro rata contribution from any other insurer on the same level of priority for the benefits paid and the costs of processing the claim.

Under **SECTION IV – CONDITIONS, P. Transfer Of Rights Of Recovery Against Others To Us**, the following is added:

If we make any payment due to an **accident** involving an **underinsured motor vehicle** and the **insured** recovers from another party in a separate claim or **suit**, the **insured** shall hold the proceeds in trust for us and pay us back the amount we have paid, less reasonable attorneys' fees, costs and expenses incurred by the **insured** to the extent such payment duplicates any amount we have paid under this coverage.

Under **SECTION IV – CONDITIONS**, the following condition is added:

**Arbitration**
If we and an **insured** disagree whether the **insured** is legally entitled to recover damages from the owner or driver of an **underinsured motor vehicle** or do not agree as to the amount of damages, then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

Unless both parties agree otherwise, arbitration will take place in the county in which the **insured** lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

Under **SECTION V – DEFINITIONS**, the following definitions are added as used in this endorsement:

**Family member** means a person related to an individual **named insured** by blood, marriage or adoption who is a resident of such **named insured's** household, including a ward or foster child.

**Occupying** means in, upon, getting in, on, out or off.

**Underinsured motor vehicle** means a vehicle for which the sum of all policies or liability bonds that apply at the time of an **accident** does not provide at least the amount an **insured** is legally entitled to recover as damages.

However, an **underinsured motor vehicle** does not include any vehicle designed for use mainly off public roads while not on public roads.

**Motor vehicle** means a vehicle which is self-propelled, except one which is propelled solely by human power or by electric power obtained from overhead trolley wires, but does not mean a vehicle operated upon rails.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME.**

FARI0086E-0418

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 3

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## ARIZONA UNINSURED MOTORISTS COVERAGE ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF ARIZONA. PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement. This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| **Named Insured:** DoorDash, Inc. |
| **Endorsement Effective Date:** 09/01/2020 |

### SCHEDULE

| **Limit of Insurance:** | $250,000 CSL with $250,000 Deductible **Each Accident** |

| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

### COVERAGE

We will pay all sums the **insured** is legally entitled to recover as compensatory damages from the owner or driver of an **uninsured motor vehicle**. The damages must result from **bodily injury** sustained by the **insured** caused by an **accident**. The owner's or driver's liability for these damages must arise out of the ownership, maintenance or use of the **uninsured motor vehicle**.

Any judgment for damages arising out of a **suit** brought without our written consent is not binding on us.

### WHO IS AN INSURED

If the **named insured** is designated in the Declarations as:

1  An individual, then the following are **insureds**:
   a.  The **named insured** and any **family members**.
   b.  Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   c.  Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

2.  A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:
   a.  Anyone **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   b.  Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

### EXCLUSIONS

This insurance does not apply to:

1.  Any claim settled without our consent.
2.  The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.
3.  Anyone using a vehicle without a reasonable belief that person is entitled to do so.
4.  Punitive or exemplary damages.
5.  **Bodily injury** arising directly or indirectly out of:
   a.  War, including undeclared or civil war;
   b.  Warlike action by a military force, including action in hindering or defending against an actual or expected attach, by any government, sovereign or other authority using military personnel or other agents; or
   c.  Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

### LIMITS OF INSURANCE

Regardless of the number of covered **autos**, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for all damages resulting from any one **accident** is the limit of Uninsured Motorists Coverage shown in the Schedule or Declarations.

No one will be entitled to receive duplicate payments for the same elements of **loss** under this policy and any Liability Coverage form, Medical Payments Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this policy.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 1

FARI0094E-0418

We will not make a duplicate payment under this coverage for any element of **loss** for which payment has been made by or for anyone who is legally responsible, including all sums paid under the policy's Covered Autos Liability Coverage.

We will not pay for any element of **loss** if a person is entitled to receive payment for the same element of **loss** under any workers' compensation, disability benefits or similar law.

### CHANGES IN CONDITIONS

The conditions of the policy are changed for Uninsured Motorists Coverage as follows:

Under **SECTION IV – CONDITIONS**, G. Duties In The Event Of Accident, Claim, Suit Or Loss, the following duties are added:

Promptly notify the police if a hit-and-run driver is involved.

Promptly send us copies of the legal papers if a **suit** is brought.

Under **SECTION IV – CONDITIONS**, L. Other Insurance, the following is added:

The reference to "other collectible insurance" applies only to other collectible uninsured motorists insurance.

Any insurance we provide with respect to a vehicle owned by the **named insured** or, if the **named insured** is an individual, any **family member**, that is not a covered **auto** for Uninsured Motorists Coverage under this policy will be excess over any other collectible uninsured motorists insurance providing coverage on a primary basis.

Under **SECTION IV – CONDITIONS**, P. Transfer Of Rights Of Recovery Against Others To Us, the following is added:

If we make any payment under this coverage and the **insured** or someone on behalf of the **insured** has a right to recover damages from the owner or operator of the **uninsured motor vehicle**, we will be subrogated to that right.

Under **SECTION IV – CONDITIONS**, the following conditions are added:

**Arbitration**
If we and an **insured** disagree whether the **insured** is legally entitled to recover damages from the owner or driver of an **uninsured motor vehicle** or do not agree as to the amount of damages that are recoverable by that **insured**, then the matter may be arbitrated.

However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

Unless both parties agree otherwise, arbitration will take place in the county in which the **insured** lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

**Time Limitation**
We will not be liable for uninsured motorists coverage benefits unless the **insured** gives us written notice of the **insured's** intent to pursue an uninsured motorists coverage claim under this policy within three (3) years after the date of the **accident** that caused the **bodily injury**. However, the **insured** may make an uninsured motorists coverage claim within three (3) years after the earliest of the following:

1.    The date the **insured** knew that the tortfeasor was uninsured.

2.    The date the **insured** knows or should have known that coverage was denied by the tortfeasor's insurer.

3.    The date the **insured** knows or should have known of the insolvency of the tortfeasor's insurer.

If we and the **insured** do not settle a claim for uninsured motorists coverage under this policy for which the **insured** has given us timely written notice in accordance with this condition, we will not be liable for uninsured motorists coverage benefits unless within three (3) years after the date the **insured** provides us with such written notice the **insured**:

1.    Files a lawsuit against us for uninsured motorists coverage benefits under this policy; or

2.    Requests arbitration pursuant to the provisions of this policy.

Under **SECTION V – DEFINITIONS**, the following definitions are added as used in this endorsement:

**Family member** means a person related to an individual **named insured** by blood, marriage or adoption who is a resident of such **named insured's** household, including a ward or foster child.

**Occupying** means in, upon, getting in, on, out or off.

**Uninsured motor vehicle** means a land **motor vehicle** or **trailer**:
1.    For which no policy or liability bond at the time of an **accident** provides at least the amount specified in Section 28-4009 of the Arizona Revised Statutes.
2.    For which an insuring or bonding company denies coverage or is or becomes insolvent.

FARI0094E-0418

**3.** That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must either:

    **a.** Hit an **insured**, a covered **auto** or a vehicle an **insured** is **occupying**; or

    **b.** Cause **bodily injury** to an **insured** without hitting an **insured**, a covered **auto** or a vehicle an **insured** is **occupying**, provided the facts of the **accident** can be corroborated by any additional and confirming testimony, fact or evidence that strengthens and adds weight or credibility to the **insured's** representation of the **accident**.

However, **uninsured motor vehicle** does not include any vehicle designed for use mainly off public roads while not on public roads.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# Voyager Indemnity Insurance Company

### A Stock Insurance Company
11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## ARIZONA UNDERINSURED MOTORISTS COVERAGE ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF ARIZONA. PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement. This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| | |
|---|---|
| **Named Insured:** DoorDash, Inc. | |
| **Endorsement Effective Date:** 09/01/2020 | |

## SCHEDULE

| | |
|---|---|
| **Limit of Insurance:** | $250,000 CSL with $250,000 Deductible **Each Accident** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

## COVERAGE

We will pay all sums the **insured** is legally entitled to recover as compensatory damages from the owner or driver of an **underinsured motor vehicle**. The damages must result from **bodily injury** sustained by the **insured** caused by an **accident**. The owner's or driver's liability for these damages must arise out of the ownership, maintenance or use of the **underinsured motor vehicle**.

Any judgment for damages arising out of a **suit** brought without our written consent is not binding on us.

## WHO IS AN INSURED

If the **named insured** is designated in the Declarations as:
1  An individual, then the following are **insureds**:
   a.  The **named insured** and any **family members**.
   b.  Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   c.  Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

2.  A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:
   a.  Anyone **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   b.  Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

## EXCLUSIONS

This insurance does not apply to:

1.  Any claim settled without our consent.
2.  The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.
3.  Anyone using a vehicle without a reasonable belief that person is entitled to do so.
4.  Punitive or exemplary damages.
5.  **Bodily injury** arising directly or indirectly out of:
   a.  War, including undeclared or civil war;
   b.  Warlike action by a military force, including action in hindering or defending against an actual or expected attach, by any government, sovereign or other authority using military personnel or other agents; or
   c.  Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## LIMITS OF INSURANCE

Regardless of the number of covered **autos**, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for all damages resulting from any one **accident** is the limit of Underinsured Motorists Coverage shown in the Schedule or Declarations.

No one will be entitled to receive duplicate payments for the same elements of **loss** under this policy and any Liability Coverage form, Medical Payments Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this policy.

FARI0095E-0418

We will not make a duplicate payment under this coverage for any element of **loss** for which payment has been made by or for anyone who is legally responsible, including all sums paid under the policy's Covered Autos Liability Coverage.

We will reduce the **insured's** total damages by any amount available to that **insured** under any **bodily injury** liability bonds or policies applicable to the **underinsured motor vehicle** that such **insured** did not recover as a result of a settlement between that **insured** and the insurer of an **underinsured motor vehicle**. However, any reduction of the **insured's** total damages will not reduce the limit of liability for this coverage.

## CHANGES IN CONDITIONS

The conditions of the policy are changed for Uninsured Motorists Coverage as follows:

Under **SECTION IV – CONDITIONS**, **G. Duties In The Event Of Accident, Claim, Suit Or Loss**, the following duties are added:

Promptly notify the police if a hit-and-run driver is involved.

Promptly send us copies of the legal papers if a **suit** is brought.

Under **SECTION IV – CONDITIONS**, **L. Other Insurance**, the following is added:

The reference to "other collectible insurance" applies only to other collectible underinsured motorists insurance.

Any insurance we provide with respect to a vehicle owned by the **named insured** or, if the **named insured** is an individual, any **family member**, that is not a covered **auto** for Underinsured Motorists Coverage under this policy will be excess over any other collectible underinsured motorists insurance providing coverage on a primary basis.

Under **SECTION IV – CONDITIONS**, **P. Transfer Of Rights Of Recovery Against Others To Us** is deleted in its entirety with respect to Underinsured Motorists Coverage.

Under **SECTION IV – CONDITIONS**, the following conditions are added:

**Arbitration**
If we and an **insured** disagree whether the **insured** is legally entitled to recover damages from the owner or driver of an **uninsured motor vehicle** or do not agree as to the amount of damages that are recoverable by that **insured**, then the matter may be arbitrated.

However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

Unless both parties agree otherwise, arbitration will take place in the county in which the **insured** lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

**Time Limitation**
We will not be liable for underinsured motorists coverage benefits unless the **insured** gives us written notice of the **insured's** intent to pursue an underinsured motorists coverage claim under this policy within three (3) years after the date of the **accident** that caused the **bodily injury**, and the **insured** has either made a claim with the tortfeasor's insurer or filed an action against the tortfeasor within the time limits prescribed by Section 12-542 of the Arizona Revised Statutes or within the corresponding limitation period provided under the law of the location where the **accident** occurred. However, the **insured** may make an underinsured motorists coverage claim within three (3) years after the date the **insured** knows or should have known that the tortfeasor has insufficient liability insurance to cover the **insured's** injuries.

If we and the **insured** do not settle a claim for underinsured motorists coverage under this policy for which the **insured** has given us timely written notice in accordance with this condition, we will not be liable for Underinsured Motorists Coverage benefits unless within three (3) years after the date the **insured** provides us with such written notice the **insured**:
1. Files a lawsuit against us for underinsured motorists coverage benefits under this policy; or
2. Requests arbitration pursuant to the provisions of this policy.

Under **SECTION V – DEFINITIONS**, the following definitions are added as used in this endorsement:

**Family member** means a person related to an individual **named insured** by blood, marriage or adoption who is a resident of such **named insured's** household, including a ward or foster child.

**Occupying** means in, upon, getting in, on, out or off.

**Underinsured motor vehicle** means a land **motor vehicle** or **trailer** for which the sum of all bonds or policies applicable at the time of an **accident** does not provide at least the amount an **insured** is legally entitled to recover as damages resulting from **bodily injury** caused by the **accident**.
However, **underinsured motor vehicle** does not include any vehicle designed for use mainly off public roads while not on public roads.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME.**

# Voyager Indemnity Insurance Company

A Stock Insurance Company
11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## COLORADO UNINSURED MOTORISTS COVERAGE – BODILY INJURY ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF COLORADO.  PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement.  This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| | |
|---|---|
| **Named Insured:** | DoorDash, Inc. |
| **Endorsement Effective Date:** | 09/01/2020 |

### SCHEDULE

| Limit of Insurance: | $250,000 CSL with $250,000 Deductible | Each Accident |
|---|---|---|

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

## COVERAGE

We will pay all sums the **insured** is legally entitled to recover as compensatory damages from the owner or driver of an **uninsured motor vehicle**.  The damages must result from **bodily injury** sustained by the **insured** caused by an **accident**.  The owner's or driver's liability for these damages must arise out of the ownership, maintenance or use of the **uninsured motor vehicle**.

With respect to damages resulting from an **accident** with a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle**, we will pay under this coverage only if **1.** or **2.** below applies:
1.  The limits of any applicable liability bonds or policies have been exhausted by payment of judgments or settlements; or
2.  A tentative settlement has been made between an **insured** and the insurer of a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle**, and we:
    a.  Have been given prompt written notice of such tentative settlement; and
    b.  Advance payment to the **insured** in an amount equal to the tentative settlement within thirty (30) days after receipt of notification.

## WHO IS AN INSURED

If the **named insured** is designated in the Declarations as:
1   An individual, then the following are **insureds**:
    a.  The **named insured** and any **family members**.
    b.  Anyone else while **occupying** or using a covered **auto** or a temporary substitute for a covered **auto**.  The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.

c.  Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

2.  A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:
    a.  Anyone **occupying** or using a covered **auto** or a temporary substitute for a covered **auto**.  The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
    b.  Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

## EXCLUSIONS

This insurance does not apply to:

1.  Any claim settled without our consent.  However, this exclusion does not apply to a settlement made with the insurer of a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle** in accordance with the procedure described in **2.b.** under **COVERAGE** above.
2.  The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.
3.  Anyone using a vehicle without a reasonable belief that person is entitled to do so.
4.  Punitive or exemplary damages.
5.  **Bodily injury** arising directly or indirectly out of:
    a.  War, including undeclared or civil war;
    b.  Warlike action by a military force, including action in hindering or defending against an actual or expected attach, by any government, sovereign or other authority using military personnel or other agents; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FARI0102E-0418

Page 1

c.    Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## LIMITS OF INSURANCE

Regardless of the number of covered **autos, insureds**, premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for all damages resulting from any one **accident** is the least of the following:

1.    The Limit Of Insurance for Uninsured Motorists Coverage shown in the Declarations; or

2.    The amount of damages sustained by not recovered.

No one will be entitled to receive duplicate payments for the same elements of **loss** under this policy and any Liability Coverage form, Medical Payments Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this policy.

We will not pay for any element of **loss** if a person is entitled to receive payment for the same element of **loss** under any workers' compensation, disability benefits or similar law.

## CHANGES IN CONDITIONS

The conditions of the policy are changed for Uninsured Motorists Coverage as follows:

**SECTION IV – CONDITIONS**, A. Action Against Us is deleted and replaced by the following:

A.    **Action Against Us**
      No one may bring action against us under this policy until there has been full compliance with all the terms of this policy.

      In accordance with COLO. REV. STAT. § 13-80-107.5, an **action** or arbitration of an uninsured motorist insurance claim or an underinsured motorist insurance claim shall be commenced or demanded by **arbitration demand** within three (3) years after the cause of action accrues, except:

      1.    If the underlying **bodily injury** liability claim against the uninsured motorist is preserved by commencing an **action** against the uninsured motorist within the two-year time limit specified in COLO. REV. STAT. § 13-80-102(1)(d) for a wrongful death action or the three-year time limit specified in COLO. REV. STAT. § 13-80-101(1)(n) for all other tort actions to which this insurance applies, then an **action** or arbitration of an uninsured motorist claim shall be timely if such **action** is commenced or such arbitration is demanded within two years after the **insured** knows that the particular tortfeasor is not covered by any applicable insurance; or

2.    If the underlying **bodily injury** liability claim against the underinsured motorist is preserved by commencing an **action** against the underinsured motorist or by payment of either the liability claim settlement or judgment within the two- year time limit specified in COLO. REV. STAT. § 13-80-102(1)(d) for a wrongful death action or the three-year time limit specified in COLO. REV. STAT. § 13-80-101(1)(n) for all other tort actions to which this insurance applies, then an **action** or arbitration of an underinsured motorist claim shall be timely if such **action** is commenced or such arbitration is demanded within two (2) years after the **insured** received payment of the settlement or judgment on the underlying **bodily injury** liability claim.

3.    For purposes of paragraph **2.** above, a cause of **action** accrues after both the existence of the death, injury or damage giving rise to the claim and the cause of the death, injury or damage are known to the **insured** or should have been known by the exercise of reasonable diligence.

**SECTION IV – CONDITIONS**, G. Duties In The Event Of Accident, Claim, Suit Or Loss, the first paragraph is deleted and replaced by the following:

With respect to an owner or operator of a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle**, we have no duty to provide coverage under this policy if the failure to comply with the following duties is prejudicial to us:

Under **SECTION IV – CONDITIONS**, G. Duties In The Event Of Accident, Claim, Suit Or Loss, the following duties are added:

      Promptly notify the police if a hit-and-run driver is involved.

      Promptly send us copies of the legal papers if a **suit** is brought.

      A person seeking coverage from an insurer, owner or operator of a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle** must also promptly notify us in writing of a tentative settlement between the **insured** and the insurer and allow us to advance payment to that **insured** in an amount equal to the tentative settlement within thirty (30) days after receipt of notification to preserve our rights against the insurer, owner or operator of such vehicle.

**SECTION IV – CONDITIONS**, L. Other Insurance, 4. is deleted and replaced by the following:

4.    When this policy and any other policy or coverage form covers on the same basis, either excess or primary, the **loss** will be paid in accordance with the following method:
      a.    All applicable policies will pay on an equal basis until the policy with the lowest limit of insurance is exhausted.
      b.    If any **loss** remains and there:

**(1)** Are two or more remaining policies whose applicable limits of insurance have not been exhausted, then such policies will continue to pay in accordance with paragraph **a.;** or

**(2)** Is one remaining policy, then such policy will continue to pay until its limits of insurance have been exhausted.

Under **SECTION IV – CONDITIONS, L. Other Insurance**, the following is added:

The reference to "other collectible insurance" applies only to other collectible uninsured motorists insurance.

If there is other applicable insurance available under one or more policies or provisions of coverage, any insurance we provide with respect to a vehicle owned by the **named insured** or, if the **named insured** is an individual, any **family member** that is not a covered **auto** for Uninsured Motorists Coverage under this policy shall be excess over any other collectible uninsured motorists insurance providing coverage on a primary basis.

Under **SECTION IV – CONDITIONS, P. Transfer Of Rights Of Recovery Against Others To Us**, the following is added:

If we make any payment and the **insured** recovers from another party, the **insured** shall hold the proceeds in trust for us and pay us back the amount we have paid. We shall be entitled to recovery only after the **insured** has been fully compensated for damages. However, any recovery made by us shall be reduced by our proportionate share of attorneys' fees and expenses incurred in bringing the claim.

Our rights do not apply under this provision with respect to damages caused by an **accident** with a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle** if we:

**1.** Have been given prompt written notice of a tentative settlement between an insured and the insurer of a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle**; and

**2.** Fail to advance payment to the **insured** in an amount equal to the tentative settlement within thirty (30) days after receipt of notification.

If we advance payment to the **insured** in an amount equal to the tentative settlement within thirty (30) days after receipt of notification:

**1.** That payment will be separate from any amount the **insured** is entitled to recover under the provisions of Uninsured Motorists Coverage; and

**2.** We also have a right to recover the advanced payment.

Under **SECTION IV – CONDITIONS**, the following conditions are added:

**Arbitration**

If we and an **insured** disagree whether the **insured** is legally entitled to recover damages from the owner or driver of an **uninsured motor vehicle** or do not agree as to the amount of damages that are recoverable by that **insured**, then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within thirty (30) days, either may request that selection be made by a judge of a court having jurisdiction. Each party shall pay the expenses it incurs and bear the expenses of the third arbitrator equally.

Unless both parties agree otherwise, arbitration will take place in the county in which the **insured** lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

Under **SECTION V – DEFINITIONS**, the following definitions are added as used in this endorsement:

**Action** means a lawsuit commenced in a court of competent jurisdiction.

**Arbitration demand** means a written demand for arbitration delivered to us that reasonably identifies the person making the claim, the identity of the uninsured or underinsured motorists, if known, and the fact that arbitration is being demanded.

**Family member** means a person related to an individual **named insured** by blood, marriage or adoption who is a resident of such **named insured's** household, including a ward or foster child.

**Occupying** means in, upon, getting in, on, out or off.

**Uninsured motor vehicle** means a land **motor vehicle** or **trailer**:

**1.** For which no policy or liability bond at the time of an **accident** provides at least the amounts required by the applicable law where a covered **auto** is principally garaged;

**2.** That is an underinsured motor vehicle. An underinsured motor vehicle means a land motor vehicle or **trailer** for which the sum or all liability bonds or policies at the time of an **accident** provides a limit that is less than the amount an **insured** is legally entitled to recover as damages caused by the **accident**;

**3.** For which an insuring or bonding company denies coverage or is or becomes insolvent.

**4.** That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must hit an **insured**, a covered **auto** or a vehicle an **insured** is **occupying**; or

**5.** Whose owner or operator cannot be located after a reasonable attempt for service of process, and either:

**a.** Service of process on the insurer as authorized by COLO. REV. STAT. § 42-7-414 is determined by a court to be insufficient or ineffective after reasonable effort has failed; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FARI0102E-0418

Page 3

**b.** The report of a law enforcement agency investigating the **accident** fails to disclose the insurer covering the vehicle, and the insurance coverage of such owner or operator when the **accident** occurred is not actually known by the person attempting to serve process.

However, **uninsured motor vehicle** does not include any vehicle:

**1.** Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law; or

**2.** Designated for use mainly off public roads while not on public roads.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 4

FARI0102E-0418

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## VIRGINIA UNINSURED MOTORISTS COVERAGE ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE COMMERCIAL AUTO INSURANCE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF VIRGINIA. PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement. This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

---

**Named Insured:** DoorDash, Inc.

**Endorsement Effective Date:** 09/01/2020

---

### SCHEDULE

---

| **Limit Of Insurance:** | $250,000 CSL with $250,000 Deductible **Each Accident** |
|---|---|

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

---

### COVERAGE

We will pay in accordance with the Virginia Uninsured Motorists Law all sums the **insured** is legally entitled to recover as damages from the owner or operator of an **uninsured motor vehicle**.

### WHO IS INSURED

If the **named insured** is designated in the Declarations as:
1. The **named insured** and any **family members**.
2. Anyone else **occupying** a **covered auto**.
3. Anyone for damages he or she is entitled to recover because of **bodily injury** to which this coverage applies, sustained by another **insured** under **1.** or **2.** above.

### EXCLUSIONS

This coverage does not apply to:
1. A **bodily injury** or **property damage** claim settled by the **insured** without our consent with anyone who may be legally liable.
2. The direct or indirect benefit of any insurer of property.
3. Anyone using the **covered auto** without a reasonable belief that the person is entitled to do so.
4. The first $200 of the total amount of **property damage** as the result of any one **accident** involving an unidentifiable driver or owner of an **uninsured motor vehicle**. This exclusion does not apply if the owner or operator of the **uninsured motor vehicle** causing the damage can be identified.

### LIMITS OF INSURANCE

1. Regardless of the number of **covered auto**s, **insured**s, claims made or vehicles involved in the **accident**, the most we will pay for all damages resulting from any one **accident** is the limit of Uninsured Motorists Coverage shown in the Schedule above or in the Declarations. However, if more than one **covered auto** is involved in the same **accident**, the limit of Uninsured Motorists Coverage shown in the Schedule or Declarations will apply separately to each of these **covered autos**. Such limit of insurance will first provide the separate limits required by the Virginia Motor Vehicle Safety Responsibility Act.
2. Except with respect to an underinsured motor vehicle, damages otherwise payable under this coverage:
   a. Will be reduced by all sums paid because of **bodily injury** or **property damage** by or on behalf of persons or organizations who may be legally responsible.
   b. With respect to an **employee** of a self-insured employer, will be reduced by all sums paid or payable because of **bodily injury** under a workers' compensation law.

### CHANGES IN CONDITIONS

The conditions applicable to Uninsured Motorists Coverage are as follows:

**Other Insurance**
1. For **bodily injury** to an **insured** while **occupying** a motor vehicle that is not a **covered auto**, this coverage shall apply only as excess insurance over any other similar insurance available to that **insured** and applicable to that motor vehicle as primary insurance. However, this paragraph does not apply to an underinsured motor vehicle.

---

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FARI0132E-0518                                        Page 1

**2.** Except as provided in paragraph **1.** above, if the **insured** has other similar **bodily injury** insurance available to him or her and applicable to the **accident**, we shall not be liable for a greater proportion of any **loss** to which this coverage applies than the limit of liability for this coverage bears to the sum of the applicable limits of liability of this insurance and such other insurance. However, this provision does not apply to an underinsured motor vehicle.

**3.** For **property damage**, Uninsured Motorists Insurance is excess over all other collectible insurance of any kind applicable to the **property damage**.

**4.** If the injured person is entitled to underinsured motorists coverage under more than one policy, the following order of priority applies and any amount available for payment shall be credited against such policies in the following order of priority:

    **a.** The policy covering a motor vehicle occupied by the injured person at the time of the **accident**.

    **b.** The policy covering a motor vehicle not involved in the **accident** under which the injured person is a **named insured**.

    **c.** The policy covering a motor vehicle not involved in the **accident** under which the injured person is other than a **named insured**.

If there is more than one insurer providing coverage under one of the payment priorities set forth in paragraph **4.** above, we will pay only our share of the **loss**. Our share is the proportion that our limit of liability bears to the total of all limits applicable on the same level of priority.

**Our Right To Recover From Others**

If we make any payment, we are entitled to recover what we paid from other parties. Any person to or for whom we make payment must transfer to us his or her rights of recovery against any other party. The person must do everything necessary to secure these rights and must do nothing that would jeopardize them.

**Action Against Us**

No action may be brought against us until there has been full compliance with all the terms of the policy.

**Changes**

If a change requires a premium adjustment, we will adjust the premium as of the effective date of the change.

**Transfer Of Rights And Duties**

Your rights and duties under this endorsement may not be assigned without our written consent.

**Bankruptcy**

Bankruptcy or insolvency of the **insured** or the **insured's** estate shall not relieve us of any obligations under this endorsement.

**Policy Period, Coverage Territory**

Under this endorsement, we cover **accidents** and l**o**sses occurring:

**1.** During the policy period shown in the Declarations; and

**2.** Within the coverage territory.

The coverage territory is:

**1.** The United States of America.

**2.** The territories and possessions of the United States of America.

**3.** Puerto Rico; and

**4.** Canada

We also cover **loss** to, or **accidents** involving, a **covered auto** while being transported between any of these places.

**Concealment, Misrepresentation, Or Fraud**

Coverage for your claim under this endorsement is void in any case of fraud by you at any time as it relates to this coverage. It is also void if you, at any time, intentionally conceal or misrepresent a material fact concerning:

**1.** This endorsement;

**2.** The **covered auto**;

**3.** Your interest in the **covered auto**; or

**4.** A claim under this coverage.

**Premium Audit**

The estimated premium for this endorsement is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the **named insured** will be billed for the balance, if any. If the estimated total premium exceeds the final premium due, the **named insured** will get a refund.

If this policy is issued for more than one year, the premium for this endorsement will be computed annually, based on our rates or premiums in effect at the beginning of each year of the policy.

**Arbitration**

If we and an **insured** disagree as to the amount of damages that are recoverable by that **insured**, then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated.

You are not required to arbitrate; however, if both parties agree to arbitrate, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. We will pay all arbitration expenses if we request arbitration. If an **insured** requests the arbitration, each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally. Unless both parties agree otherwise, arbitration will take place in the county in which the **insured** lives. Local rules of law as to arbitration procedure and evidence will apply. A decision can be reached by two of the arbitrators but will not be binding.

Under **SECTION V – DEFINITIONS**, the following definitions apply as used in this endorsement:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FARI0132E-0518

Page 2

**Accident** includes continuous or repeated exposure to the same conditions resulting in **bodily injury** or **property damage** the **insured** neither expected not intended.

**Available for payment** means the amount of liability insurance coverage applicable to the claim of the injured person for **bodily injury** or **property damage** reduced by the payment of any other claims arising out of the same **accident**.

**Covered auto** means a motor vehicle, or a **temporary substitute**, with respect to which the **bodily injury** or **property damage** liability coverage of the policy applies.

**Family member** means a person related to an individual **named insured** by blood, marriage or adoption, who is a resident of such **named insured's** household, including a ward or foster child.

**Insured** means any person or organization qualifying as an **insured** in the **WHO IS AN INSURED** section of this endorsement, including the personal representative of any **insured**. Except with respect to our limit of liability, the insurance afforded applies separately to each **insured** who is seeking coverage under this endorsement.

**Occupying** means in, upon, using, getting in, on, out or off.

**Property damage** means injury to or destruction of the property of an **insured**.

**Temporary substitute** means a motor vehicle that is being used in place of a **covered auto**. The **covered auto** must be out of service because of its breakdown, repair, servicing, loss or destruction.

**Uninsured motor vehicle** means a motor vehicle:

1. For which there is no **bodily injury** liability insurance and **property damage** liability insurance in the amounts specified by Section 46.2-472 of the Code of Virginia.
2. For which there is such insurance but the insurer writing the insurance denies coverage for any reason whatsoever, including failure or refusal of the **insured** to cooperate with the insurer.
3. For which there is no bond or deposit of money or securities in lieu of such insurance.
4. For which the owner of the vehicle has not qualified as a self-insurer under the provisions of Section 46.2-368, or
5. The owner or operator of the motor vehicle is immune from liability for negligence under the laws of the Commonwealth or the United States. A motor vehicle will be deemed uninsured if its owner or operator is unknown.

If the owner or operator of any motor vehicle that causes **bodily injury** or **property damage** to the **insured** is unknown, and if the damage or injury results from an **accident** where there has been no contact between that motor vehicle and the motor vehicle occupied by the **insured**, or where there has been no contact with the person of the **insured** if the **insured** was not **occupying** a motor vehicle, then for the **insured** to recover under this endorsement pursuant to paragraph **a.** of this definition, the **accident** shall be reported promptly to either:

1. The insurer or;
2. A law-enforcement officer having jurisdiction in the county or city in which the **accident** occurred. If it is not reasonably practicable to make the report promptly, the report shall be made as soon as reasonably practicable under the circumstances.

**Uninsured motor vehicle** also means a motor vehicle which is an underinsured motor vehicle.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 3

FARI0132E-0518

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## INDIANA UNINSURED MOTORISTS COVERAGE ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE COMMERCIAL AUTO INSURANCE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF INDIANA.  PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement.  This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

---

**Named Insured:** DoorDash, Inc.

**Endorsement Effective Date:** 09/01/2020

---

### SCHEDULE

| | | |
|---|---|---|
| **Bodily Injury:** | | **Each Accident** |
| **Bodily Injury & Property Damage:** | $250,000 CSL with $250,000 Deductible | **Each Accident** |
| ☐ If an X is entered in this box, exclusion **8.** does not apply | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

## COVERAGE

We will pay all sums the **insured** is legally entitled to recover as compensatory damages from the owner or driver of an **uninsured motor vehicle**.  The damage must result from:

1. **Bodily injury** sustained by the **insured** and caused by an **accident** with an **uninsured motor vehicle**; or
2. **Property damage** caused by an **accident** with an **uninsured motor vehicle** if the Schedule or Declarations indicates that both **bodily injury** and **property damage** Uninsured Motorists Insurance apply.

The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the **uninsured motor vehicle**.

## WHO IS INSURED

If the **named insured** is designated in the Declarations as:

1. An individual, then the following are **insureds**:
   a. The **named insured** and any **family members**.
   b. Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**.  The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   c. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.
2. A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:

a. Anyone **occupying** a covered **auto** or a temporary substitute for a covered **auto**.  The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
b. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.
c. The **named insured** for **property damage** only.

## EXCLUSIONS

This insurance does not apply to:

1. Any claim settled without our consent.
2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.
3. The direct or indirect benefit of any insurer of property.
4. **Bodily injury** if sustained by:
   a. An individual **named insured** while **occupying** or when struck by any vehicle owned by that **named insured** that is not a covered **auto** under this policy; or
   b. Any **family member** while **occupying** or when struck by any vehicle owned by the **named insured** that is insured on a primary basis under any other policy or coverage form.
5. **Property damage** to an **auto** or to property contained in an **auto** owned by the **named insured** which is not a covered **auto**.
6. Any **insured** using a vehicle without a reasonable belief that **insured** is entitled to do so.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

7. **Property damage** for which the **insured** has been or is entitled to be compensated by other property or physical damage insurance.

8. The first $300 of the amount of **property damage** to the property of each **insured** as the result of any one **accident**. This exclusion does not apply if the **named insured's** covered **auto** is legally parked and unoccupied when involved in an **accident** with an **uninsured motor vehicle**.

9. **Property damage** caused by a hit-and-run vehicle.

10. Punitive or exemplary damages.

11. **Bodily injury** or **property damage** arising directly or indirectly out of:

    **a.** War, including undeclared or civil war;

    **b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

    **c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

12. **Noneconomic loss** sustained by any **insured** if such **insured** is an uninsured motorist with a previous violation as defined in Indiana Code Section 27-7-5.1. However, this exclusion does not apply to an **insured** under 18 years of age.

## LIMITS OF INSURANCE

Regardless of the number of covered **autos**, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for all damages resulting from any one **accident** is the limit shown in this endorsement.

The Limit of Insurance under this coverage shall be reduced by all sums paid or payable by or for anyone who is legally responsible, including all sums paid under this policy's Covered Autos Liability Coverage.

No one will be entitled to receive duplicate payments for the same elements of **loss** under this policy and any Liability Coverage form or Medical Payments Coverage endorsement attached to this policy. We will not make a duplicate payment under this coverage for any element of **loss** for which payment has been made by or for anyone who is legally responsible. We will not pay for any element of **loss** if a person is entitled to receive payment for the same element of **loss** under any workers' compensation, disability benefits or similar law. We will not pay for a **loss** which is paid or payable under Physical Damage Coverage.

No **insured** shall recover duplicate payments for the same elements of **loss** or payments in excess of damages sustained.

## CHANGES IN CONDITIONS

The conditions are changed for Uninsured Motorists Coverage as follows:

**SECTION IV – CONDITIONS**, **A. Action Against Us** is deleted and replaced by the following:

**A.** **Action Against Us**

No one may bring a action against us under this policy until there has been full compliance with all the terms of this policy.

Any action against us under this policy must be brought within two years after the date of the **accident**. However, this paragraph does not apply to an **insured** if, within two years after the date of the **accident**, we and the **insured** agree to arbitration in accordance with this endorsement.

**SECTION IV – CONDITIONS**, **L. Other Insurance** is deleted and replaced by the following:

**L.** **Other Insurance**

If there is other applicable insurance available under one or more policies or provisions of coverage, the following priorities of coverage apply:

| First Priority | The Uninsured Motorists Coverage applicable to the vehicle the **insured** was **occupying** at the time of the **accident**. |
|---|---|
| Second Priority | Any other policy or coverage form affording Uninsured Motorists Coverage to the **insured**. |

1. The Limit of Insurance under the vehicle the **insured** was **occupying** under the policy or coverage forms in the first priority shall first be exhausted.

2. The maximum recovery for damages under all policies or coverage forms may equal but shall not exceed the highest applicable limit of any one vehicle under any insurance providing coverage on either a first or second priority basis.

3. We will pay only our share of the **loss**. Our share is the proportion that our limit of liability bears to the total of all limits applicable to the same level of priority.

Under **SECTION IV – CONDITIONS**, **P. Transfer Of Rights Of Recovery Against Others To Us**, the following is added:

If we make any payment and the **insured** recovers from another party, the **insured** shall hold the proceeds in trust for us and pay us back the amount we have paid.

If we make a payment because the insurer of the **uninsured motor vehicle** is or becomes insolvent, the **Transfer Of Rights Of Recovery Against Others To Us** condition does not apply to any rights of recovery against:

1. The Indiana Guaranty Fund; or

2. The **insured** of the insolvent insurer, except in amounts that exceed the limit of liability of the policy or coverage form that was issued by that insolvent insurer.

Under **SECTION IV – CONDITIONS**, the following condition is added:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 2

FARI0140E-0518

**Arbitration**

If we and an **insured** disagree whether the **insured** is legally entitled to recover damages from the owner or driver of an **uninsured motor vehicle** or do not agree as to the amount of damages that is recoverable by that **insured**, then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

Unless both parties agree otherwise, arbitration will take place in the county in which the **insured** lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding as to:

1. Whether the **insured** is legally entitled to recover damages; and

2. The amount of damages. This applies only if the amount does not exceed the minimum limit for liability specified by the financial responsibility law of Indiana. If the amount exceeds that limit, either party may demand the right to a trial. This demand must be made within 60 days of the arbitrators' decision. If this demand is not made, the amount of damages agreed to by the arbitrators will be binding.

Under **SECTION V – DEFINITIONS**, the following definitions apply as used in this endorsement:

**Family member** means a person related to an individual **named insured** by blood, marriage or adoption, who is a resident of such **named insured's** household, including a ward or foster child.

**Noneconomic loss** means costs for physical and emotional pain and suffering, physical impairment, emotional distress, mental anguish, loss of enjoyment, loss of companionship, services and consortium, and any other noneconomic damages.

**Occupying** means in, upon, getting in, on, out or off.

**Property damage** means damage to a covered **auto** or to property owned by the **named insured** or, if the **named insured** is an individual, a **family member** while contained in a covered **auto**. However, **property damage** does not include **loss** of use of damaged or destroyed property. This definition replaces the definition in the policy.

**Uninsured motor vehicle** means a land motor vehicle or **trailer**:

1. For which no liability bond or policy at the time of an **accident** provides at least the amounts required by the financial responsibility law of Indiana; or

2. For which an insuring or bonding company denies coverage or is or becomes insolvent; or

3. Which is a hit-and-run vehicle and neither the driver nor owner can be identified. A hit-and-run vehicle is one that causes **bodily injury** to an **insured** by hitting the **insured**, a covered **auto** or a vehicle an **insured** is **occupying**.

However, **uninsured motor vehicle** does not include any vehicle:

1. Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law;

2. Owned by a governmental unit or agency; or

3. Designed for use mainly off public roads while not on public roads.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 3

FARI0140E-0518

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## INDIANA UNDERINSURED MOTORISTS COVERAGE ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE COMMERCIAL AUTO INSURANCE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF INDIANA. PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement. This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

---

**Named Insured:** DoorDash, Inc.

**Endorsement Effective Date:** 09/01/2020

---

### SCHEDULE

| Limit Of Insurance: | $250,000 CSL with $250,000 Deductible | **Each Accident** |
|---|---|---|

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

### COVERAGE

We will pay all sums the **insured** is legally entitled to recover as compensatory damages from the owner or driver of an **underinsured motor vehicle**. The damage must result from **bodily injury** sustained by the **insured** and caused by an **accident** with an **underinsured motor vehicle**.

The owner's or driver's liability for this damage must result from the ownership, maintenance or use of the **underinsured motor vehicle**.

We will pay under this coverage only if paragraph **1.** or **2.** below applies:

1. The limits of any applicable liability bonds or policies have been exhausted by payment of judgments or settlements; or
2. A tentative settlement has been made between an **insured** and the insurer of an **underinsured motor vehicle** which would exhaust the limits of liability under any applicable bond or policy, and we:
   a. Have been given prompt written notice of such tentative settlement; and
   b. Advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after the receipt of notification.

### WHO IS INSURED

If the **named insured** is designated in the Declarations as:

1. An individual, then the following are **insureds**:
   a. The **named insured** and any **family members**.
   b. Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   c. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.
2. A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:
   a. Anyone **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   b. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

### EXCLUSIONS

This insurance does not apply to:

1. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.
2. The direct or indirect benefit of any insurer of property.
3. **Bodily injury** if sustained by:
   a. An individual **named insured** while **occupying** or when struck by any vehicle owned by that **named insured** that is not a covered **auto** under this policy; or
   b. Any **family member** while **occupying** or when struck by any vehicle owned by the **named insured** that is insured on a primary basis under any other policy of coverage form.
4. Any **insured** using a vehicle without a reasonable belief that **insured** is entitled to do so.
5. Punitive or exemplary damages.
6. **Bodily injury** arising directly or indirectly out of:
   a. War, including undeclared or civil war;

---

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 1

FARI0142E-0518

b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

7. **Noneconomic loss** sustained by any **insured** if such **insured** is an uninsured motorist with a previous violation as defined in Indiana Code Section 27-7-5.1. However, this exclusion does not apply to an **insured** under 18 years of age.

## LIMITS OF INSURANCE

Regardless of the number of covered **autos**, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for all damages resulting from any one **accident** is the limit shown in this endorsement.

The Limit of Insurance under this coverage shall be reduced by all sums paid or payable by or for anyone who is legally responsible, including all sums paid under this policy's Covered Autos Liability Coverage.

No one will be entitled to receive duplicate payments for the same elements of **loss** under this policy and any Liability Coverage form or Medical Payments Coverage endorsement attached to this policy. We will not make a duplicate payment under this coverage for any element of **loss** for which payment has been made by or for anyone who is legally responsible. We will not pay for any element of **loss** if a person is entitled to receive payment for the same element of **loss** under any workers' compensation, disability benefits or similar law.

No **insured** shall recover duplicate payments for the same elements of **loss** or payments in excess of damages sustained.

## CHANGES IN CONDITIONS

The conditions are changed for Uninsured Motorists Coverage as follows:

**SECTION IV – CONDITIONS**, **A. Action Against Us** is deleted and replaced by the following:

A. **Action Against Us**
No one may bring a action against us under this policy until there has been full compliance with all the terms of this policy.

Any action against us under this policy must be brought within two years after the date of the **accident**. However, this paragraph does not apply if, within two years after the date of the **accident**:

1. We and the **insured** agree to arbitration in accordance with this endorsement; or

2. The **insured** has filed an action for **bodily injury** against the owner or operator of the **underinsured motor vehicle**, and such action is:

   a. Filed in a court of competent jurisdiction; and

b. Not barred by the applicable state statute of limitations.

In the event that the two-year time limitation identified in this condition does not apply, the applicable state statute of limitations will govern action against us under this policy.

Under **SECTION IV – CONDITIONS**, **G. Duties In The Event Of Accident, Claim, Suit Or Loss**, the following is added:

Promptly send us copies of the legal papers if a **suit** is brought.

A person seeking Underinsured Motorists Coverage must also promptly notify us in writing of a tentative settlement between the **insured** and the insurer of the **underinsured motor vehicle** and allow us 30 days to advance payment to that **insured** in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such **underinsured motor vehicle**.

**SECTION IV – CONDITIONS**, **L. Other Insurance** is deleted and replaced by the following:

L. **Other Insurance**
If there is other applicable insurance available under one or more policies or provisions of coverage, the following priorities of coverage apply:

| First Priority | The Underinsured Motorists Coverage applicable to the vehicle the **insured** is **occupying** at the time of the **accident**. |
|---|---|
| Second Priority | Any other policy or coverage form affording Underinsured Motorists Coverage to the **insured**. |

1. The Limit of Insurance under the vehicle the **insured** was **occupying** under the policy or coverage form in the first priority shall first be exhausted.

2. The maximum recovery for damages under all policies or coverage forms may equal but shall not exceed the highest applicable limit of any one vehicle under any insurance providing coverage on either a first or second priority basis.

3. We will pay only our share of the **loss**. Our share is the proportion that our limit of liability bears to the total of all limits applicable to the same level of priority.

Under **SECTION IV – CONDITIONS**, **P. Transfer Of Rights Of Recovery Against Others To Us**, the following is added:

If we make any payment and the insured recovers from another party, the insured shall hold the proceeds in trust for us and pay us back the amount we have paid.

Our rights do not apply under this provision if we:

1. Have been given prompt written notice of a tentative settlement between an **insured** and the insurer of the **underinsured motor vehicle**; and

**2.** Fail to advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of such notification. If we advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after notification:

   **a.** That payment will be separate from any amount the **insured** is entitled to recover under the provisions of this coverage; and

   **b.** We also have the right to recover the advanced payment from the insurer or the owner or operator of the **underinsured motor vehicle**.

**3.** If we make a payment because the insurer of the **underinsured motor vehicle** is or becomes insolvent, the **Transfer Of Rights Of Recovery Against Others To Us** condition does not apply to any rights of recovery against:

   **a.** The Indiana Guaranty Fund; or

   **b.** The **insured** of the insolvent insurer, except in amounts that exceed the limit of liability of the policy or coverage form that was issued by that insolvent insurer.

Under **SECTION IV – CONDITIONS**, the following condition is added:

### Arbitration

If we and an **insured** disagree whether the **insured** is legally entitled to recover damages from the owner or driver of an **underinsured motor vehicle** or do not agree as to the amount of damages that is recoverable by that **insured**, then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

Unless both parties agree otherwise, arbitration will take place in the county in which the **insured** lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding as to:

**1.** Whether the **insured** is legally entitled to recover damages; and

**2.** The amount of damages. This applies only if the amount does not exceed the minimum limit for liability specified by the financial responsibility law of Indiana. If the amount exceeds that limit, either party may demand the right to a trial. This demand must be made within 60 days of the arbitrators' decision. If this demand is not made, the amount of damages agreed to by the arbitrators will be binding.

Under **SECTION V – DEFINITIONS**, the following definitions apply as used in this endorsement:

**Family member** means a person related to an individual **named insured** by blood, marriage or adoption, who is a resident of such **named insured's** household, including a ward or foster child.

**Noneconomic loss** means costs for physical and emotional pain and suffering, physical impairment, emotional distress, mental anguish, loss of enjoyment, loss of companionship, services and consortium, and any other noneconomic damages.

**Occupying** means in, upon, getting in, on, out or off.

**Underinsured motor vehicle** means a land motor vehicle or **trailer** for which the sum of all liability bonds or policies at the time of an **accident** provides at least the amounts required by the financial responsibility law of Indiana but their limits are either:

**1.** Less than the limit of liability for this coverage; or

**2.** Reduced by payments to others injured in the **accident** to an amount which is less than the limit of liability for this coverage.

However, **underinsured motor vehicle** does not include any vehicle:

**1.** Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law.

**2.** Owned by a governmental unit or agency.

**3.** Designed for use mainly off public roads while not on public roads.

### ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 3

FARI0142E-0518

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## DISTRICT OF COLUMBIA UNINSURED MOTORISTS COVERAGE ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE COMMERCIAL AUTO INSURANCE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE DISTRICT OF COLUMBIA. PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement. This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

---

**Named Insured:** DoorDash, Inc.

**Endorsement Effective Date:** 09/01/2020

---

### SCHEDULE

| | | |
|---|---|---|
| **Limit Of Insurance:** | $250,000 CSL with $250,000 Deductible | **Each Accident** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The definition of **uninsured motor vehicle** in this endorsement applies in its entirety unless an X is entered below.

☐  If an X is entered in this box, paragraph **2.** of the definition of **uninsured motor vehicle** does not apply.

## COVERAGE

We will pay all sums the **insured** is legally entitled to recover as compensatory damages from the owner or driver of an **uninsured motor vehicle**. The damages must result from **bodily injury** sustained by the **insured** or **property damage** caused by an **accident**. The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the **uninsured motor vehicle**.

With respect to damages resulting from an **accident** with a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle**, we will pay this coverage only if paragraph **1.** or **2.** below applies:

1. The limit of any applicable liability bonds or policies has been exhausted by payment of judgments or settlements; or
2. A tentative settlement has been made between an **insured** and the insurer of a vehicle described in paragraph **2.** of the definition of **underinsured motor vehicle** and we:
   a. Have been given prompt written notice of such tentative settlement; and
   b. Advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.

Any judgment for damages arising out of a **suit** brought without our written consent is not binding on us.

## WHO IS AN INSURED

If the **named insured** is designated in the Declarations as:
1. An individual, then the following are **insureds**:
   a. The **named insured** and any **family members**.

b. Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.

c. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

2. A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:
   a. Anyone **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   b. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.
   c. The **named insured** for **property damage** only.

## EXCLUSIONS

This insurance does not apply to any of the following:
1. Any claim settled without our consent. However, this exclusion does not apply to a settlement made with the insurer of a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle** in accordance with the procedure described in item **2.** of **COVERAGE** above.
2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.
3. The direct or indirect benefit of any insurer of property.
4. **Bodily injury** sustained by:

**a.** An individual **named insured** while **occupying** or when struck by any vehicle owned by that **named insured** that is not a covered **auto** for Uninsured Motorists Coverage under this policy; or

**b.** Any **family member** while **occupying** or when struck by any vehicle owned by that **family member** that is not a covered **auto** for Uninsured Motorists Coverage under this policy; or

**c.** Any **family member** while **occupying** or when struck by any vehicle owned by the **named insured** that is insured for Uninsured Motorists Coverage on a primary basis under any other policy or coverage form.

**5.** **Property damage** to an **auto** or to property contained in an **auto** owned by the **named insured** which is not a covered **auto**.

**6.** Anyone using a vehicle without a reasonable belief that person is entitled to do so.

**7.** **Property damage** for which the **insured** has been or is entitled to be compensated by other property or physical damage insurance.

**8.** The first $200 of the amount of **property damage** to the property of each **insured** as the result of any one **accident**.

**9.** **Property damage** caused by a hit-and-run vehicle.

**10.** Punitive or exemplary damages.

**11.** **Bodily injury** or **property damage** arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## LIMITS OF INSURANCE

Regardless of the number of covered **autos**, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for all damages resulting from any one **accident** is the limit of Uninsured Motorists Coverage shown in the Schedule or Declarations.

No one will be entitled to receive duplicate payments for the same elements of **loss** under this policy and any Liability Coverage Form, Medical Payments Coverage endorsement or Personal Injury Protection Coverage endorsement attached to this policy.

We will not make a duplicate payment under this coverage for any element of **loss** for which payment has been made by or for anyone who is legally responsible. We will not pay for any element of **loss** if a person is entitled to receive payment for the same element of **loss** under any workers' compensation, disability benefits or similar law.

We will not pay for a **loss** which is paid or payable under Physical Damage Coverage.

## CHANGES IN CONDITIONS

The conditions are changed for Uninsured Motorists Coverage as follows:

Under **SECTION IV – CONDITIONS**, **G. Duties In The Event Of Accident, Claim, Suit Or Loss**, the following is added:

Promptly notify the police if a hit-and-run driver is involved.

Promptly send us copies of the legal papers if a **suit** is brought.

A person seeking coverage from an insurer, owner, or operator of a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle** must also promptly notify us in writing of a tentative settlement between the **insured** and the insurer and allow us to advance payment to that **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification to preserve our rights against the insurer, owner or operator of such vehicle.

**SECTION IV – CONDITIONS**, **L. Other Insurance** is deleted and replaced by the following:

**L.** **Other Insurance**

If there is other applicable insurance available under one or more policies or provisions of coverage:

**1** The maximum recovery under all policies or coverage forms combined may equal but not exceed the highest applicable limit for any one vehicle under any policy or coverage form providing coverage on either a primary or excess basis.

**2.** Any insurance we provide with respect to a vehicle the **named insured** does not own shall be excess over any other collectible uninsured motorists insurance providing coverage on a primary basis.

**3.** If coverage under this policy is provided:

**a.** On a primary basis, we will pay only our share of the **loss** that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

**b.** On an excess basis, we will pay only our share of the **loss** that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

**SECTION IV – CONDITIONS**, **P. Transfer Of Rights Of Recovery Against Others To Us** is deleted and replaced by the following:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 2

FARI0146E-0718

**P.    Transfer Of Rights Of Recovery Against Others To Us**

If we make any payment and the **insured** recovers from another party, the **insured** shall hold the proceeds in trust for us and pay us back the amount we have paid.

Our rights do not apply under this provision with respect to damages caused by an **accident** with a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle** if we:

1.    Have been given prompt written notice of a tentative settlement between an **insured** and the insurer of a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle**; and

2.    Fail to advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.

If we advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification:

1.    That payment will be separate from any amount the **insured** is entitled to recover under the provisions of Uninsured Motorists Coverage; and

2.    We also have a right to recover the advanced payment.

Under **SECTION IV – CONDITIONS**, the following condition is added:

**Arbitration**

If we and an **insured** disagree whether the **insured** is legally entitled to recover damages from the owner or driver of an **uninsured motor vehicle** or do not agree as to the amount of damages that are recoverable by that **insured**, the **insured** may request that the claim be resolved by the Board of Consumer Claims Arbitration for the District of Columbia. However, disputes concerning coverage under this endorsement may not be arbitrated. If we agree to arbitrate before the Board, the Board may hear and decide the matter. A decision reached by the Board will be binding.

However, if we do not agree to arbitration before the Board, the Board will not arbitrate the matter. In such case, either party may make a written demand for arbitration under the provisions of this paragraph**.** However, disputes concerning coverage under this endorsement may not be arbitrated. If a demand for arbitration under this paragraph is made, each party will select an arbitrator. The two arbitrators will select a third arbitrator. If they cannot agree within 30 days on the selection of a third arbitrator, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally. A decision agreed to by two or more of the arbitrators will be binding.

Under **SECTION V – DEFINITIONS**, the following definitions apply as used in this endorsement:

**Economic loss** means:

1.    With respect to **bodily injury**, economic detriment incurred as a result of an **accident** resulting in injury, consisting of and limited to medical and rehabilitation expenses, work loss inclusive of replacement services loss, and death benefits. However, **economic loss** does not include pain, suffering, inconvenience, physical or mental impairment, and other nonpecuniary damage recoverable under the tort law applicable to injury arising out of the maintenance or use of a motor vehicle.

2.    With respect to **property damage**, direct and accidental **loss** or damage to a covered **auto** or property contained in the covered **auto**.

**Family member** means a person related to an individual **named insured** by blood, marriage or adoption, who is a resident of such **named insured's** household, including a ward or foster child.

**Occupying** means in, upon, getting in, on, out or off.

**Property damage** means destruction of:

1.    A covered **auto**;

2.    Property contained in the covered **auto** and owned by the **named insured** or, if the **named insured** is an individual, any **family member**; or

3.    Property contained in the covered **auto** and owned by anyone else **occupying** the covered **auto**.

**Uninsured motor vehicle** means a land motor vehicle or **trailer**:

1.    For which no liability bond or policy at the time of an **accident** provides at least the amounts required by District of Columbia law;

2.    That is an underinsured motor vehicle. An underinsured motor vehicle is a land motor vehicle or **trailer** where **bodily injury** or **property damage** liability bond(s) or policy(ies) are insufficient to pay the **economic loss** up to the applicable limit of Uninsured Motorists Coverage shown in the Schedule or in the Declarations.

3.    For which an insuring or bonding company denies coverage or is or becomes insolvent; or

4.    That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must hit an **insured**, a covered **auto** or a vehicle an **insured** is **occupying**.

However, **uninsured motor vehicle** does not include any vehicle:

1.    Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law;

2.    Owned by a governmental unit or agency; or

3.    Designed for use mainly off public roads while not on public roads.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 3

FARI0146E-0718

# Voyager Indemnity Insurance Company

A Stock Insurance Company
11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## OHIO UNINSURED & UNDERINSURED MOTORISTS COVERAGE – BODILY INJURY ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE COMMERCIAL AUTO INSURANCE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF OHIO. PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement. This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

---

**Named Insured:** DoorDash, Inc.

**Endorsement Effective Date:** 09/01/2020

---

### SCHEDULE

| Limit Of Insurance | | |
|---|---|---|
| **Uninsured Motorists Coverage:** | $250,000 CSL with $250,000 Deductible | **Each Accident** |
| **Underinsured Motorists Coverage:** | $250,000 CSL with $250,000 Deductible | **Each Accident** |

Uninsured and Underinsured Motorists Coverage apply unless an X is entered in the corresponding box below:

☐ If an X is entered in this box, the endorsement provides Uninsured Motorists Coverage only and all references to **underinsured motor vehicle** do not apply.

☐ If an X is entered in this box, the endorsement provides Underinsured Motorists Coverage only and all references to **uninsured motor vehicle** do not apply.

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

---

### COVERAGE

We will pay all sums the **insured** is legally entitled to recover as compensatory damages from the owner or operator of an **uninsured motor vehicle** or **underinsured motor vehicle** because of **bodily injury** sustained by the **insured** and caused by an **accident**.

The owner's or operator's liability for these damages must result from the ownership, maintenance or use of the **uninsured motor vehicle** or **underinsured motor vehicle**.

With respect to damages resulting from an **accident** with an **underinsured motor vehicle**, we will pay under the coverage selected under this endorsement only if paragraph **1.** or **2.** below applies:

1. The limits of any applicable liability bonds or policies have been exhausted by payment of judgments or settlements; or
2. A tentative settlement has been made between an **insured** and the insurer of the **underinsured motor vehicle** and we:
   a. Have been given prompt written notice of such settlement; and
   b. Advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.

Any judgment for damages arising out of a **suit** brought without our written consent is not binding on us.

### WHO IS AN INSURED

If the **named insured** is designated in the Declarations as:
1. An individual, then the following are **insureds**:
   a. The **named insured** and any **family members**.
   b. Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered auto must be out of service because of its breakdown, repair, servicing, **loss** or destruction. However, no coverage is provided for anyone **occupying** an **auto** which is not a covered **auto** for Uninsured and/or Underinsured Motorists Coverage under this policy.
   c. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.
2. A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:
   a. Anyone **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction. However, no coverage is provided for anyone **occupying** an **auto** which is not a covered **auto** for Uninsured and/or Underinsured Motorists Coverage under this policy.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FARI0150E-0718                                                      Page 1

b. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

## EXCLUSIONS

This insurance does not apply to:

1. Any claim settled without our consent, if the settlement prejudices our right to recover payments. However, this exclusion does not apply to a settlement made with the insurer of an **underinsured motor vehicle** in accordance with the procedure described in **2.** of **COVERAGE**.
2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.
3. Any **insured** using a vehicle without a reasonable belief that the person is entitled to do so.
4. Punitive or exemplary damages.
5. **Bodily injury** sustained by:
   a. An individual **named insured** while **occupying** or when struck by any vehicle owned by that **named insured** that is not a covered **auto** for Uninsured and/or Underinsured Motorists Coverage under this policy;
   b. Any **family member** while **occupying** or when struck by any vehicle owned by that **family member** that is not a covered **auto** for Uninsured and/or Underinsured Motorists Coverage under this policy; or
   c. Any **family member** while **occupying** or when struck by any vehicle owned by the **named insured** that is insured for Uninsured and/or Underinsured Motorists Coverage on a primary basis under any other policy or coverage form.
6. **Bodily injury** arising directly or indirectly out of:
   a. War, including undeclared or civil war;
   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## LIMITS OF INSURANCE

Regardless of the number of covered **autos**, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for all damages resulting from any one **accident** is the limit of Uninsured and/or Underinsured Motorists Coverage shown in the Schedule or Declarations. The coverage limit for Uninsured and Underinsured Motorists Coverage applies separately to damages caused by an **accident** with an **uninsured motor vehicle** and an **underinsured motor vehicle**.

No one will be entitled to receive duplicate payments for the same elements of **loss** under this policy, any Liability Coverage form or any Medical Payments Coverage endorsement attached to this policy. We will not make a duplicate payment under this policy for any element of **loss** for which payment has been made by or for anyone who is legally responsible.

With respect to coverage provided for damages resulting from an **accident** with an **underinsured motor vehicle**, the limit of insurance shall be reduced by all sums paid for **bodily injury** by or on behalf of anyone who is legally responsible.

## CHANGES IN CONDITIONS

The conditions are changed for Ohio Uninsured and Underinsured Motorists Coverage as follows:

Under **SECTION IV – CONDITIONS**, **G. Duties In The Event Of Accident, Claim, Suit Or Loss**, the following is added:

Promptly notify the police if a hit-and-run driver is involved;

Promptly send us copies of the legal papers if a **suit** is brought; and

A person seeking Underinsured Motorists Coverage must also promptly notify us in writing of a tentative settlement between the **insured** and the insurer of an **underinsured motor vehicle** and allow us 30 days to advance payment to that insured in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such **underinsured motor vehicle**. However, this paragraph does not apply if failure to notify us does not prejudice our rights against the insurer, owner or operator of such **underinsured motor vehicle**.

**SECTION IV – CONDITIONS**, **L. Other Insurance** is deleted and replaced by the following:

L. **Other Insurance**
   If there is other applicable insurance available under one or more policies or provisions of coverage:
   1. The maximum recovery under all policies or coverage forms combined may equal but not exceed the highest applicable limit for any one vehicle under any policy or coverage form providing coverage on either a primary or excess basis.
   2. Any insurance we provide with respect to a vehicle the **named insured** does not own shall be excess over any other collectible uninsured motorists insurance providing coverage on a primary basis.
   3. If the coverage under this policy is provided:
      a. On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.
      b. On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 2

FARI0150E-0718

Under **SECTION IV – CONDITIONS**, **P. Transfer Of Rights Of Recovery Against Others To Us**, the following is added:

If we make any payment and the **insured** recovers from another party, the **insured** shall hold the proceeds in trust for us and pay us back the amount we have paid. Our rights do not apply under this provision with respect to Underinsured Motorists Coverage if we:

1. Have been given prompt written notice of a tentative settlement between an **insured** and the insurer of an **underinsured motor vehicle**; and
2. Fail to advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.

If we advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification:

1. That payment will be separate from any amount the **insured** is entitled to recover under the provisions of Underinsured Motorists Coverage; and
2. We also have a right to recover the advanced payment.

Under **SECTION IV – CONDITIONS**, the following conditions are added:

**Arbitration**

If we and an **insured** disagree whether the **insured** is legally entitled to recover damages from the owner or driver of an **uninsured motor vehicle** or **underinsured motor vehicle** or do not agree as to the amount of damages that are recoverable by that **insured**, then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

Unless both parties agree otherwise, arbitration will take place in the county in which the **insured** lives. Local rules of law as to arbitration procedures and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

**Statute Of Limitations**

Any claim or **suit** for Uninsured and/or Underinsured Motorists Coverage must be brought within three years after the date of the **accident** causing the **bodily injury** or one year after the date the liability insurer of the **uninsured motor vehicle** becomes insolvent, whichever is later, provided that our rights are not prejudiced.

Under **SECTION V – DEFINITIONS**, the following definitions apply as used in this endorsement:

**Family member** means a person related to an individual **named insured** by blood, marriage or adoption who is a resident of such **named insured's** household, including a ward or foster child.

**Occupying** means in, upon, getting in, on, out or off.

**Uninsured motor vehicle** means a land motor vehicle:

1. For which no liability bond or policy applies at the time of an **accident**;
2. For which an insuring or bonding company denies coverage or is or becomes insolvent; or
3. That is a hit-and-run vehicle and neither the operator nor owner can be identified. The vehicle must either:
   a. Hit an **insured**, a covered **auto** or a vehicle an **insured** is **occupying**; or
   b. Cause **bodily injury** to an **insured** without hitting an **insured**, a covered **auto** or a vehicle an **insured** is **occupying**.
   The facts of the **accident** or intentional act must be proved by independent corroborative evidence.

However, **uninsured motor vehicle** does not include any vehicle:

1. Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law;
2. Designed for use mainly off public roads while not on public roads; or
3. Owned by any governmental unit or agency, unless the owner or operator of the **uninsured motor vehicle** has:
   a. An immunity under the Ohio Political Subdivision Tort Liability Law; or
   b. A diplomatic immunity.

**Underinsured motor vehicle** means a land motor vehicle for which the sum of all liability bonds or policies applicable at the time of an **accident** is either:

1. Less than the limit of liability for this coverage; or
2. Reduced by payments to others injured in the **accident** to an amount which is less than the limit of liability for this coverage.

However, **underinsured motor vehicle** does not include any vehicle:

1. Owned or operated by a self-insurer under any applicable motor vehicle law;
2. Owned by a governmental unit or agency;
3. Designed for use mainly off public roads while not on public roads; or
4. That is insured for Covered Autos Liability Coverage under this policy.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 3

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## MARYLAND UNINSURED MOTORISTS COVERAGE ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE COMMERCIAL AUTO INSURANCE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF MARYLAND.  PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement.  This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** DoorDash, Inc. |
| **Endorsement Effective Date:** 09/01/2020 |

### SCHEDULE

| | | |
|---|---|---|
| **Limit Of Insurance:** | $ 250,000 CSL with $250,000 Deductible | **Each Accident** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

## COVERAGE

We will pay all sums the **insured** is legally entitled to recover as compensatory damages from the owner or driver of an **uninsured motor vehicle**.  The damages must result from **bodily injury** sustained by the **insured**, or **property damage** caused by an **accident**, including loss of use of the covered **auto**. The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the **uninsured motor vehicle**.

We will pay under this coverage only if paragraph **1.** or **2.** below applies:

1. The limit of any applicable liability bonds or policies has been exhausted by payment of judgments or settlements; or
2. A tentative settlement has been made between an **insured** and the insurer of the vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle** and we:
   a. Have been given prompt written notice of such tentative settlement by certified mail;
   b. Have sent to the **insured** a written refusal to consent to acceptance of the settlement offer within 60 days after receipt of notification; and
   c. Advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after the written refusal of the settlement offer.

Any judgment for damages arising out of a **suit** brought without our written consent is not binding on us unless we:

1. Received reasonable notice of the pendency of the **suit** resulting in the judgment; and
2. Had a reasonable opportunity to protect our interests in the **suit**.

## WHO IS AN INSURED

If the **named insured** is designated in the Declarations as:

1. An individual, then the following are **insureds**:

a. The **named insured** and any **family members**.
b. Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**.  The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
c. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

2. A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:
a. Anyone **occupying** a covered **auto** or a temporary substitute for a covered **auto**.  The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
b. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.
c. The **named insured** for **property damage** only.

## EXCLUSIONS

This insurance does not apply to any of the following:

1. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.
2. The direct or indirect benefit of any insurer of property.
3. **Bodily injury** sustained by:
   a. An individual **named insured** while **occupying** or when struck by any vehicle owned by that **named insured** that is not a covered **auto** for Uninsured Motorists Coverage under this policy;
   b. Any **family member** while **occupying** or when struck by any vehicle owned by that **family member** that is not a covered **auto** for Uninsured Motorists Coverage under this policy; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FARI0173E-0620

c.   Any **family member** while **occupying** or when struck by any vehicle owned by the **named insured** that is insured for Uninsured Motorists Coverage on a primary basis under any other policy or coverage form.

4.   Property of an **insured** contained in or struck by any vehicle owned by that **insured** that is not a covered **auto**.

5.   The first $250 of the amount of **property damage** to the property of each **insured** as the result of any one **accident**.

6.   Punitive or exemplary damages.

7.   **Bodily injury** or **property damage** arising directly or indirectly out of:

a.   War, including undeclared or civil war;

b.   Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

c.   Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

This exclusion applies to the extent that the Limit of Insurance exceeds the minimum limit required for Uninsured Motorists Coverage by the Transportation Article of the Annotated Code of Maryland.

### LIMITS OF INSURANCE

Regardless of the number of covered **autos**, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for all damages resulting from any one **accident** is the Limit Of Uninsured Motorists Coverage shown in the Schedule or Declarations.

No one will be entitled to receive duplicate payments for the same elements of **loss** under this policy and any Liability Coverage form or any Medical Payments Coverage endorsement.

We will not make a duplicate payment under this coverage for any element of **loss** for which payment has been made by or for anyone who is legally responsible.

We will not pay for any element of **loss** if a person is entitled to receive payment for the same element of **loss** under any workers' compensation, disability benefits or similar law. However, this applies only to that amount for which the provider of the workers' compensation benefits has not been reimbursed.

We will not pay for a **loss** which is paid or payable under Physical Damage Coverage.

### CHANGES IN CONDITIONS

The conditions are changed for Uninsured Motorists Coverage as follows:

Under **SECTION IV – CONDITIONS**, **G. Duties In The Event Of Accident, Claim, Suit Or Loss**, the following is added:

Promptly notify the police if a hit-and-run driver is involved.

Promptly notify us if a **suit** is brought. We request that a copy of any legal papers served accompany the notice.

A person seeking Uninsured Motorists Coverage must:

1.   Promptly notify us in writing, by certified mail, of a tentative settlement between the **insured** and the insurer of the **uninsured motor vehicle**;

2.   Allow us to send to the **insured**, within 60 days after the receipt of notification, a written refusal to consent to acceptance of the settlement offer; and

3.   Allow us to advance payment to that **insured**, within 30 days after the written refusal to consent to acceptance of the settlement offer, in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such **uninsured motor vehicle**.

**SECTION IV – CONDITIONS**, **L. Other Insurance** is deleted and replaced by the following:

L.   **Other Insurance**

For any covered **auto** the **named insured** owns, this policy provides primary insurance. For any covered **auto** the **named insured** does not own, the insurance provided by this policy is excess over any other collectible primary uninsured motorists coverage but only to the extent that the Limit of Insurance under this policy exceeds the limit of such other collectible primary uninsured motorists insurance.

If this policy and any other policy or coverage form providing similar insurance apply to the same **accident**, the maximum Limit of Insurance under all policies or coverage forms shall be the highest applicable Limit of Insurance under any one policy or coverage form.

When this policy and any other policy or coverage form covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our policy bears to the total of the limits of all the policies and coverage forms covering on the same basis.

Under **SECTION IV – CONDITIONS**, **P. Transfer Of Rights Of Recovery Against Others To Us**, the following is added:

Our rights do not apply under this provision with respect to Uninsured Motorists Coverage if we:

1.   Have been given prompt written notice of a tentative settlement, by certified mail, between an **insured** and the insurer of an **uninsured motor vehicle**; and

2.   Fail to send the **insured** a written refusal to consent to acceptance of the settlement offer within 60 days after receipt of notification.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 2

FARI0173E-0620

If we advance payment to the **insured** in an amount equal to the tentative settlement offer within 30 days after a written refusal to consent to acceptance of the settlement offer:

1. That payment will be separate from any amount the **insured** is entitled to recover under the provisions of Uninsured Motorists Coverage; and
2. We also have a right to recover the advanced payment.

If we make any payment and the **insured** recovers from another party, the **insured** shall hold the proceeds in trust for us and pay us back the amount we have paid.

Under **SECTION V – DEFINITIONS**, the following definitions apply as used in this endorsement:

**Family member** means a person related to an individual **named insured** by blood, marriage or adoption, who is a resident of such **named insured's** household, including a ward or foster child.

**Occupying** means in, upon, getting in, on, out or off.

**Property damage** means injury or destruction of:
1. A covered **auto**;
2. Property contained in the covered **auto** and owned by the **named insured** or, if the **named insured** is an individual, any **family member**; or
3. Property contained in the covered **auto** and owned by anyone else **occupying** the covered **auto**.

**Replacement vehicle** means a vehicle that is loaned by or rented from an auto repair facility or dealer to use while a vehicle owned by the **named insured's** customer is not in use because of its breakdown, repair, servicing or damage.

**Uninsured motor vehicle** means a land motor vehicle or **trailer**:
1. For which no liability policy or other form of security accepted by the Motor Vehicle Administrator provides at least the amounts specified by the financial responsibility law of Maryland; and

2. That is an underinsured motor vehicle. An underinsured motor vehicle is a land motor vehicle or **trailer** for which:
   a. With respect to damages for **bodily injury** only, the sum of the limits of liability under all liability bonds or policies applicable at the time of the **accident** is equal to or greater than the limit specified by the financial responsibility law of Maryland, but the sum of the limits for **bodily injury** liability is either:
      (1) Less than the limit of liability for this coverage; or
      (2) Reduced by payment to other persons injured in the **accident** to an amount less than the limit of liability for this coverage.
   b. With respect to damages for **property damage** only, the sum of the limits of liability under all liability bonds or policies applicable at the time of the **accident** is equal to or greater than the limit specified by the financial responsibility law of Maryland, but that sum is less than the Limit of Insurance of this coverage.
3. For which an insuring or bonding company denies coverage or is or becomes insolvent; or
4. That is a hit-and-run vehicle and neither the driver nor owner can be identified.
   The vehicle must:
   a. Hit an **insured**, a covered **auto** or a vehicle an **insured** is **occupying**; or
   b. Cause an **accident** resulting in **bodily injury** or **property damage** without hitting an **insured**, a covered **auto** or a vehicle an **insured** is **occupying**.

However, **uninsured motor vehicle** does not include any vehicle designed for use mainly off public roads while not on public roads.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 3

FARI0173E-0620

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## LOUISIANA UNINSURED MOTORISTS COVERAGE – BODILY INJURY ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE COMMERCIAL AUTO INSURANCE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF LOUISIANA. PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement. This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

---

**Named Insured:** DoorDash, Inc.

**Endorsement Effective Date:** 09/01/2020

---

### SCHEDULE

| Limit Of Insurance: | $250,000 CSL with $250,000 Deductible | **Each Accident** |
|---|---|---|

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

---

### COVERAGE

We will pay all sums the **insured** is legally entitled to recover as compensatory damages from the owner or driver of an **uninsured motor vehicle**. The damages must result from **bodily injury** sustained by the **insured** caused by an **accident**. The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the **uninsured motor vehicle**.

If this insurance provides a limit in excess of the amounts required by the applicable law where a covered **auto** is principally garaged, we will pay only after all liability bonds or policies have been exhausted by payments of judgments or settlements.

### WHO IS AN INSURED

If the **named insured** is designated in the Declarations as:

1. An individual, then the following are **insureds**:
   a. The **named insured** and any **family members**.
   b. Anyone else **occupying** with the **named insured's** express or implied permission a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   c. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured.**
   d. Anyone else **occupying** an **auto** the **named insured** does not own who is an **insured** for Covered Autos Liability under the policy, but only at times when that person is an **insured** for Covered Autos Liability under the policy.

2. A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:

   a. Anyone **occupying** with the **named insured's** express or implied permission a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   b. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.
   c. Anyone else **occupying** an **auto** the **named insured** does not own who is an **insured** for Covered Autos Liability under the policy, but only at times when that person is an **insured** for Covered Autos Liability under the policy.

### EXCLUSIONS

This insurance does not apply to:

1. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.
2. **Bodily injury** sustained by an **insured** while **occupying** or struck by any vehicle owned by that **insured** that is not a covered **auto**.
3. Punitive or exemplary damages.
4. **Bodily injury** arising directly or indirectly out of:
   a. War, including undeclared or civil war;
   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

---

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 1

FARI0180E-0718

## LIMITS OF INSURANCE

Regardless of the number of covered **autos**, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for all damages resulting from any one **accident** is the limit of Uninsured Motorists Coverage shown in the Schedule or Declarations.

No one will be entitled to receive duplicate payments for the same elements of **loss** under this policy and any Liability Coverage form or Medical Payments Coverage endorsement attached to this policy.

We will not make a duplicate payment under this coverage for any element of **loss** for which payment has been made by or for anyone who is legally responsible.

## CHANGES IN CONDITIONS

The conditions are changed for Uninsured Motorists Coverage as follows:

Under **SECTION IV – CONDITIONS**, **G. Duties In The Event Of Accident, Claim, Suit Or Loss**, the following is added:

> Promptly notify the police if a hit-and-run driver is involved; and
>
> Promptly send us copies of the legal papers if a **suit** is brought.

**SECTION IV – CONDITIONS**, **L. Other Insurance** is deleted and replaced by the following:

**L. Other Insurance**
If there is other applicable similar insurance, we will pay only our share of the loss. Our share is the proportion that our limit of insurance bears to the total of all applicable limits. However, with respect to **bodily injury** sustained by an **insured**:
1. While **occupying** a vehicle owned by that person or while not **occupying** any vehicle, the maximum recovery for damages sustained by an **insured** as a **named insured** or **family member** may equal but not exceed the highest applicable limit for any one vehicle under this policy or any other policy or coverage form.
2. While **occupying** a vehicle not owned by that person, the following priorities of recovery will apply:
   a. The uninsured motorists coverage applicable to the vehicle the **insured** was **occupying** at the time of the **accident** will be primary.
   b. If the primary insurance is exhausted, any excess recovery for damages sustained by an **insured** as a **named insured** or **family member** may equal but not exceed the highest applicable limit for any one vehicle under this policy or any other policy or coverage form. In no instance will more than one uninsured motorists coverage limit be available as excess insurance.

**SECTION IV – CONDITIONS**, **P. Transfer Of Rights Of Recovery Against Others To Us** does not apply to vehicles described in paragraph **2.** of the definition of **uninsured motor vehicle**.

Under **SECTION IV – CONDITIONS**, the following condition is added:

> **Arbitration**
> If we and an **insured** disagree whether the **insured** is legally entitled to recover damages from the owner or driver of an **uninsured motor vehicle** or do not agree as to the amount of damages that are recoverable by that **insured**, then the matter may be arbitrated. However, arbitration will take place only if we and the **insured** agree, voluntarily, to have the matter arbitrated. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.
>
> Unless both parties agree otherwise, arbitration will take place in the parish in which the **insured** lives. Local rules of law as to arbitration procedures and evidence will apply. Any decision of the arbitrators will not be binding on either party.

Under **SECTION V – DEFINITIONS**, the following definitions apply as used in this endorsement:

**Family member** means a person related to an individual **named insured** by blood, marriage or adoption, who is a resident of such **named insured's** household, including a ward or foster child.

**Occupying** means in, upon, getting in, on, out or off.

**Uninsured motor vehicle** means a land motor vehicle or **trailer**:
1. For which no liability bonds or policy at the time of an **accident** provides at least the amounts required by the applicable law where a covered **auto** is principally garaged;
2. Which is an underinsured motor vehicle. An underinsured motor vehicle means a land motor vehicle or **trailer** to which a liability bond or policy affording coverage for **bodily injury** applies at the time of the accident, but the amount paid for **bodily injury** under that bond or policy to an **insured** is not enough to pay the full amount the **insured** is legally entitled to recover as damages;
3. For which an insuring or bonding company denies coverage or is or becomes insolvent; or
4. Which is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must either:
   a. Hit an **insured**, a covered **auto** or a vehicle the **insured** is **occupying**; or
   b. Cause **bodily injury** to an **insured** without any actual physical contact with the **insured**, a covered **auto** or a vehicle the **insured** is **occupying**. However, in such cases, the **insured** must show, by an independent and disinterested witness, that the **bodily injury** resulted from the actions of an unidentified motorist.

However, **uninsured motor vehicle** does not include any vehicle:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FARI0180E-0718

Page 2

1.  Owned by a governmental unit or agency; or
2.  Designed for use mainly off public roads while not on public roads.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 2

FARI0180E-0718

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## NORTH CAROLINA UNINSURED MOTORISTS COVERAGE ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE COMMERCIAL AUTO INSURANCE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF NORTH CAROLINA. PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement. This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

---

**Named Insured:** DoorDash, Inc.

**Endorsement Effective Date:** 09/01/2020

---

### SCHEDULE

| | | |
|---|---|---|
| **Limit Of Insurance:** | $250,000 CSL with $250,000 Deductible | **Each Accident** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

---

The definition of **uninsured motor vehicle** in this endorsement applies in its entirety unless an X is entered below:

☐    If an X is entered in this box, paragraph **2.** of the definition of **uninsured motor vehicle** does not apply.

---

## COVERAGE

1.   We will pay all sums the **insured** is legally entitled to recover as compensatory damages from the owner or driver of:
   a.   An **uninsured motor vehicle** because of **bodily injury** sustained by the **insured** and caused by an **accident**; and
   b.   An **uninsured motor vehicle**, as defined in paragraphs **1.** and **3.** of the definition of **uninsured motor vehicle**, because of **property damage** caused by an **accident**.

The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the **uninsured motor vehicle**.

2.   With respect to damages resulting from an **accident** with a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle**, we will pay under this coverage only if paragraph **a.** or **b.** below applies:
   a.   The limits of any applicable liability bonds or policies have been exhausted by payment of judgments or settlements; or
   b.   A tentative settlement has been made between an **insured** and the insurer of a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle** and we:
      (1)   Have been given prompt written notice of such tentative settlement; and
      (2)   Advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.

Any judgment for damages arising out of a **suit** brought without sending us a copy of the summons, complaint or other process against an uninsured motorist is not binding on us.

### WHO IS AN INSURED

If the **named insured** is designated in the Declarations as:
1.   An individual, then the following are **insureds**:
   a.   The **named insured** and any **family members**.
   b.   Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   c.   Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.
2.   A partnership, limited liability company, corporation or any other form of organization, then the following are insureds:
   a.   Anyone **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   b.   Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.
   c.   The **named insured** for **property damage** only.

### EXCLUSIONS

This insurance does not apply to:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 1

FARI0188E-0718

1. Any claim settled by the **insured** or any legal representative of the **insured** without our consent. However, this exclusion does not apply to a settlement made with the insurer of a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle** in accordance with the procedure described in paragraph **2.b.** of **COVERAGE**.
2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.
3. The direct or indirect benefit of any insurer of property.
4. An **auto** or property contained in the **auto** other than a covered **auto**.
5. The first $100 of the amount of **property damage** to the property of each **insured** as the result of any one **accident**.
6. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.
7. Punitive or exemplary damages.
8. **Bodily injury** or **property damage** arising directly or indirectly out of:
   a. War, including undeclared or civil war;
   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## LIMITS OF INSURANCE

Regardless of the number of covered **autos**, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for all damages resulting from any one **accident** is the limit of Uninsured Motorists Coverage shown in the Declarations.

No one will be entitled to receive duplicate payments for the same elements of **loss** under this policy and any Liability Coverage form or Medical Payments Coverage endorsement attached to this policy.

We will not make a duplicate payment under this coverage for any element of **loss** for which payment has been made by or for anyone who is legally responsible.

We will not pay for any element of **loss** if a person is entitled to receive payment for the same element of **loss** under any workers' compensation, disability benefits or similar law exclusive of nonoccupational disability benefits.

The Limit of Insurance applies except that we will apply the limit shown in the Declarations to first provide the separate limits required by North Carolina law as follows:

1. $30,000 for "**bodily injury**" to any one person caused by any one "**accident**";
2. $60,000 for "**bodily injury**" to two or more persons caused by any one "**accident**"; and
3. $25,000 for "**property damage**" caused by any one "**accident**".

This provision will not change the total Limit of Insurance.

## CHANGES IN CONDITIONS

The conditions are changed for Uninsured Motorists Coverage as follows:

Under **SECTION IV – CONDITIONS**, G. Duties In The Event Of Accident, Claim, Suit Or Loss, the following is added:

> Promptly notify the police if a hit-and-run driver is involved.

> Promptly send us copies of the legal papers if a **suit** is brought. A **suit** may not be brought against anyone legally responsible for the use of any **auto** involved in the **accident** until 60 days after an **insured** notifies us or our agent of his or her belief that the prospective defendant is an uninsured motorist.

> Any person who intends to pursue recovery against the owner or operator of an **uninsured motor vehicle**, as described in paragraph **2.** of the definition of **uninsured motor vehicle**, for damages beyond those paid or payable under this policy shall give us:
> 1. Notice of such intent; and
> 2. The opportunity to participate, at our expense, in the prosecution of such claim.

> A person seeking coverage from an insurer, owner or operator of a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle** must also promptly notify us in writing of a tentative settlement between the **insured** and the insurer and allow us to advance payment to that **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification to preserve our rights against the insurer, owner or operator of such vehicle.

**SECTION IV – CONDITIONS**, L. Other Insurance is deleted and replaced by the following:

L. **Other Insurance**
   If there is other applicable insurance available under one or more policies or provisions of coverage:
   1. The maximum recovery under all policies or coverage forms combined may equal but not exceed the highest applicable limit for any one vehicle under any policy or coverage form providing coverage on either a primary or excess basis.
   2. Any insurance we provide with respect to a vehicle:
      a. The **named insured** does not own; or
      b. Owned by the **named insured** or, if the **named insured** is an individual, any **family member**, that is not a covered **auto** for Uninsured Motorists Coverage under this policy;
      shall be excess over any other collectible uninsured motorists insurance providing coverage on a primary basis.
   3. If the coverage under this policy is provided:

a. On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

b. On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

**SECTION IV – CONDITIONS**, **P. Transfer Of Rights Of Recovery Against Others To Us** is deleted and replaced by the following:

**P.    Transfer Of Rights Of Recovery Against Others To Us**

1. If we make any payment on the **named insured's** behalf, we are entitled to recover what we paid from other parties. The **named insured** must transfer rights of recovery against others to us. The **named insured** must do everything necessary to secure these rights and do nothing to jeopardize them.

   However, our rights under this paragraph do not apply with respect to vehicles described in paragraphs **1., 3.** and **4.** of the definition of **uninsured motor vehicle**. For these vehicles, if we make any payment and the **named insured** recovers from another party, that **named insured** must hold the proceeds in trust for us and pay us back the amounts we have paid.

2. Our rights do not apply under this provision with respect to damages caused by an **accident** with a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle** if we:

   a. Have been given prompt written notice of a tentative settlement between an **insured** and the insurer of a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle**; and

   b. Fail to advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.

   If we advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification:

   a. That payment will be separate from any amount the **insured** is entitled to recover under the provisions of Underinsured Motor Vehicle Coverage; and

   b. We also have a right to recover the advanced payment.

Under **SECTION IV – CONDITIONS**, the following condition is added:

**Arbitration**

If we and an **insured** disagree whether the **insured** is legally entitled to recover damages from the owner or driver of an **uninsured motor vehicle** or do not agree as to the amount of damages that are recoverable by that **insured**, then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. The **insured** may make a written demand for arbitration. In this event, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

Unless both parties agree otherwise, arbitration will take place in the county in which the **insured** lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

If the **insured** elects not to arbitrate, our liability will be determined only in an action against us. In any action against us, except an action to determine whether a vehicle is an **uninsured motor vehicle**, we may require the **insured** to join the owner or driver of the vehicle as a party defendant.

If the **insured** elects arbitration to determine the amount of **property damage**, then the Appraisal For Property Damage Condition does not apply.

Under **SECTION V – DEFINITIONS**, the following definitions apply as used in this endorsement:

**Family member** means a person related to an individual **named insured** by blood, marriage or adoption who is a resident of such **named insured's** household, including a ward or foster child.

**Occupying** means in, upon, getting in, on, out or off.

**Property damage** means injury to or destruction of the property of an **insured**.

**Uninsured motor vehicle** means a land motor vehicle or **trailer:**

1. For which neither a bond or policy nor cash or securities on file with the North Carolina Commissioner of Motor Vehicles provides at least the amounts required by the North Carolina Motor Vehicle Safety and Responsibility Act.

2. That is an underinsured motor vehicle. An underinsured motor vehicle is a land motor vehicle or **trailer** for which the sum of all **bodily injury** liability bonds or policies at the time of an **accident** provides at least the amounts required by the North Carolina Motor Vehicle Safety and Responsibility Act, but their limits are either:

   a. Less than the limits of underinsured motorists coverage applicable to a covered **auto** that the **named insured** owns involved in the **accident**; or

   b. Less than the limits of this coverage, if a covered **auto** that the **named insured** owns is not involved in the **accident**; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FARI0188E-0718                                          Page 3

**c.** Reduced by payments to others injured in the **accident** to an amount which is less than the Limit of Insurance for this coverage.

However, an underinsured motor vehicle does not include a covered **auto** unless the limit of Uninsured Motorists Coverage shown in the Declarations or Schedule is greater than the Limit Of Insurance for Covered Autos Liability Coverage shown in the Declarations of this policy.

**3.** For which the insuring or bonding company denies coverage or is or becomes insolvent. **4.** That is a hit-and-run vehicle causing **bodily injury** to an **insured** and neither the driver nor owner can be identified. The vehicle must hit an **insured**, a covered **auto** or a vehicle an **insured** is **occupying**.

However, **uninsured motor vehicle** does not include any vehicle:

**1.** Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law.

**2.** Owned by:

    **a.** The United States of America;

    **b.** Canada;

    **c.** A state; or

    **d.** An agency, except vehicles owned by political subdivisions of **a., b.** or **c.** above.

**3.** Designed for use mainly off public roads while not on public roads.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 4

FARI0188E-0718

# Voyager Indemnity Insurance Company

**A Stock Insurance Company**

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## CONNECTICUT UNINSURED AND UNDERINSURED MOTORISTS COVERAGE ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE COMMERCIAL AUTO INSURANCE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF CONNECTICUT. PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement. This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

---

**Named Insured:** DoorDash, Inc.

**Endorsement Effective Date:** 09/01/2020

---

### SCHEDULE

| Limit Of Insurance | | |
|---|---|---|
| **Uninsured Motorists Coverage:** | $250,000 CSL with $250,000 Deductible | **Each Accident** |
| **Underinsured Motorists Coverage** | $250,000 CSL with $250,000 Deductible | **Each Accident** |

☐ If indicated by an X in the box to the left or in the Declarations, Underinsured Motorists Conversion Coverage applies.

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

---

### COVERAGE

We will pay all sums the **insured** is legally entitled to recover as compensatory damages from the owner or driver of an **uninsured motor vehicle** or **underinsured motor vehicle**. The damages must result from **bodily injury** sustained by the **insured** caused by an **accident**. The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the **uninsured motor vehicle** or **underinsured motor vehicle**.

We will pay only after all liability bonds or policies have been exhausted by judgments or payments.

Any judgment for damages arising out of a **suit** brought without our written consent is not binding on us.

### WHO IS AN INSURED

If the **named insured** is designated in the Declarations as:

1. An individual, then the following are **insureds**:
   a. The **named insured** and any **family members**.
   b. Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   c. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.
2. A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:

   a. Anyone **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   b. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

### EXCLUSIONS

This insurance does not apply to any of the following:

1. Any claim settled without our consent. However, this exclusion does not apply to a settlement made with the insurer of an **underinsured motor vehicle**.
2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.
3. **Bodily injury** sustained by:
   a. An individual **named insured** while **occupying** or when struck by any vehicle owned by that **named insured** that is not a covered **auto** for Uninsured Motorists Coverage under this policy;
   b. Any **family member** while **occupying** or when struck by any vehicle owned by that **family member** that is not a covered **auto** for Uninsured Motorists Coverage under this policy; or
   c. Any **family member** while **occupying** or when struck by any vehicle owned by the **named insured** that is insured for Uninsured Motorists Coverage on a primary basis under any other policy or coverage form.

4. **Bodily injury** sustained by:
   a. An individual **named insured** while **occupying** or when struck by any vehicle owned by that **named insured** that is not a covered **auto** for Underinsured Motorists Coverage under this policy;
   b. Any **family member** while **occupying** or when struck by any vehicle owned by that **family member** that is not a covered **auto** for Underinsured Motorists Coverage under this policy; or
   c. Any **family member** while **occupying** or when struck by any vehicle owned by the **named insured** that is insured for Underinsured Motorists Coverage on a primary basis under any other policy or coverage form.
5. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.
6. Punitive or exemplary damages.
7. **Bodily injury** arising directly or indirectly out of:
   a. War, including undeclared or civil war;
   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## LIMITS OF INSURANCE

Regardless of the number of covered **autos, insureds**, premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for all damages resulting from any one **accident** is the Limit Of Insurance for Uninsured Or Underinsured Motorists Coverage shown in the Schedule or Declarations.

The coverage limit for Uninsured And Underinsured Motorists Coverage applies separately to damages caused by an **accident** with an **uninsured motor vehicle** and an **underinsured motor vehicle**.

The Limit of Insurance shall be reduced by:
1. All sums paid or payable under any workers' compensation or similar law.
2. All sums paid to **insureds** because of **bodily injury** by or for anyone who is legally responsible, including all sums paid under this policy's Covered Autos Liability Coverage.

No one will be entitled to receive duplicate payments for the same elements of **loss** under this policy and any Liability Coverage form or Medical Payments Coverage endorsement attached to this policy. We will not make a duplicate payment under this coverage for any element of **loss** for which payment has been made by or for anyone who is legally responsible.

We will not pay for any element of **loss** if a person is entitled to receive payment for the same element of **loss** under any workers' compensation, disability benefits or similar law.

## CHANGES IN CONDITIONS

The conditions are changed for Uninsured And Underinsured Motorists Coverage as follows:

**SECTION IV – CONDITIONS**, A. Action Against Us is deleted and replaced by the following:

1. No one may bring action against us under this policy until there has been full compliance with all the terms of this policy.
2. Any action against us under this policy must be brought within three years after the date of the **accident**.
3. Paragraph **2.** above of this condition does not apply if, within three years after the date of the **accident**, we and the **insured** agree to arbitration in accordance with the provisions of this policy.

Under **SECTION IV – CONDITIONS**, G. Duties In The Event Of Accident, Claim, Suit Or Loss, the following is added:

Promptly notify the police if a hit-and-run driver is involved.

Promptly send us copies of the legal papers if a **suit** is brought.

**SECTION IV – CONDITIONS**, L. Other Insurance is deleted and replaced by the following:

L. Other Insurance
   If there is other applicable similar insurance available under one or more policies or provisions of coverage:
1. Any recovery for damages under all such policies or provisions of coverage may equal but not exceed the highest applicable limit for any one vehicle under any insurance providing coverage on either a primary, secondary or excess basis.
2. Subject to paragraph **1.** above, with respect to **bodily injury** to an **insured** while:
   a. **Occupying** a vehicle owned by that **insured**, only the Uninsured/Underinsured Motorists Coverage applicable to that vehicle will apply, and no other policies or provisions of coverage will apply.
   b. **Occupying** a vehicle not owned by that **insured**, or while not **occupying** any vehicle, the following priorities of recovery apply:

| First | The Uninsured/Underinsured Motorists Coverage applicable to the vehicle the **insured** was **occupying** at the time of the **accident**. |
|---|---|
| Second | Any policy or coverage form affording Uninsured/Underinsured Motorists Coverage to the **insured** as an individual **named insured**. |
| Third | Any policy or coverage form affording Uninsured/Underinsured Motorists Coverage to the **insured** as a **family member**. |

   c. With respect to the second and third priorities, we will pay only our share of the **loss**. Our share is the proportion that our limit of liability bears to the total of all limits applicable on the same level of priority.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FARI0195E-0718                                     Page 2

**SECTION IV – CONDITIONS**, **P. Transfer Of Rights Of Recovery Against Others To Us** is deleted and replaced by the following:

**P.    Transfer Of Rights Of Recovery Against Others To Us**

With respect to damages caused by an **accident** with an **uninsured motor vehicle**:

1.    If any person or organization has rights to recover damages from another, that person or organization must do everything necessary to secure our rights and must do nothing after **accident** or **loss** to impair them.

2.    If any person or organization to or for whom we make payment under this policy has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after **accident** or **loss** to impair them.

3.    If we make any payment and the **insured** recovers from another party, the **insured** shall hold the proceeds in trust for us and pay us back the amount we have paid.

With respect to damages caused by an **accident** with an **underinsured motor vehicle**, the **Transfer Of Rights Of Recovery Against Others To Us** Condition does not apply.

Under **SECTION IV – CONDITIONS**, the following condition is added:

**Arbitration**

If we and an **insured** disagree whether the **insured** is legally entitled to recover damages from the owner or driver of an **uninsured motor vehicle** or an **underinsured motor vehicle**, or do not agree as to the amount of damages, then the matter may be arbitrated. Both parties must agree to arbitration. If the amount of damages the **insured** demands is $40,000 or less, both parties will select a single arbitrator. Each party will pay the expenses it incurs and bear the expenses of the arbitrator equally. If the amount of damages the **insured** demands is more than $40,000, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

Unless both parties agree otherwise, arbitration will take place in the county in which the **insured** lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by the arbitrator(s) will be binding.

Under **SECTION V – DEFINITIONS**, the following definitions apply as used in this endorsement:

**Family member** means a person related to an individual **named insured** by blood, marriage or adoption, who is a resident of such **named insured's** household, including a ward or foster child.

**Occupying** means in, upon, getting in, on, out or off.

**Uninsured motor vehicle** means a land motor vehicle or **trailer**:

1.    To which no **bodily injury** liability bond or policy applies at the time of the **accident**;

2.    For which an insuring or bonding company denies coverage or is or becomes insolvent; or

3.    That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must either:

    a.    Hit an **insured**, a covered **auto** or a vehicle the **insured** is **occupying**; or

    b.    Cause **bodily injury** to the **insured** without physical contact with the **insured**, a covered **auto** or a vehicle the **insured** is **occupying**. However, in such cases, the **insured** must prove by a fair preponderance of the evidence that the **bodily injury** resulted from the negligence of an unidentified motorist.

However, **uninsured motor vehicle** does not include any vehicle:

1.    Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or who becomes insolvent and cannot provide the amounts required by that motor vehicle law;

2.    Owned by a governmental unit or agency; or

3.    Designed for use mainly off public roads while not on public roads.

**Underinsured motor vehicle** means a land motor vehicle or **trailer** for which the sum of all bodily injury liability bonds or policies applicable at the time of the **accident** is less than the Limit of Insurance of this coverage.

However, **underinsured motor vehicle** does not include any vehicle:

1.    Owned or operated by a self-insurer under any applicable motor vehicle law;

2.    Owned by a governmental unit or agency;

3.    Designed for use mainly off public roads while not on public roads; or

4.    For which an insuring or bonding company denies coverage or is or becomes insolvent.

### UNDERINSURED MOTORISTS CONVERSION COVERAGE

If the Schedule or Declarations indicates that Underinsured Motorists Conversion Coverage applies, the following provisions apply:

The definition of **underinsured motor vehicle** is replaced by the following:

**Underinsured motor vehicle** means a land motor vehicle or **trailer** for which the sum of all payments received by or on behalf of the **insured**, from or on behalf of anyone who is legally responsible, is less than the fair, just and reasonable damages of the **insured**.

With respect to coverage provided under the above definition of **underinsured motor vehicle**, the third paragraph of the **LIMITS OF INSURANCE** provision does not apply.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## NEW JERSEY UNINSURED AND UNDERINSURED MOTORISTS COVERAGE ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE COMMERCIAL AUTO INSURANCE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF NEW JERSEY. PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement. This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** DoorDash, Inc. |
| **Endorsement Effective Date:** 09/01/2020 |

### SCHEDULE

| | | |
|---|---|---|
| **Limit Of Insurance** | $250,000 CSL with $250,000 Deductible | **Each Accident** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

## COVERAGE

We will pay all sums the **insured** is legally entitled to recover as compensatory damages from the owner or driver of an **uninsured motor vehicle** or an **underinsured motor vehicle**. The damages must result from **bodily injury** sustained by the **insured**, or **property damage** caused by an accident. The owner's or driver's liability for these damages must result from the ownership, maintenance or use of an **uninsured motor vehicle** or an **underinsured motor vehicle**.

With respect to damages resulting from an **accident** with an **underinsured motor vehicle**, we will pay under this coverage only if paragraph **1.** or **2.** below applies:

1. The limit of any applicable liability bonds or policies has been exhausted by judgments or payments; or
2. A tentative settlement has been made between an **insured** and the insurer of an **underinsured motor vehicle** and we:
   a. Have been given prompt written notice of such tentative settlement; and
   b. Advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.

Any judgment for damages arising out of a **suit** brought without our written consent is not binding on us.

## WHO IS AN INSURED

If the **named insured** is designated in the Schedule or Declarations as:

1. An individual, then the following are **insureds**:
   a. The **named insured** and any **family members**.

b. Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.

c. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

2. A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:
   a. Anyone **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   b. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.
   c. The **named insured** for **property damage** only.

## EXCLUSIONS

This insurance does not apply to any of the following:

1. With respect to an **uninsured motor vehicle**, any claim settled without our consent.
2. Damages for pain, suffering and inconvenience resulting from **bodily injury** caused by an **accident** involving an **uninsured motor vehicle** or an **underinsured motor vehicle,** unless the injured person has a legal right to recover damages for such pain, suffering and inconvenience under the New Jersey Automobile Reparation Reform Act. The injured person's legal right to recover damages for pain, suffering and inconvenience under the New Jersey Automobile Reparation Reform Act will be determined by the liability tort limitation, if any, applicable to that person.
3. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FARI0199E-0718

Page 1

4. The direct or indirect benefit of any insurer of property.

5. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

6. **Property damage** for which the **insured** has been or is entitled to be compensated by other property or physical damage insurance.

7. The first $500 of the amount of **property damage** to the property of each **insured** as the result of any one **accident**.

8. **Property damage** caused by a hit-and-run vehicle.

9. Punitive or exemplary damages.

10. **Bodily injury** or **property damage** sustained by any **insured** who is an owner of a motor vehicle:

    a. Insured under a basic automobile insurance policy issued in accordance with New Jersey law or regulation; or

    b. Required to be insured in accordance with New Jersey law or regulation, but not insured for this coverage or any similar coverage.

    However, this exclusion does not apply to an individual **named insured**, and such **named insured's** spouse, unless the individual **named insured** or such **named insured's** spouse is **occupying**, at the time of an **accident**, a motor vehicle described in subparagraph **a.** or **b.** above.

11. **Bodily injury** or **property damage** arising directly or indirectly out of:

    a. War, including undeclared or civil war;

    b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

    c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## LIMITS OF INSURANCE

Regardless of the number of covered **autos**, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, the Limit Of Insurance shown in the Schedule or Declarations for Uninsured Motorists Coverage and Underinsured Motorists Coverage is the most we will pay for all damages resulting from any one **accident** with an **uninsured motor vehicle** or an **underinsured motor vehicle**.

1. However, subject to our maximum Limit of Insurance for this coverage, if:

    a. An **insured** is not the individual **named insured** under this policy;

    b. That insured is an individual **named insured** under one or more other policies providing similar coverage; and

    c. All such other policies have a Limit of Insurance for similar coverage which is less than the Limit of Insurance for this coverage;

    then the most we will pay for all damages resulting from any one **accident** with an **uninsured motor vehicle** or an **underinsured motor vehicle** shall not exceed the highest applicable Limit of Insurance under any policy or coverage form providing coverage to that **insured** as an individual **named insured**.

2. However, subject to our maximum Limit of Insurance for this coverage, if:

    a. An **insured** is not the individual **named insured** under this policy or any other policy;

    b. That **insured** is insured as a **family member** under one or more other policies providing similar coverage; and

    c. All such other policies have a Limit of Insurance for similar coverage which is less than the Limit of Insurance for this coverage;

    then the most we will pay for all damages resulting from any one **accident** with an **uninsured motor vehicle** or an **underinsured motor vehicle** shall not exceed the highest applicable Limit of Insurance under any policy or coverage form providing coverage to that **insured** as a **family member**.

However, paragraphs **1.** and **2.** above do not apply to **employees** of a business or corporate entity designated in the Schedule or Declarations as a **named insured**.

With respect to damages resulting from an **accident** involving an **uninsured motor vehicle**, we will not make a duplicate payment under this coverage for any element of **loss** for which payment has been made by or for anyone who is legally responsible.

With respect to damages resulting from an **accident** involving an **underinsured motor vehicle**, the Limit of Insurance shall be reduced by all sums paid by or for anyone who may be legally responsible, including all sums paid under this policy's Covered Autos Liability Coverage.

No one will be entitled to receive duplicate payments for the same elements of **loss** under this policy and any Liability Coverage form attached to this policy. We will not pay for any element of **loss** if a person is entitled to receive payment for the same element of **loss** under any personal injury protection benefits.

## CHANGES IN CONDITIONS

The conditions are changed for Uninsured And Underinsured Motorists Coverage as follows:

Under **SECTION IV – CONDITIONS**, **G. Duties In The Event Of Accident, Claim, Suit Or Loss**, the following is added:

Promptly notify the police if a hit-and-run driver or **stolen vehicle** is involved; and

Promptly send us copies of the legal papers if a **suit** is brought.

A person seeking coverage under this endorsement must also promptly notify us, in writing, of a tentative settlement between the **insured** and the insurer of an **underinsured motor vehicle**, and allow us to advance payment to that **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification to preserve our rights against the insurer, owner or operator of such **underinsured motor vehicle**.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 2

**SECTION IV – CONDITIONS, L. Other Insurance** is deleted and replaced by the following:

**L. Other Insurance**

If there is other applicable insurance available under one or more policies or provisions of coverage:

1. The maximum recovery under all polices or coverage forms combined may equal but not exceed the highest applicable limit for any one vehicle under any policy or coverage form providing coverage on either a primary or excess basis.

    However, if an **insured** is:

    **a.** An individual **named insured** under one or more policies providing similar coverage;

    **b.** Not **occupying** a vehicle owned by that individual **named insured**; and

    **c.** Not an **employee** of a business or corporate entity designated in the Schedule or Declarations as a **named insured**;

    then any recovery for damages for **bodily injury** or **property damage** for that **insured** may equal but not exceed the highest applicable limit for any one vehicle under any policy or coverage form providing coverage to that **insured** as an individual **named insured**.

    However, if an insured is:

    **a.** Insured as a **family member** under one or more policies providing similar coverage;

    **b.** Not an individual **named insured** under this or any other policy; and

    **c.** Not an **employee** of a business or corporate entity designated in the Schedule or Declarations as a **named insured**;

    then any recovery for damages for **bodily injury** or **property damage** for that **insured** may equal but not exceed the highest applicable limit for any one vehicle under any policy or coverage form providing coverage to that **insured** as a **family member**.

2. Any insurance we provide with respect to a vehicle:

    **a.** The **named insured** does not own; or

    **b.** Owned by the **named insured** or, if the **named insured** is an individual, any **family member**, that is not a covered auto for Uninsured And Underinsured Motorists Coverage under this policy,

    shall be excess over any other collectible uninsured motorists or underinsured motorists insurance providing coverage on a primary basis.

3. If the coverage under this policy is provided:

    **a.** On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

    **b.** On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

Under **SECTION IV – CONDITIONS, P. Transfer Of Rights Of Recovery Against Others To Us**, the following is added:

If we make any payment and the **insured** recovers from another party, the **insured** shall hold the proceeds in trust for us and pay us back the amount we have paid.

Our rights do not apply under this provision with respect to damages caused by an **accident** with an **underinsured motor vehicle** if we:

1. Have been given prompt notice, in writing, of a tentative settlement between an **insured** and the insurer of an **underinsured motor vehicle**; and

2. Fail to advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.

    If we advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification:

    **a.** That payment will be separate from any amount the **insured** is entitled to recover under the provisions of this endorsement; and

    **b.** We also have a right to recover the advanced payment.

Under **SECTION IV – CONDITIONS**, the following condition is added:

**Arbitration**

If we and an **insured** disagree whether the **insured** is legally entitled to recover damages from the owner or driver of an **uninsured motor vehicle** or an **underinsured motor vehicle** or do not agree as to the amount of damages that are recoverable by that **insured**, then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Either party may make a written demand for arbitration. In this event, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

Unless both parties agree otherwise, arbitration will take place in the county in which the **insured** lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

Under **SECTION V – DEFINITIONS**, the following definitions apply as used in this endorsement:

**Family member** means a person related to an individual **named insured** by blood, marriage, or adoption, who is a resident of such **named insured's** household, including a ward or foster child.

**Occupying** means in, upon, getting in, on, out or off.

**Property damage** means damage to a covered **auto**, or to any property of an **insured** while contained in a covered **auto**.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 3

FARI0199E-0718

**Stolen vehicle** means a vehicle that is a covered **auto** and, at the time of the **accident**, the vehicle is operated by an unknown third person without the consent of the **insured**.

**Underinsured motor vehicle** means the following:
1. With respect to an **insured** who:
   a. Is not the individual **named insured** under this policy;
   b. Is an individual **named insured** under one or more other policies providing similar coverage; and
   c. Is not an **employee** of a business or corporate entity designated in the Schedule or Declarations as a **named insured**;

   **underinsured motor vehicle** means a land motor vehicle or **trailer** of any type to which a liability bond or policy applies at the time of an **accident**, but its limit of liability is less than the highest applicable limit of liability under any policy or coverage form providing coverage to that **insured** as an individual **named insured**.
2. With respect to an **insured** who:
   a. Is not the individual **named insured** under this policy or any other policy;
   b. Is insured as a **family member** under one or more other policies providing similar coverage; and
   c. Is not an **employee** of a business or corporate entity designated in the Schedule or Declarations as a **named insured**;

   **underinsured motor vehicle** means a land motor vehicle or **trailer** of any type to which a liability bond or policy applies at the time of an **accident**, but its limit of liability is less than the highest applicable limit of liability under any policy or coverage form providing coverage to that **insured** as a **family member**.
3. With respect to any other **insured** who is not described in paragraph **1.** or **2.** above, **underinsured motor vehicle** means a land motor vehicle or **trailer** of any type to which a liability bond or policy applies at the time of an **accident**, but its limit of liability is less than the Limit of Insurance for this coverage.

However, an **underinsured motor vehicle** does not include any vehicle:
1. Owned or operated by a self-insurer under any applicable motor vehicle law;
2. Owned by any governmental unit or agency;
3. Operated on rails or crawler treads;

4. Designed for use mainly off public roads while not on public roads;
5. While located for use as a residence or premises; or
6. Owned by or furnished or available for the regular use of the **named insured** or, if the **named insured** is an individual, any **family member**.

**Uninsured motor vehicle** means a land motor vehicle or **trailer**:
1. For which no liability bond or policy applies at the time of an **accident**;
2. For which an insuring or bonding company denies coverage or is or becomes insolvent;
3. That, with respect to damages for **bodily injury** only, is a hit-and-run vehicle whose operator or owner cannot be identified and that hits, or causes an **accident** resulting in **bodily injury** without hitting:
   a. An individual **named insured** or any **family member**;
   b. A vehicle that the **named insured** or any **family member**, if the **named insured** is an individual, is **occupying**; or
   c. A covered **auto**;
4. For which the only available coverage is a special automobile policy, as defined by New Jersey law; or
5. That is a **stolen vehicle**.

However, an **uninsured motor vehicle** does not include any vehicle:
1. Owned by or furnished or available for the regular use of the **named insured** or any **family member**, except a **stolen vehicle**, if the **named insured** is an individual;
2. Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law;
3. Owned by any governmental unit or agency;
4. Insured under a basic automobile insurance policy issued in accordance with New Jersey law or regulation;
5. Operated on rails or crawler treads;
6. Designed for use mainly off public roads while not on public roads; or
7. While located for use as a residence or premises.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 4

FARI0199E-0718

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## DELAWARE UNINSURED MOTORISTS COVERAGE ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE COMMERCIAL AUTO INSURANCE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF DELAWARE. PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement. This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| | |
|---|---|
| **Named Insured:** DoorDash, Inc. | |
| **Endorsement Effective Date:** 09/01/2020 | |

### SCHEDULE

| | | |
|---|---|---|
| **Limit Of Insurance:** | $250,000 CSL with $250,000 Deductible | **Each Accident** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

## COVERAGE

We will pay all sums the **insured** is legally entitled to recover as damages from the owner or driver of:

1. An **uninsured motor vehicle** or an **underinsured motor vehicle** because of **bodily injury** sustained by the **insured** caused by an **accident**; and
2. An **uninsured motor vehicle** because of **property damage** caused by an **accident**.

The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the **uninsured motor vehicle** or the **underinsured motor vehicle**.

We will pay only after the Limits of Liability under any liability bonds or policies have been exhausted by payment of judgments or settlements.

Any judgment for damages arising out of a **suit** brought without our written consent is not binding on us.

## WHO IS AN INSURED

If the **named insured** is designated in the Declarations as:

1. An individual, then the following are **insureds**:
   a. The **named insured** and any **family members**.
   b. Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   c. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.
2. A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:

   a. Anyone **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   b. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.
   c. The **named insured** for **property damage** only.

## EXCLUSIONS

This insurance does not apply to any of the following:

1. With respect to an **uninsured motor vehicle**, any claim settled without our consent, if the settlement prejudices our rights to recover payment.
2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.
3. The direct or indirect benefit of any insurer of property.
4. The first $250 of the amount of **property damage** to the property of each **insured** as the result of any one **accident**.
5. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.
6. **Bodily injury** or **property damage** arising directly or indirectly out of:
   a. War, including undeclared or civil war;
   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## LIMITS OF INSURANCE

Regardless of the number of covered **autos**, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for all damages resulting from any one **accident** is the limit of Uninsured Motorists Coverage shown in the Schedule or Declarations. We will apply this limit to first provide the separate limits required by the Uninsured Motorists Law of the State of Delaware for:

1. **Bodily injury** to one person in any one **accident**;
2. **Bodily injury** to two or more persons in any one **accident**; or
3. **Property damage** in any one **accident**.
   This provision will not change our total limit of liability.

No one will be entitled to receive duplicate payments for the same elements of **loss** under this policy and any Liability Coverage form or Medical Payments Coverage endorsement attached to this policy. We will not make a duplicate payment under this coverage for any element of **loss** for which payment has been made by or for anyone who is legally responsible, including all sums paid under the policy's Covered Autos Liability Coverage.

We will not pay for any element of **loss** if a person is entitled to receive payment for the same element of **loss** under any workers' compensation, disability benefits or similar law.

We will not pay for **loss** which is paid or payable under Physical Damage Coverage.

## CHANGES IN CONDITIONS

The conditions are changed for Uninsured Motorists Coverage as follows:

**SECTION IV – CONDITIONS**, A. Action Against Us is deleted and replaced by the following:

A. **Action Against Us**
1. No one may bring action against us under this policy until there has been full compliance with all the terms of this policy.
2. Any action against us under this policy must be brought within two years after the date of **accident**.
3. Paragraph **2.** does not apply to:
   a. An **insured** with respect to **bodily injury** if, within two years after the date of the **accident**:
   (1) We and the **insured** agree to arbitration in accordance with this endorsement; or
   (2) The **insured** has filed an action for **bodily injury** against the owner or operator of the **underinsured motor vehicle** and such action is:
      (a) Filed in a court of competent jurisdiction; and
      (b) Not barred by the applicable statute of limitations.
   b. An **insured** with respect to **property damage** if, within two years after the date of the **accident** we and the **insured** agree to arbitration in accordance with this endorsement.

In the event that the two-year time limitation identified in this condition does not apply, the applicable state statute of limitations will govern legal action against us under this policy.

Under **SECTION IV – CONDITIONS**, G. Duties In The Event Of Accident, Claim, Suit Or Loss, the following is added:

Promptly notify the police if a hit-and-run driver is involved; and

Promptly send us copies of the legal papers if a **suit** is brought.

**SECTION IV – CONDITIONS**, L. Other Insurance is deleted and replaced by the following with respect to an **uninsured motor vehicle**:

If there is other applicable insurance available under one or more policies or provisions of coverage:
1. Any insurance we provide with respect to a vehicle:
   a. The **named insured** does not own; or
   b. Owned by the **named insured** or, if the **named insured** is an individual, any **family member**, that is not a covered **auto** for Uninsured Motorists Coverage under this policy;
shall be excess over any other collectible uninsured motorists insurance providing coverage on a primary basis.

2. If the coverage under this policy is provided:
   a. On a primary basis, we will pay only our share of the **loss** that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our Limit of Liability bears to the total of all applicable limits of liability for coverage on a primary basis.
   b. On an excess basis, we will pay only our share of the **loss** that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our Limit of Liability bears to the total of all applicable limits of liability for coverage on an excess basis.

Under **SECTION IV – CONDITIONS**, L. Other Insurance, the following is added with respect to an **underinsured motor vehicle**:
1. The reference to "other collectible insurance" applies only to other collectible underinsured motorists insurance.
2. Any insurance we provide with respect to a vehicle owned by the **named insured** or, if the **named insured** is an individual, any **family member**, that is not a covered **auto** for Underinsured Motorists Coverage under this policy, shall be excess over any other collectible underinsured motorists insurance providing coverage on a primary basis.

**SECTION IV – CONDITIONS**, P. Transfer Of Rights Of Recovery Against Others To Us is deleted and replaced by the following:

FARI0206E-0818

**P.    Transfer Of Rights Of Recovery Against Others To Us**

1.    With respect to an **uninsured motor vehicle**, if we make any payment, we are entitled to recover what we paid from other parties up to the amount of coverage required by the Delaware financial responsibility law. Any person to or for whom we make payment must transfer to us his or her rights of recovery against any other party. This person must do everything necessary to secure these rights and must do nothing that would jeopardize them.

2.    With respect to an **uninsured motor vehicle**, if we make any payment and the **insured** recovers from another party, the **insured** shall hold the proceeds in trust for us and pay us back the amount we have paid up to the limits specified by the Delaware financial responsibility law.

3.    This provision does not apply to damages caused by an **accident** with an **underinsured motor vehicle**.

Under **SECTION IV – CONDITIONS**, the following condition is added:

**Arbitration**

If we and an **insured** disagree whether the **insured** is legally entitled to recover damages from the owner or driver of an **uninsured motor vehicle** or an **underinsured motor vehicle** or do not agree as to the amount of damages that are recoverable by that **insured**, then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

Unless both parties agree otherwise, arbitration will take place in the county in which the **insured** lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

Under **SECTION V – DEFINITIONS**, the following definitions apply as used in this endorsement:

**Family member** means a person related to an individual **named insured** by blood, marriage or adoption, who is a resident of such **named insured's** household, including a ward or foster child.

**Occupying** means in, upon, getting in, on, out or off.

**Property damage** means injury or destruction of:

1.    A covered **auto** (including its loss of use);

2.    Property contained in the covered **auto** and owned by the **named insured** or if the **named insured** is an individual, any **family member**; or

3.    Property contained in the covered **auto** and owned by anyone else **occupying** the covered **auto**.

**Uninsured motor vehicle** means a land motor vehicle or **trailer**:

1.    For which no liability bond or policy at the time of an **accident** provides at least the amounts required by the applicable law where a covered **auto** is principally garaged;

2.    For which an insuring or bonding company denies coverage or is or becomes insolvent; or

3.    That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must either:

    a.    Hit an **insured**, a covered **auto** or a vehicle an **insured** is **occupying**; or

    b.    Cause **bodily injury** or **property damage** without hitting an **insured**, a covered **auto** or a vehicle an **insured** is **occupying**. We will only accept competent evidence which may include the testimony, under oath, of a person making claim under this or any similar coverage.

However, **uninsured motor vehicle** does not include any vehicle:

1.    Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or who becomes insolvent and cannot provide the amounts required by that motor vehicle law;

2.    Owned by a governmental unit or agency;

3.    Designed for use mainly off public roads while not on public roads; or

4.    That is an **underinsured motor vehicle**.

**Underinsured motor vehicle** means a land motor vehicle or **trailer** for which the sum of all **bodily injury** liability bonds or policies applicable at the time of an **accident** provides a limit that is less than the amount an **insured** is legally entitled to recover as damages caused by the **accident**.

However, **underinsured motor vehicle** does not include any vehicle:

1.    Owned or operated by a self-insurer under any applicable motor vehicle law;

2.    Owned by a governmental unit or agency;

3.    Designed for use mainly off public roads while not on public roads; or

4.    That is an **uninsured motor vehicle**.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME**

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## RHODE ISLAND UNINSURED MOTORISTS COVERAGE – BODILY INJURY ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE COMMERCIAL AUTO INSURANCE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF RHODE ISLAND. PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement. This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** DoorDash, Inc.<br><br>**Endorsement Effective Date:** 09/01/2020 |

### SCHEDULE

| | |
|---|---|
| **Bodily Injury Limit:** | $250,000 CSL with $250,000 Deductible   **Each Accident** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

## COVERAGE

We will pay all sums the **insured** is legally entitled to recover as compensatory damages from the owner or driver of an **uninsured motor vehicle** because of **bodily injury** sustained by an **insured** and caused by an **accident**. The owner's or driver's liability for these damages must result from the ownership, maintenance or use of an **uninsured motor vehicle**.

Any judgment for damages arising out of a **suit** brought without our written consent is not binding on us.

## WHO IS AN INSURED

If the **named insured** is designated in the Declarations as:

1. An individual, then the following are **insureds**:
   a. The **named insured** and any **family members**.
   b. Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**. Any **auto** that is owned by the **named insured** or any **family member** is not a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   c. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

2. A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:
   a. Anyone **occupying** a covered **auto** or a temporary substitute for a covered **auto**. Any **auto** that is owned by the **named insured** is not a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.

   b. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

## EXCLUSIONS

This insurance does not apply to any of the following:

1. Any claim settled without our consent.
2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.
3. **Bodily injury** sustained by an individual **named insured** or any **family member** while **occupying** or struck by any vehicle owned by such **named insured** or any **family member** that is not a covered **auto**.
4. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.
5. Punitive or exemplary damages.
6. **Bodily injury** arising directly or indirectly out of:
   a. War, including undeclared or civil war;
   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 1

FARI0214E-0818

## LIMITS OF INSURANCE

Regardless of the number of covered **autos**, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for all damages resulting from any one **accident** is the Limit Of Uninsured Motorists Insurance shown in the Schedule or Declarations. If there is more than one covered **auto**, our limit of insurance for any one **accident**, if bodily injury is sustained by an individual **named insured** or any **family member**, is the sum of the limits applicable to each covered **auto**. Subject to the maximum limit of liability for all damages:

1.  The most we will pay for all damages sustained in such **accident** by an **insured**, other than an individual **named insured** or any **family member**, is that **insured's** pro rata share of the limit shown in the Schedule or Declarations applicable to the vehicle an **insured** was **occupying** at the time of the **accident**.
2.  The individual **named insured** or any **family member** who sustains **bodily injury** in such **accident** will also be entitled to a pro rata share of the limit described in paragraph **1.** above.

A person's pro rata share is the proportion that that person's damages bear to the total damages sustained by all **insureds**.

No one will be entitled to recover duplicate payment for the same elements of **loss** under this coverage and any Liability Coverage form or Medical Payments endorsement attached to this policy. We will not make duplicate payment under this coverage for any element of **loss** for which payment has been made by or for anyone who is legally responsible.

We will not pay for any element of **loss** if a person is entitled to receive payments for the same element of **loss** under any workers' compensation, disability benefits or similar law.

## CHANGES IN CONDITIONS

The conditions are changed for Uninsured Motorists Coverage as follows:

**SECTION IV – CONDITIONS**, A. Action Against Us is deleted and replaced by the following:

A.  **Action Against Us**
    1.  No one may bring action against us under this policy until there has been full compliance with all the terms of this policy; and
    2.  Any action against us under this policy must be brought within three years after the date of the **accident**. However, this paragraph does not apply to an **insured** if, within three years after the date of the **accident**, we or the **insured** has made a written demand for arbitration in accordance with the provisions of this policy.

Under **SECTION IV – CONDITIONS**, G. Duties In The Event Of Accident, Claim, Suit Or Loss, the following is added:

The **named insured** and any involved **insured** must:

Promptly notify the police if **bodily injury** results from an **accident** involving a hit-and-run driver is involved; and

Promptly send us copies of the legal papers if a **suit** is brought.

Under **SECTION IV – CONDITIONS**, L. Other Insurance, the reference to "other collectible insurance" applies only to other collectible uninsured motorists insurance.

Under **SECTION IV – CONDITIONS**, P. Transfer Of Rights Of Recovery Against Others To Us, the following is added:

We shall be entitled to recover payment on a **loss** only after the **insured** has been paid the deductible portion of the **loss**, less the prorated share of the subrogation expense.

Under **SECTION IV – CONDITIONS**, the following condition is added and replaces any other Arbitration provision:

**Arbitration**
If we and an **insured** disagree whether the **insured** is legally entitled to recover damages from the owner or driver of an **uninsured motor vehicle** or do not agree as to the amount of damages that are recoverable by that **insured**, then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated.

Either party may make a written demand for arbitration. Arbitration may be enforced at the option of the **insured**. In this event, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

Unless both parties agree otherwise, arbitration will take place in the county in which the **insured** lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

Under **SECTION V – DEFINITIONS**, the following definitions apply as used in this endorsement:

**Family member** means a person related to an individual **named insured** by blood, marriage or adoption, who is a resident of such **named insured's** household, including a ward or foster child.

**Occupying** means in, upon, getting in, on, out or off.

**Uninsured motor vehicle** means a land motor vehicle or **trailer**:

1.  For which no liability bond or policy at the time of an **accident** provides at least the amounts required by the applicable law where a covered **auto** is principally garaged;

**2.** Which is an underinsured motor vehicle. An underinsured motor vehicle is a land motor vehicle or **trailer** for which the sum of all liability bonds or policies at the time of an **accident** does not provide at least the amount an **insured** is legally entitled to recover as damages;

**3.** For which an insuring or bonding company denies coverage or is or becomes insolvent;

**4.** That is a hit-and-run vehicle and neither the driver nor owner can be identified; or

**5.** That causes **bodily injury** to an **insured** without physical contact with the **insured**, a covered **auto** or a vehicle the **insured** is **occupying**. However, in such cases, the **insured** must prove by a fair preponderance of evidence that the **bodily injury** resulted from the negligence of an unidentified motorist.

However, **uninsured motor vehicle** does not include any vehicle owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or who becomes insolvent and cannot provide the amounts required by that motor vehicle law.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 3

FARI0214E-0818

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## NEVADA UNINSURED MOTORISTS COVERAGE ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE COMMERCIAL AUTO INSURANCE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF NEVADA. PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement. This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

---

**Named Insured:** DoorDash, Inc.

**Endorsement Effective Date:** 09/01/2020

---

### SCHEDULE

| Limit Of Insurance: | $250,000 CSL with $250,000 Deductible   **Each Accident** |
|---|---|

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

---

### ANTI-STACKING PROVISIONS

Any contrasting type contained in this endorsement is in compliance with the Nevada statutory requirements that anti-stacking provisions be prominently displayed in the policy, binder or endorsement.

### COVERAGE

We will pay all sums the **insured** is legally entitled to recover as compensatory damages from the owner or driver of an **uninsured motor vehicle**. The damages must result from **bodily injury** sustained by the **insured** caused by an **accident**. The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the **uninsured motor vehicle**.

With respect to a vehicle as defined in paragraph **1.** or **2.** of the definition of **uninsured motor vehicle**, we will pay damages only in excess of the amount available to an **insured** under any **bodily injury** liability bonds or policies applicable to the **uninsured motor vehicle**.

Any judgment for damages arising out of a **suit** brought without our written consent is not binding on us.

### WHO IS AN INSURED

If the **named insured** is designated in the Declarations as:
1. An individual, then the following are **insureds**:
   **a.** The **named insured** and any **family members**.
   **b.** Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.

   **c.** Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.
2. A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:
   **a.** Anyone **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   **b.** Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

### EXCLUSIONS

This insurance does not apply to any of the following:

1. Any claim settled without our consent. However, this exclusion does not apply to a settlement made with the insurer of a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle**.
2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.
3. **BODILY INJURY SUSTAINED BY:**
   **a.** **AN INDIVIDUAL NAMED INSURED WHILE OCCUPYING OR WHEN STRUCK BY ANY VEHICLE OWNED BY THAT NAMED INSURED THAT IS NOT A COVERED AUTO FOR UNINSURED MOTORISTS COVERAGE UNDER THIS POLICY;**

---

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 1

**b.** ANY FAMILY MEMBER WHILE OCCUPYING OR WHEN STRUCK BY ANY VEHICLE OWNED BY THAT FAMILY MEMBER THAT IS NOT A COVERED AUTO FOR UNINSURED MOTORISTS COVERAGE UNDER THIS POLICY; OR

**c.** ANY FAMILY MEMBER WHILE OCCUPYING OR WHEN STRUCK BY ANY VEHICLE OWNED BY THAT NAMED INSURED THAT IS INSURED FOR UNINSURED MOTORISTS COVERAGE ON A PRIMARY BASIS UNDER ANY OTHER POLICY OR COVERAGE FORM. THIS EXCLUSION APPLIES ONLY TO THE EXTENT THAT THE LIMITS OF LIABILITY FOR THIS COVERAGE EXCEED THE LIMITS OF LIABILITY REQUIRED BY THE NEVADA MOTOR VEHICLE SAFETY RESPONSIBILITY ACT.

**4.** Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

**5.** Any damages to the extent that they are or were available to be paid to an **insured** under any bodily injury liability bonds or policies applicable to the **uninsured motor vehicle** as defined in paragraph **1.** or **2.** of the definition of **uninsured motor vehicle**.

**6.** Punitive or exemplary damages.

**7.** **Bodily injury** arising directly or indirectly out of:

    **a.** War, including undeclared or civil war;

    **b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

    **c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

### LIMITS OF INSURANCE

REGARDLESS OF THE NUMBER OF COVERED AUTOS, INSUREDS, PREMIUMS PAID, CLAIMS MADE OR VEHICLES INVOLVED IN THE ACCIDENT, THE MOST WE WILL PAY FOR ALL DAMAGES RESULTING FROM ANY ONE ACCIDENT IS THE LIMIT OF INSURANCE FOR UNINSURED MOTORISTS COVERAGE SHOWN IN THE SCHEDULE OR DECLARATIONS.

No one will be entitled to receive duplicate payments for the same elements of **loss** under this policy and any Liability Coverage form or Medical Payments Coverage endorsement attached to this policy.

We will not make a duplicate payment under this coverage for any element of **loss** for which payment has been made by or for anyone who is legally responsible.

### CHANGES IN CONDITIONS

The conditions are changed for Uninsured Motorists Coverage as follows:

Under **SECTION IV – CONDITIONS**, G. Duties In The Event Of Accident, Claim, Suit Or Loss, the following is added:

> Promptly notify the police if a hit-and-run driver is involved; and

> Promptly send us copies of the legal papers if a **suit** is brought.

**SECTION IV – CONDITIONS**, L. Other Insurance is deleted and replaced by the following:

**L.** **Other Insurance**

If there is other applicable insurance available under one or more policies or provisions of coverage:

    **1.** THE MAXIMUM RECOVERY UNDER ALL COVERAGE FORMS OR POLICIES COMBINED MAY EQUAL BUT NOT EXCEED THE HIGHEST APPLICABLE LIMIT FOR ANY ONE VEHICLE UNDER ANY COVERAGE FORMS OR POLICY PROVIDING COVERAGE ON EITHER A PRIMARY OR EXCESS BASIS.

    **2.** Any insurance we provide with respect to a vehicle the **named insured** does not own shall be excess over any other collectible uninsured motorists insurance providing coverage on a primary basis.

    **3.** If the coverage under this policy is provided:

        **a.** On a primary basis, we will pay only our share of the **loss** that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

        **b.** On an excess basis, we will pay only our share of the **loss** that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

**SECTION IV – CONDITIONS**, P. Transfer Of Rights Of Recovery Against Others To Us is deleted and replaced by the following:

**P.** **Transfer Of Rights Of Recovery Against Others To Us**

    **1.** If any person or organization to or for whom we make payment under this policy has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after **accident** or **loss** to impair them. However, with respect to an underinsured motor vehicle as defined in paragraph **2.** of the definition of **uninsured motor vehicle,** this condition does not apply.

    **2.** If we make any payment and the **insured** recovers from another party, the **insured** shall hold the proceeds in trust for us and pay us back the amount we have paid.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 2

Under **SECTION IV – CONDITIONS**, the following condition is added:

**Arbitration**

If we and an **insured** disagree whether the **insured** is legally entitled to recover damages from the owner or driver of an **uninsured motor vehicle** or do not agree as to the amount of damages, the **insured** may make a written demand for arbitration. However, disputes concerning coverage under this endorsement may not be arbitrated. In this event, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

Unless both parties agree otherwise, arbitration will take place in the county in which the **insured** lives. Local rules of law as to arbitration procedure and evidence will apply. A decision of the arbitrators will not be binding on the **insured**.

Under **SECTION V – DEFINITIONS**, the following definitions apply as used in this endorsement:

**Family member** means a person related to an individual **named insured** by blood, marriage or adoption, who is a resident of such **named insured's** household, including a ward or foster child.

**Occupying** means in, upon, getting in, on, out or off.

**Uninsured motor vehicle** means a land motor vehicle or **trailer**:

1. For which no liability bond or policy at the time of an **accident** provides at least the amounts required by the applicable law where a covered **auto** is principally garaged;
2. That is an underinsured motor vehicle. An underinsured motor vehicle is a land motor vehicle or **trailer** to which a liability bond or policy applies at the time of the **accident**, but the amount paid under that bond or policy to an **insured** is not enough to pay the full amount the **insured** is legally entitled to recover as damages;
3. For which an insuring or bonding company denies coverage or is or becomes insolvent; or
4. That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must hit an **insured**, a covered **auto** or a vehicle an **insured** is **occupying**.

However, **uninsured motor vehicle** does not include any vehicle:

1. Owned or operated by a self-insurer under any applicable motor vehicle law, except:
   a. A self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law; or
   b. A vehicle(s) owned by a governmental unit or agency.
2. Designed for use mainly off public roads while not on public roads.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FARI0221E-0918

Page 3

# Voyager Indemnity Insurance Company
A Stock Insurance Company
11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## MISSOURI UNINSURED MOTORISTS COVERAGE ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE COMMERCIAL AUTO INSURANCE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF MISSOURI. PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement. This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

---

**Named Insured:** DoorDash, Inc.

**Endorsement Effective Date:** 09/01/2020

---

### SCHEDULE

| | | |
|---|---|---|
| **Limit Of Insurance:** | $250,000 CSL with $250,000 Deductible | **Each Accident** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

---

### COVERAGE

We will pay all sums the **insured** is legally entitled to recover as compensatory damages from the owner or driver of an **uninsured motor vehicle**. The damages must result from **bodily injury** sustained by the **insured** caused by an **accident**. The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the **uninsured motor vehicle**.

No judgment for damages arising out of a **suit** brought against the owner or operator of an **uninsured motor vehicle** is binding on us unless we have:
1. Received reasonable notice of the pendency of the **suit** resulting in the judgment; and
2. Had a reasonable opportunity to protect our interests in the **suit**.

### WHO IS AN INSURED

If the **named insured** is designated in the Declarations as:
1. An individual, then the following are **insureds**:
   a. The **named insured** and any **family members**. However, this does not include any **family member**, other than the **named insured's** spouse, who owns an **auto**.
   b. Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   c. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.
2. A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:

   a. Anyone **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   b. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

### EXCLUSIONS

This insurance does not apply to any of the following:

1. Any claim settled without our consent, if the settlement or judgment prejudices our right to recover payment. However, this exclusion applies only to the extent that the limits of liability for Uninsured Motorists Coverage exceed the minimum limits of liability required by the financial responsibility law of Missouri.
2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.
3. **Bodily injury** sustained by any person while occupying or struck by any vehicle owned by the **named insured** or, if the **named insured** is an individual, any **family member**, that is not a covered **auto**. However, this exclusion does not apply to an individual **named insured**.
4. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.
5. Punitive or exemplary damages.
6. **Bodily injury** arising directly or indirectly out of:
   a. War, including undeclared or civil war;
   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## LIMITS OF INSURANCE

1. Regardless of the number of **insureds**, premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for all damages resulting from any one **accident** is the limit of Uninsured Motorists Coverage shown in the Schedule or Declarations.

   However, if **bodily injury** to which this coverage applies is sustained by any person other than an individual **named insured** or any **family member**, the Limit of Insurance shown in the Schedule or Declarations for this coverage is also the most we will pay regardless of the number of covered **autos**.

2. If there are two or more covered **autos** that are not trailers, and **bodily injury** is sustained by an individual **named insured** or any **family member**, our Limit of Insurance for any one **accident** is the sum of the limits applicable to each covered **auto** which is not a **trailer**. Subject to this maximum limit of liability for all damages:
   a. The most we will pay for all damages sustained in such **accident** by an insured other than an individual **named insured** or any **family member** is that **insured's** pro rata share of the limit shown in the Schedule or Declarations for this coverage at the time of the **accident**.
   b. An individual **named insured** or any **family member** who sustains **bodily injury** in such **accident** will also be entitled to a pro rata share of the limit described in paragraph **1.** above.

   A person's pro rata share is the proportion that that person's damages bears to the total damages sustained by all **insureds**.

3. No one will be entitled to receive duplicate payments for the same elements of **loss** under this policy and any Liability Coverage form attached to this policy.

   We will not make a duplicate payment under this coverage for any element of **loss** for which payment has been made by or for anyone who is legally responsible. However, this does not include any amounts paid or payable under medical payments or any workers' compensation, disability benefits or similar law.

## CHANGES IN CONDITIONS

The conditions are changed for Missouri Uninsured Motorists Coverage as follows:

Under **SECTION IV – CONDITIONS**, **G. Duties In The Event Of Accident, Claim, Suit Or Loss**, the following is added:

   Promptly notify the police if a hit-and-run driver is involved; and

   Promptly send us copies of the legal papers if a **suit** is brought.

Under **SECTION IV – CONDITIONS**, **L. Other Insurance**, reference to "other collectible insurance" applies only to other collectible uninsured motorists insurance.

Under **SECTION IV – CONDITIONS**, **P. Transfer Of Rights Of Recovery Against Others To Us**, the following is added:

   If we make any payment and the **insured** recovers from another party, the **insured** shall hold the proceeds in trust for us and pay us back the amount we have paid.

Under **SECTION IV – CONDITIONS**, the following condition is added:

   **Arbitration**
   If we and an **insured** disagree whether the **insured** is legally entitled to recover damages from the owner or driver of an **uninsured motor vehicle** or do not agree as to the amount of damages that are recoverable by that **insured**, both parties may agree to an arbitration and to be bound by the results of that arbitration. However, disputes concerning coverage under this endorsement may not be arbitrated. If both parties so agree, then each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

   Unless both parties agree otherwise, arbitration will take place in the county in which the **insured** lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

Under **SECTION V – DEFINITIONS**, the following definitions apply as used in this endorsement:

**Family member** means a person related to an individual **named insured** by blood, marriage or adoption, who is a resident of such **named insured's** household, including a ward or foster child.

**Occupying** means in, upon, getting in, on, out or off.

**Uninsured motor vehicle** means a land motor vehicle or **trailer**:
1. For which no liability bond or policy at the time of an **accident** provides at least the amounts required by the applicable law where a covered **auto** is principally garaged;
2. For which an insuring or bonding company denies coverage or is or becomes insolvent; or
3. That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must either:
   a. Hit an **insured**, a covered **auto** or a vehicle an **insured** is **occupying**; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FARI0227E-0918                                                                 Page 2

**b.** Cause **bodily injury** to an **insured** without hitting an **insured**, a covered **auto** or a vehicle an **insured** is **occupying**. The facts of the **accident** must be proved. We may request supporting evidence beyond the testimony of a person making a claim under this or any similar coverage to support the validity of such claim.

However, **uninsured motor vehicle** does not include any vehicle:

**1.** Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law; or

**2.** Designed for use mainly off public roads while not on public roads.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 3

FARI0227E-0918

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## MISSOURI UNDERINSURED MOTORISTS COVERAGE ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE COMMERCIAL AUTO INSURANCE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF MISSOURI.  PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement.  This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

---

**Named Insured:** DoorDash, Inc.

**Endorsement Effective Date:** 09/01/2020

---

### SCHEDULE

| | |
|---|---|
| **Limit Of Insurance:** | $250,000 CSL with $250,000 Deductible   **Each Accident** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

---

### COVERAGE

We will pay all sums the **insured** is legally entitled to recover as compensatory damages from the owner or driver of an **underinsured motor vehicle**.  The damages must result from **bodily injury** sustained by the **insured** caused by an **accident**.  The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the **underinsured motor vehicle**.

We will pay under this coverage only if paragraph **1.** or **2.** below applies:

1. The limit of any applicable liability bonds or policies has been exhausted by payment of judgments or settlements; or
2. A tentative settlement has been made between an **insured** and the insurer of the **underinsured motor vehicle**, and we:
   a. Have been given prompt written notice of such tentative settlement; and
   b. Advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.

Any judgment for damages arising out of a **suit** brought without our written consent is not binding on us.

### WHO IS AN INSURED

If the **named insured** is designated in the Declarations as:

1. An individual, then the following are **insureds**:
   a. The **named insured** and any **family members**.  However, this does not include any **family member**, other than the **named insured's** spouse, who owns an **auto**.

   b. Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**.  The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   c. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.
2. A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:
   a. Anyone **occupying** a covered **auto** or a temporary substitute for a covered **auto**.  The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   b. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

### EXCLUSIONS

This insurance does not apply to any of the following:

1. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.
2. **Bodily injury** sustained by any person while occupying or struck by any vehicle owned by the **named insured** or, if the **named insured** is an individual, any **family member**, that is not a covered **auto**.  However, this exclusion does not apply to an individual **named insured**.
3. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.
4. Punitive or exemplary damages.
5. **Bodily injury** arising directly or indirectly out of:
   a. War, including undeclared or civil war;

---

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 1

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## LIMITS OF INSURANCE

**1.** Regardless of the number of covered **autos**, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for all damages resulting from any one **accident** is the limit of Underinsured Motorists Coverage shown in the Schedule or Declarations.

**2.** The Limit of Insurance under this coverage shall be reduced by all sums paid for **bodily injury** by or for anyone who is legally responsible, including all sums paid under this policy's Covered Autos Liability Coverage.

**3.** We will not pay for any element of **loss** if a person is entitled to receive duplicate payment under any of the following or similar law:

**a.** Workers' compensation law; or

**b.** Disability benefits law.

**4.** No one will be entitled to receive duplicate payments for the same elements of **loss** under this coverage and this policy's Covered Autos Liability Coverage.

**5.** We will not make a duplicate payment under this coverage for any element of **loss** for which payment has been made by or for anyone who is legally responsible.

## CHANGES IN CONDITIONS

The conditions are changed for Missouri Underinsured Motorists Coverage as follows:

Under **SECTION IV – CONDITIONS**, G. Duties In The Event Of Accident, Claim, Suit Or Loss, the following is added:

Promptly notify the police if a hit-and-run driver is involved;

Promptly send us copies of the legal papers if a **suit** is brought; and

A person seeking Underinsured Motorists Coverage must also promptly notify us in writing of a tentative settlement between the **insured** and the insurer of the **underinsured motor vehicle** and allow us to advance payment to that **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification to preserve our rights against the insurer, owner or operator of such **underinsured motor vehicle**.

**SECTION IV – CONDITIONS**, L. Other Insurance is deleted and replaced by the following:

**L.** **Other Insurance**

If there is other applicable insurance available under one or more policies or provisions of coverage:

**1.** The maximum recovery under all policies or coverage forms combined may equal but not exceed the highest applicable limit for any one vehicle under any policy or coverage form providing coverage on either a primary or excess basis.

**2.** Subject to all other provisions of this policy, including but not limited to:

**a.** Exclusion **2.** of this endorsement;

**b.** The **LIMITS OF INSURANCE** section of this endorsement;

**c.** Paragraph **1.** of the **Other Insurance** condition of this endorsement;

any insurance we provide with respect to a vehicle the **named insured** does not own shall be excess over any other collectible underinsured motorists insurance providing coverage on a primary basis.

**3.** If the coverage under this policy is provided:

**a.** On a primary basis, we will pay only our share of the **loss** that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

**b.** On an excess basis, we will pay only our share of the **loss** that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

Under **SECTION IV – CONDITIONS**, **P. Transfer Of Rights Of Recovery Against Others To Us**, the following is added:

If we make any payment and the **insured** recovers from another party, the **insured** shall hold the proceeds in trust for us and pay us back the amount we have paid.

Our rights do not apply under this provision with respect to damages caused by an **accident** with an **underinsured motor vehicle** if we:

**a.** Have been given prompt written notice of a tentative settlement between an **insured** and the insurer of an **underinsured motor vehicle**; and

**b.** Fail to advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.

If we advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification:

**a.** That payment will be separate from any amount the **insured** is entitled to recover under the provisions of Underinsured Motorists Coverage; and

**b.** We also have a right to recover the advanced payment.

Under **SECTION IV – CONDITIONS**, the following condition is added:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Arbitration**

If we and an **insured** disagree whether the **insured** is legally entitled to recover damages from the owner or driver of an **underinsured motor vehicle** or do not agree as to the amount of damages that are recoverable by that **insured**, both parties may agree to an arbitration and to be bound by the results of that arbitration. However, disputes concerning coverage under this endorsement may not be arbitrated. If both parties so agree, then each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

Unless both parties agree otherwise, arbitration will take place in the county in which the **insured** lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

Under **SECTION V – DEFINITIONS**, the following definitions apply as used in this endorsement:

**Family member** means a person related to an individual **named insured** by blood, marriage or adoption, who is a resident of such **named insured's** household, including a ward or foster child.

**Occupying** means in, upon, getting in, on, out or off.

**Underinsured motor vehicle** means a land motor vehicle or **trailer** for which a **bodily injury** or liability bond applies at the time of an **accident**, but the amount paid for **bodily injury** under that bond or policy to an **insured** is not enough to pay the full amount the **insured** is legally entitled to recover as damages.

However, **underinsured motor vehicle** does not include any vehicle:

1.  Owned or operated by a self-insurer under any applicable motor vehicle law; or
2.  Designed for use mainly off public roads while not on public roads.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 3

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## WISCONSIN UNINSURED MOTORISTS COVERAGE ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE COMMERCIAL AUTO INSURANCE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF WISCONSIN. PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement. This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

**Named Insured:** DoorDash, Inc.

**Endorsement Effective Date:** 09/01/2020

### SCHEDULE

| Limit Of Insurance: | $250,000 CSL with $250,000 Deductible **Each Accident** |
|---|---|

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

## COVERAGE

We will pay all sums the **insured** is legally entitled to recover as compensatory damages from the owner or driver of an **uninsured motor vehicle**. The damages must result from **bodily injury** sustained by the **insured** caused by an **accident**. The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the **uninsured motor vehicle**.

Any judgment for damages arising out of a **suit** brought without our written consent is not binding on us.

## WHO IS AN INSURED

If the **named insured** is designated in the Declarations as:

1. An individual, then the following are **insureds**:
   a. The **named insured** and any **family members**.
   b. Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   c. Anyone else **occupying** an **auto** you do not own who is an **insured** for Covered Autos Liability under the policy, but only at times when that person is an **insured** for Covered Autos Liability under the policy.
   d. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.
2. A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:
   a. Anyone **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.

   b. Anyone else **occupying** an **auto** you do not own who is an **insured** for Covered Autos Liability under the policy, but only at times when that person is an **insured** for Covered Autos Liability under the policy.
   c. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

## EXCLUSIONS

This insurance does not apply to any of the following:

1. Any claim settled without our consent.
2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.
3. **Bodily injury** sustained by:
   a. An individual **named insured** while occupying or when struck by any vehicle owned by that **named insured** that is not a covered **auto** for Uninsured Motorists Coverage under this policy;
   b. Any **family member** while **occupying** or when struck by any vehicle owned by that **family member** that is not a covered **auto** for Uninsured Motorists Coverage under this policy; or
   c. Any **family member** while **occupying** or when struck by any vehicle owned by the **named insured** that is insured for Uninsured Motorists Coverage on a primary basis under any other policy or coverage form.
4. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.
5. Punitive or exemplary damages.
6. **Bodily injury** arising directly or indirectly out of:
   a. War, including undeclared or civil war;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 1

FARI0235E-1118

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## LIMITS OF INSURANCE

**1.** Regardless of the number of covered **autos**, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for all damages resulting from any one **accident** is the limit of Uninsured Motorists Coverage shown in the Schedule or Declarations.

**2.** The Limit of Insurance under this coverage will be reduced by:

**a.** All sums paid or payable under any workers' compensation, disability benefits or similar law; and

**b.** All sums paid by or for anyone who is legally responsible, including all sums paid under this policy's Liability Coverage.

**3.** No one will be entitled to receive duplicate payments for the same elements of **loss** under this policy and any Liability Coverage form, Underinsured Motorists Coverage endorsement or Uninsured Motorists Coverage endorsement.

We will not make a duplicate payment under this coverage for any element of **loss** for which payment has been made by or for anyone who is legally responsible.

We will not make a duplicate payment to the extent amounts are paid or payable because of **bodily injury** under workers' compensation, disability benefits or similar law.

## CHANGES IN CONDITIONS

The conditions are changed for Wisconsin Uninsured Motorists Coverage as follows:

Under **SECTION IV – CONDITIONS**, **G. Duties In The Event Of Accident, Claim, Suit Or Loss**, the following is added:

Promptly notify the police if a hit-and-run driver is involved; and

Promptly send us copies of the legal papers if a **suit** is brought.

**SECTION IV – CONDITIONS**, **L. Other Insurance** is deleted and replaced by the following:

**L. Other Insurance**
If there is other applicable insurance available under one or more policies or provisions of coverage:

**1.** The maximum recovery under all policies or coverage forms combined may equal but not exceed the highest applicable limit for any one vehicle under any policy or coverage form providing coverage on either a primary or excess basis.

**2.** Any insurance we provide with respect to a vehicle the **named insured** does not own shall be excess over any other collectible uninsured motorists insurance providing coverage on a primary basis.

**3.** If the coverage under this policy is provided:

**a.** On a primary basis, we will pay only our share of the **loss** that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

**b.** On an excess basis, we will pay only our share of the **loss** that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

Under **SECTION IV – CONDITIONS**, **P. Transfer Of Rights Of Recovery Against Others To Us**, the following is added:

We will be entitled to the right to recover damages from another party only after the **insured** has been fully compensated for damages.

If we make any payment and the **insured** recovers from another party, the **insured** shall hold the proceeds in trust for us and pay us back the amount we have paid only after the **insured** has been fully compensated for damages.

Under **SECTION IV – CONDITIONS**, the following condition is added:

**Arbitration**
If we and an **insured** disagree whether the **insured** is legally entitled to recover damages from the owner or driver of an **uninsured motor vehicle** or do not agree as to the amount of damages that are recoverable by that **insured**, then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

Unless both parties agree otherwise, arbitration will take place in the county in which the **insured** lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 2

Under **SECTION V – DEFINITIONS**, the following definitions apply as used in this endorsement:

**Family member** means a person related to an individual **named insured** by blood, marriage or adoption, who is a resident of such **named insured's** household, including a ward or foster child.

**Occupying** means in, upon, getting in, on, out or off.

**Uninsured motor vehicle** means a land motor vehicle or **trailer**:
1.  For which no liability bond or policy at the time of an **accident** provides at least the applicable minimum limit for **bodily injury** liability specified in WIS. STATE. Ch. 344. The applicable minimum limit is:
    a.  $50,000 for each **accident** if the limit of liability is a single limit that applies to each **accident**; or
    b.  $25,000 for each person/$50,000 for each **accident** if the limit of liability is indicated as a split limit.
2.  For which an insuring or bonding company denies coverage or is or becomes insolvent; or
3.  That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must hit an **insured**, a covered **auto** or a vehicle an **insured** is **occupying**, or must hit another vehicle that hits an **insured**, a covered **auto** or a vehicle the **insured** is **occupying**, and all of the following must apply:
    a.  The facts of the **accident** must be corroborated by competent evidence that is provided by someone other than the **insured** or any other person who makes a claim against the uninsured motorists coverage as a result of the accident;

    b.  Within 72 hours after the **accident**, the **insured** or someone on behalf of the **insured** must report the **accident** to a police, peace or judicial officer or to the department of transportation or, if the **accident** occurs outside of Wisconsin, the equivalent agency in the state where the **accident** occurs; and

    c.  Within 30 days after the **accident** occurs, the **insured** or someone on behalf of the **insured** must file with the insurer a statement under oath that the **insured** or a legal representative of the **insured** has a cause of action arising out of the **accident** for damages against a person whose identity is not ascertainable and setting forth the facts in support of the statement.

However, **uninsured motor vehicle** does not include any vehicle:
1.  Owned by a government unit or agency;
2.  Operated exclusively on rails or crawler treads;
3.  Designed for use mainly off public roads while not on public roads;
4.  Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer which is or becomes insolvent; or
5.  That is an underinsured motor vehicle.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## WISCONSIN UNDERINSURED MOTORISTS COVERAGE ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE COMMERCIAL AUTO INSURANCE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF WISCONSIN. PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement. This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

---

**Named Insured:** DoorDash, Inc.

**Endorsement Effective Date:** 09/01/2020

---

### SCHEDULE

| | |
|---|---|
| **Limit Of Insurance:** | $250,000 CSL with $250,000 Deductible   **Each Accident** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

---

### COVERAGE

We will pay all sums the **insured** is legally entitled to recover as compensatory damages from the owner or driver of an **underinsured motor vehicle**. The damages must result from **bodily injury** sustained by the **insured** caused by an **accident**. The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the **underinsured motor vehicle**.

We will pay under this coverage only if paragraph **1.** or **2.** below applies:

1. The limits of any applicable liability bonds or policies have been exhausted by payment of judgments or settlements; or
2. A tentative settlement has been made between an **insured** and the insurer of the **underinsured motor vehicle**, and we:
   a. Have been given prompt written notice of such tentative settlement; and
   b. Advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.

Any judgment for damages arising out of a **suit** brought without our written consent is not binding on us.

### WHO IS AN INSURED

If the **named insured** is designated in the Declarations as:

1. An individual, then the following are **insureds**:
   a. The **named insured** and any **family members**.
   b. Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.

   c. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.
2. A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:
   a. Anyone **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   b. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

### EXCLUSIONS

This insurance does not apply to any of the following:

1. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.
2. **Bodily injury** sustained by:
   a. An individual **named insured** while occupying or when struck by any vehicle owned by that **named insured** that is not a covered **auto** for Underinsured Motorists Coverage under this policy;
   b. Any **family member** while **occupying** or when struck by any vehicle owned by that **family member** that is not a covered **auto** for Underinsured Motorists Coverage under this policy; or
   c. Any **family member** while **occupying** or when struck by any vehicle owned by the **named insured** that is insured for Underinsured Motorists Coverage on a primary basis under any other policy or coverage form.
3. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FARI0237E-1118                                                             Page 1

4. Punitive or exemplary damages.
5. **Bodily injury** arising directly or indirectly out of:
   a. War, including undeclared or civil war;
   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## LIMITS OF INSURANCE

1. Regardless of the number of covered **autos**, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for all damages resulting from any one **accident** is the limit of Underinsured Motorists Coverage shown in the Schedule or Declarations.

2. The Limit of Insurance under this coverage will be reduced by:
   a. All sums paid or payable under any workers' compensation, disability benefits or similar law; and
   b. All sums paid by or for anyone who is legally responsible, including all sums paid under this policy's Liability Coverage.

3. No one will be entitled to receive duplicate payments for the same elements of **loss** under this policy and any Liability Coverage form, Underinsured Motorists Coverage endorsement or Uninsured Motorists Coverage endorsement.

   We will not make a duplicate payment under this coverage for any element of **loss** for which payment has been made by or for anyone who is legally responsible.

   We will not make a duplicate payment to the extent amounts are paid or payable because of **bodily injury** under workers' compensation, disability benefits or similar law.

## CHANGES IN CONDITIONS

The conditions are changed for Wisconsin Uninsured Motorists Coverage as follows:

Under **SECTION IV – CONDITIONS**, G. Duties In The Event Of Accident, Claim, Suit Or Loss, the following is added:

   Promptly notify the police if a hit-and-run driver is involved; and

Promptly notify us, in writing, of a tentative settlement between an **insured** and the insurer of the **underinsured motor vehicle**, and allow us 30 days to advance payment to that **insured** in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such **underinsured motor vehicle**. However, this provision does not apply if failure to notify us does not prejudice our rights against the insurer, owner or operator of such **underinsured motor vehicle**.

**SECTION IV – CONDITIONS**, L. Other Insurance is deleted and replaced by the following:

L. **Other Insurance**
   If there is other applicable insurance available under one or more policies or provisions of coverage:
   1. The maximum recovery under all policies or coverage forms combined may equal but not exceed the highest applicable limit for any one vehicle under any policy or coverage form providing coverage on either a primary or excess basis.
   2. Any insurance we provide with respect to a vehicle the **named insured** does not own shall be excess over any other collectible underinsured motorists insurance providing coverage on a primary basis.
   3. If the coverage under this policy is provided:
      a. On a primary basis, we will pay only our share of the **loss** that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.
      b. On an excess basis, we will pay only our share of the **loss** that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

Under **SECTION IV – CONDITIONS**, P. Transfer Of Rights Of Recovery Against Others To Us, the following is added:

   We will be entitled to the right to recover damages from another party only after the **insured** has been fully compensated for damages.

   If we make any payment and the **insured** recovers from another party, the **insured** shall hold the proceeds in trust for us and pay us back the amount we have paid only after the **insured** has been fully compensated for damages.

   Our rights do not apply under this provision with respect to Underinsured Motorists Coverage if we:
   1. Have been given prompt written notice of a tentative settlement between an **insured** and the insurer of an **underinsured motor vehicle**; and
   2. Fail to advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 2

FARI0237E-1118

If we advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification:

1. That payment will be separate from any amount the **insured** is entitled to recover under the provisions of Underinsured Motorists Coverage; and
2. We also have a right to recover the advanced payment.

Under **SECTION IV – CONDITIONS**, the following condition is added:

**Arbitration**

If we and an **insured** disagree whether the **insured** is legally entitled to recover damages from the owner or driver of an **underinsured motor vehicle** or do not agree as to the amount of damages that are recoverable by that **insured**, then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

Unless both parties agree otherwise, arbitration will take place in the county in which the **insured** lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

Under **SECTION V – DEFINITIONS**, the following definitions apply as used in this endorsement:

**Family member** means a person related to an individual **named insured** by blood, marriage or adoption, who is a resident of such **named insured's** household, including a ward or foster child.

**Occupying** means in, upon, getting in, on, out or off.

**Underinsured motor vehicle** means a land motor vehicle or **trailer** for which the sum of all liability bonds or policies, at the time of an **accident**, provides at least the applicable minimum limit for **bodily injury** liability specified in WIS. STATE. Ch. 344 but that sum is less than the Limit Of Insurance for this coverage. The applicable minimum limit is:

a. $50,000 for each **accident** if the limit of liability is a single limit that applies to each **accident**; or
b. $25,000 for each person/$50,000 for each **accident** if the limit of liability is indicated as a split limit.

However, **underinsured motor vehicle** does not include any vehicle:

1. Owned by a government unit or agency;
2. Operated exclusively on rails or crawler treads
3. Designed for use mainly off public roads while not on public roads;
4. Owned or operated by a self-insurer under any applicable motor vehicle law; or
5. That is an uninsured motor vehicle.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 3

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## NEBRASKA UNINSURED AND UNDERINSURED MOTORISTS COVERAGE ENDORSEMENT

THIS ENDORSEMENT CHANGES THE COMMERCIAL AUTO INSURANCE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF NEBRASKA. PLEASE READ IT CAREFULLY.

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement. This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

---

**Named Insured:** DoorDash, Inc.

**Endorsement Effective Date:** 09/01/2020

---

### SCHEDULE

---

| **Limit Of Insurance:** | $250,000 CSL with $250,000 Deductible **Each Accident** |
|---|---|

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

---

### COVERAGE

1. We will pay all sums the **insured** is legally entitled to recover as compensatory damages from the owner or driver of an **uninsured motor vehicle** or **underinsured motor vehicle**. The damages must result from **bodily injury** sustained by the **insured** caused by an **accident**. The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the **uninsured motor vehicle** or **underinsured motor vehicle**.

2. With respect to damages resulting from an **accident** with an **underinsured motor vehicle**, we will pay under this coverage only if paragraph **a.** or **b.** below applies:
   a. The limits of any applicable liability bonds or policies have been exhausted by payment of judgments or settlements; or
   b. A tentative settlement has been made between an **insured** and the insurer of the **underinsured motor vehicle**; and we
      (1) Have been given prompt written notice of such tentative settlement; and
      (2) Advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.

3. Any judgment for damages arising out of a **suit** brought against the owner or operator of an **uninsured motor vehicle** or **underinsured motor vehicle** without our written consent is not binding on us unless we:
   a. Receive reasonable notice of the pendency of the **suit** resulting in the judgment; and
   b. Have had a reasonable opportunity to protect our interest in the **suit**.

### WHO IS AN INSURED

If the **named insured** is designated in the Declarations as:
1. An individual, then the following are **insureds**:
   a. The **named insured** and any **family members**.
   b. Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   c. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.
2. A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:
   a. Anyone **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   b. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

### EXCLUSIONS

This insurance does not apply to any of the following:

1. Any claim settled without our consent. However, this exclusion does not apply:
   a. If such settlement does not adversely affect our rights; or
   b. To a settlement made with the insurer of an **underinsured motor vehicle** in accordance with the procedure described in paragraph **2.b.** of the **COVERAGE** section above.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 1

FARI0244E-1118

2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

3. **Bodily injury** sustained by:
   a. An individual **named insured** while occupying or when struck by any vehicle owned by that **named insured** that is not a covered **auto** for Underinsured Motorists Coverage under this policy;
   b. Any **family member** while **occupying** or when struck by any vehicle owned by that **family member** that is not a covered **auto** for Underinsured Motorists Coverage under this policy; or
   c. Any **family member** while **occupying** or when struck by any vehicle owned by the **named insured** that is insured for Underinsured Motorists Coverage on a primary basis under any other policy or coverage form.

4. Punitive or exemplary damages.

5. **Bodily injury** arising directly or indirectly out of:
   a. War, including undeclared or civil war;
   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

### LIMITS OF INSURANCE

1. Regardless of the number of covered **autos**, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for all damages resulting from any one **accident** is the Limit Of Insurance shown in the Schedule or Declarations.

   The coverage limit for Uninsured and Underinsured Motorists Coverage applies separately to damages caused by an **accident** with an **uninsured motor vehicle** and an **underinsured motor vehicle**.

2. No one will be entitled to receive duplicate payments for the same elements of **loss** under this policy and any Liability Coverage form, Underinsured Motorists Coverage endorsement or Uninsured Motorists Coverage endorsement attached to this policy.

   We will not make a duplicate payment under this coverage for any element of **loss** for which payment has been made by or for anyone who is legally responsible.

   We will not pay for any element of **loss** if a person is entitled to receive payment for the same element of **loss** under any workers' compensation, disability benefits or similar law.

### CHANGES IN CONDITIONS

The conditions are changed for Underinsured Motorists Coverage as follows:

Under **SECTION IV – CONDITIONS**, **G. Duties In The Event Of Accident, Claim, Suit Or Loss**, the following is added:

> Promptly notify the police if a hit-and-run driver is involved; and

> Promptly send us copies of the legal papers if a **suit** is brought.

Under **SECTION IV – CONDITIONS**, **G. Duties In The Event Of Accident, Claim, Suit Or Loss**, the following is added with respect to an **underinsured motor vehicle**:

> Promptly notify us in writing of a tentative settlement between the **insured** and the insurer of an **underinsured motor vehicle**.

> Allow us to advance payment to that **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification to preserve our rights against the insurer, owner or operator of such **underinsured motor vehicle**.

With respect to damages caused by an **uninsured motor vehicle**, the reference to "other collectible insurance" in **SECTION IV – CONDITIONS**, **L. Other Insurance** applies only to other collectible uninsured motorists insurance.

With respect to damages caused by an **underinsured motor vehicle**, **SECTION IV – CONDITIONS**, **L. Other Insurance** is deleted and replaced by the following:

L. **Other Insurance – Underinsured Motor Vehicle**
   If there is other applicable insurance available under one or more policies or provisions of coverage:
   1. The maximum recovery under all policies or coverage forms combined may equal but not exceed the highest applicable limit for any one vehicle under any policy or coverage form providing coverage on either a primary or excess basis.
   2. Any insurance we provide with respect to a vehicle the **named insured** does not own shall be excess over any other collectible underinsured motorists insurance providing coverage on a primary basis.
   3. If the coverage under this policy is provided:
      a. On a primary basis, we will pay only our share of the **loss** that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.
      b. On an excess basis, we will pay only our share of the **loss** that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 2

The following priorities of recovery apply:

| First | The Underinsured Motorists Coverage applicable to the vehicle the **insured** was **occupying** at the time of the **accident**. |
|-------|---------------------------------------------------------------------------------------------------------------------------------|
| Second | The Underinsured Motorists Coverage applicable to an **auto** not involved in the **accident** under which the injured person is an **insured**. |

Under **SECTION IV – CONDITIONS**, **P. Transfer Of Rights Of Recovery Against Others To Us**, the following is added:

If we make any payment and the **insured** recovers from another party, the **insured** shall hold the proceeds in trust for us and pay us back the amount we have paid.

For an **underinsured motor vehicle**, **SECTION IV – CONDITIONS**, **P. Transfer Of Rights Of Recovery Against Others To Us** does not apply if we:

1. Have been given prompt written notice of a tentative settlement between an **insured** and the insurer of an **underinsured motor vehicle**; and
2. Fail to advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of written notification.

If we advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification:

1. That payment will be separate from any amount the **insured** is entitled to recover under the provisions of Underinsured Motorists Coverage; and
2. We also have a right to recover the advance payment.

Under **SECTION IV – CONDITIONS**, the following conditions are added:

**Arbitration**

If we and an **insured** disagree whether the **insured** is legally entitled to recover damages from the owner or driver of an **underinsured motor vehicle** or do not agree as to the amount of damages that are recoverable by that **insured**, then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

Unless both parties agree otherwise, arbitration will take place in the county in which the **insured** lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

**Reimbursement And Trust**

If we make any payment and the **insured** recovers from another party, the **insured** shall hold the proceeds in trust for us and pay us back the amount we have paid.

Under **SECTION V – DEFINITIONS**, the following definitions apply as used in this endorsement:

**Family member** means a person related to an individual **named insured** by blood, marriage or adoption, who is a resident of such **named insured's** household, including a ward or foster child.

**Occupying** means in, upon, getting in, on, out or off.

**Uninsured motor vehicle** means a land motor vehicle or **trailer**:
1. For which no liability bond or policy applies at the time of the **accident**.
2. For which an insuring or bonding company denies coverage or is or becomes insolvent; or
3. That is a hit-and-run vehicle and neither the driver nor owner can be identified. If there is no physical contact with the hit-and-run vehicle, the facts of the **accident** must be corroborated by competent evidence provided by an independent and disinterested person other than the **insured** making the claim or any person **occupying** the covered **auto**.

However, **uninsured motor vehicle** does not include any vehicle:
1. Owned by a government unit or agency;
2. Designed for use mainly off public roads while not on public roads;
3. Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer which is or becomes insolvent and cannot provide the amounts required by that motor vehicle law; or

**Underinsured motor vehicle** means a land motor vehicle or **trailer** to which a **bodily injury** liability bond or policy applies at the time of an **accident** but its limit for **bodily injury** liability is either:
1. Not enough to pay the full amount the **insured** is legally entitled to recover as damages; or
2. Reduced by payments to persons other than an **insured**, injured in the **accident**, to less than the full amount the **insured** is legally entitled to recover as damages.

However, **underinsured motor vehicle** does not include any vehicle:
1. Owned by or furnished or available for the **named insured's** regular use or that of any **family member**, if the **named insured** is an individual.
2. Owned by a governmental unit or agency.
3. Designed for use mainly off public roads while not on public roads.
4. Owned or operated by a self-insurer under any applicable motor vehicle law.
5. While located for use as a residence or premises.
6. Which is an **uninsured motor vehicle**.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## ALABAMA UNINSURED MOTORISTS COVERAGE ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE COMMERCIAL AUTO INSURANCE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF ALABAMA.  PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement.  This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

---

**Named Insured:** DoorDash, Inc.

**Endorsement Effective Date:** 09/01/2020

---

### SCHEDULE

| | | |
|---|---|---|
| **Limit Of Insurance:** | $250,000 CSL with $250,000 Deductible | **Each Accident** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

---

### COVERAGE

We will pay all sums the **insured** is legally entitled to recover as damages from the owner or driver of an **uninsured motor vehicle**.  The damages must result from **bodily injury** sustained by the **insured** caused by an **accident**. The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the **uninsured motor vehicle**.

No judgment for damages arising out of a **suit** brought against the owner or operator of an **uninsured motor vehicle** is binding on us unless we:
1. Received reasonable notice of the pendency of the **suit** resulting in the judgment; and
2. Had a reasonable opportunity to protect our interest in the **suit**.

However, if reasonable notice has not been given to us, we have the option to accept the judgment in the suit as binding on us.

### WHO IS AN INSURED

If the **named insured** is designated in the Declarations as:
1. An individual, then the following are **insureds**:
   a. The **named insured** and any **family members**.
   b. Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**.  The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   c. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.
2. A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:

   a. Anyone **occupying** a covered **auto** or a temporary substitute for a covered **auto**.  The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   b. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

### EXCLUSIONS

This insurance does not apply to any of the following:

1. Any claim settled without our consent.  However, this exclusion does not apply to a settlement made with the insurer of a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle**.
2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.
3. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.
4. **Bodily injury** arising directly or indirectly out of:
   a. War, including undeclared or civil war;
   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 1

## LIMITS OF INSURANCE

1. Regardless of the number of covered **autos**, **insureds**, premiums paid, claims made or vehicles involved in the accident, the most we will pay for all damages resulting from any one **accident** is the limit of Uninsured Motorists Insurance shown in the Declarations. If there is more than one covered **auto**, our limit of insurance for any one **accident** is the sum of the limits applicable to each covered **auto**, subject to a maximum of three covered **autos**.

2. No one will be entitled to receive duplicate payments for the same elements of **loss** under this policy and any Liability Coverage form or Auto Medical Payments Coverage endorsement attached to this policy.

   We will not make a duplicate payment under this policy for any element of **loss** for which payment has been made by or for anyone who is legally responsible.

   We will not pay for any element of **loss** if a person is entitled to receive payment for the same element of **loss** under any workers' compensation, disability benefits or similar law.

3. We will reduce the **insured's** total damages by any amount available to that **insured**, under any **bodily injury** liability bonds or policies applicable to the vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle**, that such **insured** did not recover as a result of a settlement between that **insured** and the insurer of such vehicle. However, any reduction of the **insured's** total damages will not reduce the limit of liability for this coverage.

   This paragraph **3.** will not apply if we advance payment to the **insured** in an amount equal to the tentative settlement with the insurer of the vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle**.

## CHANGES IN CONDITIONS

The conditions are changed for Uninsured Motorists Coverage as follows:

Under **SECTION IV – CONDITIONS**, **G. Duties In The Event Of Accident, Claim, Suit Or Loss**, the following is added:

> Promptly notify the police if a hit-and-run driver is involved.
>
> Promptly send us copies of the legal papers if a **suit** is brought.

A person seeking Uninsured Motorists Coverage must also promptly notify us in writing of a tentative settlement between the **insured** and the insurer of a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle** and allow us 30 days to advance payment to that insured in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle**.

Under **SECTION IV – CONDITIONS**, **L. Other Insurance**, reference to "other collectible insurance" applies only to other collectible uninsured motorists insurance.

Under **SECTION IV – CONDITIONS**, **L. Other Insurance**, the following is added:

> Any insurance we provide with respect to a vehicle owned by the **named insured** or, if the **named insured** is an individual, any **family member**, that is not a covered **auto** for Uninsured Motorists Coverage under this policy, will be excess over any other collectible uninsured motorists insurance providing coverage on a primary basis.

Under **SECTION IV – CONDITIONS**, **P. Transfer Of Rights Of Recovery Against Others To Us**, the following is added:

> Our rights do not apply under this provision with respect to damages caused by an **accident** with a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle** if we:
>
> 1. Have been given prompt written notice of a tentative settlement between an **insured** and the insurer of a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle**; and
> 2. Fail to advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.
>
> If we advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification:
>
> 1. That payment will be separate from any amount the **insured** is entitled to recover under the provisions of Uninsured Motorists Coverage; and
> 2. We have a right to recover the advanced payment.
>
> If we make any payment and the **insured** recovers from another party, the **insured** shall hold the proceeds in trust for us and pay us back the amount we have paid.

Under **SECTION IV – CONDITIONS**, the following condition is added:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FARI0250E-1118                                    Page 2

**ARBITRATION**

A.  **IF WE AND AN INSURED DISAGREE WHETHER THE INSURED IS LEGALLY ENTITLED TO RECOVER DAMAGES FROM THE OWNER OR DRIVER OF AN UNINSURED MOTOR VEHICLE OR DO NOT AGREE AS TO THE AMOUNT OF DAMAGES THAT ARE RECOVERABLE BY THAT INSURED, THEN THE MATTER MAY BE ARBITRATED. HOWEVER, DISPUTES CONCERNING COVERAGE UNDER THIS ENDORSEMENT MAY NOT BE ARBITRATED. BOTH PARTIES MUST AGREE TO ARBITRATION. IF SO AGREED, EACH PARTY WILL SELECT AN ARBITRATOR. THE TWO ARBITRATORS WILL SELECT A THIRD. IF THEY CANNOT AGREE WITHIN 30 DAYS, EITHER MAY REQUEST THAT SELECTION BE MADE BY A JUDGE OF A COURT HAVING JURISDICTION. THE ARBITRATION PROCEEDINGS SHALL COMMENCE WITHIN ONE YEAR AFTER THE DATE BOTH PARTIES AGREE TO SETTLE A DISPUTE BY ARBITRATION. ARBITRATION EXPENSES WILL BE DETERMINED BY THE ARBITRATOR ACCORDING TO ALABAMA LAW.**

**UNLESS BOTH PARTIES AGREE OTHERWISE, ARBITRATION WILL TAKE PLACE IN THE COUNTY IN WHICH THE INSURED LIVES. LOCAL RULES OF LAW AS TO ARBITRATION PROCEDURE AND EVIDENCE WILL APPLY. A DECISION AGREED TO BY TWO OF THE ARBITRATORS WILL BE BINDING.**

B.  **THIS ARBITRATION PROVISION WILL NOT APPLY IF LEGAL ACTION HAS BEEN COMMENCED BY THE INSURED AGAINST THE OWNER OR OPERATOR OF AN UNINSURED MOTOR VEHICLE.**

Under **SECTION V – DEFINITIONS**, the following definitions apply as used in this endorsement:

**Family member** means a person related to an individual **named insured** by blood, marriage or adoption, who is a resident of such **named insured's** household, including a ward or foster child.

**Occupying** means in, upon, getting in, on, out or off.

**Uninsured motor vehicle** means a land motor vehicle or **trailer**:
1.  For which no liability bond or policy at the time of an **accident** provides at least the amounts required by the applicable law where a covered **auto** is principally garaged;
2.  That is an underinsured motor vehicle.  An underinsured motor vehicle is a land motor vehicle or **trailer** for which the sum of all liability bonds or policies at the time of an **accident** provides a limit that is less than the amount an **insured** is legally entitled to recover as damages caused by the **accident**;
3.  For which an insuring or bonding company denies coverage or is or becomes insolvent; or
4.  That is a hit-and-run vehicle and neither the driver nor owner can be identified.  The vehicle must either:
    a.  Hit an **insured**, a covered **auto** or a vehicle an **insured** is **occupying**; or
    b.  Cause **bodily injury** to an **insured** without hitting an **insured**, a covered **auto** or a vehicle an **insured** is **occupying**.

However, **uninsured motor vehicle** does not include any vehicle:
1.  Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law; or
2.  Designed for use mainly off public roads while not on public roads.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FARI0250E-1118

Page 3

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## UTAH UNINSURED MOTORISTS COVERAGE ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE COMMERCIAL AUTO INSURANCE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF UTAH. PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement. This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

---

**Named Insured:** DoorDash, Inc.

**Endorsement Effective Date:** 09/01/2020

---

### SCHEDULE

---

**Limit Of Insurance:** $250,000 CSL with $250,000 Deductible   **Each Accident**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

---

## COVERAGE

We will pay all sums the **insured** is legally entitled to recover as damages from the owner or driver of an **uninsured motor vehicle**. The damages must result from **bodily injury** sustained by the **insured** caused by an **accident**. The owner's or driver's liability must result from the ownership, maintenance or use of the **uninsured motor vehicle**.

We will pay only after all liability bonds or policies have been exhausted by payment of judgments or settlements.

Any judgment for damages arising out of a **suit** brought without our written consent is not binding on us.

## WHO IS AN INSURED

If the **named insured** is designated in the Declarations as:

1. An individual, then the following are **insureds**:
   a. The **named insured** and any **family members**.
   b. Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**, except the **named insured's** customers if the **named insured's** business is shown in the Declarations as a rental company. However, if the customer of a rental company has no policy of motor vehicle insurance, they are an **insured**, but only up to:
      (1) $80,000 for each **accident**, which is the minimum combined single limit of liability; or
      (2) $25,000/$65,000 for each **accident**, which is the minimum split limits of liability

specified by UTAH CODE ANN. Section 31A-22-304. This supersedes any provision to the contrary. If the **auto** is a temporary substitute, the covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction. Rental company means any person or organization in the business of providing private passenger motor vehicles to the public under the terms of a rental agreement.
   c. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

2. A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:
   a. Anyone **occupying** a covered **auto** or a temporary substitute for a covered **auto**, except the **named insured's** customers if the **named insured's** business is shown in the Declarations as a rental company. However, if the customer of a rental company has no policy of motor vehicle insurance, they are an **insured**, but only up to:
      (1) $80,000 for each **accident**, which is the minimum combined single limit of liability; or
      (2) $25,000/$65,000 for each **accident**, which is the minimum split limits of liability

specified by UTAH CODE ANN. Section 31A-22-304. This supersedes any provision to the contrary. If the **auto** is a temporary substitute, the covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction. Rental company means any person or organization in the business of providing private passenger motor vehicles to the public under the terms of a rental agreement.
   b. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

FARI0256E-1118

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 1

## EXCLUSIONS

This insurance does not apply to any of the following:

**1.** Any claim settled without our consent.

**2.** The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

**3.** **Bodily injury** sustained by:

    **a.** An individual **named insured** while **occupying** or when struck by any vehicle owned by that **named insured** that is not a covered **auto** for Uninsured Motorists Coverage under this policy;

    **b.** Any **family member** while **occupying** or when struck by any vehicle owned by that **family member** that is not a covered **auto** for Uninsured Motorists Coverage under this policy; or

    **c.** Any **family member** while **occupying** or when struck by any vehicle owned by the **named insured** that is insured for Uninsured Motorists Coverage on a primary basis under any other policy or coverage form.

**4.** Anyone:

    **a.** Using a vehicle without a reasonable belief that the person is entitled to do so;

    **b.** Who, as a passenger in a vehicle, has knowledge that the vehicle is being operated in violation of Utah Code Section 41-1a-1314; or

    **c.** While committing a felony.

However, this exclusion does not apply to the following:

    **a.** An **insured** under 18 years of age, but coverage is limited to medical and funeral expenses.

    **b.** An **insured** who is a law enforcement officer, as defined in Utah Code Section 53-13-103, who is injured within the course and scope of the law enforcement officer's duties.

**5.** Punitive or exemplary damages.

**6.** **Bodily injury** arising directly or indirectly out of:

    **a.** War, including undeclared or civil war;

    **b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

    **c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## LIMITS OF INSURANCE

**1.** Regardless of the number of covered **autos**, **insureds**, premiums paid, claims made or vehicles involved in the accident, the most we will pay for all damages resulting from any one **accident** is the Limit Of Insurance for Uninsured Motorists Coverage shown in the Schedule or Declarations.

**2.** No one will be entitled to receive duplicate payments for the same elements of **loss** under this policy and any Liability Coverage form, Medical Payments Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this policy.

We will not make a duplicate payment under this policy for any element of **loss** for which payment has been made by or for anyone who is legally responsible, except for any portion of such payment that a person is not entitled to receive pursuant to UTAH CODE ANN. Section 34A-2-106(5).

We will not pay for any element of **loss** if a person is entitled to receive payment for the same element of **loss** under any workers' compensation, disability benefits or similar law.

## CHANGES IN CONDITIONS

The conditions are changed for Uninsured Motorists Coverage as follows:

Under **SECTION IV – CONDITIONS**, G. Duties In The Event Of Accident, Claim, Suit Or Loss, the following is added:

    Promptly notify the police if a hit-and-run driver is involved.

    Promptly send us copies of the legal papers if a **suit** is brought.

**SECTION IV – CONDITIONS**, L. Other Insurance is deleted and replaced by the following:

**L.** **Other Insurance**

If there is other applicable insurance available under one or more policies or provisions of coverage:

    **1.** The maximum recovery under all policies or coverage forms combined may equal but not exceed the highest applicable limit for any one vehicle under any policy or coverage form providing coverage on either a primary or excess basis. However, the maximum recovery for damages sustained by an individual **named insured** or any **family member** while **occupying** an **auto** such **named insured** does not own, not lease, or that is not furnished, under all policies or coverage forms combined may equal but not exceed the sum of:

        **a.** The limit of liability for Uninsured Motorists Coverage applicable to the **auto** such **named insured** or any **family member** was **occupying** at the time of the **accident**; and

        **b.** The highest applicable limit of liability for Uninsured Motorists Coverage under any policy or coverage form that provides coverage for such **named insured** or any **family member**.

    **2.** Any insurance we provide with respect to a vehicle the **named insured** does not own shall be excess over any other collectible uninsured motorists insurance providing coverage on a primary basis.

    **3.** If the coverage under this policy is provided:

        **a.** On a primary basis, we will pay only our share of the **loss** that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 2

FARI0256E-1118

b.  On an excess basis, we will pay only our share of the **loss** that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

Under **SECTION IV – CONDITIONS**, **P. Transfer Of Rights Of Recovery Against Others To Us**, the following is added:

We will be entitled to a recovery only after the **insured** has been fully compensated for damages.

If we make any payment and the **insured** recovers from another party, the **insured** will hold the proceeds in trust for us and pay us back the amount we have paid.

Under **SECTION IV – CONDITIONS**, the following condition is added:

**Arbitration**

If we and an **insured** disagree whether the **insured** is legally entitled to recover damages from the owner or driver of an **uninsured motor vehicle** or do not agree as to the amount of damages that are recoverable by that **insured**, then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Either party may make a written demand for arbitration. In this event, unless otherwise agreed to in writing, we and the **insured** shall agree on the selection of a single arbitrator. If we and the **insured** are unable to agree on the selection of a single arbitrator, each party will select an arbitrator. The two arbitrators will select a third. If the two arbitrators are unable to agree on the selection of the third arbitrator within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will bear the expenses for a single arbitrator equally or pay the expenses for the arbitrator each party selects and bear the expenses of the third arbitrator equally.

If an **insured** submits a claim for Uninsured Motorists Coverage to arbitration, that **insured** will provide to us within 30 days:

1.  A written demand for payment setting forth the specific monetary amount of the demand, including a computation of that **insured's** claimed past medical expenses, claimed past lost wages, and other claimed past economic damages required by UTAH CODE ANN. Section 31A-22-305; and

2.  Any written statements under oath, documents and signed authorizations required by UTAH CODE ANN. Section 31A-22-305.

3.  Subject to our receipt of items **1.** and **2.** described above, we will, within 60 days:
    a.  Provide a written response to the **insured's** written demand for payment; and
    b.  Tender the amount, if any, that we determine as owed to that **insured** less any state or federal statutory liens as provided by UTAH CODE ANN. Section 31A-22-305.

If the amount tendered by us is the Limit of Insurance for Uninsured Motorists Coverage, such amount shall be accepted by that **insured**. If the amount tendered by us is less than the Limit of Insurance for Uninsured Motorists Coverage, the **insured** may accept the amount tendered as full payment of such **insured's** claim or accept the amount tendered as partial payment and continue to arbitrate the remaining claim.

4.  If the final award obtained through arbitration is greater than the average of the **insured's** initial written demand for payment and our initial written response, then we shall pay:
    a.  The final award obtained through arbitration less any amount accepted as partial payment. If the award exceeds the Limit of Insurance for Uninsured Motorists Coverage by more than $15,000, we shall pay $15,000 in addition to the Limit of Insurance for Uninsured Motorists Coverage;
    b.  Any costs as set forth in the Utah Rules of Civil Procedure;
    c.  Arbitration fees; and
    d.  Reasonable costs for witnesses and depositions.
    If the **insured** does not disclose all material information required by UTAH CODE ANN. Section 31A-22-305 within 30 days after submitting a claim for Uninsured Motorists Coverage to arbitration, the **insured** may not recover costs or amounts in excess of the Limit of Insurance.
    The **insured** will provide an affidavit of costs within five days of an arbitration award. If we object to such costs, the costs shall be arbitrated, and such award may not exceed $5,000.

5.  The written demand requirement in item **1.** described above does not affect the **insured's** requirement to provide a computation of any other economic damages claimed, and we may, within a reasonable time after receipt of such computation, conduct fact and expert discovery as to any additional damages claimed.

6.  Unless both parties agree otherwise, arbitration will take place in the county in which the **insured** lives. Local rules of law as to arbitration procedure and evidence will apply. A written decision agreed to by the single arbitrator or agreed to by two of the arbitrators will be binding, unless either party demands a trial. This demand must be made within 20 days of service of the arbitration award. If this demand is not made, the amount of damages agreed to by the arbitrators will be binding.

However, this condition does not apply if a small-claims court having jurisdiction resolves the matter or matters upon which we and an **insured** do not agree.

Under **SECTION V – DEFINITIONS**, the following definitions apply as used in this endorsement:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 3

FARI0256E-1118

**Family member** means:

1. A person related to an individual **named insured** by blood, marriage, adoption or guardianship, who is a resident of such **named insured's** household, whether or not temporarily residing elsewhere; and

2. An individual **named insured's** dependent minor children.

**Occupying** means in, upon, getting in, on, out or off.

**Uninsured motor vehicle** means a land motor vehicle or **trailer**:

1. For which no liability bond or policy at the time of an **accident** provides at least $80,000 for each **accident**, which is the minimum combined single limit of liability, or $25,000/$65,000 for each **accident**, which is the minimum split limits of liability, specified by UTAH CODE ANN. Section 31A-22-304.

2. For which an insuring or bonding company:
   a. Denies coverage;
   b. Is or becomes insolvent; or
   c. Fails to confirm coverage within 60 days from the date such company receives notification of a claim by or on behalf of the insured.

3. For which neither the operator nor owner can be identified and that hits or that causes an **accident** resulting in **bodily injury** without hitting:
   a. An individual **named insured** or any **family member**;
   b. A vehicle that such **named insured** or any **family member** is **occupying**; or
   c. The **named insured's** covered **auto**.

If there is no physical contact with such vehicle or **trailer**, the facts of the **accident** must be proved. We will only accept clear and convincing evidence, which must consist of more than the **insured's** testimony.

However, **uninsured motor vehicle** does not include any vehicle:

1. Owned or operated by a self-insurer under any applicable motor vehicle law, other than Utah motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law;

2. Owned or operated by a self-insurer under Utah motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the applicable minimum limit for **bodily injury** liability specified by UTAH CODE ANN. Section 31A-22-304. The applicable minimum limit is:
   a. $80,000 for each **accident**, if the limit of liability is a single limit that applies for each **accident**; or
   b. $25,000 for each person/$65,000 for each **accident**, if the limit of liability is indicated as a split limit;

3. Owned by a governmental unit or agency;

4. Designed for use mainly off public roads while not on public roads; or

5. For which a **bodily injury** liability bond or policy applies at the time of the **accident,** but the amount paid for **bodily injury** under that bond or policy to an **insured** is not enough to pay the full amount the **insured** is legally entitled to recover as damages caused by the **accident**.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN THE SAME**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 4

FARI0256E-1118

# Voyager Indemnity Insurance Company
### A Stock Insurance Company
11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## UTAH UNDERINSURED MOTORISTS COVERAGE ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE COMMERCIAL AUTO INSURANCE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF UTAH. PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement. This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

---

**Named Insured:** DoorDash, Inc.

**Endorsement Effective Date:** 09/01/2020

---

### SCHEDULE

---

**Limit Of Insurance:**    $250,000 CSL with $250,000 Deductible   **Each Accident**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

---

## COVERAGE

We will pay all sums the **insured** is legally entitled to recover as damages from the owner or driver of an **underinsured motor vehicle**. The damages must result from **bodily injury** sustained by the **insured** caused by an **accident**. The owner's or driver's liability must result from the ownership, maintenance or use of the **underinsured motor vehicle**.

We will pay only after all liability bonds or policies have been exhausted by payment of judgments or settlements.

Any judgment for damages arising out of a **suit** brought without our written consent is not binding on us.

## WHO IS AN INSURED

If the **named insured** is designated in the Declarations as:

1. An individual, then the following are **insureds**:
   a. The **named insured** and any **family members**.
   b. Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**, except the **named insured's** customers if the **named insured's** business is shown in the Declarations as a rental company. However, if the customer of a rental company has no policy of motor vehicle insurance, they are an **insured**, but only up to:
      (1) $20,000 for each **accident**, which is the minimum combined single limit of liability; or
      (2) $10,000/$20,000 for each **accident**, which is the minimum split limits of liability

specified by UTAH CODE ANN. Section 31A-22-305. This supersedes any provision to the contrary. If the **auto** is a temporary substitute, the covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction. Rental company means any person or organization in the business of providing private passenger motor vehicles to the public under the terms of a rental agreement.

   c. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

2. A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:
   a. Anyone **occupying** a covered **auto** or a temporary substitute for a covered **auto**, except the **named insured's** customers if the **named insured's** business is shown in the Declarations as a rental company. However, if the customer of a rental company has no policy of motor vehicle insurance, they are an **insured**, but only up to:
      (1) $20,000 for each **accident**, which is the minimum combined single limit of liability; or
      (2) $10,000/$20,000 for each **accident**, which is the minimum split limits of liability

specified by UTAH CODE ANN. Section 31A-22-305. This supersedes any provision to the contrary. If the **auto** is a temporary substitute, the covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction. Rental company means any person or organization in the business of providing private passenger motor vehicles to the public under the terms of a rental agreement.

   b. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

---

## EXCLUSIONS

This insurance does not apply to any of the following:

1. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.
2. **Bodily injury** sustained by:
   a. An individual **named insured** while **occupying** or when struck by any vehicle owned by that **named insured** that is not a covered **auto** for Underinsured Motorists Coverage under this policy;
   b. Any **family member** while **occupying** or when struck by any vehicle owned by that **family member** that is not a covered **auto** for Underinsured Motorists Coverage under this policy; or
   c. Any **family member** while **occupying** or when struck by any vehicle owned by the **named insured** that is insured for Underinsured Motorists Coverage on a primary basis under any other policy or coverage form.
3. Anyone:
   a. Using a vehicle without a reasonable belief that the person is entitled to do so;
   b. Who, as a passenger in a vehicle, has knowledge that the vehicle is being operated in violation of Utah Code Section 41-1a-1314; or
   c. While committing a felony.
   However, this exclusion does not apply to the following:
   a. An **insured** under 18 years of age, but coverage is limited to medical and funeral expenses.
   b. An **insured** who is a law enforcement officer, as defined in Utah Code Section 53-13-103, who is injured within the course and scope of the law enforcement officer's duties.
4. Punitive or exemplary damages.
5. **Bodily injury** arising directly or indirectly out of:
   a. War, including undeclared or civil war;
   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## LIMITS OF INSURANCE

1. Regardless of the number of covered **autos**, **insureds**, premiums paid, claims made or vehicles involved in the accident, the most we will pay for all damages resulting from any one **accident** is the Limit Of Insurance for Underinsured Motorists Coverage shown in the Schedule or Declarations.

2. No one will be entitled to receive duplicate payments for the same elements of **loss** under this policy and any Liability Coverage form, Medical Payments Coverage endorsement or Uninsured Motorists Coverage endorsement attached to this policy.

We will not make a duplicate payment under this policy for any element of **loss** for which payment has been made by or for anyone who is legally responsible, except for any portion of such payment that a person is not entitled to receive pursuant to UTAH CODE ANN. Section 34A-2-106(5).

We will not pay for any element of **loss** if a person is entitled to receive payment for the same element of **loss** under any workers' compensation, disability benefits or similar law.

## CHANGES IN CONDITIONS

The conditions are changed for Underinsured Motorists Coverage as follows:

**SECTION IV – CONDITIONS**, **L. Other Insurance** is deleted and replaced by the following:

L. **Other Insurance**
   With respect to coverage we provide when a covered **auto** the **named insured** owns is involved in an **accident**, the Limit of Insurance for Underinsured Motorists Coverage applicable to that **auto** will apply for damages for which the owner or operator of the **underinsured motor vehicle** is legally responsible.

   If there is other applicable insurance available under one or more policies or provisions of coverage:
   1. The maximum recovery under all policies or coverage forms combined may equal but not exceed the highest applicable limit for any one vehicle under any policy or coverage form providing coverage on either a primary or excess basis. However, the maximum recovery for damages sustained by an individual **named insured** or any **family member** while **occupying** an **auto** such **named insured** does not own, is not leased, or that is not furnished, under all policies or coverage forms combined may equal but not exceed the sum of:
      a. The limit of liability for Underinsured Motorists Coverage applicable to the **auto** an individual **named insured** or any **family member** was **occupying** at the time of the **accident**; and
      b. The highest applicable limit of liability for Underinsured Motorists Coverage under any policy or coverage form that provides coverage for an individual **named insured** or any **family member**.
   2. Any insurance we provide with respect to a vehicle the individual **named insured** does not own shall be excess over any other collectible underinsured motorists insurance providing coverage on a primary basis.
   3. If the coverage under this policy is provided:
      a. On a primary basis, we will pay only our share of the **loss** that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

**b.** On an excess basis, we will pay only our share of the **loss** that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

**SECTION IV – CONDITIONS**, **P. Transfer Of Rights Of Recovery Against Others To Us** does not apply.

Under **SECTION IV – CONDITIONS**, the following condition is added:

**Arbitration**

If we and an **insured** disagree whether the **insured** is legally entitled to recover damages from the owner or driver of an **underinsured motor vehicle** or do not agree as to the amount of damages that are recoverable by that **insured**, then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Either party may make a written demand for arbitration. In this event, unless otherwise agreed to in writing, we and the **insured** shall agree on the selection of a single arbitrator. If we and the **insured** are unable to agree on the selection of a single arbitrator, each party will select an arbitrator. The two arbitrators will select a third. If the two arbitrators are unable to agree on the selection of the third arbitrator within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will bear the expenses for a single arbitrator equally or pay the expenses for the arbitrator each party selects and bear the expenses of the third arbitrator equally.

If an **insured** submits a claim for Underinsured Motorists Coverage to arbitration, that **insured** will provide to us within 30 days:

**1.** A written demand for payment setting forth the specific monetary amount of the demand, including a computation of that **insured's** claimed past medical expenses, claimed past lost wages, and other claimed past economic damages required by UTAH CODE ANN. Section 31A-22-305; and

**2.** Any written statements under oath, documents and signed authorizations required by UTAH CODE ANN. Section 31A-22-305.

**3.** Subject to our receipt of items **1.** and **2.** described above, we will, within 60 days:

    **a.** Provide a written response to the **insured's** written demand for payment; and

    **b.** Tender the amount, if any, that we determine as owed to that **insured** less any state or federal statutory liens as provided by UTAH CODE ANN. Section 31A-22-305.

    If the amount tendered by us is the Limit of Insurance for Underinsured Motorists Coverage, such amount shall be accepted by that **insured**.

If the amount tendered by us is less than the Limit of Insurance for Underinsured Motorists Coverage, the **insured** may accept the amount tendered as full payment of such **insured's** claim or accept the amount tendered as partial payment and continue to arbitrate the remaining claim.

**4.** If the final award obtained through arbitration is greater than the average of the **insured's** initial written demand for payment and our initial written response, then we shall pay:

    **a.** The final award obtained through arbitration less any amount accepted as partial payment. If the award exceeds the Limit of Insurance for Underinsured Motorists Coverage by more than $15,000, we shall pay $15,000 in addition to the Limit of Insurance for Underinsured Motorists Coverage;

    **b.** Any costs as set forth in the Utah Rules of Civil Procedure;

    **c.** Arbitration fees; and

    **d.** Reasonable costs for witnesses and depositions. If the **insured** does not disclose all material information required by UTAH CODE ANN. Section 31A-22-305 within 30 days after submitting a claim for Underinsured Motorists Coverage to arbitration, the **insured** may not recover costs or amounts in excess of the Limit of Insurance.

    The **insured** will provide an affidavit of costs within five days of an arbitration award. If we object to such costs, the costs shall be arbitrated, and such award may not exceed $5,000.

**5.** The written demand requirement in item **1.** described above does not affect the **insured's** requirement to provide a computation of any other economic damages claimed, and we may, within a reasonable time after receipt of such computation, conduct fact and expert discovery as to any additional damages claimed.

**6.** Unless both parties agree otherwise, arbitration will take place in the county in which the **insured** lives. Local rules of law as to arbitration procedure and evidence will apply. A written decision agreed to by the single arbitrator or agreed to by two of the arbitrators will be binding, unless either party demands a trial. This demand must be made within 20 days of service of the arbitration award. If this demand is not made, the amount of damages agreed to by the arbitrators will be binding.

However, this condition does not apply if a small-claims court having jurisdiction resolves the matter or matters upon which we and an **insured** do not agree.

Under **SECTION V – DEFINITIONS**, the following definitions apply as used in this endorsement:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 3

FARI0258E-1118

**Family member** means:

1. A person related to an individual **named insured** by blood, marriage, adoption or guardianship, who is a resident of such **named insured's** household, whether or not temporarily residing elsewhere; and

2. An individual **named insured's** dependent minor children.

**Occupying** means in, upon, getting in, on, out or off.

**Underinsured motor vehicle** means a land motor vehicle or **trailer** for which a **bodily injury** liability bond or policy applies at the time of the **accident**, but the amount paid for **bodily injury** under that bond or policy to an **insured** is not enough to pay the full amount the **insured** is legally entitled to recover as damages caused by the **accident**.

However, **underinsured motor vehicle** does not include any vehicle:

1. Owned by a governmental unit or agency;

2. Designed for use mainly off public roads while not on public roads;

3. For which no liability bond or policy at the time of the **accident** provides at least $80,000 for each **accident**, which is the minimum combined single limit for **bodily injury** liability, or $25,000/$65,000 for each **accident**, which is the minimum split limits of liability, specified by UTAH CODE ANN. Section 31A-22-304;

4. For which an insuring or bonding company denies coverage or is or becomes insolvent;

5. That is a hit-and-run vehicle whose operator or owner cannot be identified and that hits or causes an **accident** resulting in **bodily injury** without hitting:

   a. The individual **named insured** or any **family member**;

   b. A vehicle that such **named insured** or any **family member** is **occupying**; or

   c. The individual **named insured's** covered **auto**;

6. That is owned or leased by the **named insured**, the **named insured's** spouse or any **family member** who is a dependent of the **named insured**; or

7. That is insured for Covered Autos Liability Coverage under this policy.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN THE SAME**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## HAWAII UNINSURED MOTORISTS COVERAGE (NONSTACKED) ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE COMMERCIAL AUTO INSURANCE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF HAWAII. PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement. This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

---

**Named Insured:** DoorDash, Inc.

**Endorsement Effective Date:** 09/01/2020

---

### SCHEDULE

| | | |
|---|---|---|
| **Limit Of Insurance:** | $250,000 CSL with $250,000 Deductible | **Each Accident** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

---

## COVERAGE

We will pay all sums the **insured** is legally entitled to recover as damages from the owner or driver of an **uninsured motor vehicle**. The damages must result from **bodily injury** sustained by the **insured** caused by an **accident**. The owner's or driver's liability must result from the ownership, maintenance or use of the **uninsured motor vehicle**.

Any judgment for damages arising out of a **suit** brought without our written consent is not binding on us.

### WHO IS AN INSURED

If the **named insured** is designated in the Declarations as:
1. An individual, then the following are **insureds**:
   a. The **named insured** and any **family members**.
   b. Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   c. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.
2. A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:
   a. Anyone **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   b. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

## EXCLUSIONS

This insurance does not apply to any of the following:

1. Any claim settled without our consent.
2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.
3. Any **insured** using a vehicle without a reasonable belief that the person is entitled to do so.
4. Punitive or exemplary damages.
5. **Bodily injury** arising directly or indirectly out of:
   a. War, including undeclared or civil war;
   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## LIMITS OF INSURANCE

1. Regardless of the number of covered **autos**, **insureds**, premiums paid, claims made or vehicles involved in the accident, the most we will pay for all damages resulting from any one **accident** is the limit of Uninsured Motorists Insurance shown in the Schedule or Declarations.

---

Copyright, Hawaii Insurance Bureau, Inc., 2016
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**2.** No one will be entitled to receive duplicate payments for the same elements of **loss** under this policy and any Liability Coverage form, Personal Injury Protection Coverage endorsement, Auto Medical Payments Coverage, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement.

We will not make a duplicate payment under this policy for any element of **loss** for which payment has been made by or for anyone who is legally responsible.

We will not pay for any element of **loss** if a person is entitled to receive payment for the same element of **loss** under any workers' compensation, disability benefits or similar law.

## CHANGES IN CONDITIONS

The conditions are changed for Uninsured Motorists Coverage as follows:

Under **SECTION IV – CONDITIONS**, **G. Duties In The Event Of Accident, Claim, Suit Or Loss**, the following is added:

Promptly notify the police if a hit-and-run driver is involved.

Promptly send us copies of the legal papers if a **suit** is brought.

Under **SECTION IV – CONDITIONS**, **L. Other Insurance**, reference to "other collectible insurance" applies only to other collectible uninsured motorists insurance.

Under **SECTION IV – CONDITIONS**, **L. Other Insurance**, the following is added:

If there is other applicable insurance available under one or more policies or provisions of coverage, the maximum recovery under all policies or coverage forms combined may equal but not exceed the highest applicable limit for any one vehicle under any policy or coverage form providing coverage on either a primary or excess basis.

Under **SECTION IV – CONDITIONS**, **P. Transfer Of Rights Of Recovery Against Others To Us**, the following is added:

If we make any payment and the **insured** recovers from another party, the **insured** shall hold the proceeds in trust for us and pay us back the amount we have paid.

Under **SECTION IV – CONDITIONS**, the following condition is added:

**Arbitration**
If we and an **insured** disagree as to whether the **insured** is legally entitled to recover damages from the owner or driver of an **uninsured motor vehicle** or do not agree as to the amount of damages, either party may make a written demand for arbitration as provided in Section 431:10C-213 of the Hawaii Motor Vehicle Insurance Law.

Under **SECTION V – DEFINITIONS**, the following definitions apply as used in this endorsement:

**Occupying** means in, upon, getting in, on, out or off.

**Uninsured motor vehicle** means a land motor vehicle or **trailer**:
**1.** For which no liability bond or policy at the time of an **accident** applies.
**2.** For which an insuring or bonding company denies coverage or is or becomes insolvent.
**3.** For which neither the driver nor owner can be identified and which hits or causes an **accident** resulting in **bodily injury** without hitting:
    **a.** An **insured**;
    **b.** A covered **auto**; or
    **c.** A vehicle an **insured** is **occupying**.

However, **uninsured motor vehicle** does not include any vehicle:
**1.** Owned or operated by a self-insurer under any applicable motor vehicle law.
**2.** Owned by a governmental unit or agency.
**3.** Designed for use mainly off public roads while not on public roads.
**4.** Which does not require registration under Chapter 286, Hawaii Revised Statutes.

## ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN THE SAME

Copyright, Hawaii Insurance Bureau, Inc., 2016
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## HAWAII UNDERINSURED MOTORISTS COVERAGE (NONSTACKED) ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE COMMERCIAL AUTO INSURANCE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF HAWAII. PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement. This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

---

**Named Insured:** DoorDash, Inc.

**Endorsement Effective Date:** 09/01/2020

---

### SCHEDULE

| | | |
|---|---|---|
| **Limit Of Insurance:** | $250,000 CSL with $250,000 Deductible | **Each Accident** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

## COVERAGE

We will pay all sums the **insured** is legally entitled to recover as damages from the owner or driver of an **underinsured motor vehicle**. The damages must result from **bodily injury** sustained by the **insured** caused by an **accident**. The owner's or driver's liability must result from the ownership, maintenance or use of the **underinsured motor vehicle**.

Any judgment for damages arising out of a **suit** brought without our written consent is not binding on us.

## WHO IS AN INSURED

If the **named insured** is designated in the Declarations as:
1. An individual, then the following are **insureds**:
   a. The **named insured** and any **family members**.
   b. Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   c. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.
2. A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:
   a. Anyone **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   b. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

## EXCLUSIONS

This insurance does not apply to any of the following:

1. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.
2. Any **insured** using a vehicle without a reasonable belief that the person is entitled to do so.
3. Punitive or exemplary damages.
4. **Bodily injury** arising directly or indirectly out of:
   a. War, including undeclared or civil war;
   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## LIMITS OF INSURANCE

1. Regardless of the number of covered **autos**, **insureds**, premiums paid, claims made or vehicles involved in the accident, the most we will pay for all damages resulting from any one **accident** is the limit of Underinsured Motorists Insurance shown in the Schedule or Declarations.

2. No one will be entitled to receive duplicate payments for the same elements of **loss** under this policy and any Liability Coverage form, Personal Injury Protection Coverage endorsement, Auto Medical Payments Coverage, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement.

Copyright, Hawaii Insurance Bureau, Inc., 2016
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

We will not make a duplicate payment under this policy for any element of **loss** for which payment has been made by or for anyone who is legally responsible. We will not pay for any element of **loss** if a person is entitled to receive payment for the same element of **loss** under any workers' compensation, disability benefits or similar law.

3. We will reduce the **insured's** total damages by any amount available to that **insured** under any liability bonds or policies applicable to the **underinsured motor vehicle** that such **insured** did not recover as a result of a settlement between that **insured** and the insurer of an **underinsured motor vehicle**. However, any reduction of the **insured's** total damages will not reduce the limit of liability for this coverage.

This paragraph shall not apply if we advance payment to the **insured** in an amount equal to the tentative settlement with the insurer of the **underinsured motor vehicle**.

## CHANGES IN CONDITIONS

The conditions are changed for Underinsured Motorists Coverage as follows:

Under **SECTION IV – CONDITIONS**, **G. Duties In The Event Of Accident, Claim, Suit Or Loss**, the following is added:

Promptly send us copies of the legal papers if a **suit** is brought.

Promptly notify us, in writing, of a tentative settlement between an **insured** and the insurer of the **underinsured motor vehicle** and allow us 30 days to advance payment to that **insured** in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such **underinsured motor vehicle**.

Under **SECTION IV – CONDITIONS**, **L. Other Insurance**, reference to "other collectible insurance" applies only to other collectible underinsured motorists insurance.

Under **SECTION IV – CONDITIONS**, **L. Other Insurance**, the following is added:

If there is other applicable insurance available under one or more policies or provisions of coverage, the maximum recovery under all policies or coverage forms combined may equal but not exceed the highest applicable limit for any one vehicle under any policy or coverage form providing coverage on either a primary or excess basis.

Under **SECTION IV – CONDITIONS**, **P. Transfer Of Rights Of Recovery Against Others To Us**, the following is added:

If we make any payment and the **insured** recovers from another party, the **insured** shall hold the proceeds in trust for us and pay us back the amount we have paid.

Our rights do not apply under this provision if we:

1. Have been given prompt written notice of a tentative settlement between an **insured** and the insurer of an **underinsured motor vehicle**; and
2. Fail to advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.

If we advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification:

1. That payment will be separate from any amount the **insured** is entitled to recover under the provisions of Underinsured Motorists Coverage; and
2. We also have a right to recover the advance payment.

Under **SECTION IV – CONDITIONS**, the following condition is added:

**Arbitration**
If we and an **insured** disagree as to whether the **insured** is legally entitled to recover damages from the owner or driver of an **underinsured motor vehicle** or do not agree as to the amount of damages, either party may make a written demand for arbitration as provided in Section 431:10C-213 of the Hawaii Motor Vehicle Insurance Law.

Under **SECTION V – DEFINITIONS**, the following definitions apply as used in this endorsement:

**Occupying** means in, upon, getting in, on, out or off.

**Underinsured motor vehicle** means a land motor vehicle or **trailer** for which the sum of all liability bonds or policies or the tortfeasor at the time of an **accident** does not provide at least the amount an **insured** is legally entitled to recover as damages.

However, **underinsured motor vehicle** does not include any vehicle:

1. Owned or operated by a self-insurer under any applicable motor vehicle law.
2. Owned by a governmental unit or agency.
3. Designed for use mainly off public roads while not on public roads.
4. Which does not require registration under Chapter 286, Hawaii Revised Statutes.
5. For which no liability bond or policy at the time of an **accident** applies.
6. For which an insuring or bonding company denies coverage or is or becomes insolvent.
7. For which neither the driver nor owner can be identified and which hits or causes an **accident** resulting in **bodily injury** without hitting:
   a. An **insured**;
   b. A covered **auto**; or
   c. A vehicle an **insured** is **occupying**.

## ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN THE SAME

Copyright, Hawaii Insurance Bureau, Inc., 2016
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## KENTUCKY UNINSURED MOTORISTS COVERAGE ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF KENTUCKY. PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement. This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** DoorDash, Inc. |
| **Endorsement Effective Date:** 09/01/2020 |

### SCHEDULE

| | | |
|---|---|---|
| **Limit Of Insurance:** | $250,000 CSL with $250,000 Deductible | **Each Accident** |

| |
|---|
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

### COVERAGE

We will pay all sums the **insured** is legally entitled to recover as compensatory damages from the owner or driver of an **uninsured motor vehicle** because of **bodily injury** sustained by an **insured** caused by an **accident**. The damages must result from **bodily injury** sustained by the **insured** caused by an **accident**. The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the **uninsured motor vehicle**.

Any judgment for damages arising out of a **suit** brought without our written consent is not binding on us.

### WHO IS AN INSURED

If the **named insured** is designated in the Declarations as:

1. An individual, then the following are **insureds**:
   a. The **named insured** and any **family members**.
   b. Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   c. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.
2. A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:
   a. Anyone **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   b. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

### EXCLUSIONS

This insurance does not apply to any of the following:

1. Any claim settled without our consent.
2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.
3. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.
4. Punitive or exemplary damages.
5. **Bodily injury** arising directly or indirectly out of:
   a. War, including undeclared or civil war;
   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

### LIMITS OF INSURANCE

1. Regardless of the number of covered **autos**, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for all damages resulting from any one **accident** is the Limit Of Uninsured Motorists Insurance shown in the Schedule or Declarations. If there is more than one covered **auto**, our limit of insurance for any one **accident**, if **bodily injury** is sustained by an individual **named insured** or any **family member**, is the sum of the limits applicable to each covered **auto**. Subject to the maximum limit of liability for all damages:
   a. The most we will pay for all damages sustained in such **accident** by an **insured** other than an individual **named insured** or any **family member**, is that **insured's** pro rata share of the limit shown in the Schedule or Declarations applicable to the vehicle an **insured** was **occupying** at the time of the **accident**.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FARI0275E-0319                                                                 Page 1

**b.** An individual **named insured** or any **family member** who sustains **bodily injury** in such **accident** will also be entitled to a pro rata share of the limit described in paragraph **a.** above.

A person's pro rata share is the proportion that person's damages bear to the total damages sustained by all **insureds**.

**2.** If the **bodily injury** is sustained by any **insured**, other than the individual **named insured** or any **family member**, in an **accident** in which neither such **named insured** nor any **family member** sustained **bodily injury**, the Limit Of Liability shown in the Schedule or Declarations for this coverage is our maximum limit of liability for all damages resulting from any such **accident**.

**3.** No one will be entitled to receive duplicate payments for the same elements of **loss** under this policy, any Liability Coverage form, or any Medical Payments Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this policy.

**4.** We will not make duplicate payment under this coverage for any element of **loss** for which payment has been made by or for anyone who is legally responsible.

**5.** We will not pay for any element of **loss** if a person is entitled to receive payments for the same element of **loss** under any worker's compensation, disability benefits or similar law.

## CHANGES IN CONDITIONS

The conditions of the policy are changed for Kentucky Uninsured Motorists Coverage as follows:

**SECTION IV – CONDITIONS**, **A. Action Against Us** is deleted and replaced by the following:

**A.    Action Against us**
No one may bring action against us under this policy until there has been full compliance with all the terms of this policy.

Any action against us under this policy must be brought within two (2) years after the date of the **accident**. However, this time limitation does not apply to an **insured** if, within two (2) years after the date of the **accident**, we and the **insured** agree to arbitration in accordance with this endorsement.

Under **SECTION IV – CONDITIONS**, **G. Duties In The Event Of Accident, Claim, Suit Or Loss**, the following duties are added:

Promptly notify the police if a hit-and-run driver is involved; and

Promptly send us copies of the legal papers if a **suit** is brought.

Under **SECTION IV – CONDITIONS**, **L. Other Insurance**, reference to "other collectible insurance" applies only to other collectible uninsured motorists insurance.

Under **SECTION IV – CONDITIONS**, **L. Other Insurance**, the following is added:

Any insurance we provide with respect to a vehicle owned by the **named insured** or, if the **named insured** is an individual, any **family member**, that is not a covered **auto** for Uninsured Motorists Coverage under this policy, shall be excess over any other collectible uninsured motorists insurance providing coverage on a primary basis.

Under **SECTION IV – CONDITIONS**, **P. Transfer Of Rights Of Recovery Against Others To Us**, the following is added:

If we make any payment and the **insured** recovers from another party, the **insured** shall hold the proceeds in trust for us and pay us back the amount we have paid. In any recovery, we will be entitled to payment only after the **insured** has been fully compensated.

Under **SECTION IV – CONDITIONS**, the following condition is added with regard to Uninsured Motorists Coverage:

**Arbitration**
If we and an **insured** disagree whether the **insured** is legally entitled to recover damages from the owner or driver of an **uninsured motor vehicle** or do not agree as to the amount of damages that are recoverable by that **insured**, then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expense of the third arbitrator equally.

Unless both parties agree otherwise, arbitration will take place in the county in which the **insured** lives. Local rules of law as to arbitration procedure and evidence will apply. Any decision agreed to by two of the arbitrators will be binding.

The **insured** will not be required to arbitrate disputed claims.

Under **SECTION V – DEFINITIONS**, the following definitions are added as used in this endorsement:

**Family member** means a person related to an individual **named insured** by blood, marriage or adoption who is a resident of such **named insured's** household, including a ward or foster child.

**Occupying** means in, upon, getting in, on, out or off.

**Uninsured motor vehicle** means a land motor vehicle or **trailer**:
**1.** For which no liability bond or policy at the time of an **accident** provides at least the amounts required by the applicable law where a covered **auto** is principally garaged;
**2.** For which an insuring or bonding company denies coverage or is or becomes insolvent;

FARI0275E-0319

**3.** That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must hit an **insured**, a covered **auto** or a vehicle an **insured** is **occupying** or must hit another vehicle which, in turn, hits an **insured**, a covered **auto** or a vehicle an **insured** is **occupying**.

However, **uninsured motor vehicle** does not include any vehicle:

**1.** Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law;

**2.** Owned by a governmental unit or agency; or

**3.** Designed for use mainly off public roads while not on public roads.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 3

FARI0275E-0319

# Voyager Indemnity Insurance Company

A Stock Insurance Company
11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## KENTUCKY UNDERINSURED MOTORISTS COVERAGE ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF KENTUCKY.  PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement.  This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** DoorDash, Inc. |
| **Endorsement Effective Date:** 09/01/2020 |

| SCHEDULE | | |
|---|---|---|
| **Limit Of Insurance:** | $250,000 CSL with $250,000 Deductible | **Each Accident** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

## COVERAGE

We will pay all sums the **insured** is legally entitled to recover as compensatory damages from the owner or driver of an **underinsured motor vehicle**.  The damages must result from **bodily injury** sustained by the **insured** caused by an **accident**.  The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the **underinsured motor vehicle**.

Any judgment for damages arising out of a **suit** brought without our written consent is not binding on us.

## WHO IS AN INSURED

If the **named insured** is designated in the Declarations as:
1. An individual, then the following are **insureds**:
   a. The **named insured** and any **family members**.
   b. Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**.  The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   c. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.
2. A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:
   a. Anyone **occupying** a covered **auto** or a temporary substitute for a covered **auto**.  The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   b. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

## EXCLUSIONS

This insurance does not apply to any of the following:

1. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.
2. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.
3. Punitive or exemplary damages.
4. **Bodily injury** arising directly or indirectly out of:
   a. War, including undeclared or civil war;
   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## LIMITS OF INSURANCE

1. Regardless of the number of covered **autos**, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for all damages resulting from any one **accident** is the Limit Of Underinsured Motorists Insurance shown in the Schedule or Declarations. If there is more than one covered **auto**, our limit of insurance for any one **accident**, if **bodily injury** is sustained by an individual **named insured** or any **family member**, is the sum of the limits applicable to each covered **auto**. Subject to the maximum limit of liability for all damages:
   a. The most we will pay for all damages sustained in such **accident** by an **insured** other than an individual **named insured** or any **family member**, is that **insured's** pro rata share of the limit shown in the Schedule or Declarations applicable to the vehicle an **insured** was **occupying** at the time of the **accident**.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FARI0277E-0319                                                                 Page 1

b.   An individual **named insured** or any **family member** who sustains **bodily injury** in such **accident** will also be entitled to a pro rata share of the limit described in paragraph **a.** above.

A person's pro rata share is the proportion that person's damages bear to the total damages sustained by all **insureds**.

**2.**   If the **bodily injury** is sustained by any **insured**, other than the individual **named insured** or any **family member**, in an **accident** in which neither such **named insured** nor any **family member** sustained **bodily injury**, the Limit Of Liability shown in the Schedule or Declarations for this coverage is our maximum limit of liability for all damages resulting from any such **accident**.

**3.**   No one will be entitled to receive duplicate payments for the same elements of **loss** under this policy, any Liability Coverage form, or any Medical Payments Coverage endorsement or Uninsured Motorists Coverage endorsement attached to this policy.

**4.**   We will not make duplicate payment under this coverage for any element of **loss** for which payment has been made by or for anyone who is legally responsible.

**5.**   We will reduce the **insured's** total damages by any amount available to that **insured** under any liability bonds or policies applicable to the **underinsured motor vehicle** that such **insured** did not recover as a result of a settlement between that **insured** and the insurer of an **underinsured motor vehicle**. However, any reduction of the **insured's** total damages will not reduce the limit of liability for this coverage. This paragraph shall not apply if we advance payment to the **insured** in an amount equal to the tentative settlement with the insurer of the **underinsured motor vehicle**.

**6.**   We will not pay for any element of **loss** if a person is entitled to receive payments for the same element of **loss** under any worker's compensation, disability benefits or similar law.

## CHANGES IN CONDITIONS

The conditions of the policy are changed for Kentucky Uninsured Motorists Coverage as follows:

**SECTION IV – CONDITIONS**, A. Action Against Us is deleted and replaced by the following:

**A.   Action Against us**
No one may bring action against us under this policy until there has been full compliance with all the terms of this policy.

Any action against us under this policy must be brought within two (2) years after the date of the **accident**. However, this time limitation does not apply to an **insured** if, within two (2) years after the date of the **accident**, we and the **insured** agree to arbitration in accordance with this endorsement.

Under **SECTION IV – CONDITIONS**, G. Duties In The Event Of Accident, Claim, Suit Or Loss, the following is added:

A person seeking Underinsured Motorists Coverage must also promptly notify us in writing by certified or registered mail of a tentative settlement between the **insured** and the insurer of the **underinsured motor vehicle** and allow us to advance payment to that **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification to preserve our rights against the insurer, owner or operator of such **underinsured motor vehicle**.

Under **SECTION IV – CONDITIONS**, L. Other Insurance, reference to "other collectible insurance" applies only to other collectible uninsured motorists insurance.

Under **SECTION IV – CONDITIONS**, L. Other Insurance, the following is added:

Any insurance we provide with respect to a vehicle owned by the **named insured** or, if the **named insured** is an individual, any **family member**, that is not a covered **auto** for Underinsured Motorists Coverage under this policy, shall be excess over any other collectible underinsured motorists insurance providing coverage on a primary basis.

Under **SECTION IV – CONDITIONS**, P. Transfer Of Rights Of Recovery Against Others To Us, the following is added:

Our rights do not apply under this provision with respect to Underinsured Motorists Coverage if we:
**1.**   Have been given prompt written notice by certified or registered mail of a tentative settlement between the **insured** and the insurer of an **underinsured motor vehicle**; and
**2.**   Fail to advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.

If we advance payment to an **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification:
**1.**   That payment will be separate from any amount the **insured** is entitled to recover under the provisions of Underinsured Motorists Coverage; and
**2.**   We also have the right to recover the advanced payment.
In any recovery, we will be entitled to payment only after the **insured** has been fully compensated.

Under **SECTION IV – CONDITIONS**, the following condition is added with regard to Underinsured Motorists Coverage:

**Arbitration**

If we and an **insured** disagree whether the **insured** is legally entitled to recover damages from the owner or driver of an **uninsured motor vehicle** or do not agree as to the amount of damages that are recoverable by that **insured**, then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expense of the third arbitrator equally.

Unless both parties agree otherwise, arbitration will take place in the county in which the **insured** lives. Local rules of law as to arbitration procedure and evidence will apply. Any decision agreed to by two of the arbitrators will be binding.

The **insured** will not be required to arbitrate disputed claims.

Under **SECTION V – DEFINITIONS**, the following definitions are added as used in this endorsement:

**Family member** means a person related to an individual **named insured** by blood, marriage or adoption who is a resident of such **named insured's** household, including a ward or foster child.

**Occupying** means in, upon, getting in, on, out or off.

**Underinsured motor vehicle** means a land motor vehicle or **trailer** to which a liability bond or policy applies at the time of an **accident**, but the amount paid for **bodily injury** under that bond or policy to the **insured** is not enough to pay the full amount the **insured** is legally entitled to recover as damages.

However, **underinsured motor vehicle** does not include any vehicle:

1.  Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law;

2.  Owned by a furnished or available for the regular use of you or any **family member**;

3.  To which a **bodily injury** liability bond or policy applies at the time of the **accident**, but its limits for **bodily injury** liability is less than the minimum limit for **bodily injury** liability specified by the financial responsibility law of the state in which the covered **auto** is principally garaged; or

4.  Designed for use mainly off public roads while not on public roads.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 3

FARI0277E-0319

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## ARKANSAS UNINSURED MOTORISTS COVERAGE ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF ARKANSAS. PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement. This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** DoorDash, Inc. |
| **Endorsement Effective Date:** 09/01/2020 |

| SCHEDULE | | |
|---|---|---|
| **Limit Of Insurance:** | $250,000 CSL with $250,000 Deductible | **Each Accident** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

## COVERAGE

We will pay all sums the **insured** is legally entitled to recover as compensatory damages from the owner or driver of an **uninsured motor vehicle**. The damages must result from **bodily injury** sustained by the **insured** caused by an **accident**. The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the **uninsured motor vehicle**.

Any judgment for damages arising out of a **suit** brought without our written consent is not binding on us.

## WHO IS AN INSURED

If the **named insured** is designated in the Declarations as:
1. An individual, then the following are **insureds**:
   a. The **named insured** and any **family members**.
   b. Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   c. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.
2. A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:
   a. Anyone **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   b. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

## EXCLUSIONS

This insurance does not apply to any of the following:

1. Any claim settled without our consent.
2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.
3. **Bodily injury** sustained by:
   a. An individual **named insured** while **occupying** or when struck by any vehicle owned by that **named insured** that is not a covered **auto** for Uninsured Motorists Coverage under this policy;
   b. Any **family member** while **occupying** or when struck by any vehicle owned by that **family member** that is not a covered **auto** for Uninsured Motorists Coverage under this policy; or
   c. Any **family member** while **occupying** or when struck by any vehicle owned by the **named insured** that is insured for Uninsured Motorists coverage on a primary basis under any other policy or coverage form.
4. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.
5. Punitive or exemplary damages that are imposed by a court of law to:
   a. Punish the wrongdoer; and
   b. Deter others from similar conduct.
6. **Bodily injury** arising directly or indirectly out of:
   a. War, including undeclared or civil war;
   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 1

FARI0284E-0419

c.   Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

### LIMITS OF INSURANCE

1.   Regardless of the number of covered **autos**, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for all damages resulting from any one **accident** is the Limit Of Uninsured Motorists Insurance shown in the Schedule or Declarations.

2.   No one will be entitled to receive duplicate payments for the same elements of **loss** under this policy, any Liability Coverage form, or any Medical Payments Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this policy.

   We will not make duplicate payment under this coverage for any element of **loss** for which payment has been made by or for anyone who is legally responsible.

   We will not pay for any element of **loss** if a person is entitled to receive payments for the same element of **loss** under any worker's compensation, disability benefits or similar law.

### CHANGES IN CONDITIONS

The conditions of the policy are changed for Uninsured Motorists Coverage as follows:

Under **SECTION IV – CONDITIONS, G. Duties In The Event Of Accident, Claim, Suit Or Loss**, the following duties are added:

   Promptly notify the police if a hit-and-run driver is involved; and

   Promptly send us copies of the legal papers if a **suit** is brought.

**SECTION IV – CONDITIONS, L. Other Insurance** is deleted and replaced by the following:

**L.   Other Insurance**
   If there is other applicable insurance available under one or more policies or provisions of coverage:
   1.   The maximum recovery under all policies or coverage forms combined may equal but not exceed the highest applicable limit for any one vehicle under any policy or coverage form providing coverage on either a primary or excess basis.
   2.   Any insurance we provide with respect to a vehicle the **named insured** does not own shall be excess over any other collectible uninsured motorists insurance providing coverage on a primary basis.
   3.   If the coverage under this policy is provided:

   a.   On a primary basis, we will pay only our share of the **loss** that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.
   b.   On an excess basis, we will pay only our share of the **loss** that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

Under **SECTION IV – CONDITIONS, P. Transfer Of Rights Of Recovery Against Others To Us**, the following is added:

   If we make any payment and the **insured** recovers from another party, the **insured** shall hold the proceeds in trust for us and pay us back the amount we have paid.

Under **SECTION IV – CONDITIONS**, the following condition is added with regard to Uninsured Motorists Coverage:

   **Arbitration**
   1.   If we and an **insured** disagree whether the **insured** is legally entitled to recover damages from the owner or driver of an **uninsured motor vehicle** or do not agree as to the amount of damages that are recoverable by that **insured**, then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. However, arbitration will take place only if both we and the **insured** agree, voluntarily, to have the matter arbitrated. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.
   2.   Unless both parties agree otherwise, arbitration will take place in the county in which the **insured** lives. Local rules of law as to arbitration procedure and evidence will apply. Any decision of the arbitrators will not be binding on either party.

Under **SECTION V – DEFINITIONS**, the following definitions are added as used in this endorsement:

**Family member** means a person related to an individual **named insured** by blood, marriage or adoption who is a resident of such **named insured's** household, including a ward or foster child.

**Occupying** means in, upon, getting in, on, out or off.

**Uninsured motor vehicle** means a land motor vehicle or **trailer**:
1.   For which no liability bond or policy at the time of an **accident** provides at least the amounts required by the applicable law where a covered **auto** is principally garaged;
2.   For which an insuring or bonding company denies coverage or is or becomes insolvent; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FARI0284E-0419                                                                                                          Page 2

**3.** That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must hit an **insured**, a covered **auto** or a vehicle an **insured** is **occupying**.

However, **uninsured motor vehicle** does not include any vehicle:
**1.** Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law; or

**2.** Designed for use mainly off public roads while not on public roads.


**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 3

FARI0284E-0419

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## ARKANSAS UNDERINSURED MOTORISTS COVERAGE ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF ARKANSAS. PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement. This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** DoorDash, Inc. |
| **Endorsement Effective Date:** 09/01/2020 |

| SCHEDULE | |
|---|---|
| **Limit Of Insurance:** | $250,000 CSL with $250,000 Deductible **Each Accident** |

| |
|---|
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

## COVERAGE

We will pay all sums the **insured** is legally entitled to recover as compensatory damages from the owner or driver of an **underinsured motor vehicle**. The damages must result from **bodily injury** sustained by the **insured** caused by an **accident**. The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the **underinsured motor vehicle**.

With respect to damages resulting from an **accident** with an **underinsured motor vehicle**, we will pay under this coverage only if paragraph **1.** or **2.** below applies:

1. The limit of any applicable liability bonds or policies has been exhausted by payment of judgments or settlements; or
2. A tentative settlement has been made between an **insured** and the insurer of the **underinsured motor vehicle** and we:
   a. Have been given prompt written notice of such tentative settlement; and
   b. Advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.

   However, this paragraph **2.** does not apply if the **underinsured motor vehicle** is insured by us for Covered Autos Liability Coverage.

Any judgment for damages arising out of a **suit** brought without our written consent is not binding on us.

## WHO IS AN INSURED

If the **named insured** is designated in the Declarations as:
1. An individual, then the following are **insureds**:
   a. The **named insured** and any **family members**.
   b. Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.

   c. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.
2. A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:
   a. Anyone **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   b. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

## EXCLUSIONS

This insurance does not apply to any of the following:

1. Any claim settled without our consent. However, this exclusion does not apply to a settlement made with the insurer of an **underinsured motor vehicle**.

2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

3. **Bodily injury** sustained by:
   a. An individual **named insured** while **occupying** or when struck by any vehicle owned by that **named insured** that is not a covered **auto** for Underinsured Motorists Coverage under this policy;
   b. Any **family member** while **occupying** or when struck by any vehicle owned by that **family member** that is not a covered **auto** for Underinsured Motorists Coverage under this policy; or
   c. Any **family member** while **occupying** or when struck by any vehicle owned by the **named insured** that is insured for Underinsured Motorists coverage on a primary basis under any other policy or coverage form.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FARI0286E-0419

4. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

5. Punitive or exemplary damages that are imposed by a court of law to:
   a. Punish the wrongdoer; and
   b. Deter others from similar conduct.

6. **Bodily injury** arising directly or indirectly out of:
   a. War, including undeclared or civil war;
   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

### LIMITS OF INSURANCE

1. Regardless of the number of covered **autos**, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for all damages resulting from any one **accident** is the Limit Of Underinsured Motorists Insurance shown in the Schedule or Declarations.

2. No one will be entitled to receive duplicate payments for the same elements of **loss** under this policy, any Liability Coverage form, or any Medical Payments Coverage endorsement or Uninsured Motorists Coverage endorsement attached to this policy.

   We will not make duplicate payment under this coverage for any element of **loss** for which payment has been made by or for anyone who is legally responsible.

   We will not pay for any element of **loss** if a person is entitled to receive payments for the same element of **loss** under any worker's compensation, disability benefits or similar law.

### CHANGES IN CONDITIONS

The conditions of the policy are changed for Underinsured Motorists Coverage as follows:

Under **SECTION IV – CONDITIONS**, G. Duties In The Event Of Accident, Claim, Suit Or Loss, the following duties are added:

   Promptly notify the police if a hit-and-run driver is involved; and

   Promptly send us copies of the legal papers if a **suit** is brought.

A person seeking Underinsured Motorists Coverage must also promptly notify us, in writing, by certified mail return receipt requested, of a tentative settlement between the **insured** and the insurer of the **underinsured motor vehicle** and allow us 30 days to advance payment to that **insured** in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such **underinsured motor vehicle**.

Written notice of a tentative settlement must include:
   a. Written documentation of monetary losses incurred, including copies of all medical bills;
   b. Written authorization or a court order authorizing us to obtain medical reports from all employers and medical providers; and
   c. Written confirmation from the insurer of the **underinsured motor vehicle** of the Liability Coverage limits of the owner or operator of the **underinsured motor vehicle**.

However, this paragraph does not apply if the **underinsured motor vehicle** is insured by us for Covered Autos Liability Coverage.

**SECTION IV – CONDITIONS**, L. Other Insurance is deleted and replaced by the following:

L. **Other Insurance**
   If there is other applicable insurance available under one or more policies or provisions of coverage:
   1. The maximum recovery under all policies or coverage forms combined may equal but not exceed the highest applicable limit for any one vehicle under any policy or coverage form providing coverage on either a primary or excess basis.
   2. Any insurance we provide with respect to a vehicle the **named insured** does not own shall be excess over any other collectible underinsured motorists insurance providing coverage on a primary basis.
   3. If the coverage under this policy is provided:
      a. On a primary basis, we will pay only our share of the **loss** that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.
      b. On an excess basis, we will pay only our share of the **loss** that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

Under **SECTION IV – CONDITIONS**, P. Transfer Of Rights Of Recovery Against Others To Us, the following is added:

   If we make any payment and the **insured** recovers from another party, the **insured** shall hold the proceeds in trust for us and pay us back the amount we have paid.

   Our rights do not apply under this provision with respect to Underinsured Motorists Coverage if:

1. The **underinsured motor vehicle** is insured by us for Covered Autos Liability Coverage; or
2. The **underinsured motor vehicle** is not insured by us for Covered Autos Liability Coverage and we:
   a. Have been given prompt written notice by certified mail return receipt requested of a tentative settlement between an **insured** and the insurer of an **underinsured motor vehicle**; and
   b. Fail to advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.

If we advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification:

1. That payment will be separate from any amount the **insured** is entitled to recover under the provisions of Underinsured Motorists Coverage; and
2. We also have a right to recover the advanced payment.

Under **SECTION IV – CONDITIONS**, the following condition is added with regard to Uninsured Motorists Coverage:

### Arbitration

1. If we and an **insured** disagree whether the **insured** is legally entitled to recover damages from the owner or driver of an **uninsured motor vehicle** or do not agree as to the amount of damages that are recoverable by that **insured**, then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. However, arbitration will take place only if both we and the **insured** agree, voluntarily, to have the matter arbitrated. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

2. Unless both parties agree otherwise, arbitration will take place in the county in which the **insured** lives. Local rules of law as to arbitration procedure and evidence will apply. Any decision of the arbitrators will not be binding on either party.

Under **SECTION V – DEFINITIONS**, the following definitions are added as used in this endorsement:

**Family member** means a person related to an individual **named insured** by blood, marriage or adoption who is a resident of such **named insured's** household, including a ward or foster child.

**Occupying** means in, upon, getting in, on, out or off.

**Underinsured motor vehicle** means a land motor vehicle or **trailer** for which the sum of all liability bonds or policies at the time of an **accident** provides a limit that is less than the amount an **insured** is legally entitled to recover as damages caused by the **accident**.

However, **underinsured motor vehicle** does not include any vehicle:

1. Owned or operated by a self-insurer under any applicable motor vehicle law; or
2. Designed for use mainly off public roads while not on public roads.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FARI0286E-0419                    Page 3

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## IOWA UNINSURED AND UNDERINSURED MOTORISTS COVERAGE ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF IOWA. PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement. This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** DoorDash, Inc. |
| **Endorsement Effective Date:** 09/01/2020 |

### SCHEDULE

| | |
|---|---|
| **Limit Of Insurance:** | $250,000 CSL with $250,000 Deductible  **Each Accident** |

The definition of **uninsured motor vehicle** in this endorsement applies in its entirety unless an X is entered below:

☐ If an X is entered in this box, paragraph **2.** of the definition of **uninsured motor vehicle** does not apply.

☐ If an X is entered in this box, only paragraph **2.** of the definition of **uninsured motor vehicle** applies.

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

## COVERAGE

We will pay all sums the **insured** is legally entitled to recover as compensatory damages from the owner or driver of an **uninsured motor vehicle**. The damages must result from **bodily injury** caused by an **accident**. The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the **uninsured motor vehicle**.

With respect to damages resulting from an **accident** with a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle**, we will pay under the coverage selected under this endorsement only if paragraph **1.** or **2.** below applies:

1. The limit of any applicable liability bonds or policies have been exhausted by payment of judgments or settlements; or
2. A tentative settlement has been made between an **insured** and the insurer of the vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle** and we:
   a. Have been given prompt written notice of such tentative settlement; and
   b. Advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.

## WHO IS AN INSURED

If the **named insured** is designated in the Declarations as:

1. An individual, then the following are **insureds**:
   a. The **named insured** and any **family members**.

b. Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   c. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.
2. A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:
   a. Anyone **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   b. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

## EXCLUSIONS

This insurance does not apply to any of the following:

1. Any claim settled without our consent. However, this exclusion does not apply to a settlement made with the insurer of a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle**, in accordance with the procedure described in paragraph **2.** of **COVERAGE** above.
2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.
3. **Bodily injury** sustained by an individual **named insured** while **occupying** or when struck by any vehicle owned by that **named insured** which is not a covered **auto**.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FARI0295E-0519

Page 1

4. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.
5. Punitive or exemplary damage.
6. **Bodily injury** arising directly or indirectly out of:
   a. War, including undeclared or civil war;
   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

### LIMITS OF INSURANCE

1. Regardless of the number of covered **autos**, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for all damages resulting from any one **accident** is the Limit Of Insurance for Uninsured And Underinsured Motorists Coverage shown in the Schedule or Declarations.

2. With respect to damages resulting from an **accident** with an **uninsured motor vehicle**, as defined in paragraphs **1.**, **2.** and **3.** of the definition of **uninsured motor vehicle**, the Limit of Insurance shall be reduced by:
   a. All sums paid or payable under any workers' compensation, disability benefits or similar law; and
   b. All sums paid by or for anyone who is legally responsible, including all sums paid under this policy's Covered Autos Liability Coverage.

3. No one will be entitled to receive duplicate payments for the same elements of **loss** under this policy and any Liability Coverage form.

   We will not make a duplicate payment under this coverage for any element of **loss** for which payment has been made by or for anyone who is legally responsible.

   We will not pay for any element of **loss** if a person is entitled to receive payments for the same element of **loss** under any worker's compensation, disability benefits or similar law.

### CHANGES IN CONDITIONS

The conditions of the policy are changed for Uninsured Motorists Coverage as follows:

**SECTION IV – CONDITIONS**, **A. Action Against Us** is deleted and replaced by the following:

A. **Action Against Us**
   No one may bring action against us under this policy until there has been full compliance with all the terms of this policy; and

Any action against us under this policy must be brought within two years after the date of the **accident**. However, this paragraph does not apply if, within two years after the date of the **accident**, the **insured** has filed an action for **bodily injury** against the owner or operator of a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle**, and such action is:
1. Filed in a court of competent jurisdiction; and
2. Not barred by the applicable state statute of limitations.
In the event the two-year time limitation identified in this condition does not apply, the applicable state statute of limitations will govern action against us under this policy.

Under **SECTION IV – CONDITIONS**, **G. Duties In The Event Of Accident, Claim, Suit Or Loss**, the following duties are added:

Promptly notify the police if a hit-and-run driver is involved; and

Promptly send us copies of the legal papers if a **suit** is brought.

A person seeking coverage from an insurer, owner or operator of a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle** must also promptly notify us in writing of a tentative settlement between the **insured** and the insurer and allow us to advance payment to that **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification to preserve our rights against the insurer, owner or operator of such vehicle.

**SECTION IV – CONDITIONS**, **L. Other Insurance** is deleted and replaced by the following:

L. **Other Insurance**
   If there is other applicable insurance available under one or more policies or provisions of coverage:
   1. The maximum recovery under all policies or coverage forms combined may equal but not exceed the highest applicable limit for any one vehicle under any policy or coverage form providing coverage on either a primary or excess basis.
   2. Any insurance we provide with respect to a vehicle the **named insured** does not own shall be excess over any other collectible uninsured or underinsured motorists insurance providing coverage on a primary basis.
   3. If the coverage under this policy is provided:
      a. On a primary basis, we will pay only our share of the **loss** that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

**b.** On an excess basis, we will pay only our share of the **loss** that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

**SECTION IV – CONDITIONS**, **P. Transfer Of Rights Of Recovery Against Others To Us** is deleted and replaced by the following:

**P.    Transfer Of Rights Of Recovery Against Others To Us**
With respect to paragraph **2.** of the definition of **uninsured motor vehicle**, if any person or organization to or for whom we make payment under this coverage has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after **accident** or **loss** to prejudice them.

If we make any payment and the **insured** recovers from another party, the **insured** shall hold the proceeds in trust for us and pay us back the amount we have paid, less our pro rata share of expenses incurred in recovering those damages. However, with respect to paragraph **2.** of the definition of **uninsured motor vehicle**, we shall be entitled to recovery only after the **insured** has been fully compensated for damages.

Our rights do not apply under this provision with respect to damages caused by an **accident** with a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle** if we:
**1.**    Have been given prompt written notice of a tentative settlement between an **insured** and the insurer of a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle**; and
**2.**    Fail to advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.
   If we advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification:

**a.**    That payment will be separate from any amount the **insured** is entitled to recover under the provisions of Uninsured Motorists Coverage; and
**b.**    We also have a right to recover the advance payment.

Under **SECTION V – DEFINITIONS**, the following definitions are added as used in this endorsement:

**Family member** means a person related to an individual **named insured** by blood, marriage or adoption who is a resident of such **named insured's** household, including a ward or foster child.

**Occupying** means in, upon, getting in, on, out or off.

**Uninsured motor vehicle** means a land motor vehicle or **trailer**:
**1.**    For which no liability bond or policy at the time of an **accident** provides at least the amounts required by the Iowa Motor Vehicle and Safety Responsibility Act; or
**2.**    That is an underinsured motor vehicle. An underinsured motor vehicle is a land motor vehicle or **trailer** for which the sum of all liability bonds or policies at the time of the **accident** do not provide at least the amount an **insured** is legally entitled to recover as damages resulting from **bodily injury** caused by the **accident**;
**3.**    For which an insuring or bonding company denies coverage or is or becomes insolvent; or
**4.**    That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must hit an **insured**, a covered **auto** or a vehicle an **insured** is **occupying**.

However, **uninsured motor vehicle** does not include any vehicle:
**1.**    Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law;
**2.**    Owned by a governmental unit or agency; or
**3.**    Designed for use mainly off public roads while not on public roads.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME.**

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## NEW HAMPSHIRE UNINSURED MOTORISTS COVERAGE ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF NEW HAMPSHIRE. PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement. This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** DoorDash, Inc. |
| **Endorsement Effective Date:** 09/01/2020 |

### SCHEDULE

| |
|---|
| **Limit Of Insurance:**  $250,000 CSL with $250,000 Deductible  **Each Accident** |
| |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

## COVERAGE

We will pay all sums the **insured** is legally entitled to recover as compensatory damages from the owner or driver of an **uninsured motor vehicle**. The damages must result from **bodily injury** sustained by the **insured** caused by an **accident**. The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the **uninsured motor vehicle**.

Uninsured Motorists Coverage also applies to damages an **insured** is legally entitled to recover from the owner or driver of a motor vehicle to which a **property damage** liability policy applies at the time of the **accident**. However, this applies only when the insuring or bonding company is unable to pay the limits of its **property damage** coverage because of insolvency.

The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the **uninsured motor vehicle**.

With respect to damages resulting from an **accident** with a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle**, we will pay under this coverage only if paragraph **1.** or **2.** below applies:

1. The limit of any applicable liability bonds or policies has been exhausted by payment of judgments or settlements; or
2. A tentative settlement has been made between an **insured** and the insurer of the vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle** and we:
   a. Have been given prompt written notice of such tentative settlement; and
   b. Advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.

Any judgment for damages arising out of a **suit** brought without our written consent is not binding on us.

## WHO IS AN INSURED

If the **named insured** is designated in the Declarations as:
1. An individual, then the following are **insureds**:
   a. The **named insured** and any **family members**.
   b. Anyone else **occupying** an **insured motor vehicle** or a temporary substitute for an **insured motor vehicle**. The **insured motor vehicle** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   c. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.
2. A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:
   a. Anyone **occupying** an **insured motor vehicle** or a temporary substitute for an **insured motor vehicle**. The **insured motor vehicle** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   b. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.
   c. The **named insured** for **property damage** only.

## EXCLUSIONS

This insurance does not apply to any of the following:

1. Any claim settled without our consent. However, this exclusion does not apply to a settlement made with the insurer of a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle**, in accordance with the procedure described in item **2.** of the second paragraph under **COVERAGE** above.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FARI0304E-0919
Page 1

**2.** The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

**3.** The direct or indirect benefit of any insurer of property.

**4.** Anyone using a vehicle without a reasonable belief that the person is entitled to do so. This exclusion does not apply to a **family member** using the **insured motor vehicle** which is owned by the **named insured**.

**5.** Punitive or exemplary damages.

**6.** **Bodily injury** sustained by:

   **a.** The **named insured** while **occupying** or when struck by any vehicle owned by the **named insured** that is not an **insured motor vehicle** for Uninsured Motorists Coverage under this policy;

   **b.** Any **family member** while **occupying** or when struck by any vehicle owned by that **family member** that is not an **insured motor vehicle** for Uninsured Motorists Coverage under this policy; or

   **c.** Any **family member** while **occupying** or when struck by any vehicle owned by the **named insured** that is insured for Uninsured Motorists Coverage on a primary basis under any other policy or coverage form.

   **d.** The following **insureds**:

     **(1)** The **named insured** or any **family member**:

       **(a)** While that **insured** is operating any **auto**; and

       **(b)** While that **insured's** driver's license is suspended or revoked.

     **(2)** Any other **insured**:

       **(a)** While operating an **insured motor vehicle**; and

       **(b)** While that **insured's** driver's license is suspended or revoked.

   However, this exclusion does not apply if the suspension or revocation can be directly attributed to our failure to file the necessary certification material with the director of the division of motor vehicles.

**7.** **Bodily injury** or **property damage** arising directly or indirectly out of:

   **a.** War, including undeclared or civil war;

   **b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   **c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## LIMITS OF INSURANCE

**1.** Regardless of the number of **insured motor vehicles**, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for all damages resulting from **bodily injury** sustained in any one **accident** is the Bodily Injury Limit Of Insurance for Uninsured Motorists Coverage shown in the Schedule or Declarations.

Regardless of the number of **insured motor vehicles**, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for all **property damage** resulting from any one **accident** is the limit of liability required by the New Hampshire Financial Responsibility Law.

The coverage limit for Uninsured And Underinsured Motorists Coverage applies separately to damages caused by an **accident** with an **uninsured motor vehicle** and an **underinsured motor vehicle**.

**2.** No one will be entitled to receive duplicate payments for the same elements of **loss** under this policy and any Liability Coverage form, Medical Payments Coverage endorsement, Underinsured Motorists Coverage endorsement or Uninsured Motorists Coverage endorsement. This provision does not apply if duplicate payments for Uninsured Motorists Coverage are also provided for the same elements of **loss** under Medical Payments Coverage.

We will not make a duplicate payment under this coverage for any element of **loss** for which payment has been made by or for anyone who is legally responsible.

We will not pay for any element of **loss** if a person is entitled to receive payment for the same element of **loss** under any workers' compensation, disability benefits or similar law.

Uninsured Motorists Coverage for **property damage** is excess to any other collectible coverage.

**3.** Any amount payable for **property damage** under this insurance will not reduce the limit of insurance applicable to an **insured** for **bodily injury** under this insurance.

## CHANGES IN CONDITIONS

The conditions of the policy are changed for Uninsured Motorists Coverage as follows:

Under **SECTION IV – CONDITIONS**, **G. Duties In The Event Of Accident, Claim, Suit Or Loss**, the following duties are added:

Promptly notify the police if a hit-and-run driver is involved; and

Promptly send us copies of the legal papers if a **suit** is brought.

A person seeking coverage from an insurer, owner or operator of a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle** must also promptly notify us in writing of a tentative settlement between the **insured** and the insurer and allow us to advance payment to that **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification to preserve our rights against the insurer, owner or operator of such vehicle.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 2

FARI0304E-0919

**SECTION IV – CONDITIONS**, **L. Other Insurance** is deleted and replaced by the following:

**L.    Other Insurance**
If there is other applicable insurance available under one or more policies or provisions of coverage:
1.  The maximum recovery under all policies or coverage forms combined may equal but not exceed the highest applicable limit for any one vehicle under any policy or coverage form providing coverage on either a primary or excess basis.
2.  Any insurance we provide with respect to a vehicle the **named insured** does not own shall be excess over any other collectible uninsured motorists insurance providing coverage on a primary basis.
3.  If the coverage under this policy is provided:
    a.  On a primary basis, we will pay only our share of the **loss** that must be paid under insurance providing coverage on a primary basis.  Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.
    b.  On an excess basis, we will pay only our share of the **loss** that must be paid under insurance providing coverage on an excess basis.  Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

**SECTION IV – CONDITIONS**, **P. Transfer Of Rights Of Recovery Against Others To Us** is deleted and replaced by the following:

**P.    Transfer Of Rights Of Recovery Against Others To Us**
If we make any payment and the **insured** recovers from another party, the **insured** shall hold the proceeds in trust for us and pay us back the amount we have paid.  Our rights do not apply under this provision with respect to damages caused by an **accident** with a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle** if we:
1.  Have been given prompt written notice of a tentative settlement between an **insured** and the insurer of a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle**; and
2.  Fail to advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.

If we advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification:
1.  That payment will be separate from any amount the **insured** is entitled to recover under the provisions of this coverage; and
2.  We also have a right to recover the advance payment.

Under **SECTION IV – CONDITIONS**, the following condition is added with regard to Uninsured Motorists Coverage:

**Arbitration**
If we and an **insured** disagree whether the **insured** is legally entitled to recover damages from the owner or driver of an **uninsured motor vehicle** or do not agree as to the amount of damages, then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated.  Both parties must agree to arbitration.  If so agreed, each party will select an arbitrator.  The two arbitrators will select a third.  If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.    However, the **insured** will not be required to advance the expenses of arbitration.

Unless both parties agree otherwise, arbitration will take place in the county in which the **insured** lives.  Local rules of law as to arbitration procedure and evidence will apply.  A decision agreed to by two of the arbitrators will be binding subject to a party's statutory right to judicial relief under the law.

Under **SECTION V – DEFINITIONS**, the following definitions are added as used in this endorsement:

**Family member** means a person related to the individual **named insured** by blood, marriage or adoption who is a resident of such **named insured's** household, including a ward or foster child.

**Insured motor vehicle** means a self-propelled vehicle, **trailer** or semitrailer for which the **named insured** has purchased Uninsured Motorists Coverage.  However, it does not include a farm tractor or crawler-type tractor or a vehicle operated exclusively upon stationary tracks.

**Occupying** means in, upon, getting in, on, out or off.

**Property damage** means physical injury to or destruction of:
1.  An **insured motor vehicle** which is registered or principally garaged in New Hampshire and which is owned by the **named insured** or, if the **named insured** is an individual, such **named insured's** spouse, if a resident of the **named insured's** household.
2.  Any property owned by the **named insured** or, if the **named insured** is an individual, any **family member**, which is contained in the **insured motor vehicle**.
3.  Any property owned by anyone else which is contained in the **insured motor vehicle** while the person is **occupying** the **insured motor vehicle**.

**Uninsured motor vehicle** means a land motor vehicle or **trailer**:
1.  For which no liability bond or policy applies at the time of an **accident**;
2.  That is an underinsured motor vehicle.  An underinsured motor vehicle is a land motor vehicle, **trailer** or semitrailer for which a liability bond or policy applies at the time of an **accident**, but its limit for **bodily injury** is either:
    a.  Less than the limit of liability for this coverage; or
    b.  Reduced by payments to others injured in the **accident** to an amount which is less than the limit of liability for this coverage;

3.  For which an insuring or bonding company denies coverage or is or becomes insolvent; or

4.  That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must:

    a.  Hit an **insured**, an **insured motor vehicle** or a vehicle an **insured** is **occupying**; or

    b.  Cause an **accident** resulting in **bodily injury** to an **insured** without hitting an **insured**, an **insured motor vehicle** or a vehicle an **insured** is **occupying**.

    If there is no physical contact with the hit-and-run vehicle, the facts of the **accident** must be corroborated by competent evidence other than the testimony of any person having a claim under this or any similar insurance as the result of such **accident**.

However, **uninsured motor vehicle** does not include any vehicle:

1.  Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law;

2.  Owned by a governmental unit or agency; or

3.  Designed for use mainly off public roads while not on public roads.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 4

FARI0304E-0919

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## NEW MEXICO UNINSURED MOTORISTS COVERAGE – NON-STACKED ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF NEW MEXICO. PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement. This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| | |
|---|---|
| **Named Insured:** DoorDash, Inc. | |
| **Endorsement Effective Date:** 09/01/2020 | |

| SCHEDULE | | |
|---|---|---|
| **Limit Of Insurance:** | $250,000 CSL with $250,000 Deductible | **Each Accident** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

## COVERAGE

We will pay all sums the **insured** is legally entitled to recover as compensatory damages from the owner or driver of an **uninsured motor vehicle** because of:
1. **Bodily injury** sustained by an **insured and** caused by an **accident**; or
2. **Property damage** caused by an **accident**.

The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the **uninsured motor vehicle**.

With respect to damages resulting from an **accident** with a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle**, we will pay under this coverage only if paragraph **1.** or **2.** below applies:
1. The limit of any applicable liability bonds or policies has been exhausted by payment of judgments or settlements; or
2. A tentative settlement has been made between an **insured** and the insurer of the vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle** and we:
   **a.** Have been given prompt written notice of such tentative settlement; and
   **b.** Advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.

Any judgment for damages arising out of a **suit** brought without our written consent is not binding on us.

## WHO IS AN INSURED

If the **named insured** is designated in the Declarations as:
1. An individual, then the following are **insureds**:
   **a.** The **named insured** and any **family members**.
   **b.** Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   **c.** Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.
2. A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:
   **a.** Anyone **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   **b.** Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.
   **c.** The **named insured** for **property damage** only.

## EXCLUSIONS

This insurance does not apply to any of the following:

1. Any claim settled without our consent, if the settlement prejudices our right to recover payment. However, this exclusion does not apply to a settlement made with the insurer of a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle**, in accordance with the procedure described in item **2.** of the second paragraph under **COVERAGE** above.
2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.
3. The direct or indirect benefit of any insurer of property.
4. The first $250 of the amount of **property damage** to the property of each **insured** as the result of any one **accident**.
5. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 1

FARI0311E-0919

6. **Property damage** for which the **insured** has been or is entitled to be compensated by other property or physical damage insurance.

7. **Bodily injury** or **property damage** arising directly or indirectly out of:

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## LIMITS OF INSURANCE

1. Regardless of the number of covered **autos**, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for all damages resulting from **bodily injury** sustained in any one **accident** is the Limit Of Insurance for Uninsured Motorists Coverage shown in the Schedule or Declarations.

2. No one will be entitled to receive duplicate payments for the same elements of **loss** under this policy and any Liability Coverage form or Medical Payments Coverage endorsement, Underinsured Motorists Coverage endorsement attached to this policy.

   We will not make a duplicate payment under this coverage for any element of **loss** for which payment has been made by or for anyone who is legally responsible.

3. With respect to damages resulting from an **accident** involving an underinsured motor vehicle, as described in paragraph **2.** of the **uninsured motor vehicle** definition, the Limit of Insurance shall be reduced by all sums paid by or for anyone who is legally responsible, including all sums paid under this policy's Covered Autos Liability Coverage.

4. We will not pay for a **loss** which is paid or payable under Physical Damage Coverage.

## CHANGES IN CONDITIONS

The conditions of the policy are changed for Uninsured Motorists Coverage as follows:

Under **SECTION IV – CONDITIONS**, **G. Duties In The Event Of Accident, Claim, Suit Or Loss**, the following duties are added:

Promptly notify the police if a hit-and-run driver is involved;

Promptly send us copies of the legal papers if a **suit** is brought; and

A person seeking coverage from an insurer, owner or operator of a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle** must also notify us in writing of a tentative settlement between the **insured** and the insurer and allow us to advance payment to that **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification to preserve our rights against the insurer, owner or operator of such vehicle.

Under **SECTION IV – CONDITIONS**, **L. Other Insurance**, the following is added:

The reference to "other collectible insurance" applies only to other collectible uninsured motorists insurance.

Any insurance we provide with respect to a vehicle owned by the **named insured** or, if the **named insured** is an individual, any **family member** that is not a covered **auto** for Uninsured Motorists Coverage under this policy, shall be excess over any other collectible uninsured motorists insurance providing coverage on a primary basis.

Under **SECTION IV – CONDITIONS**, **P. Transfer Of Rights Of Recovery Against Others To Us**, the following is added:

If we make any payment and the **insured** recovers from another party, the **insured** shall hold the proceeds in trust for us and pay us back the amount we have paid.

Our rights do not apply under this provision with respect to damages caused by an **accident** with a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle** if we:

1. Have been given prompt written notice of a tentative settlement between an **insured** and the insurer of a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle**; and

2. Fail to advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.

If we advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification:

1. That payment will be separate from any amount the **insured** is entitled to recover under the provisions of this coverage; and

2. We also have a right to recover the advance payment.

Under **SECTION IV – CONDITIONS**, the following condition is added with regard to Uninsured Motorists Coverage:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 2

**Arbitration**

If we and an **insured** disagree whether the **insured** is legally entitled to recover damages from the owner or driver of an **uninsured motor vehicle** or do not agree as to the amount of damages that are recoverable by that **insured**, then the matter may be arbitrated. However, disputes concerning whether there is coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally, unless the arbitration costs are awarded to the prevailing party by the arbitrators.

Unless both parties agree otherwise, arbitration will take place in the county in which the **insured** lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

Under **SECTION V – DEFINITIONS**, the following definitions are added as used in this endorsement:

**Family member** means a person related to the individual **named insured** by blood, marriage or adoption who is a resident of such **named insured's** household, including a ward or foster child.

**Occupying** means in, upon, getting in, on, out or off.

**Property damage** means physical injury to or destruction of:

1. A covered **auto**;
2. Property owned by the **named insured** or, if the **named insured** is an individual; or
3. Property contained in a covered **auto** and owned by anyone else **occupying** the covered **auto**.

**Uninsured motor vehicle** means a land motor vehicle or **trailer**:

1. For which no liability bond or policy at the time of an **accident** provides at least the amounts required by the applicable law where a covered **auto** is principally garaged;
2. That is an underinsured motor vehicle. An underinsured motor vehicle is a motor vehicle or **trailer** for which the sum of all liability bonds or policies at the time of an **accident** provides at least the amounts required by the applicable law where a covered **auto** is garaged, but their limits are less than the sum of the limits of this coverage applicable to the **insured**;
3. For which an insuring or bonding company denies coverage or is or becomes insolvent; or
4. That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must:
    a. Hit an **insured**, a covered **auto** or a vehicle an **insured** is **occupying**; or
    b. Cause **bodily injury** or **property damage** with no physical contact with an **insured**, a covered **auto** or a vehicle the **insured** is **occupying** at the time of an **accident**.

However, **uninsured motor vehicle** does not include any vehicle:

1. Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law; or
2. Designed for use mainly off public roads while not on public roads.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 3

FARI0311E-0919

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## IDAHO UNINSURED MOTORISTS COVERAGE ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF IDAHO. PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement. This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** DoorDash, Inc. |
| **Endorsement Effective Date:** 09/01/2020 |

### SCHEDULE

| Limit Of Insurance: | $250,000 CSL with $250,000 Deductible | **Each Accident** |
|---|---|---|

| |
|---|
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

## COVERAGE

We will pay all sums the **insured** is legally entitled to recover as compensatory damages from the owner or driver of an **uninsured motor vehicle**. The damages must result from **bodily injury** sustained by the **insured** caused by an **accident**. The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the **uninsured motor vehicle**.

Any judgment for damages arising out of a **suit** brought without our written consent is not binding on us.

### WHO IS AN INSURED

If the **named insured** is designated in the Declarations as:

1. An individual, then the following are **insureds**:
   a. The **named insured** and any **family members**.
   b. Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   c. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.
2. A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:
   a. Anyone **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   b. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

## EXCLUSIONS

This insurance does not apply to any of the following:

1. Any claim settled without our consent, if the settlement or judgment prejudices our right to recover payment.
2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.
3. Any **insured** using a vehicle without a reasonable belief that the person is entitled to do so.
4. Punitive or exemplary damages.
5. **Bodily injury** sustained by:
   a. An individual **named insured** while **occupying** or when struck by any vehicle owned by that **named insured** that is not a covered **auto** for Uninsured Motorists Coverage under this policy;
   b. Any **family member** while **occupying** or when struck by any vehicle owned by that **family member** that is not a covered **auto** for Uninsured Motorists Coverage under this policy; or
   c. Any **family member** while **occupying** or when struck by any vehicle owned by the **named insured** that is insured for Uninsured Motorists Coverage on a primary basis under any other policy or coverage form.
6. **Bodily injury** arising directly or indirectly out of:
   a. War, including undeclared or civil war;
   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 1

FARI0317E-0919

c.  Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

### LIMITS OF INSURANCE

1. Regardless of the number of covered **autos**, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for all damages resulting from any one **accident** is the Limit Of Insurance for Uninsured Motorists Coverage shown in the Schedule or Declarations.

2. No one will be entitled to receive duplicate payments for the same elements of **loss** under this policy and any Liability Coverage form, Medical Payments Coverage endorsement, Underinsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement.

   We will not make a duplicate payment under this coverage for any element of **loss** for which payment has been made by or for anyone who is legally responsible.

   We will not pay for any element of **loss** if a person is entitled to receive payment for the same element of **loss** under any workers' compensation, disability benefits or similar law.

### CHANGES IN CONDITIONS

The conditions of the policy are changed for Uninsured Motorists Coverage as follows:

Under **SECTION IV – CONDITIONS**, G. Duties In The Event Of Accident, Claim, Suit Or Loss, the following duties are added:

> Promptly notify the police if a hit-and-run driver is involved; and
>
> Promptly send us copies of the legal papers if a **suit** is brought.

**SECTION IV – CONDITIONS**, L. Other Insurance is deleted and replaced by the following:

L.  **Other Insurance**
    If there is other applicable insurance available under one or more policies or provisions of coverage:
    1.  The maximum recovery under all policies or coverage forms combined may equal but not exceed the highest applicable limit for any one vehicle under any policy or coverage form providing coverage on either a primary or excess basis.
    2.  Any insurance we provide with respect to a vehicle the **named insured** does not own shall be excess over any other collectible uninsured motorists insurance providing coverage on a primary basis.
    3.  If the coverage under this policy is provided:

a.  On a primary basis, we will pay only our share of the **loss** that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

b.  On an excess basis, we will pay only our share of the **loss** that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

Under **SECTION IV – CONDITIONS**, P. Transfer Of Rights Of Recovery Against Others To Us, the following is added:

> If we make any payment and the **insured** recovers from another party, the **insured** shall hold the proceeds in trust for us and pay us back the amount we have paid.

Under **SECTION IV – CONDITIONS**, the following condition is added with regard to Uninsured Motorists Coverage:

> **Arbitration**
> If we and an **insured** disagree whether the **insured** is legally entitled to recover damages from the owner or driver of an **uninsured motor vehicle** or do not agree as to the amount of damages that are recoverable by that **insured**, then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.
>
> Unless both parties agree otherwise, arbitration will take place in the county in which the **insured** lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

Under **SECTION V – DEFINITIONS**, the following definitions are added as used in this endorsement:

**Family member** means a person related to an individual **named insured** by blood, marriage or adoption who is a resident of such **named insured's** household, including a ward or foster child.

**Occupying** means in, upon, getting in, on, out or off.

**Uninsured motor vehicle** means a land motor vehicle or **trailer**:
1.  For which no liability bond or policy at the time of an **accident** provides at least the amounts required by the applicable law where a covered **auto** is principally garaged;
2.  For which an insuring or bonding company denies coverage or is or becomes insolvent; or
3.  That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must hit an **insured**, a covered **auto** or a vehicle an **insured** is **occupying**.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 2

FARI0317E-0919

However, **uninsured motor vehicle** does not include any vehicle:

1. Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law;

2. Owned by a governmental unit or agency; or

3. Designed for use mainly off public roads while not on public roads.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FARI0317E-0919

Page 3

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## IDAHO UNDERINSURED MOTORISTS COVERAGE ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF IDAHO. PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement. This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** DoorDash, Inc. |
| **Endorsement Effective Date:** 09/01/2020 |

### SCHEDULE

| | | |
|---|---|---|
| **Limit Of Insurance:** | $250,000 CSL with $250,000 Deductible | **Each Accident** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

## COVERAGE

We will pay all sums the **insured** is legally entitled to recover as compensatory damages from the owner or driver of an **underinsured motor vehicle**. The damages must result from **bodily injury** sustained by the **insured** caused by an **accident**. The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the **underinsured motor vehicle**.

Any judgment for damages arising out of a **suit** brought without our written consent is not binding on us.

## WHO IS AN INSURED

If the **named insured** is designated in the Declarations as:

1.  An individual, then the following are **insureds**:
    a.  The **named insured** and any **family members**.
    b.  Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
    c.  Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.
2.  A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:
    a.  Anyone **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
    b.  Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

## EXCLUSIONS

This insurance does not apply to any of the following:

1.  The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.
2.  Any **insured** using a vehicle without a reasonable belief that the person is entitled to do so.
3.  Punitive or exemplary damages.
4.  **Bodily injury** sustained by:
    a.  An individual **named insured** while **occupying** or when struck by any vehicle owned by that **named insured** that is not a covered **auto** for Underinsured Motorists Coverage under this policy;
    b.  Any **family member** while **occupying** or when struck by any vehicle owned by that **family member** that is not a covered **auto** for Underinsured Motorists Coverage under this policy; or
    c.  Any **family member** while **occupying** or when struck by any vehicle owned by the **named insured** that is insured for Underinsured Motorists Coverage on a primary basis under any other policy or coverage form.
6.  **Bodily injury** arising directly or indirectly out of:
    a.  War, including undeclared or civil war;
    b.  Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 1

FARI0319E-0919

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## LIMITS OF INSURANCE

1. Regardless of the number of covered **autos**, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for all damages resulting from any one **accident** is the Limit Of Insurance for Underinsured Motorists Coverage shown in the Schedule or Declarations.

2. No one will be entitled to receive duplicate payments for the same elements of **loss** under this policy and any Liability Coverage form, Medical Payments Coverage endorsement, Underinsured Motorists Coverage endorsement or Uninsured Motorists Coverage endorsement.

   We will not make a duplicate payment under this coverage for any element of **loss** for which payment has been made by or for anyone who is legally responsible.

   We will not pay for any element of **loss** if a person is entitled to receive payment for the same element of **loss** under any workers' compensation, disability benefits or similar law.

3. We will reduce the **insured's** total damages by any amount available to that **insured** under any **bodily injury** liability bonds or policies applicable to the **underinsured motor vehicle** that such **insured** did not recover as a result of a settlement between that **insured** and the insurer of an **underinsured motor vehicle**. However, any reduction of the **insured's** total damages will not reduce the limit of liability for this coverage.

## CHANGES IN CONDITIONS

The conditions of the policy are changed for Underinsured Motorists Coverage as follows:

Under **SECTION IV – CONDITIONS**, **G. Duties In The Event Of Accident, Claim, Suit Or Loss**, the following duties are added:

> Promptly notify the police if a hit-and-run driver is involved; and

> Promptly send us copies of the legal papers if a **suit** is brought.

> A person seeking Underinsured Motorists Coverage must also promptly notify us in writing of a tentative settlement between the **insured** and the insurer of the **underinsured motor vehicle** and allow us to advance payment to that **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification to preserve our rights against the insurer, owner or operator of such **underinsured motor vehicle**.

**SECTION IV – CONDITIONS**, **L. Other Insurance** is deleted and replaced by the following:

**L.    Other Insurance**
If there is other applicable insurance available under one or more policies or provisions of coverage:
1. The maximum recovery under all policies or coverage forms combined may equal but not exceed the highest applicable limit for any one vehicle under any policy or coverage form providing coverage on either a primary or excess basis.
2. Any insurance we provide with respect to a vehicle the **named insured** does not own shall be excess over any other collectible underinsured motorists insurance providing coverage on a primary basis.
3. If the coverage under this policy is provided:
   **a.** On a primary basis, we will pay only our share of the **loss** that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.
   **b.** On an excess basis, we will pay only our share of the **loss** that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

Under **SECTION IV – CONDITIONS**, **P. Transfer Of Rights Of Recovery Against Others To Us**, the following is added:

> If we make any payment and the **insured** recovers from another party, the **insured** shall hold the proceeds in trust for us and pay us back the amount we have paid.

> Our rights do not apply under this provision with respect to damages caused by an **accident** with an **underinsured motor vehicle** if we:
1. Have been given prompt written notice of a tentative settlement between an **insured** and the insurer of an **underinsured motor vehicle**; and
2. Fail to advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.
If we advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification:
1. That payment will be separate from any amount the **insured** is entitled to recover under the provisions of Underinsured Motorists Coverage; and
2. We also have a right to recover the advanced payment.

Under **SECTION IV – CONDITIONS**, the following condition is added with regard to Underinsured Motorists Coverage:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Arbitration**

If we and an **insured** disagree whether the **insured** is legally entitled to recover damages from the owner or driver of an **underinsured motor vehicle** or do not agree as to the amount of damages that are recoverable by that **insured**, then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

Unless both parties agree otherwise, arbitration will take place in the county in which the **insured** lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

Under **SECTION V – DEFINITIONS**, the following definitions are added as used in this endorsement:

**Family member** means a person related to an individual **named insured** by blood, marriage or adoption who is a resident of such **named insured's** household, including a ward or foster child.

**Occupying** means in, upon, getting in, on, out or off.

**Underinsured motor vehicle** means a land motor vehicle or **trailer** for which the sum of all liability bonds or policies at the time of an **accident** provides at least the amounts required by the applicable law where a covered **auto** is principally garaged but the sum is less than the Limit of Insurance of this coverage.

However, **underinsured motor vehicle** does not include any vehicle:

1. Owned by a governmental unit or agency; or
2. Designed for use mainly off public roads while not on public roads.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME.**

FARI0319E-0919

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 3

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## MONTANA UNINSURED MOTORISTS COVERAGE – NONSTACKED ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF MONTANA. PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement. This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

---

**Named Insured:** DoorDash, Inc.

**Endorsement Effective Date:** 09/01/2020

---

### SCHEDULE

| | | |
|---|---|---|
| **Limit Of Insurance:** | $250,000 CSL with $250,000 Deductible | **Each Accident** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

---

## COVERAGE

We will pay all sums the **insured** is legally entitled to recover as compensatory damages from the owner or driver of an **uninsured motor vehicle**. The damages must result from **bodily injury** sustained by the **insured** caused by an **accident**. The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the **uninsured motor vehicle**.

Any judgment for damages arising out of a **suit** brought without our written consent is not binding on us.

## WHO IS AN INSURED

If the **named insured** is designated in the Declarations as:

1. An individual, then the following are **insureds**:
   a. The **named insured** and any **family members**.
   b. Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   c. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.
2. A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:
   a. Anyone **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   b. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

## EXCLUSIONS

This insurance does not apply to any of the following:

1. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.
2. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.
3. Punitive or exemplary damages.
4. **Bodily injury** arising directly or indirectly out of:
   a. War, including undeclared or civil war;
   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## LIMITS OF INSURANCE

1. Regardless of the number of covered **autos**, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for all damages resulting from any one **accident** is the Limit Of Insurance for Uninsured Motorists Coverage shown in the Schedule or Declarations.
2. No one will be entitled to receive duplicate payments for the same elements of **loss** under this policy and any Liability Coverage form or Medical Payments Coverage endorsement attached to this policy.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 1

FARI0325E-0919

We will not make a duplicate payment under this coverage for any element of **loss** for which payment has been made by or for anyone who is legally responsible.

We will not pay for any element of **loss** if a person is entitled to receive payment for the same element of **loss** under any workers' compensation, disability benefits or similar law.

## CHANGES IN CONDITIONS

The conditions of the policy are changed for Uninsured Motorists Coverage as follows:

Under **SECTION IV – CONDITIONS**, **G. Duties In The Event Of Accident, Claim, Suit Or Loss**, the following duties are added:

> Promptly notify the police if a hit-and-run driver is involved; and

> Promptly send us copies of the legal papers if a **suit** is brought.

Under **SECTION IV – CONDITIONS**, **L. Other Insurance**, the following is added:

> Reference to "other collectible insurance" applies only to other collectible uninsured motorists insurance.

> Any insurance we provide with respect to a vehicle owned by the **named insured** or, if the **named insured** is an individual, any **family member**, that is not a covered **auto** for Uninsured Motorists Coverage under this policy, shall be excess over any other collectible uninsured motorists insurance providing coverage on a primary basis.

Under **SECTION IV – CONDITIONS**, **P. Transfer Of Rights Of Recovery Against Others To Us**, the following is added:

> If we make any payment and the **insured** recovers from another party, the **insured** shall hold the proceeds in trust for us and pay us back the amount we have paid.

Under **SECTION V – DEFINITIONS**, the following definitions are added as used in this endorsement:

**Family member** means a person related to an individual **named insured** by blood, marriage or adoption who is a resident of such **named insured's** household, including a ward or foster child.

**Occupying** means in, upon, getting in, on, out or off.

**Uninsured motor vehicle** means a land motor vehicle or **trailer**:
1. For which no liability bond or policy at the time of an **accident** provides at least the amounts required by the applicable law where a covered **auto** is principally garaged;
2. For which an insuring or bonding company denies coverage or is or becomes insolvent; or
3. That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must either:
   a. Hit an **insured**, a covered **auto** or a vehicle an **insured** is **occupying**; or
   b. Cause **bodily injury** with no physical contact with an **insured**, a covered **auto** or a vehicle an **insured** is **occupying** at the time of the **accident**, provided the facts of the **accident** can be corroborated by competent evidence which may include testimony, under oath, of any person having a claim under this or any similar insurance as a result of such **accident**.

However, **uninsured motor vehicle** does not include any vehicle:
1. Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law;
2. Owned by a governmental unit or agency; or
3. Designed for use mainly off public roads while not on public roads.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 2

FARI0325E-0919

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## MONTANA UNDERINSURED MOTORISTS COVERAGE – NONSTACKED ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF MONTANA. PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement. This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

---

**Named Insured:** DoorDash, Inc.

**Endorsement Effective Date:** 09/01/2020

---

| SCHEDULE | | |
|---|---|---|
| **Limit Of Insurance:** | $250,000 CSL with $250,000 Deductible | **Each Accident** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

## COVERAGE

We will pay all sums the **insured** is legally entitled to recover as compensatory damages from the owner or driver of an **underinsured motor vehicle**. The damages must result from **bodily injury** sustained by the **insured** caused by an **accident**. The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the **underinsured motor vehicle**.

We will pay under this coverage only if paragraph **1.** or **2.** below applies:

1. The limit of any applicable liability bonds or policies has been exhausted by payment of judgments or settlements; or
2. A tentative settlement has been made between an **insured** and the insurer of an **underinsured motor vehicle** and we:
   a. Have been given prompt written notice of such tentative settlement; and
   b. Advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.

Any judgment for damages arising out of a **suit** brought without our written consent is not binding on us.

## WHO IS AN INSURED

If the **named insured** is designated in the Declarations as:

1. An individual, then the following are **insureds**:
   a. The **named insured** and any **family members**.
   b. Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   c. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.
2. A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:
   a. Anyone **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   b. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

## EXCLUSIONS

This insurance does not apply to any of the following:

1. Any claim settled without our consent. However, this exclusion does not apply to a settlement made with the insurer of an **underinsured motor vehicle**, in accordance with the procedure described in **2.** of the **COVERAGE** section above.
2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.
3. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.
4. Punitive or exemplary damages.
5. With respect to damages resulting from an **accident** with an **underinsured motor vehicle**, **bodily injury** sustained by:
   a. An individual **named insured** while **occupying** or when struck by any vehicle owned by that **named insured** that is not a covered **auto** for Underinsured Motorists Coverage under this policy;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FARI0327E-0919                                    Page 1

**b.** Any **family member** while **occupying** or when struck by any vehicle owned by that **family member** that is not a covered **auto** for Underinsured Motorists Coverage under this policy; or

**c.** Any **family member** while **occupying** or when struck by any vehicle owned by the **named insured** that is insured for Underinsured Motorists Coverage on a primary basis under any other policy or coverage form.

**6.** **Bodily injury** arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## LIMITS OF INSURANCE

**1.** Regardless of the number of covered **autos**, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for all damages resulting from any one **accident** is the Limit Of Insurance for Underinsured Motorists Coverage shown in the Schedule or Declarations.

**2.** No one will be entitled to receive duplicate payments for the same elements of **loss** under this policy and any Liability Coverage form or Medical Payments Coverage endorsement attached to this policy.

We will not make a duplicate payment under this coverage for any element of **loss** for which payment has been made by or for anyone who is legally responsible.

We will not pay for any element of **loss** if a person is entitled to receive payment for the same element of **loss** under any workers' compensation, disability benefits or similar law.

## CHANGES IN CONDITIONS

The conditions of the policy are changed for Underinsured Motorists Coverage as follows:

Under **SECTION IV – CONDITIONS**, G. Duties In The Event Of Accident, Claim, Suit Or Loss, the following duties are added:

Promptly notify the police if a hit-and-run driver is involved; and

Promptly send us copies of the legal papers if a **suit** is brought.

A person seeking coverage from an insurer, owner or operator of an **underinsured motor vehicle** must also promptly notify us in writing of a tentative settlement between the **insured** and the insurer and allow us to advance payment to that **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification to preserve our rights against the insurer, owner or operator of such vehicle.

Under **SECTION IV – CONDITIONS**, L. Other Insurance, the following is added:

Reference to "other collectible insurance" applies only to other collectible underinsured motorists insurance.

Any insurance we provide with respect to a vehicle owned by the **named insured** or, if the **named insured** is an individual, any **family member**, that is not a covered **auto** for Underinsured Motorists Coverage under this policy, shall be excess over any other collectible underinsured motorists insurance providing coverage on a primary basis.

Under **SECTION IV – CONDITIONS**, P. Transfer Of Rights Of Recovery Against Others To Us, the following is added:

If we make any payment and the **insured** recovers from another party, the **insured** shall hold the proceeds in trust for us and pay us back the amount we have paid.

Our rights do not apply under this provision with respect to damages caused by an **accident** with an **underinsured motor vehicle** if we:

**1.** Have been given prompt written notice of a tentative settlement between an **insured** and the insurer of a vehicle described in the definition of **underinsured motor vehicle**; and

**2.** Fail to advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.

If we advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification:

**1.** That payment will be separate from any amount the **insured** is entitled to recover under the provisions of Underinsured Motorists Coverage; and

**2.** We also have a right to recover the advance payment.

Under **SECTION V – DEFINITIONS**, the following definitions are added as used in this endorsement:

**Family member** means a person related to an individual **named insured** by blood, marriage or adoption who is a resident of such **named insured's** household, including a ward or foster child.

**Occupying** means in, upon, getting in, on, out or off.

**Underinsured motor vehicle** means a land motor vehicle or **trailer** to which a liability bond or policy applies at the time of an **accident**, but the amount paid under that bond or policy to the **insured** is not enough to pay the full amount the **insured** is legally entitled to recover as damages.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 2

FARI0327E-0919

However, **underinsured motor vehicle** does not include any vehicle:

1. Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law;

2. Owned by a governmental unit or agency; or

3. Designed for use mainly off public roads while not on public roads.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## KANSAS UNINSURED MOTORISTS COVERAGE ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF KANSAS. PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement. This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** DoorDash, Inc. |
| **Endorsement Effective Date:** 09/01/2020 |

| SCHEDULE | | |
|---|---|---|
| **Limit Of Insurance:** | $250,000 CSL with $250,000 Deductible | **Each Accident** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

## COVERAGE

We will pay all sums the **insured** is legally entitled to recover as damages from the owner or driver of an **uninsured motor vehicle**. The damages must result from **bodily injury** sustained by the **insured** caused by an **accident**. The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the **uninsured motor vehicle**.

With respect to damages resulting from an **accident** with a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle**, we will pay under this coverage only if **1.** or **2.** below applies:

1. The limit of any applicable liability bonds or policies has been exhausted by payment of judgments or settlements; or
2. A tentative settlement has been made between an **insured** and the insurer of a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle** and we:
   a. Have been given prompt written notice of such tentative settlement; and
   b. Advance payment to the **insured** in an amount equal to the tentative settlement within 60 days after receipt of notification.

## WHO IS AN INSURED

If the **named insured** is designated in the Declarations as:

1. An individual, then the following are **insureds**:
   a. The **named insured** and any **family members**.
   b. Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   c. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.
2. A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:

   a. Anyone **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   b. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

## EXCLUSIONS

This insurance does not apply to any of the following:

1. Any claim settled without our consent if the settlement of judgment prejudices our right to recover payment. However, this exclusion does not apply to a settlement made with the insurer of a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle**.
2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.
3. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.
4. **Bodily injury** sustained by an **insured** while **occupying** or when struck by any motor vehicle that is owned by or provided for the regular use of that **insured** for which the security required by Kansas law is not in effect.

## LIMITS OF INSURANCE

1. Regardless of the number of covered **autos**, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for all damages resulting from any one **accident** is the Limit Of Uninsured Motorists Insurance shown in the Schedule or Declarations. We will apply the limit shown in the Schedule or Declarations to first provide the separate limits required by Kansas law as follows:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**a.** $25,000 for **bodily injury** to any one person caused by any one **accident**, and

**b.** $50,000 for **bodily injury** to two or more persons caused by any one **accident**.

This provision will not change our total limit of liability.

**2.** The limit for damages resulting from **bodily injury** caused by a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle** applies separately from the limit for a vehicle described in paragraphs **1.**, **3.** and **4.** of that definition.

**3.** No one will be entitled to receive duplicate payments for the same elements of **loss** under this coverage and any Liability Coverage form, Medical Payments Coverage endorsement, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this policy.

We will not make a duplicate payment under this coverage for any element of **loss** for which payment has been made by or for anyone who is legally responsible.

We will not pay for any element of **loss** if the person is entitled to receive payment for the same element of **loss** under any workers' compensation, disability benefits or similar law or personal injury protection coverage.

**4.** Any amount paid under this insurance will reduce any amount an **insured** may be paid under the policy's Covered Autos Liability Coverage.

### CHANGES IN CONDITIONS

The conditions of the policy are changed for Uninsured Motorists Coverage as follows:

**SECTION IV – CONDITIONS**, F. Concealment, Misrepresentation Or Fraud is deleted in its entirety.

Under **SECTION IV – CONDITIONS**, G. Duties In The Event Of Accident, Claim, Suit Or Loss, the following duties are added:

Promptly notify the police if a hit-and-run driver is involved.

Promptly send us copies of the legal papers if a **suit** is brought.

A person seeking Uninsured Motorists Coverage must also:

**1.** Notify us in writing, by certified mail, of a tentative settlement between the **insured** and the insurer of a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle**; and

**2.** Allow us 60 days after receipt of the written notice to advance payment to that **insured**, in an amount equal to the tentative settlement, to preserve our rights against the insurer, owner or operator of such vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle**.

Such written notice shall include written documentation of all damages incurred, copies of all medical bills and written authorization or a court order to obtain reports from all employers and medical providers.

Under **SECTION IV – CONDITIONS**, L. Other Insurance, reference to "other collectible insurance" applies only to other collectible uninsured motorists insurance.

Under **SECTION IV – CONDITIONS**, L. Other Insurance, the following is added:

If there is other applicable insurance available under one or more policies or provisions of coverage, the maximum recovery under all policies or coverage forms combined may equal but not exceed the highest applicable limit for any one vehicle under any policy or coverage form providing coverage on either a primary or excess basis.

Under **SECTION IV – CONDITIONS**, P. Transfer Of Rights Of Recovery Against Others To Us, the following is added:

If we make any payment and the **insured** recovers from another party, the **insured** shall hold the proceeds in trust for us and pay us back the amount we have paid.

We do not have a right of recovery with respect to damages resulting from an **accident** with a vehicle described in paragraphs **1.**, **3.** and **4.** of the definition of **uninsured motor vehicle** to which a liability bond or policy applies at the time of the **accident**, but the bonding or insuring company is or becomes insolvent.

Our rights do not apply under this provision with respect to damages caused by an **accident** with a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle** if we:

**1.** Have been given written notice by certified mail of a tentative agreement between the **insured** and the insuring company of the owner or operator of the underinsured motor vehicle to settle for liability limits; and

**2.** Fail to advance payments to the **insured** in an amount equal to the tentative settlement within 60 days after receipt of the notice.

If we advance payment to the **insured** in an amount equal to the tentative settlement within 60 days after receipt of notification:

**1.** That payment will be separate from any amount the **insured** is entitled to recover under the provisions of Uninsured Motorists Coverage; and

**2.** We also have a right to recover the advance payment.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 2

Under **SECTION IV – CONDITIONS**, the following condition is added with regard to Uninsured Motorists Coverage:

**Arbitration**

If, after a claim has been made, a dispute arises because we and an **insured** disagree whether the **insured** is legally entitled to recover damages from the owner or driver of an **uninsured motor vehicle** or do not agree as to the amount of damages that are recoverable by that **insured**, then the parties may agree to arbitration. **One party cannot force the other party into arbitration.** However, disputes concerning coverage under this endorsement may not be arbitrated. If the parties agree to arbitration, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

Unless both parties agree otherwise, arbitration will take place in the county in which the **insured** lives. Local rules of law as to procedure and evidence will apply. Any decision agreed to by the arbitrators will not be binding.

Once arbitration is agreed to by both parties, either party has the right to bring arbitration under K.S.A. Sections 5-201 – 5-213 inclusive, in lieu of the arbitration procedure provided in this condition.

Under **SECTION V – DEFINITIONS**, the following definitions are added as used in this endorsement:

**Family member** means a person related to an individual **named insured** by blood, marriage or adoption who is a resident of such **named insured's** household, including a ward or foster child.

**Occupying** means in, upon, getting in, on, out or off.

**Uninsured motor vehicle** means a land motor vehicle or **trailer**:
1. For which no liability bond or policy at the time of an **accident** provides at least the amounts required by Kansas law;
2. For which an insuring or bonding company denies coverage or is or becomes insolvent;
3. That is an underinsured motor vehicle. An underinsured motor vehicle is a land motor vehicle or **trailer** for which the sum of all policies or liability bonds at the time of an **accident** provides at least the amounts required by Kansas law, but their limits are less than the limit of this insurance;
4. For which neither the driver nor owner can be identified. The vehicle must either:
   a. Hit an **insured**, a covered **auto** or a vehicle an **insured** is **occupying**; or
   b. Cause **bodily injury** to an **insured** without hitting an **insured**, a covered **auto** or a vehicle an **insured** is **occupying**, provided the facts of the **accident** can be corroborated by competent evidence other than the testimony of any person having a claim under this or any other similar insurance as the result of such **accident**.

However, **uninsured motor vehicle** does not include any vehicle:
1. Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law.
2. Owned by a governmental unit or agency.
3. Designed for use mainly off public roads while not on public roads.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME.**

FARI0334E-1019

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 3

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## OKLAHOMA UNINSURED MOTORISTS COVERAGE NONSTACKED ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF OKLAHOMA. PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement. This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** DoorDash, Inc. |
| **Endorsement Effective Date:** 09/01/2020 |

| SCHEDULE | | |
|---|---|---|
| **Limit Of Insurance:** | $250,000 CSL with $250,000 Deductible | **Each Accident** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

## COVERAGE

We will pay, in accordance with Title 36, Oklahoma Statutes, all sums the **insured** is legally entitled to recover as compensatory damages from the owner or driver of an **uninsured motor vehicle**. The damages must result from **bodily injury** sustained by the **insured** caused by an **accident**. The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the **uninsured motor vehicle**.

## WHO IS AN INSURED

If the **named insured** is designated in the Declarations as:
1. An individual, then the following are **insureds**:
   a. The **named insured** and any **family members**.
   b. Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   c. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.
2. A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:
   a. Anyone **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   b. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

## EXCLUSIONS

This insurance does not apply to any of the following:

1. **Bodily injury** sustained by:

a. Any person who is a **family member** while **occupying**, or when struck by, any motor vehicle owned by that person which is not insured for Uninsured Motorists Coverage at the time of the **accident** and to who no other Uninsured Motorists Coverage is available.

b. Any **insured** while **occupying** an **auto**:
   (1) Owned by the **named insured** or any person who is a **family member**; or
   (2) Furnished or available for the regular use of the **named insured** or any person who is a **family member**;
   if such **auto** is not insured under a motor vehicle insurance policy at the time of the **accident**.

2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

3. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

4. Punitive or exemplary damages.

5. **Bodily injury** arising directly or indirectly out of:
   a. War, including undeclared or civil war;
   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## LIMITS OF INSURANCE

1. Regardless of the number of covered **autos**, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for all damages resulting from any one **accident** is the Limit Of Insurance for Uninsured Motorists Insurance shown in the Schedule or Declarations.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 1

FARI0341E-1219

**2.** Any payment made by or on behalf of the owner or operator of a vehicle described in paragraph **2.** of the definition of an **uninsured motor vehicle** shall not reduce or be a credit against our limit of insurance.

**3.** No one will be entitled to receive duplicate payments for the same elements of **loss** under this policy, any Liability Coverage form, or any Medical Payments Coverage endorsement attached to this policy.

**4.** We will not make duplicate payment under this coverage for any element of **loss** for which payment has been made by or for anyone who is legally responsible.

### CHANGES IN CONDITIONS

The conditions of the policy are changed for Uninsured Motorists Coverage as follows:

Under **SECTION IV – CONDITIONS**, **G. Duties In The Event Of Accident, Claim, Suit Or Loss**, the following duties are added:

Promptly notify the police if a hit-and-run driver is involved; and

Promptly send us copies of the legal papers if a **suit** is brought.

A person seeking Uninsured Motorists Coverage must also notify us, in writing, of a tentative settlement between the **insured** and the insurer of an **uninsured motor vehicle** and allow us 60 days to advance payment in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such **uninsured motor vehicle**. This notice must be sent by certified mail and must include:
1. Written documentation of economic losses;
2. Copies of all medical bills; and
3. Written authorization or a court order allowing us to obtain reports from any employers and medical providers.

### SECTION IV – CONDITIONS, L. Other Insurance is deleted and replaced by the following:

**L. Other Insurance**
If there is other applicable insurance available under one or more policies or provisions of coverage:
1. The maximum recovery under all coverage forms or policies combined may equal but not exceed the highest applicable limit for any one vehicle under any coverage form or policy providing coverage on either a primary or excess basis.
2. Any insurance we provide with respect to a vehicle the **named insured** does not own shall be excess over any other collectible uninsured motorists insurance providing coverage on a primary basis.
3. If the coverage under this policy is provided:

**a.** On a primary basis, we will pay only our share of the **loss** that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of insurance bears to the total of all applicable limits of insurance for coverage on a primary basis.
**b.** On an excess basis, we will pay only our share of the **loss** that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of insurance bears to the total of all applicable limits of insurance for coverage on an excess basis.

Under **SECTION IV – CONDITIONS**, **P. Transfer Of Rights Of Recovery Against Others To Us**, the following is added:

If we make any payment and the **insured** recovers from another party, the **insured** shall hold the proceeds in trust for us and pay us back the amount we have paid.

Our rights do not apply under this provision with regard to Uninsured Motorists Coverage if we:
1. Have been given written notice of a tentative settlement between an **insured** and the insurer of an **uninsured motor vehicle**; and
2. Fail to advance payment to the **insured** in an amount equal to the tentative settlement within 60 days after receipt of notification.

If we advance payment to the **insured** in an amount equal to the tentative settlement within 60 days after receipt of notification:
1. That payment will be separate from any amount an **insured** is entitled to recover under the provisions of Uninsured Motorists Coverage; and
2. We also have the right to recover the advanced payment.

Under **SECTION IV – CONDITIONS**, the following condition is added with regard to Uninsured Motorists Coverage:

**Arbitration**
If we and an **insured** disagree whether the **insured** is legally entitled to recover damages from the owner or driver of an **uninsured motor vehicle** or do not agree as to the amount of damages that is recoverable by that **insured**, then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Either party may make a written demand for arbitration. In this event, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

Unless both parties agree otherwise, arbitration will take place in the county in which the **insured** lives. Local rules of law as to arbitration procedure and evidence will apply. Any decision agreed to by the arbitrators will not be binding.

If agreement by arbitration is not reached within three months from the date of demand, the **insured** may bring an action against anyone responsible for the use of a vehicle involved in the **accident**.

Under **SECTION V – DEFINITIONS**, the following definitions are added as used in this endorsement:

**Family member** means a person related to an individual **named insured** by blood, marriage or adoption who is a resident of such **named insured's** household, including a ward or foster child.

**Occupying** means in, upon, getting in, on, out or off.

**Uninsured motor vehicle** means a land motor vehicle or **trailer**:
1. For which no liability bond or policy at the time of an **accident** provides at least the amounts required by the applicable law where a covered **auto** is principally garaged;

2. That is an underinsured motor vehicle. An underinsured motor vehicle is a motor vehicle or **trailer** for which there is a liability bond or policy at the time of an **accident**, the liability limits of which are less than the amount of the claim, regardless of the amount of coverage of either of the parties in relation to each other;
3. For which an insuring or bonding company denies coverage or is or becomes insolvent; or
4. That is a hit-and-run vehicle and neither the driver nor owner can be identified.

However, **uninsured motor vehicle** does not include any vehicle:
1. Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law; or
2. Designed for use mainly off public roads while not on public roads.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 3

FARI0341E-1219

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## NORTH DAKOTA UNINSURED MOTORISTS COVERAGE ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF NORTH DAKOTA. PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement. This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| | |
|---|---|
| **Named Insured:**     DoorDash, Inc. | |
| **Endorsement Effective Date:** 09/01/2020 | |

### SCHEDULE

| Limit Of Insurance: | $250,000 CSL with $250,000 Deductible | Each Accident |
|---|---|---|

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

## COVERAGE

We will pay all sums the **insured** is legally entitled to recover as compensatory damages from the owner or driver of an **uninsured motor vehicle**. The damages must result from **bodily injury** sustained by the **insured** caused by an **accident**. The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the **uninsured motor vehicle**.

No judgment for damages arising out of a **suit** brought against the owner or operator of an **uninsured motor vehicle** is binding on us unless we:

1. Received reasonable notice of the pendency of the **suit** resulting in the judgement; and
2. Had a reasonable opportunity to protect our interest in the **suit**.

## WHO IS AN INSURED

If the **named insured** is designated in the Declarations as:

1. An individual, then the following are **insureds**:
   a. The **named insured** and any **family members**.
   b. Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   c. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.
2. A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:
   a. Anyone **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   b. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

## EXCLUSIONS

This insurance does not apply to any of the following:

1. Any claim settled or judgment reached without our written consent, if the settlement or judgment prejudices our right to recover payment.
2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.
3. **Bodily injury** sustained by an **insured** while **occupying** any vehicle owned by, or furnished or available for the regular use of, the **named insured** or, if the **named insured** is an individual, any **family member**, that is not a covered **auto**.
4. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.
5. Punitive or exemplary damages.
6. **Bodily injury** arising directly or indirectly out of:
   a. War, including undeclared or civil war;
   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## LIMITS OF INSURANCE

1. Regardless of the number of covered **autos**, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for all damages resulting from any one **accident** is the Limit Of Insurance for Uninsured Motorists Coverage shown in the Schedule or Declarations.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FARI0348E-0120

Page 1

**2.** No one will be entitled to receive duplicate payments for the same elements of **loss** under this policy and any valid and collectible motor vehicle medical payments, underinsured motorists coverage endorsement, personal injury protection or other similar motor vehicle coverages.

We will not pay for any element of **loss** if a person is entitled to receive payments for the same element of **loss** under any worker's compensation, disability benefits or similar law, except nonoccupational disability benefits.

## CHANGES IN CONDITIONS

The conditions of the policy are changed for North Dakota Uninsured Motorists Coverage as follows:

Under **SECTION IV – CONDITIONS**, **G. Duties In The Event Of Accident, Claim, Suit Or Loss**, the following duties are added:

> Promptly notify the proper law enforcement authorities of the **accident**; and

> Promptly send us copies of the legal papers if a **suit** is brought.

**SECTION IV – CONDITIONS**, **L. Other Insurance** is deleted and replaced by the following:

**L.   Other Insurance**

**1.** If this policy and any other policy or coverage form providing Uninsured Motorists Coverage apply to the same **accident** and:
**a.** The motor vehicle the **insured** was **occupying** at the time of the **accident** was loaned, rented or leased to the **insured**, and a policy, which applies to the motor vehicle, was in force which provided Uninsured Motorists Coverage to someone engaged in the business of selling, repairing, servicing, storing, leasing, renting or parking motor vehicles, the following priorities of recovery apply:

| First Priority | The Uninsured Motorists Coverage applicable to a vehicle that is not involved in the **accident** that provides coverage to the injured person as a **named insured**; |
|---|---|
| Second Priority | The Uninsured Motorists Coverage applicable to a vehicle that is not involved in the **accident** that provides coverage to the injured person as an **insured** other than a **named insured**; |
| Third Priority | The Uninsured Motorists Coverage applicable to a vehicle the injured person was **occupying** at the time of the **accident**. |

**b.** The motor vehicle is not described in paragraph **1.a.** above, the following priorities of recovery apply:

| First Priority | The Uninsured Motorists Coverage applicable to a vehicle the injured person was **occupying** at the time of the **accident**; |
|---|---|
| Second Priority | The Uninsured Motorists Coverage applicable to a vehicle that is not involved in the **accident** that provides coverage to the injured person as a **named insured**; |
| Third Priority | The Uninsured Motorists Coverage applicable to a vehicle that is not involved in the **accident** that provides coverage to the injured person as an **insured** other than a **named insured**. |

**2.** The maximum recovery under all policies or coverage forms combined may equal but not exceed the highest applicable limit for any one vehicle under any policy or coverage form providing coverage on either a primary or excess basis. Our share is the proportion that our Limit of Insurance bears to the total of all applicable limits of insurance covering on the same level of priority.

Under **SECTION IV – CONDITIONS**, **P. Transfer Of Rights Of Recovery Against Others To Us**, the following is added:

> If we make any payment and the **insured** recovers from another party, the **insured** shall hold the proceeds in trust for us and pay us back the amount we have paid.

> If we make a payment because the insurer of the **uninsured motor vehicle** is or becomes insolvent, the Transfer Of Rights Of Recovery Against Others To Us Condition does not apply to any right of recovery against either the **insured** of the insolvent insurer, or the North Dakota Guaranty Fund, except in amounts that exceed the limit of liability of the policy or coverage form that was issued by that insolvent insurer.

Under **SECTION IV – CONDITIONS**, the following condition is added with regard to Uninsured Motorists Coverage:

> **Arbitration**
> If we and an **insured** disagree whether the **insured** is legally entitled to recover damages from the owner or driver of an **uninsured motor vehicle** or do not agree as to the amount of damages that are recoverable by that **insured**, then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. If both parties agree to arbitrate, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expense of the third arbitrator equally.

> Unless both parties agree otherwise, arbitration will take place in the county in which the **insured** lives. Local rules of law as to arbitration procedure and evidence will apply. Any decision agreed to by two of the arbitrators will be binding.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 2

FARI0348E-0120

Under **SECTION V – DEFINITIONS**, the following definitions are added as used in this endorsement:

**Family member** means a person related to an individual **named insured** by blood, marriage or adoption who is a resident of such **named insured's** household, including a ward or foster child.

**Occupying** means in, upon, getting in, on, out or off.

**Uninsured motor vehicle** means a land motor vehicle or **trailer**:
1. For which no liability bond or policy applies at the time of an **accident**;
2. For which an insuring or bonding company denies coverage or is or becomes insolvent; or
3. That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must either:
    a. Hit an **insured**, a covered **auto** or a vehicle an **insured** is **occupying**; or
    b. Cause **bodily injury** to an **insured** without hitting an **insured**, a covered **auto** or a vehicle an **insured** is **occupying**, provided the facts of the **accident** can be corroborated by competent evidence other than the testimony of any person having a claim under this or any other similar insurance as the result of such **accident**.

However, **uninsured motor vehicle** does not include any vehicle:
1. Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law;
2. Owned by a governmental unit or agency; or
3. While located for use as a residence or premises;
4. Operated by any person who is specifically excluded from coverage under this policy; or
5. That is a covered **auto** under this policy's Covered Autos Liability Coverage.

.
**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 3

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## NORTH DAKOTA UNDERINSURED MOTORISTS COVERAGE ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF NORTH DAKOTA. PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement. This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

---

**Named Insured:** DoorDash, Inc.

**Endorsement Effective Date:** 09/01/2021

---

| SCHEDULE | | |
|---|---|---|
| **Limit Of Insurance:** | $250,000 CSL with $250,000 Deductible | **Each Accident** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

## COVERAGE

We will pay all sums the **insured** is legally entitled to recover as compensatory damages from the owner or driver of an **underinsured motor vehicle**. The damages must result from **bodily injury** sustained by the **insured** caused by an **accident**. The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the **underinsured motor vehicle**.

We will pay under this coverage only if paragraph **1.** or **2.** below applies:

1. The limits of any applicable liability bonds or policies have been exhausted by payment of judgments or settlements; or
2. A tentative settlement has been made between an **insured** and the insurer of the **underinsured motor vehicle** which would exhaust the limits of liability under any applicable bonds or policies, and we:
   a. Have been given prompt written notice of such tentative settlement; and
   b. Advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.

No judgment for damages arising out of a **suit** brought against the owner or operator of an **uninsured motor vehicle** is binding on us unless we:

1. Received reasonable notice of the pendency of the **suit** resulting in the judgement; and
2. Had a reasonable opportunity to protect our interest in the **suit**.

## WHO IS AN INSURED

If the **named insured** is designated in the Declarations as:

1. An individual, then the following are **insureds**:

   a. The **named insured** and any **family members**.
   b. Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   c. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

2. A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:

   a. Anyone **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   b. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

## EXCLUSIONS

This insurance does not apply to any of the following:

1. Punitive or exemplary damages.
2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.
3. **Bodily injury** sustained by an **insured** while **occupying** any vehicle owned by, or furnished or available for the regular use of, the **named insured** or, if the **named insured** is an individual, any **family member**, that is not a covered **auto**.
4. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.
5. **Bodily injury** arising directly or indirectly out of:
   a. War, including undeclared or civil war;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 1

FARI0350E-0120

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

### LIMITS OF INSURANCE

**1.** Regardless of the number of covered **autos**, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for all damages resulting from any one **accident** is the Limit Of Insurance for Underinsured Motorists Coverage shown in the Schedule or Declarations.

**2.** No one will be entitled to receive duplicate payments for the same elements of **loss** under this policy and any valid and collectible motor vehicle medical payments, uninsured motorists coverage endorsement, personal injury protection or other similar motor vehicle coverages.

We will not pay for any element of **loss** if a person is entitled to receive payments for the same element of **loss** under any worker's compensation, disability benefits or similar law, except nonoccupational disability benefits.

### CHANGES IN CONDITIONS

The conditions of the policy are changed for North Dakota Underinsured Motorists Coverage as follows:

Under **SECTION IV – CONDITIONS**, **G. Duties In The Event Of Accident, Claim, Suit Or Loss**, the following duties are added:

Promptly notify the proper law enforcement authorities of the **accident**; and

Promptly send us copies of the legal papers if a **suit** is brought.

A person seeking Underinsured Motorists Coverage must also promptly notify us in writing of a tentative settlement between the **insured** and the insurer of the **underinsured motor vehicle** and allow us 30 days to advance payment to that **insured** in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such **underinsured motor vehicle**.

**SECTION IV – CONDITIONS**, **L. Other Insurance** is deleted and replaced by the following:

**L. Other Insurance**

**1.** If this policy and any other policy or coverage form providing Underinsured Motorists Coverage apply to the same **accident** and:

**a.** The motor vehicle the **insured** was **occupying** at the time of the **accident** was loaned, rented or leased to the **insured**, and a policy, which applies to the motor vehicle, was in force which provided Underinsured Motorists Coverage to someone engaged in the business of selling, repairing, servicing, storing, leasing, renting or parking motor vehicles, the following priorities of recovery apply:

| First Priority | The Underinsured Motorists Coverage applicable to a vehicle that is not involved in the **accident** that provides coverage to the injured person as a **named insured**; |
|---|---|
| Second Priority | The Underinsured Motorists Coverage applicable to a vehicle that is not involved in the **accident** that provides coverage to the injured person as an **insured** other than a **named insured**; |
| Third Priority | The Underinsured Motorists Coverage applicable to a vehicle the injured person was **occupying** at the time of the **accident**. |

**b.** The motor vehicle is not described in paragraph **1.a.** above, the following priorities of recovery apply:

| First Priority | The Underinsured Motorists Coverage applicable to a vehicle the injured person was **occupying** at the time of the **accident**; |
|---|---|
| Second Priority | The Underinsured Motorists Coverage applicable to a vehicle that is not involved in the **accident** that provides coverage to the injured person as a **named insured**; |
| Third Priority | The Underinsured Motorists Coverage applicable to a vehicle that is not involved in the **accident** that provides coverage to the injured person as an **insured** other than a **named insured**. |

**2.** The maximum recovery under all policies or coverage forms combined may equal but not exceed the highest applicable limit for any one vehicle under any policy or coverage form providing coverage on either a primary or excess basis. Our share is the proportion that our Limit of Insurance bears to the total of all applicable limits of insurance covering on the same level of priority.

Under **SECTION IV – CONDITIONS**, **P. Transfer Of Rights Of Recovery Against Others To Us**, the following is added:

If we make any payment and the **insured** recovers from another party, the **insured** shall hold the proceeds in trust for us and pay us back the amount we have paid.

Our rights do not apply under this provision if we:

**1.** Have been given prompt written notice of a tentative settlement between an **insured** and the insurer of the **underinsured motor vehicle**; and

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

2.  Fail to advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of such notification.

If we advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after notification:
1.  That payment will be separate from any amount the **insured** is entitled to recover under the provisions of Underinsured Motorists Coverage; and
2.  We also have a right to recover advanced payment from the insurer, owner or operator of the **underinsured motor vehicle**.

Under **SECTION IV – CONDITIONS**, the following condition is added with regard to Uninsured Motorists Coverage:

**Arbitration**

If we and an **insured** disagree whether the **insured** is legally entitled to recover damages from the owner or driver of an **underinsured motor vehicle** or do not agree as to the amount of damages that are recoverable by that **insured**, then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. If both parties agree to arbitrate, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expense of the third arbitrator equally.

Unless both parties agree otherwise, arbitration will take place in the county in which the **insured** lives. Local rules of law as to arbitration procedure and evidence will apply. Any decision agreed to by two of the arbitrators will be binding.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME.**

Under **SECTION V – DEFINITIONS**, the following definitions are added as used in this endorsement:

**Family member** means a person related to an individual **named insured** by blood, marriage or adoption who is a resident of such **named insured's** household, including a ward or foster child.

**Occupying** means in, upon, getting in, on, out or off.

**Underinsured motor vehicle** means a land motor vehicle or **trailer** for which the sum of all liability bonds or policies that apply at the time of an **accident** is either:
1.  Less than the Limit of Insurance for Underinsured Motorists Coverage under this policy or coverage form, or
2.  Reduced by payments to others injured in the **accident** to less than the Limit of Insurance for Underinsured Motorists Coverage under this policy or coverage form.

However, **underinsured motor vehicle** does not include any vehicle:
1.  Owned by a governmental unit or agency;
2.  For which an insuring or bonding company denies coverage or is or becomes insolvent;
3.  While located for use as a residence or premises;
4.  Operated by any person who is specifically excluded from coverage under this policy; or
5.  That is a covered **auto** under this policy's Covered Autos Liability Coverage.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FARI0350E-0120

Page 3

# Voyager Indemnity Insurance Company

### A Stock Insurance Company
11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## MISSISSIPPI UNINSURED MOTORISTS COVERAGE – BODILY INJURY NON-STACKED ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF MISSISSIPPI. PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement. This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** DoorDash, Inc. |
| **Endorsement Effective Date:** 09/01/2020 |

### SCHEDULE

| |
|---|
| **Limit Of Insurance:**           $250,000 CSL with $250,000 Deductible   **Each Accident** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

## COVERAGE

We will pay all sums the **insured** is legally entitled to recover as compensatory damages from the owner or driver of an **uninsured motor vehicle**. The damages must result from **bodily injury** sustained by the **insured** caused by an **accident**. The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the **uninsured motor vehicle**.

If this insurance provides a limit in excess of the amounts required by the applicable law where a covered **auto** is principally garaged, we will pay only after all liability bonds or policies have been exhausted by payments of judgments or settlements.

Any judgment for damages arising out of a **suit** brought without our written consent is not binding on us.

## WHO IS AN INSURED

If the **named insured** is designated in the Declarations as:
1. An individual, then the following are **insureds**:
   a. The **named insured** and any **family members**.
   b. Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   c. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.
   d. Any person who uses the covered **auto** with the **named insured's** expressed or implied consent.
2. A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:
   a. Anyone **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   b. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.
   c. Any person who uses the covered **auto** with the **named insured's** expressed or implied consent.

## EXCLUSIONS

This insurance does not apply to:
1. Any claim settled with the owner or operator of the **uninsured motor vehicle** without our consent.
2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.
3. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.
4. Punitive or exemplary damage.
5. **Bodily injury** arising directly or indirectly out of:
   a. War, including undeclared or civil war;
   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## LIMITS OF INSURANCE

1. Regardless of the number of covered **autos**, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for all damages resulting from any one **accident** is the Limit Of Insurance for Uninsured Motorists Coverage shown in the Schedule or Declarations.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FARI0366E-0620                                                                 Page 1

**2.** No one will be entitled to receive duplicate payments for the same elements of **loss** under this policy, any Liability Coverage form or any Auto Medical Payments coverage attached to this policy.

We will not make a duplicate payment under this coverage for any element of **loss** for which payment has been made by or for anyone who is legally responsible.

We will not pay for any element of **loss** if a person is entitled to receive payments for the same element of **loss** under any worker's compensation, disability benefits or similar law.

### CHANGES IN CONDITIONS

The conditions of the policy are changed for Uninsured Motorists Coverage as follows:

Under **SECTION IV – CONDITIONS**, **G. Duties In The Event Of Accident, Claim, Suit Or Loss**, the following duties are added:

Promptly notify the police if a hit-and-run driver is involved; and

Promptly send us copies of the legal papers if a **suit** is brought.

Under **SECTION IV – CONDITIONS**, **L. Other Insurance**, the following is added:

The reference to "other collectible insurance" applies only to other collectible uninsured motorists insurance.

Any insurance we provide with respect to a vehicle owned by the **named insured** or, if the **named insured** is an individual, any **family member**, that is not a covered **auto** for Uninsured Motorists Coverage under this policy, will be excess over any other collectible uninsured motorists insurance providing coverage on a primary basis.

**SECTION IV – CONDITIONS**, **P. Transfer Of Rights Of Recovery Against Others To Us** is deleted and replaced by the following:

**P.    Transfer Of Rights Of Recovery Against Others To Us**
If any person or organization to or for whom we make payment under this policy has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after **accident** or **loss** to impair them.

If we make any payment and the **insured** recovers from another party, the **insured** shall hold the proceeds in trust for us and pay us back the amount we have paid.

We shall be entitled to recovery only after the **insured** has been fully compensated for damages.

Under **SECTION V – DEFINITIONS**, the following definitions are added as used in this endorsement:

**Family member** means a person related to an individual **named insured** by blood, marriage or adoption who is a resident of such **named insured's** household, including a ward or foster child.

**Occupying** means in, upon, getting in, on, out or off.

**Uninsured motor vehicle** means a land motor vehicle or **trailer**:
1.  For which no liability bond or policy at the time of an **accident** provides at least the amounts required by the applicable law where a covered **auto** is principally garaged;
2.  That is an underinsured motor vehicle. An underinsured motor vehicle is a land motor vehicle or **trailer** for which the sum of all liability policies at the time of an **accident** provides at least the amounts required by the applicable law where a covered **auto** is principally garaged but their limits are less than the sum of:
    a.  The limit of liability for uninsured motorists coverage applicable to the vehicle the **insured** was **occupying** at the time of the **accident**; and
    b.  Any other limit of liability for uninsured motorists coverage applicable to the **insured** as a **named insured** or **family member**;
3.  For which an insuring or bonding company denies coverage or is or becomes insolvent;
4.  That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must hit an **insured**, a covered **auto** or a vehicle an **insured** is **occupying**;
5.  For which the sum of all bonds or deposits of cash or securities at the time of an **accident** provides at least the amounts required by the applicable law where a covered **auto** is principally garaged, but their limits are insufficient to pay the full amount the **insured** is legally entitled to recover as damages.
6.  Owned or operated by a person protected by immunity under the Mississippi Tort Claims Act, if the **insured** has exhausted all administrative remedies under that Act.

However, **uninsured motor vehicle** does not include any vehicle:
1.  Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law;
2.  Owned by the Unites States government and against which a claim may be made under the Federal Tort Claims Act; or
3.  Designed for use mainly off public roads while not on public roads.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME.**

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## WEST VIRGINIA UNINSURED AND UNDERINSURED MOTORISTS COVERAGE ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF WEST VIRGINIA.  PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement.  This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| | |
|---|---|
| **Named Insured:**  DoorDash, Inc. | |
| **Endorsement Effective Date:** 09/01/2020 | |

### SCHEDULE

| Coverage | Limit Of Insurance | |
|---|---|---|
| **Uninsured Motorists Coverage:** | $250,000 CSL with $250,000 Deductible | **Each Accident** |
| **Underinsured Motorists Coverage:** | $250,000 CSL with $250,000 Deductible | **Each Accident** |

The definitions of **uninsured motor vehicle** and **underinsured motor vehicle** apply unless an **X** is entered below:

☐  If an **X** is entered in this box, only the definition of **uninsured motor vehicle** applies.

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

## COVERAGE

We will pay all sums the **insured** is legally entitled to recover as compensatory damages from the owner or driver of an **uninsured** or **underinsured motor vehicle** because of **bodily injury** sustained by an **insured** caused by an **accident**. The damages must result from **bodily injury** sustained by the **insured** or **property damage** caused by an **accident**. The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the **uninsured** or **underinsured motor vehicle**.

With respect to damages resulting from an **underinsured motor vehicle**, we will pay under this coverage only if **1.** or **2.** below applies:

1. The limits of any applicable liability bonds or policies have been exhausted by payment of judgments or settlements; or
2. A tentative settlement has been made between an **insured** and the insurer of the **underinsured motor vehicle**, and we:
   a. Have been given prompt written notice of such tentative settlement; and
   b. Advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.

## WHO IS AN INSURED

If the **named insured** is designated in the Declarations as:
1. An individual, then the following are **insureds**:
   a. The **named insured** and any **family members**.

   b. Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**.  The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   c. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.
2. A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:
   a. Anyone **occupying** a covered **auto** or a temporary substitute for a covered **auto**.  The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   b. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.
   c. The **named insured** for **property damage** only.

## EXCLUSIONS

This insurance does not apply to any of the following:

1. Any claim settled without our consent.  However, this exclusion does not apply to a settlement made with the insurer of an **underinsured motor vehicle**, in accordance with the procedure described in **2.** of **COVERAGE** above.
2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.
3. The direct or indirect benefit of any insurer of property.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FARI0370E-0720

Page 1

4.  The first 4300 of the amount of **property damage** to the property of each **insured** as a result of any one **accident** caused by an **uninsured motor vehicle**.
5.  Anyone using a vehicle without a reasonable belief that the person is entitled to do so.
6.  Punitive or exemplary damages.
7.  **Bodily injury** or **property damage** if that **bodily injury** or **property damage** is sustained by:
    a.  An individual **named insured** while **occupying** or when struck by any vehicle owned by that **named insured** that is not a covered **auto** under this policy.
    b.  Any **family member** while **occupying** or when struck by any vehicle owned by that **family member** that is not a covered **auto** under this policy.
    c.  Any **family member** while **occupying** or when struck by any vehicle owned by the **named insured** that is insured for Uninsured Motorists Coverage on a primary basis under any other policy or coverage form.

    However, with respect to Uninsured Motorists Coverage, this exclusion **7.** applies only to the extent that the limits of liability of this coverage exceed the statutory minimum amount of Uninsured Motorists Coverage.
8.  **Bodily injury** or **property damage** arising directly or indirectly out of:
    a.  War, including undeclared or civil war;
    b.  Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
    c.  Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

### LIMITS OF INSURANCE

1.  Regardless of the number of covered **autos**, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for all damages resulting from any one **accident** is the Limit Of Insurance for Uninsured or Underinsured Motorists coverage shown in the Schedule or Declarations.

2.  In no event will an **insured** be entitled to receive duplicate payment for the same elements of **loss**.

### CHANGES IN CONDITIONS

The conditions of the policy are changed for Uninsured And Underinsured Motorists Coverage as follows:

Under **SECTION IV – CONDITIONS**, G. Duties In The Event Of Accident, Claim, Suit Or Loss, the following duties are added:

> If physically able, promptly notify the police if a hit-and-run driver is involved, unless the **accident** has already been investigated by the police; and

> Promptly send us copies of the legal papers if a **suit** is brought.

A person seeking Underinsured Motorists Coverage must also promptly notify us in writing of a tentative settlement between the **insured** and the insurer of the **underinsured motor vehicle** and allow us 30 days to advance payment to that **insured** in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such **underinsured motor vehicle**.

Under **SECTION IV – CONDITIONS**, P. Transfer Of Rights Of Recovery Against Others To Us, the following is added:

> We shall be entitled to recovery only after the **insured** has been fully compensated for damages. Our rights do not apply under this provision with respect to Underinsured Motorists Coverage if we:
> 1.  Have been given prompt written notice of a tentative settlement between an **insured** and the insurer of an **underinsured motor vehicle**; and
> 2.  Fail to advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.

> If we advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification:
> 1.  That payment will be separate from any amount the **insured** is entitled to recover under the provisions of Underinsured Motorists Coverage; and
> 2.  We also have a right to recover the advanced payment.

> We do not have a right of recovery against anyone who has a liability bond or policy which is in whole or part uncollectible because the insuring or bonding company is or becomes insolvent or has been placed in receivership.

Under **SECTION V – DEFINITIONS**, the following definitions are added as used in this endorsement:

**Family member** means a person related to an individual **named insured** by blood, marriage or adoption who is a resident of such **named insured's** household, including a ward or foster child.

**Occupying** means in, upon, getting in, on, out or off.

**Property damage** means injury or destruction of:
1.  A covered **auto**;
2.  Property contained in the covered **auto**; or
3.  Any other property (except an **auto**) owned by an **insured** and located in West Virginia.

**Uninsured motor vehicle** means a land motor vehicle or **trailer**:
1.  For which no liability bond or policy at the time of an **accident** provides at least the amounts required by the West Virginia Motor Vehicle Safety Responsibility Law;
2.  For which an insuring or bonding company denies coverage or its bond or policy is in whole or part uncollectible because the company is or becomes insolvent or has been placed in receivership; or
3.  For which neither the driver nor owner is identifiable. The vehicle or **trailer** must either:

**a.** Hit an **insured**, an **insured's** property, a covered **auto** or a vehicle an **insured** is **occupying**; or

**b.** Cause **bodily injury** to an **insured** without hitting an **insured**, a covered **auto** or a vehicle an **insured** is **occupying**.

The facts of the **accident** must be proven by sufficient independent corroborative evidence, other than the testimony of the **insured** making the claim under this or similar coverage.

However, **uninsured motor vehicle** does not include any vehicle:

**1.** Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by the motor vehicle law; or

**2.** Designed for use mainly off public roads while not on public roads.

**Underinsured motor vehicle** means a land motor vehicle or **trailer** to which a liability bond or policy applies at the time of the **accident** but the amount paid for **bodily injury** or **property damage** to an **insured** under that bond or policy is not enough to pay the full amount the **insured** is legally entitled to recover as damages.

However, **underinsured motor vehicle** does not include any vehicle:

**1.** Owned or operated by a self-insurer under any applicable motor vehicle law; or

**2.** Designed for use mainly off public roads while not on public roads.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FARI0370E-0720

# Voyager Indemnity Insurance Company

### A Stock Insurance Company
11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## SOUTH DAKOTA UNINSURED AND UNDERINSURED MOTORISTS COVERAGE ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF SOUTH DAKOTA. PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement. This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** DoorDash, Inc. |
| **Endorsement Effective Date:** 09/01/2020 |

| SCHEDULE | | |
|---|---|---|
| **Limit Of Insurance** | | |
| **Uninsured Motorists Coverage:** | $250,000 CSL with $250,000 Deductible | **Each Accident** |
| **Underinsured Motorists Coverage:** | $250,000 CSL with $250,000 Deductible | **Each Accident** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

## COVERAGE

We will pay all sums the **insured** is legally entitled to recover as compensatory damages from the owner or driver of an **uninsured** or **underinsured motor vehicle**. The damages must result from **bodily injury** sustained by the **insured** caused by an **accident**. The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the **uninsured** or **underinsured motor vehicle**.

If this insurance provides a limit in excess of the amounts required by the applicable law where a covered **auto** is principally garaged, we will pay only after all liability bonds or policies have been exhausted by payment of judgments or settlements.

No judgment for damages arising out of a **suit** brought against, or settlement entered into with, the owner or operator of an **uninsured motor vehicle** or an **underinsured motor vehicle** is binding on us unless we:

1. Received reasonable notice of the pendency of the **suit** resulting in judgment or the negotiations resulting in settlement; and
2. Had a reasonable opportunity to protect our interests in the **suit** or settlement.

## WHO IS AN INSURED

If the **named insured** is designated in the Declarations as:

1. An individual, then the following are **insureds**:
   a. The **named insured** and any **family members**.
   b. Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.

   c. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.
2. A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:
   a. Anyone **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   b. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

## EXCLUSIONS

This insurance does not apply to any of the following:

1. Punitive or exemplary damages.
2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.
3. **Bodily injury** sustained by:
   a. An individual **named insured** while **occupying** or when struck by any vehicle owned by that **named insured** that is not a covered **auto** for Underinsured Motorists Coverage under this policy;
   b. Any **family member** while **occupying** or when struck by any vehicle owned by that **family member** that is not a covered **auto** for Underinsured Motorists Coverage under this policy; or
   c. Any **family member** while **occupying** or when struck by any vehicle owned by the **named insured** that is insured for Underinsured Motorists Coverage on a primary basis under any other policy or coverage form.

4. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

5. **Bodily injury** arising directly or indirectly out of:

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## LIMITS OF INSURANCE

1. Regardless of the number of covered **autos**, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for all damages resulting from any one **accident** is the applicable limit of Uninsured Motorists Coverage and Underinsured Motorists Coverage shown in the Schedule. However, subject to the provisions in **a.** and **b.** below, in the case of an **accident** involving both an **uninsured motor vehicle** and an **underinsured motor vehicle**, the most we will pay is both the limit of Uninsured Motorists Coverage and the limit of Underinsured Motorists Coverage shown in the Schedule.

   a. The Limit Of Insurance for Uninsured Motorists Coverage in the Schedule applies only to **uninsured motor vehicles** as defined in this endorsement.

   b. The Limit Of Insurance for Underinsured Motorists Coverage in the Schedule applies only to **underinsured motor vehicles** as defined in this endorsement.

2. No one will be entitled to receive duplicate payments for the same elements of **loss**. We will not make a duplicate payment under this coverage for any element of **loss** for which payment has been made by or for anyone who is legally responsible, including all sums paid under this policy's Liability Coverage. We will not pay for any element of **loss** if a person is entitled to receive payment for the same element of **loss** under any workers' compensation, disability benefits or similar law.

3. With respect to damages resulting from an **accident** with an **underinsured motor vehicle**, the limit of liability shall be reduced by all sums paid by or for anyone who is legally responsible, including all sums paid under this policy's Liability Coverage.

4. Any amount paid under this coverage will reduce any amount an **insured** may be paid under this policy's Liability Coverage.

## CHANGES IN CONDITIONS

The conditions of the policy are changed for South Dakota Uninsured Motorists Coverage only as follows:

**SECTION IV – CONDITIONS**, **P. Transfer Of Rights Of Recovery Against Others To Us** is deleted and replaced by the following:

P. **Transfer Of Rights Of Recovery Against Others To Us**
If we make any payment and the **insured** recovers from another party, the **insured** shall hold the proceeds in trust for us and pay us back the amount we have paid.

The conditions of the policy are changed for South Dakota Uninsured And Underinsured Motorists Coverage as follows:

Under **SECTION IV – CONDITIONS**, **G. Duties In The Event Of Accident, Claim, Suit Or Loss**, the following duties are added:

   Promptly notify the police if a hit-and-run driver is involved; and

   Promptly send us copies of the legal papers if a **suit** is brought.

**SECTION IV – CONDITIONS**, **L. Other Insurance** is deleted and replaced by the following:

L. **Other Insurance**
If there is other applicable insurance available under one or more policies or provisions of coverage:

   1. Any insurance we provide with respect to a vehicle the **named insured** does not own shall be excess over any other collectible uninsured or underinsured motorists insurance providing coverage on a primary basis.

   2. If the coverage under this policy is provided:

      a. On a primary basis, we will pay only our share of the **loss** that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

      b. On an excess basis, we will pay only our share of the **loss** that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

Under **SECTION IV – CONDITIONS**, the following condition is added with regard to Uninsured Motorists Coverage:

**Arbitration**
If we and an **insured** disagree whether the **insured** is legally entitled to recover damages from the owner or driver of an **uninsured motor vehicle** or **underinsured motor vehicle** or do not agree as to the amount of damages that are recoverable by that **insured**, then the parties may agree to arbitration. However, disputes concerning coverage under this endorsement may not be arbitrated. If both parties agree to arbitrate, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

FARI0386E-0820

Unless both parties agree otherwise, arbitration will take place in the county in which the **insured** lives. Local rules of law as to arbitration procedure and evidence will apply. A decision reached by two of the arbitrators will not be binding on either party.

Under **SECTION V – DEFINITIONS**, the following definitions are added as used in this endorsement:

**Family member** means a person related to an individual **named insured** by blood, marriage or adoption who is a resident of such **named insured's** household, including a ward or foster child.

**Occupying** means in, upon, getting in, on, out or off.

**Uninsured motor vehicle** means a land motor vehicle or **trailer**:

1. For which no liability bond or policy at the time of an **accident** provides at least the amounts required by the applicable law where a covered **auto** is principally garaged; or
2. For which an insuring or bonding company denies coverage or is or becomes insolvent;
3. Which is a hit-and-run vehicle and neither the driver nor owner can be identified or which causes an **accident** resulting in **bodily injury** without hitting an **insured**, a covered **auto** or a vehicle an **insured** is **occupying**.

However, **uninsured motor vehicle** does not include any vehicle:

1. Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law;
2. Designed for use mainly off public roads while not on public roads.

**Underinsured motor vehicle** means a land motor vehicle or **trailer** to which a liability bond or policy applies at the time of an **accident**, but the amount paid for **bodily injury** to an **insured** under that bond or policy is not enough to pay the full amount the **insured** is legally entitled to recover as damages.

However, **underinsured motor vehicle** does not include any vehicle:

1. Owned or operated by a self-insurer under any applicable motor vehicle law;
2. Designed for use mainly off public roads while not on public roads;
3. Which is an **uninsured motor vehicle**; or
4. For which an insuring or bonding company denies coverage or is or becomes insolvent.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 3

FARI0386E-0820

# Voyager Indemnity Insurance Company

### A Stock Insurance Company
11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## ALASKA UNINSURED AND UNDERINSURED MOTORISTS COVERAGE ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF ALASKA. PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement. This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** DoorDash, Inc. |
| **Endorsement Effective Date:** 09/01/2020 |

### WARNING

**WITH RESPECT TO THE COVERAGE PROVIDED BY THIS ENDORSEMENT:**

**IF THE SCHEDULE INDICATES THAT BODILY INJURY UNINSURED AND UNDERINSURED MOTORISTS (UM/UIM) COVERAGE ONLY APPLIES, THE NAMED INSURED DOES NOT HAVE PROPERTY DAMAGE UM/UIM COVERAGE. DISREGARD ALL REFERENCES TO PROPERTY DAMAGE COVERAGE IN THIS ENDORSEMENT.**

**IF THE SCHEDULE INDICATES THAT PROPERTY DAMAGE UNINSURED AND UNDERINSURED MOTORISTS (UM/UIM) COVERAGE ONLY APPLIES, THE NAMED INSURED DOES NOT HAVE BODILY INJURY UM/UIM COVERAGE. DISREGARD ALL REFERENCES TO BODILY INJURY COVERAGE IN THIS ENDORSEMENT.**

### SCHEDULE

| | | |
|---|---|---|
| **Bodily Injury And Property Damage:** | $250,000 CSL with $250,000 Deductible | **Each Accident** |
| **Bodily Injury Only:** | $ | **Each Accident** |
| **Property Damage Only:** | $ | **Each Accident** |
| Unless an X is entered below, this endorsement provides **Bodily Injury** and **Property Damage** Uninsured And Underinsured Motorists Coverage. | | |
| ☐ If an X is entered in this box, this endorsement provides **Bodily Injury** Uninsured And Underinsured Motorists Coverage only. The **named insured** does not have **Property Damage** UM/UIM Coverage. Disregard all references to **property damage** coverage in this endorsement. | | |
| ☐ If an X is entered in this box, this endorsement provides **Property Damage** Uninsured And Underinsured Motorists Coverage only. The **named insured** does not have **Bodily Injury** UM/UIM Coverage. Disregard all references to **bodily injury** coverage in this endorsement. | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

## COVERAGE

1. We will pay all sums the **insured** is legally entitled to recover as compensatory damages from the owner or driver of an **uninsured** or **underinsured motor vehicle** because of:

   **a.** **Bodily injury** sustained by an **insured** and caused by an **accident** if the Schedule or Declarations indicates that:

      **(1)** Uninsured/Underinsured Motorists Coverage applies to both **bodily injury** and **property damage**; or

      **(2)** Uninsured/Underinsured Motorists Coverage applies to **bodily injury** only.

   **b.** **Property damage** caused by an **accident**, if the Schedule or Declarations indicates that:

      **(1)** Uninsured/Underinsured Motorists Coverage applies to both **bodily injury** and **property damage**; or

      **(2)** Uninsured/Underinsured Motorists Coverage applies to **property damage** only.

   The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the **uninsured motor vehicle** or **underinsured motor vehicle**.

2. With respect to damages resulting from an **accident** with an **underinsured motor vehicle**, we will pay under the coverage selected under this endorsement only if **a.** or **b.** below applies:

   **a.** The limit of any applicable liability bonds or policies has been exhausted by payment of judgments or settlements; or

   **b.** A tentative settlement has been made between an **insured** and the insurer of the **underinsured motor vehicle** and we:

      **(1)** Have been given prompt written notice of such tentative settlement; and

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FARI0392E-0920    Page 1

**(2)**   Advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.

**3.**   No judgment for damages arising out of a **suit** brought against the owner or operator of an **uninsured motor vehicle** or **underinsured motor vehicle** is binding on us unless we have:

   **a.**   Received reasonable notice of the pendency of the **suit** resulting in the judgment; and

   **b.**   Had a reasonable opportunity to protect our interests in the **suit**.

**4.**   In any **suit** we defend in Alaska, we will pay that portion of the attorney's fees that would have been taxed against the owner or operator of an **uninsured motor vehicle** or **underinsured motor vehicle** as costs which do not exceed the amount allowed for a contested case in the schedule of attorney's fees contained in Alaska Rule of Civil Procedure 82 for a judgment equal to the applicable Limit of Liability.

However, if a premium and a judgment amount are shown in the Schedule or Declarations, we will pay, instead of the attorney's fees provided in the above paragraph, that portion of the attorney's fees that would have been taxed against the owner or operator of an **uninsured motor vehicle** or **underinsured motor vehicle** as costs which do not exceed the amount allowed for a contested case in Alaska Rule of Civil Procedure 82 for the judgment amount shown in the Schedule or Declarations.

## WHO IS AN INSURED

If the **named insured** is designated in the Declarations as:

**1.**   An individual, then the following are **insureds**:

   **a.**   The **named insured** and any **family members**, including, but not limited to, while a pedestrian or bicyclist, when struck by an **uninsured motor vehicle** or **underinsured motor vehicle**.

   **b.**   Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.

   **c.**   Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**. This provision only applies if **bodily injury** coverage is selected in the Schedule or Declarations.

**2.**   A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:

   **a.**   Anyone **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.

   **b.**   Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**. This provision only applies if **bodily injury** coverage is selected in the Schedule or Declarations.

   **c.**   The **named insured** for **property damage** only. This provision only applies if **property damage** coverage is selected in the Schedule or Declarations.

## EXCLUSIONS

This insurance does not apply to any of the following:

**1.**   Any claim settled without our consent, if the settlement prejudices our right to recover payments. However, this exclusion does not apply to a settlement made with the insurer of an **underinsured motor vehicle** in accordance with the procedure described in **2.b.** under **COVERAGE** above.

**2.**   The direct or indirect benefit of any insurer or self-insurer under any workers' compensation or similar occupational disability benefits law.

**3.**   The direct or indirect benefit of any insurer of property.

**4.**   Property contained in the covered **auto**.

**5.**   The first $250 of the amount of **property damage** to a covered **auto** as the result of any one **accident**.

**6.**   **Bodily injury** sustained by any **insured** while **occupying** or struck by any vehicle owned by an individual **named insured**, or any **family member**, that is not a covered **auto**.

**7.**   Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

**8.**   **Property damage** for which the **insured** has been compensated by other property or physical damage insurance.

**9.**   **Property damage** to an **auto** owned by the **named insured**, or any **family member**, that is not a covered **auto**.

**10.**   Punitive or exemplary damages.

**11.**   **Bodily injury** or **property damage** arising out of:

   **a.**   War, including undeclared or civil war;

   **b.**   Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   **c.**   Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## LIMITS OF INSURANCE

**1.**   Regardless of the number of covered **autos**, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for all damages resulting from any one **accident** will be as follows:

   **a.**   If the Schedule or Declarations indicates that Uninsured/Underinsured Motorists Coverage applies to both **bodily injury** and **property damage**, the Limit of Insurance will be the lesser of:

     **(1)**   The difference between the amount of an **insured's** damages for **bodily injury** and **property damage** and the amount paid to that **insured** for such damages, by or for a person who is or may be held legally liable; and

     **(2)**   The Limit Of Insurance for Uninsured And Underinsured Motorists Coverage shown in the Schedule.

   **b.**   If the Schedule or Declarations indicates that Uninsured/Underinsured Motorists Coverage applies to **bodily injury** only, the Limit of Insurance will be the lesser of:

     **(1)**   The difference between the amount of an **insured's** damages for **bodily injury** and the amount paid to that **insured** for such damages, by or for a person who is or may be held legally liable for **bodily injury**; and

(2) The Limit Of Insurance for Uninsured And Underinsured Motorists Coverage shown in the Schedule.

c. If the Schedule or Declarations indicates that Uninsured/Underinsured Motorists Coverage applies to **property damage** only, the Limit of Insurance will be the lesser of:

(1) The difference between the amount of an **insured's** damages for **property damage** and the amount paid to that **insured** for such damages, by or for a person who is or may be held legally liable for **property damage**; and

(2) The Limit Of Insurance for Uninsured And Underinsured Motorists Coverage shown in the Schedule.

2. If the Schedule or Declarations indicates that Uninsured/Underinsured Motorists Coverage applies to **bodily injury**, any amount payable for damages shall apply over and above any amounts paid to the **insured**:

a. By or for a person who is or may be held liable, including all sums paid under this policy's Liability Coverage; or

b. Under any valid and collectible **bodily injury** or death liability insurance.

3. If the Schedule or Declarations indicates that Uninsured/Underinsured Motorists Coverage applies to **bodily injury**, any amount payable for damages shall apply over and above any amounts paid or payable to the **insured** under any valid and collectible automobile medical payments insurance, workers' compensation or similar occupational disability benefits law.

4. Any amount paid under this insurance will reduce any amount an **insured** may be paid for the same damages under this policy's Liability Coverage.

5. We will not pay for a **loss** which is paid under Physical Damage Coverage.

6. In no event will an **insured** be entitled to receive duplicate payments for the same elements of **loss**.

## CHANGES IN CONDITIONS

The conditions of the policy are changed for Alaska Uninsured And Underinsured Motorists Coverage only as follows:

Under **SECTION IV – CONDITIONS**, **G. Duties In The Event Of Accident, Claim, Suit Or Loss**, the following duties are added:

Promptly notify the police if a hit-and-run driver is involved; and

Promptly send us copies of the legal papers if a **suit** is brought.

A person seeking coverage from an **underinsured motor vehicle** must also promptly notify us in writing of a tentative settlement between the **insured** and the insurer of the **underinsured motor vehicle** and allow advance payment to that **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification to preserve our rights against the insurer, owner or operator of the **underinsured motor vehicle**.

**SECTION IV – CONDITIONS**, **L. Other Insurance** is deleted and replaced by the following:

L. **Other Insurance**

1. If there is other applicable uninsured and/or underinsured motorists coverage available under more than one provision of coverage when two or more vehicles are insured under this policy, the maximum recovery for damages may equal but not exceed the highest applicable limit for any one vehicle under the coverage provided by this policy. If there is other applicable uninsured and/or underinsured motorists coverage available to an **insured** under any other policy or coverage form issued to that **insured** or an individual **named insured** who is a resident of that **insured's** household by us, the maximum recovery for damages may equal but not exceed the highest applicable Limit of Insurance under any one policy or coverage form.

2. If there is other applicable uninsured motorists coverage and underinsured motorists coverage available under more than one policy or coverage form, then the following priorities of coverage apply:

| First | A policy or coverage covering a motor vehicle **occupied** by the injured person or a policy or coverage covering a pedestrian as a **named insured**; |
|---|---|
| Second | A policy or coverage covering a motor vehicle **occupied** by the injured person as an **insured** other than as a **named insured**; |
| Third | A policy or coverage not covering a motor vehicle **occupied** by the injured person but covering the injured person as a **named insured**; |
| Fourth | A policy or coverage not covering a motor vehicle **occupied** by the injured person but covering the injured person as an **insured** other than as a **named insured**. |

3. We will pay only our share of the **loss**. Our share is the proportion that the Limit of Insurance of our policy bears to the total of the limits of all the policies and coverage forms applicable on the same level of priority.

Under **SECTION IV – CONDITIONS**, **P. Transfer Of Rights Of Recovery Against Others To Us**, the following is added:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 3

If we make any payment and the **insured** recovers from another party, the **insured** shall hold the proceeds in trust for us and pay us back the amount we have paid.

We will be entitled to recovery only after the **insured** has been fully compensated for damages.

Our rights do not apply under this provision with respect to damages caused by an **accident** with an **underinsured motor vehicle** if we:
1.   Have been given prompt written notice of a tentative settlement between an **insured** and the insurer of an **underinsured motor vehicle**; and
2.   Fail to advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.

If we advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification:
1.   That payment will be separate from any amount the **insured** is entitled to recover under the provisions of the coverage provided by this endorsement; and
2.   We also have a right to recover the advance payment.

Under **SECTION IV – CONDITIONS**, the following condition is added with regard to Uninsured Motorists Coverage:

**Arbitration**
If we and an **insured** disagree whether the **insured** is legally entitled to recover damages from the owner or driver of an **uninsured motor vehicle** or **underinsured motor vehicle** or do not agree as to the amount of damages that are recoverable by that **insured**, then the matter may be arbitrated.  However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration.  If so agreed, each party will select an arbitrator.  The two arbitrators will select a third.  If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. All arbitration expenses and fees, not including counsel or adjuster fees, will be paid as determined by the arbitrators. Each party will pay the counsel fees and adjuster fees it incurs.
Unless both parties agree otherwise, arbitration will take place in the jurisdiction in which the **insured** lives.  Local rules of law as to arbitration procedure and evidence will apply.  A decision agreed to by two of the arbitrators will be binding.

Under **SECTION V – DEFINITIONS**, the following definitions are added as used in this endorsement:

**Family member** means a person related to an individual **named insured** by blood, marriage or adoption who is a resident of such **named insured's** household, including a ward or foster child.

**Occupying** means in, upon, getting in, on, out or off.

**Property damage** means injury to or destruction of a covered **auto**.  However, **property damage** does not include loss of use.

**Uninsured motor vehicle** means a land motor vehicle or **trailer**:
1.   For which no liability bond or policy applies at the time of an **accident**; or
2.   For which an insuring or bonding company denies coverage or is or becomes insolvent;
3.   That is a hit-and-run vehicle and neither the driver nor owner can be identified.  The vehicle must hit an **insured**, a covered **auto** or a vehicle an **insured** is **occupying**.

However, **uninsured motor vehicle** does not include any vehicle:
1.   Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law;
2.   Owned by a governmental unit or agency, except a governmental unit or agency that is or becomes insolvent; or
3.   Designed for use mainly off public roads while not on public roads.

**Underinsured motor vehicle** means a land motor vehicle or **trailer** licensed for highway use for which the sum of all liability bonds or policies that apply at the time of an **accident** is less than the amount the covered person is legally entitled to recover for **bodily injury** or **property damage** from the owner or operator of the **underinsured motor vehicle**.

However, **underinsured motor vehicle** does not include any vehicle for which an insuring or bonding company denies coverage or is or becomes insolvent.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME.**

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## NEW YORK SUPPLEMENTARY UNINSURED/UNDERINSURED MOTORISTS COVERAGE ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF NEW YORK. PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement. This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

### COVERAGE

In return for payment of the premium for this coverage, we agree with you as the **named insured** to provide you with Supplementary Uninsured/Underinsured Motorists (SUM) Coverage, subject to the terms and conditions outlined in this endorsement.

### Damages for Bodily Injury Caused by Uninsured Motor Vehicles

We will pay all sums which the **insured**, as defined herein, or the **insured's** legal representative, shall be legally entitled to recover as damages from the owner or operator of an **uninsured motor vehicle** because of **bodily injury** sustained by the **insured**, and caused by **accident** arising out of such **uninsured motor vehicle's** ownership, maintenance or use, subject to the Exclusions, Conditions, Limits and other provisions of this endorsement.

### Supplementary Uninsured/Underinsured Motorists Coverage Period And Territory

The coverage provided by this endorsement applies only to **accidents** which occur:
1. During the policy period shown in the Declarations; and
2. In the United States, its territories or possessions, or Canada.

### EXCLUSIONS

This Supplementary Uninsured/Underinsured Motorists Coverage does not apply to:

1. **Bodily injury** to an **insured**, including care or loss of services recoverable by an **insured**, if such **insured**, such **insured's** legal representatives or any person entitled to payment under this coverage, without our written consent, settles any lawsuit against any person or organization that may be legally liable for such injury, care or loss of services, however this provision shall be subject to the **Release Or Advance** condition of this endorsement;
2. **Bodily injury** to an **insured** incurred while **occupying** a motor vehicle owned by that **insured**, if such motor vehicle is not insured for Supplementary Uninsured/Underinsured Motorists Coverage by the policy under which a claim is made or is not a newly acquired or replacement motor vehicle covered under the terms of this policy; or

3. Non-economic loss resulting from **bodily injury** to an **insured** arising from an **accident** in New York State, unless the **insured** has sustained serious injury as defined in Section 5102(d) of the New York Insurance Law.
4. **Bodily injury** to an **insured** incurred while the motor vehicle is used by a transportation network company driver who is logged onto a transportation network company's digital network but is not engaged in a transportation network company prearranged trip or while the driver provides a transportation network company prearranged trip pursuant to article 44-B of the Vehicle and Traffic Law.

### CONDITIONS

### Policy Provisions

None of the Insuring Agreements, Exclusions or Conditions of the policy shall apply to this Supplementary Uninsured/Underinsured Motorists Coverage except: **Duties In The Event Of Accident**, **Claim**, **Suit Or Loss**, **Fraud**, **Cancellation** and **Nonrenewal** if applicable.

### Notice And Proof Of Claim

As soon as practicable, the **insured** or other person making a claim shall give us written notice of claim under this Supplementary Uninsured/Underinsured Motorists Coverage.
1. As soon as practicable after our written request, the **insured** or other person making claim shall give us written proof of claim, under oath if required, including full particulars of the nature and extent of the injuries, treatment and other details we need to determine the Supplementary Uninsured/Underinsured Motorists Coverage amount payable.
2. The **insured** and every other person making claim hereunder shall, as may reasonably be required, submit to examinations under oath by any person we name and subscribe the same. Proof of claim shall be made upon forms we furnish unless we fail to furnish such forms within 15 calendar days after receiving notice of claim.

### Medical Reports

The **insured** shall submit to physical examinations by physicians we select when and as often as we may reasonably require. The **insured**, or in the event of the **insured's** incapacity, the **insured's** legal representative (or in the event of the **insured's** death, the **insured's** legal representative or the person or persons entitled to sue therefor), shall upon each request from us authorize us to obtain copies of relevant medical reports and records.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 1

FARI0400E-1020

**Notice Of Legal Action**

If the **insured** or the **insured's** legal representative brings any lawsuit against any person or organization legally responsible for the use of a motor vehicle involved in the **accident**, a copy of the summons and complaint or other process served in connection with the lawsuit shall be forwarded immediately to us by the insured or the insured's legal representative.

**Supplementary Uninsured/Underinsured Motorists Coverage Limits And Maximum Payments**

1.  The Supplementary Uninsured/Underinsured Motorists Coverage (SUM) limit payable under this endorsement shall be determined as follows:

    a.  If an **accident** results in **bodily injury** excluding death to one or more persons, then we will provide the SUM limit stated in the Declarations; or

    b.  If an **accident** results in the death of one or more persons, then we will provide the greater of the SUM limit stated in the Declarations or $50,000 for such **bodily injury** resulting in death sustained by one person as the result of any one **accident** and, subject to this per person limit, $100,000 for such **bodily injury** resulting in death sustained by two or more persons as the result of any one **accident**; or

    c.  If an **accident** results in both **bodily injury** to one or more persons and the death of one or more persons, then we will provide the greater of the SUM limits stated in the Declarations or the limits required by the mandatory uninsured motorists coverage as follows:

    $25,000 per injured person and, subject to this per person limit,

    $50,000 to two or more persons injured as the result of any one **accident**; and

    $50,000 per person for **bodily injury** resulting in death and, subject to this per person limit,

    $100,000 to two or more persons for **bodily injury** resulting in death as the result of any one **accident**.

2.  Regardless of the number of **insureds**, our maximum payment under this endorsement shall be the difference between:

    a.  The SUM limit; and

    b.  The motor vehicle **bodily injury** liability insurance or bond payments received by the **insured** or the **insured's** legal representative, from or on behalf of all persons that may be legally liable for the **bodily injury** sustained by the **insured**.

3.  The SUM limit shown in the Declarations is the amount of coverage for all damages due to **bodily injury** in any one **accident**.

**Non-Stacking**

Regardless of the number of motor vehicles involved, persons covered, claims made, motor vehicles or premiums shown in this policy or premium paid, the limits, whether for Uninsured Motorists Coverage or Supplementary Uninsured/Underinsured Motorists Coverage, shall never be added together or combined for two or more motor vehicles to determine the extent of insurance coverage available to an **insured** who was injured in the same **accident**.

**Priority Of Coverage**

If an **insured** is entitled to Uninsured Motorists Coverage or Supplementary Uninsured/Underinsured Motorists Coverage under more than one policy, the maximum amount such **insured** may recover shall not exceed the highest limit of such coverage for any one motor vehicle under any one policy and the following order of priority shall apply:

1.  A policy covering a motor vehicle **occupied** by the injured person at the time of the **accident**;

2.  A policy covering a motor vehicle not involved in the **accident** under which the injured person is a **named insured**; and

3.  A policy covering a motor vehicle not involved in the **accident** under which the injured person is an **insured** other than a **named insured**.

Coverage available under a lower priority policy applies only to the extent that it exceeds the coverage of a higher priority policy.

**Exhaustion Required**

Except as provided in the **Release Or Advance** condition of this endorsement, we will pay under this Supplementary Uninsured/Underinsured Motorists Coverage only after the limits of liability have been exhausted under all motor vehicle **bodily injury** liability insurance policies or bonds applicable at the time of the **accident** in regard to any one person who may be legally liable for the **bodily injury** sustained by the **insured**.

**Release Or Advance**

1.  In **accidents** involving the **insured** and one or more negligent parties, if such **insured** settles with any such party for the available limit of the motor vehicle **bodily injury** liability coverage of such party, a release may be executed with such party after thirty calendar days from our receipt of your written notice to us, unless within this time period we agree to advance such settlement amounts to the **insured** in return for the cooperation of the **insured** in our lawsuit on behalf of the **insured**.

2.  We shall have a right to the proceeds of any such lawsuit equal to the amount advanced to the **insured** and any additional amounts paid under this Supplementary Uninsured/Underinsured Motorists Coverage. Any excess above those amounts shall be paid to the **insured**.

3.  An **insured** shall not otherwise settle with any negligent party, without our written consent, such that our rights would be impaired.

**Non-Duplication**

This Supplementary Uninsured/Underinsured Motorists Coverage shall not duplicate any of the following:

1.  Benefits payable under workers' compensation or other similar laws;

2.  Non-occupational disability benefits under New York Workers' Compensation Law article nine or other similar law;

3.  Any amounts recovered or recoverable pursuant to New York Insurance Law article fifty-one or any similar motor vehicle insurance payable without regard to fault;

4.  Any valid or collectible motor vehicle medical payments insurance; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 2

FARI0400E-1020

5. Any amounts recovered as **bodily injury** damages from sources other than motor vehicle **bodily injury** liability insurance policies or bonds.

## Arbitration

1. If any **insured** makes a claim under this Supplementary Uninsured/Underinsured Motorists Coverage and we do not agree that such **insured** is legally entitled to recover damages from the owner or operator of an **uninsured motor vehicle** because of **bodily injury** sustained by the **insured**, or we do not agree as to the amount of payment that may be owing under this Supplementary Uninsured/Underinsured Motorists Coverage, then, at the option and upon written demand of such **insured**, the matter or matters upon which such **insured** and we do not agree shall be settled by arbitration, administered pursuant to procedures approved by the Superintendent of Financial Services for this purpose.

2. If the maximum amount of Supplementary Uninsured/Underinsured Motorists Coverage provided by this endorsement equals the amount of coverage required to be provided by New York Insurance Law section 3420(f)(1) and New York Vehicle and Traffic Law Article 6 or 8, then such disagreement shall be settled by such arbitration procedures upon written demand of either the **insured** or us. Judgment upon the award rendered by the arbitrator may be entered in any court having jurisdiction thereof, and any such **insured** and we each agree to be bound by any award made by the arbitrator as to this Supplementary Uninsured/Underinsured Motorists Coverage. For purposes of this condition, the term **insured** includes any person authorized to act on behalf of the **insured**.

## Subrogation

If we make a payment under this Supplementary Uninsured/Underinsured Motorists Coverage, then we have the right to recover the amount of the payment from any person legally responsible for the **bodily injury** or **loss** of the person to whom, or for whose benefit, such payment was made to the extent of the payment. The **insured** or any person acting on behalf of the **insured** must do whatever is necessary to transfer this right of recovery to us. Except as permitted by the **Release or Advance** condition of this endorsement, such person shall do nothing to prejudice this right.

## Payment Of Loss By Company

We shall pay any amount due under this Supplementary Uninsured/Underinsured Motorists Coverage to the **insured** or, at our option, to a person authorized by law to receive such payment or to a person legally entitled to recover the damages which the payment represents.

## Action Against Company

No lawsuit shall lie against us unless the **insured** or the **insured's** legal representative has first fully complied with all the terms of this Supplementary Uninsured/Underinsured Motorists Coverage.

## Survivor Rights

If you or your spouse, if a resident of the same household, dies, then this endorsement shall cover:

1. The survivor as **named insured**;
2. The decedent's legal representative as **named insured**, but only while acting within the scope of such representative's duties as such; and
3. Any relative who was an **insured** at the time of such death.

## DEFINITIONS

For purposes of this Supplementary Uninsured/Underinsured Motorists Coverage endorsement, the following terms shall have the following meanings:

**Bodily Injury** means bodily harm, including sickness, disease or death resulting therefrom.

**Hit-and-Run Motor Vehicle** means a motor vehicle which causes **bodily injury** to an **insured** arising out of physical contact of such motor vehicle with the **insured** or with a motor vehicle which the **insured** is **occupying** at the time of the **accident**, provided:

1. There cannot be ascertained the identity of either the operator or the owner of such **hit-and-run motor vehicle**;
2. The **insured** or someone on his behalf shall have reported the **accident** within 24 hours or as soon as reasonably possible to a police, peace or judicial officer or to the Commissioner of Motor Vehicles, and shall have filed with us within 90 days thereafter a statement under oath that the **insured** or his legal representative has a cause or causes of action arising out of such **accident** for damages against a person or persons whose identity is unascertainable, and setting forth the facts in support thereof; and
3. At our request, the **insured** or his legal representative makes available for inspection the motor vehicle which the **insured** was **occupying** at the time of the **accident**.

**Insured** means:

1. You, as the **named insured** and, while residents of the same household, your spouse and the relatives of either you or your spouse;
2. Any person while acting in the scope of that person's duties for you, except with respect to the use and operation by such person of a motor vehicle not covered under this policy, where such person is:
   a. Your employee and you are a fire department;
   b. Your member and you are a fire company, as defined in General Municipal Law section 100;
   c. Your employee and you are an ambulance service, as defined in Public Health Law section 3001; or
   d. Your member and you are a voluntary ambulance service, as defined in Public Health Law, section 3001;
3. Any other person while occupying:
   a. A motor vehicle insured for Supplementary Uninsured/Underinsured Motorists Coverage under this policy; or
   b. Any other motor vehicle while being operated by you or your spouse; and
4. Any person, with respect to damages such person is entitled to recover, because of **bodily injury** to which this coverage applies sustained by an **insured** under **1.**, **2.** or **3.** above.

**Occupying** means in, upon, entering into, or exiting from a motor vehicle.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FARI0400E-1020                                                        Page 3

**State** includes the District of Columbia, a territory or possession of the United States, and a province of Canada.

**Uninsured Motor Vehicle** means a motor vehicle that, through its ownership, maintenance or use, results in **bodily injury** to an insured, and for which:

1. No **bodily injury** liability insurance policy or bond applies to such motor vehicle (including a vehicle that was stolen, operated without the owner's permission or unregistered) at the time of the **accident**; or

2. The owner and operator cannot be identified (including a hit-and-run motor vehicle), and which causes **bodily injury** to an **insured** by physical contact with the **insured** or with a motor vehicle **occupied** by the **insured** at the time of the **accident**, provided that:

    a. The **insured** or someone on the **insured's** behalf:

        (1) Reported the **accident** within 24 hours or as soon as reasonably possible to a police, peace or judicial officer or to the Commissioner of Motor Vehicles; and

        (2) Filed with us a statement under oath that the **insured** or the **insured's** legal representative has a cause or causes of action arising out of such **accident** for damages against a person or persons whose identity is unascertainable, and setting forth the facts in support thereof; and

    b. At our request, the **insured** or the **insured's** legal representative makes available for inspection the motor vehicle the **insured** was **occupying** at the time of the **accident**; or

3. There is a **bodily injury** liability insurance coverage or bond applicable to such motor vehicle at the time of the **accident**, but:

    a. The amount of such insurance coverage or bond is less than the third-party **bodily injury** liability limit of this policy; or

    b. The amount of such insurance coverage or bond has been reduced, by payments to other persons injured in the **accident**, to an amount less than the third-party **bodily injury** liability limit of this policy; or

    c. The insurer writing such insurance coverage or bond denies coverage or such insurer is or becomes insolvent.

**Uninsured motor vehicle** shall not include a motor vehicle that is:

1. Insured under the liability coverage of this policy; or

2. Owned by you, the **named insured**, or your spouse residing in your household; or

3. Self-insured within the meaning of the financial responsibility law of the state in which the motor vehicle is registered, or any similar state or federal law, to the extent that the required amount of such coverage is equal to, or greater than, the third-party **bodily injury** liability limits of this policy; or

4. Owned by the United States of America, Canada, a state, a political subdivision of any such government or an agency of any of the foregoing; or

5. A land motor vehicle or trailer, while located for use as a residence or premises and not as a motor vehicle or while operated on rails or crawler-treads; or

6. A farm type vehicle or equipment designed for use principally off public roads, except while actually upon public roads.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 4

FARI0400E-1020

# Voyager Indemnity Insurance Company

**A Stock Insurance Company**

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## WYOMING UNINSURED MOTORISTS COVERAGE ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF WYOMING. PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement. This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** DoorDash, Inc. |
| **Endorsement Effective Date:** 09/01/2020 |

### SCHEDULE

| |
|---|
| **Limit Of Insurance:**  $250,000 CSL with $250,000 Deductible  **Each Accident** |

| |
|---|
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

## COVERAGE

We will pay all sums the **insured** is legally entitled to recover as compensatory damages from the owner or driver of an **uninsured motor vehicle**. The damages must result from **bodily injury** sustained by an **insured** caused by an **accident**. The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the **uninsured motor vehicle**.

With respect to damages resulting from an **accident** with a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle**, we will pay under the coverage selected under this endorsement only if **1.** or **2.** below applies:

1. The limit of any applicable liability bonds or policies has been exhausted by payment of judgments or settlements; or
2. A tentative settlement has been made between an **insured** and the insurer of the vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle** and we:
   a. Have been given prompt written notice of such tentative settlement; and
   b. Advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.

## WHO IS AN INSURED

If the **named insured** is designated in the Declarations as:
1. An individual, then the following are **insureds**:
   a. The **named insured** and any **family members**.
   b. Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   c. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

2. A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:
   a. Anyone **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   b. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

## EXCLUSIONS

This insurance does not apply to any of the following:

1. Any claim settled without our consent. However, this exclusion does not apply to a settlement made with the insurer of a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle** in accordance with the procedure described in **COVERAGE**, **2.** above.
2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law. However, this exclusion does not apply to the Workmen's Compensation Division of the Wyoming State Treasurer's Office.
3. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.
4. Punitive or exemplary damages.
5. **Bodily injury** arising directly or indirectly out of:
   a. War, including undeclared or civil war;
   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FARI0408E-0920

Page 1

c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## LIMITS OF INSURANCE

1. Regardless of the number of covered **autos**, **insureds**, premiums paid for this coverage under this policy, claims made or vehicles involved in the **accident**, the most we will pay for all damages resulting from any one **accident** is the Limit Of Uninsured Motorists Insurance shown in the Schedule or Declarations.

2. No one will be entitled to receive duplicate payments for the same elements of **loss** under this policy, any Liability Coverage form or any Medical Payments Coverage endorsement.

3. We will not make a duplicate payment under this coverage for any element of **loss** for which payment has been made by or for anyone who is legally responsible.

## CHANGES IN CONDITIONS

The conditions of the policy are changed for Uninsured Motorists Coverage as follows:

**SECTION IV – CONDITIONS**, A. Action Against Us is deleted and replaced by the following:

A. **Action Against Us**
   1. No one may bring a action against us under this policy until there has been full compliance with all the terms of this policy; and
   2. Any action against us under this policy must be brought within four years after the date of the **accident**. However, this paragraph **2.** does not apply if, within four years after the date of the **accident**, the **insured** has filed an action for **bodily injury** against the owner or operator of a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle**, and such action is:
      a. Filed in a court of competent jurisdiction; and
      b. Not barred by the applicable state statute of limitations.

   In the event that the four-year time limitation identified in this condition does not apply, the applicable state statute of limitations will govern action against us under this policy.

Under **SECTION IV – CONDITIONS**, G. Duties In The Event Of Accident, Claim, Suit Or Loss, the following duties are added:

Promptly notify the police if a hit-and-run driver is involved; and

Promptly send us copies of the legal papers if a **suit** is brought.

A person seeking coverage from an insurer, owner or operator of a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle** must also promptly notify us in writing of a tentative settlement between the **insured** and the insurer and allow us to advance payment to that **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification to preserve our rights against the insurer, owner or operator of such vehicle.

**SECTION IV – CONDITIONS**, L. Other Insurance is deleted and replaced by the following:

L. **Other Insurance**
   If there is other applicable insurance available under one or more policies or provisions of coverage, the following priorities of coverage apply:

| First | The Uninsured Motorists Coverage applicable to the vehicle the **insured** was **occupying** at the time of the **accident**. |
| Second | The policy or coverage form affording Uninsured Motorists Coverage to the **insured** as an individual **named insured** or **family member**. |

   1. Where there is no applicable insurance available under the first priority:
      a. The maximum recovery under all policies or coverage forms combined may equal but not exceed the highest limit of any one applicable policy plus the minimum limits required by the Wyoming Safety Responsibility Act for each of the other applicable policies; and
      b. We will pay only our share of the **loss**, not to exceed our share of the maximum recovery. Our share is the proportion that our limit of liability bears to the total of all limits.
   2. Where there is applicable insurance available under the first priority:
      a. The limit of liability under the policy with the first priority shall first be exhausted;
      b. Recovery under each policy in the second priority shall not exceed the minimum limits required by the Wyoming Safety Responsibility Act; and
      c. An insurer providing Uninsured Motorists Coverage under the second priority shall pay a pro rata share of the **loss** in excess of the amount recoverable under the first priority. This pro rata share shall be the proportion that such insurer's limit of liability bears to the total of all limits applicable under the second priority.

Under **SECTION IV – CONDITIONS**, P. Transfer Of Rights Of Recovery Against Others To Us, the following is added:

If we make any payment and the **insured** recovers from another party, the **insured** shall hold the proceeds in trust for us and pay us back the amount we have paid.

Our rights do not apply under this provision with respect to damages caused by an **accident** with a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle** if we:

1. Have been given prompt written notice of a tentative settlement between an **insured** and the insurer of a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle**; and

2. Fail to advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.

If we advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification:

1. That payment will be separate from any amount the **insured** is entitled to recover under the provisions of Uninsured Motorists Coverage; and

2. We also have a right to recover the advance payment.

Under **SECTION V – DEFINITIONS**, the following definitions are added as used in this endorsement:

**Family member** means a person related to an individual **named insured** by blood, marriage or adoption who is a resident of such **named insured's** household, including a ward or foster child.

**Occupying** means in, upon, getting in, on, out or off.

**Uninsured motor vehicle** means a land motor vehicle or **trailer**:

1. For which no liability bond or policy at the time of an **accident** provides at least the amounts required by the applicable law where a covered **auto** is principally garaged;

2. For which an insuring or bonding company denies coverage or is or becomes insolvent;

3. That is an underinsured motor vehicle. An underinsured motor vehicle is a land motor vehicle or **trailer** for which the sum of all liability bonds or policies at the time of an **accident** provides at least the amounts required by the applicable law where a covered **auto** is principally garaged but that sum is less than the Limit of Insurance of this coverage;

4. Which is a hit-and-run vehicle whose operator or owner cannot be identified and which hits or causes an **accident** resulting in **bodily injury** without hitting:

   a. An individual **named insured** or any **family member**;

   b. A vehicle which the individual **named insured** or any **family member** is **occupying**; or

   c. The **named insured's** covered **auto**.

If there is no physical contact with the hit-and-run vehicle, the facts of the **accident** must be proven. We will only accept corroborating evidence of the claim other than the testimony of a person making claim under this or any similar coverage.

However, **uninsured motor vehicle** does not include any vehicle:

1. Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law;

2. Designed for use mainly off public roads while not on public roads.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 3

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## MAINE UNINSURED MOTORISTS COVERAGE ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF MAINE. PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement. This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** DoorDash, Inc. |
| **Endorsement Effective Date:** 09/01/2020 |

### SCHEDULE

| Limit Of Insurance: | $250,000 CSL with $250,000 Deductible | **Each Accident** |
|---|---|---|

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

### COVERAGE

We will pay all sums the **insured** is legally entitled to recover as compensatory damages from the owner or driver of an **uninsured motor vehicle**. The damages must result from **bodily injury** sustained by the **insured** caused by an **accident**. The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the **uninsured motor vehicle**.

With respect to damages resulting from an **accident** with a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle**, we will pay under this coverage only if **1.** or **2.** below applies:
1. The limit of any applicable liability bonds or policies has been exhausted by payment of judgments or settlements; or
2. A tentative settlement has been made between an **insured** and the insurer of the vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle** and we:
   a. Have been given prompt written notice of such tentative settlement; and
   b. Advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.

Any judgment for damages arising out of a **suit** brought without our written consent is not binding on us.

### WHO IS AN INSURED

If the **named insured** is designated in the Declarations as:
1. An individual, then the following are **insureds**:
   a. The **named insured** and any **family members**.
   b. Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   c. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

2. A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:
   a. Anyone **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   b. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

### EXCLUSIONS

This insurance does not apply to any of the following:

1. Any claim settled without our consent. However, this exclusion does not apply:
   a. If such settlement does not prejudice our right to recover payment; or
   b. To a settlement made with the insurer of a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle** in accordance with the procedure described **COVERAGE, 2.** above.
2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.
3. **Bodily injury** sustained by:
   a. An individual **named insured** while **occupying** or when struck by any vehicle owned by that **named insured** that is not a covered **auto** for Uninsured Motorists Coverage under this policy.
   b. Any **family member** while **occupying** or when struck by any vehicle owned by that **family member** that is not a covered **auto** for Uninsured Motorists Coverage under this policy.
   c. Any **family member** while **occupying** or when struck by any vehicle owned by the **named insured** that is insured for Uninsured Motorists Coverage on a primary basis under any other policy or coverage form.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FARI0414E-1020

Page 1

4. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.
5. Punitive or exemplary damages.
6. **Bodily injury** arising directly or indirectly out of:
   a. War, including undeclared or civil war;
   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

### LIMITS OF INSURANCE

1. Regardless of the number of covered **autos**, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for all damages resulting from any one **accident** is the Limit Of Uninsured Motorists Insurance shown in the Schedule or Declarations.

2. No one will be entitled to receive duplicate payments for the same elements of **loss** under this policy, any Liability Coverage form, or any Medical Payments Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this policy.

3. We will not make duplicate payment under this coverage for any element of **loss** for which payment has been made by or for anyone who is legally responsible, including all sums paid under the policy's liability coverage.

4. We will not pay for any element of **loss** if a person is entitled to receive payments for the same element of **loss** under any worker's compensation, disability benefits or similar law.

### CHANGES IN CONDITIONS

The conditions of the policy are changed for Uninsured Motorists Coverage as follows:

Under **SECTION IV – CONDITIONS**, **G. Duties In The Event Of Accident, Claim, Suit Or Loss**, the following duties are added:

> Promptly notify the police if a hit-and-run driver is involved;

> Promptly send us copies of the legal papers if a **suit** is brought; and

> A person seeking coverage from an insurer, owner or operator of a vehicle described in paragraph **b2** of the definition of **uninsured motor vehicle** must also promptly notify us in writing of a tentative settlement between the **insured** and the insurer and allow us to advance payment to that **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification to preserve our rights against the insurer, owner or operator of such vehicle.

Under **SECTION IV – CONDITIONS**, **L. Other Insurance**, reference to "other collectible insurance" applies only to other collectible uninsured motorists insurance.

Under **SECTION IV – CONDITIONS**, **P. Transfer Of Rights Of Recovery Against Others To Us**, the following is added:

> If we make any payment and the **insured** recovers from another party, the **insured** shall hold the proceeds in trust for us and pay us back the amount we have paid.

> Our rights do not apply under this provision with respect to damages caused by an **accident** with a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle** if we:
> 1. Have been given prompt written notice of a tentative settlement between an **insured** and the insurer of a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle**; and
> 2. Fail to advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.

> If we advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification:
> 1. That payment will be separate from any amount the **insured** is entitled to recover under the provisions of this coverage; and
> 2. We also have a right to recover the advance payment.

Under **SECTION IV – CONDITIONS**, the following condition is added with regard to Uninsured Motorists Coverage:

> **Arbitration**
> If we and an **insured** disagree whether the **insured** is legally entitled to recover damages from the owner or driver of an **uninsured motor vehicle** or do not agree as to the amount of damages that are recoverable by that **insured**, then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expense of the third arbitrator equally.

> Unless both parties agree otherwise, arbitration will take place in the county in which the **insured** lives. Local rules of law as to arbitration procedure and evidence will apply. Any decision agreed to by two of the arbitrators will be binding.

Under **SECTION V – DEFINITIONS**, the following definitions are added as used in this endorsement:

**Family member** means a person related to an individual **named insured** by blood, marriage or adoption who is a resident of such **named insured's** household, including a ward or foster child.

**Occupying** means in, upon, getting in, on, out or off.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Uninsured motor vehicle** means a land motor vehicle or **trailer**:

1. For which no liability bond or policy at the time of an **accident** provides at least the amounts required by the applicable law where a covered **auto** is principally garaged;

2. That is an underinsured motor vehicle. An underinsured motor vehicle is a land motor vehicle or **trailer** for which the sum of all liability bonds or policies at the time of an **accident** provides at least the amounts required by the applicable law where a covered **auto** is principally garaged, but that sum is less than the Limit of Insurance of this coverage;

3. For which an insuring or bonding company denies coverage or is or becomes insolvent; or

4. That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must:

   a. Hit an **insured**, a covered **auto** or a vehicle an **insured** is **occupying**; or

   b. Cause an **accident** resulting in **bodily injury** to an **insured** without hitting an **insured**, a covered **auto** or a vehicle an **insured** is **occupying**. We will only accept competent evidence which may include the testimony, under oath, of a person making a claim under this or any other similar coverage.

However, **uninsured motor vehicle** does not include any vehicle:

1. Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law;

2. Designed for use mainly off public roads while not on public roads.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 3

FARI0414E-1020

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## MASSACHUSETTS UNINSURED MOTORISTS COVERAGE ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF MASSACHUSETTS.  PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement.  This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** DoorDash, Inc. |
| **Endorsement Effective Date:** 09/01/2020 |

### SCHEDULE

| Limit of Insurance: | $250,000 CSL with $250,000 Deductible | **Each Accident** |
|---|---|---|
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

## COVERAGE

We will pay all sums the **insured** is legally entitled to recover as compensatory damages from the owner or operator of an **uninsured motor vehicle**.  The damages must result from **bodily injury** sustained by the **insured** caused by an **accident**.  The owner's or operator's liability for these damages must result from the ownership, maintenance or use of the **uninsured motor vehicle**.

The most we will pay for damages to or for anyone injured in the following situations is $35,000 for each person and $80,000 for each **accident** or the limits you purchased, whichever is less:

1. Anyone injured while using a covered **auto** without the consent of the owner;
2. Anyone injured while a covered **auto** is being operated in a prearranged or organized racing, speed or demolition contest or in practice or preparation for any such contest.

This coverage does not apply to the direct or indirect benefit of any insurer or self-insurer under any workers' compensation or similar law.

## WHO IS AN INSURED

1  You while **occupying** a covered **auto**, while **occupying** an **auto** you do not own or if injured as a **pedestrian**.
2. If the **named insured** is an individual, any **household member** while **occupying** a covered **auto,** while **occupying** an **auto** not owned by you or if injured as a **pedestrian**.

If there are two or more policies which provide coverage at the same limits, we will only pay our proportionate share.  We will not pay damages to or form any **household member** who has a Massachusetts **auto** policy of his or her own or who is covered by any Massachusetts **auto** policy of another **household member** providing uninsured **auto** insurance with higher limits.

3. Anyone else while **occupying** a covered **auto**.  We will not pay damages to or for anyone who has a Massachusetts **auto** policy of his or her own or who is covered by any Massachusetts **auto** policy of another **household member** providing uninsured **auto** insurance.
4. Anyone else for damages he or she is entitled to recover because of injury to a person under this coverage.

If you are injured while **occupying** a covered **auto** and you have two or more **autos** insured with us with different limits, we only pay up to the limits shown in the Declarations for the **auto** you are **occupying** when injured.

If you are injured as a **pedestrian** or while **occupying** an **auto** you do not own and have two more Massachusetts **auto** policies which provide coverage at different limits, the policy with the higher limits will pay.  If there are two or more policies which provide coverage at the same limits, we will only pay our proportionate share.

We will not pay damages to or for you if struck by, or while **occupying** an **auto** you own and which does not have Massachusetts compulsory **auto** insurance.

Likewise, we will not pay damages to or for any **household member** if struck by, or while **occupying** an **auto** owned by that **household member** which does not have Massachusetts compulsory **auto** insurance.

Includes copyrighted material of Automobile Insurers Bureau, with its permission.

FARI0420E-1120

Page 1

## LIMITS OF INSURANCE

The most we will pay for injuries to one or more persons as a result of **bodily injury** to any one person in any one **accident** is shown in the Declarations and in the Schedule as the Each Person limit. Subject to this limit, the most we will pay for injuries to two or more people as the result of **bodily injury** to two or more people in any one **accident** is shown in the Declarations and in the Schedule as the Each Accident limit. This is the most we will pay as the result of a single **accident**.

The limit of two or more **autos** or policies will not be added together, combined or stacked to determine the limits of coverage available to anyone covered under this insurance regardless of the number of **autos** involved, persons covered, claims made or premiums shown in the Declarations. We will not make payments under this coverage which duplicate payments provided under uninsured **auto** insurance of any other **auto** policy.

We will reduce the damages an injured person is entitled to recover by:
1.   The amount recovered from any legally responsible person, provided the injured person is fully compensated for his or her damage for **bodily injury**.
2.   The amount paid under a workers' compensation law or similar law.
We will pay the balance of the damages up to the limits shown for this coverage in the Declarations and in the Schedule.

## CHANGES IN CONDITIONS

The conditions of the policy are changed for Uninsured Motorists Coverage as follows:

**SECTION IV – CONDITIONS**, **L. Other Insurance** is deleted in its entirety.

Under **SECTION IV – CONDITIONS**, the following conditions are added:

> **Arbitration**
> If we and an **insured** disagree whether the **insured** is legally entitled to recover damages from the owner or operator of an **uninsured motor vehicle** or do not agree as to the amount of damages, either party may make a written demand for arbitration.

However, in no event may a demand for arbitration constitute first notice of claim. We must be given sufficient notice of claim to conduct a reasonable investigation and attempt settlement before arbitration can be used.

**Settlement Or Judgment**
If an insured person settles a claim as a result of an **accident** covered under this coverage, we will pay that person only if the claim was settled with our consent.

We will not be bound under this coverage by any judgment resulting from a lawsuit brought without our written consent. We will not, however, unreasonably, withhold our consent.

Under **SECTION V – DEFINITIONS**, the following definitions are added as used in this endorsement:

**Household member** means anyone living in your household who is related to you by blood, marriage or adoption. This includes wards, step-children or foster children.

**Occupying** means in, upon, getting in, on, out or off.

**Uninsured motor vehicle** means a land **motor vehicle** or **trailer**:
1.   To which no **bodily injury** liability policy or bond applies at the time of the **accident**, or
2.   To which a **bodily injury** liability policy or bond applies at the time of the **accident**, but the insuring or bonding company denies coverage or becomes insolvent.
3.   Which is a hit-and-run vehicle and neither the operator nor owner can be identified.

However, **uninsured motor vehicle** does not include any vehicle:
1.   Owned by a governmental unit or someone who is legally self-insured;
2.   Owned or regularly used by you;
3.   Designed for use mainly off public roads while not on public roads;
4.   Operated on rails or crawler treads;
5.   While located for us as a residence or premises.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME.**

Includes copyrighted material of Automobile Insurers Bureau, with its permission.

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## MASSACHUSETTS UNDERINSURED MOTORISTS COVERAGE ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF MASSACHUSETTS. PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement. This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** DoorDash, Inc. |
| **Endorsement Effective Date:** 09/01/2020 |

### SCHEDULE

| | |
|---|---|
| **Limit of Insurance:** | $250,000 CSL with $250,000 Deductible   **Each Accident** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

### COVERAGE

We will pay all sums the **insured** is legally entitled to recover as compensatory damages from the owner or operator of an **underinsured motor vehicle**. The damages must result from **bodily injury** sustained by the **insured** caused by an **accident**. The owner's or operator's liability for these damages must result from the ownership, maintenance or use of the **underinsured motor vehicle**.

### WHO IS AN INSURED

1   You while **occupying** a covered **auto**, while **occupying** an **auto** you do not own or if injured as a **pedestrian**.

2.   If the **named insured** is an individual, any **household member** while **occupying** a covered **auto,** while **occupying** an **auto** not owned by you or if injured as a **pedestrian**.

   If there are two or more policies which provide coverage at the same limits, we will only pay our proportionate share. We will not pay damages to or from any **household member** who has a Massachusetts **auto** policy of his or her own or who is covered by any Massachusetts **auto** policy of another **household member** providing underinsured **auto** insurance with higher limits.

3.   Anyone else while **occupying** a covered **auto**. We will not pay damages to or for anyone who has a Massachusetts **auto** policy of his or her own or who is covered by any Massachusetts **auto** policy of another **household member** providing underinsured **auto** insurance.

4.   Anyone else for damages he or she is entitled to recover because of injury to a person under this coverage.

If you are injured while **occupying** a covered **auto** and you have two or more **autos** insured with us with different limits, we only pay up to the limits shown in the Declarations for the **auto** you are **occupying** when injured.

If you are injured as a **pedestrian** or while **occupying** an **auto** you do not own and have two more Massachusetts **auto** policies which provide coverage at different limits, the policy with the higher limits will pay. If there are two or more policies which provide coverage at the same limits, we will only pay our proportionate share.

### EXCLUSIONS

This insurance does not apply to any of the following:

1.   Any **household member** if struck by or while **occupying** an **auto** owned by that **household member** which does not have Massachusetts Compulsory Auto Insurance.

2.   Anyone injured while using an **auto** without the consent of the owner.

3.   The direct or indirect benefits of any insurer or self-insurer under a workers' compensation law or any similar law.

### LIMITS OF INSURANCE

We will reduce the damages and injured person is entitled to recover by:

1.   The total amount collected from the automobile **bodily injury** liability insurance covering the legally responsible owners and operators of all insured **autos**.

2.   The amount recovered from any legally responsible person provided the injured person is fully compensated for his or her damages for **bodily injury**.

3.   The amount paid under a workers' compensation law or similar law.

Includes copyrighted material of Automobile Insurers Bureau, with its permission.

4.   Any expenses that are payable or would have been payable except for a deductible under the Personal Injury Protection coverage of this policy or any other Massachusetts **auto** policy.

If only one person sustains **bodily injury**, we will pay any unpaid damages up to the difference between the total amount collected from the automobile **bodily injury** liability insurance covering the legally responsible owners and operators of all insured **autos** and the Each Person limit shown for this coverage in the Schedule and in the Declarations.  This is the most we will pay for injuries to one or more persons as the result of **bodily injury** to any one person in any one **accident**.

If two or more people sustain **bodily injury** and are insured under this coverage, we will pay any unpaid damages up to the difference between the automobile **bodily injury** liability insurance Each Accident limit covering the legally responsible owners and operators of all insured **autos** and the Each Accident limit shown for this coverage in the Schedule and in the Declarations.  This is the most we will pay for injuries to two or more people as the result of **bodily injury** to two or more people in any one accident.

The determination as to whether an injured person in legally entitled to recover damages from the legally responsible owners or operators of all insured **autos** will be by agreement between us and the injured person.  The amount of damages, if any, will be determined in the same way.   Arbitration will be used if no agreement can be reached.

The limits of two or more **autos** or policies shall not be added together, combined or stacked to determine the limit of insurance available to anyone insured under this coverage regardless of the number of **autos** involved, persons covered, claims made or premiums shown in the Declarations.

We will not make payments under the endorsement which duplicate payments under the underinsured **auto** insurance of any other **auto** policy.

## CHANGES IN CONDITIONS

The conditions of the policy are changed for Uninsured Motorists Coverage as follows:

**SECTION IV – CONDITIONS, L. Other Insurance** is deleted in its entirety.

Under **SECTION IV – CONDITIONS**, the following conditions are added:

> **Arbitration**
> If we and an **insured** disagree whether the **insured** is legally entitled to recover damages from the owner or operator of an **underinsured motor vehicle** or do not agree as to the amount of damages, either party may make a written demand for arbitration.
>
> However, in no event may a demand for arbitration constitute first notice of claim.  We must be given sufficient notice of claim to conduct a reasonable investigation and attempt settlement before arbitration can be used.
>
> **Settlement Or Judgment**
> If an insured person settles a claim as a result of an **accident** covered under this coverage, we will pay that person only if the claim was settled with our consent.
>
> We will not be bound under this coverage by any judgment resulting from a lawsuit brought without our written consent.  We will not, however, unreasonably, withhold our consent.

Under **SECTION V – DEFINITIONS**, the following definitions are added as used in this endorsement:

**Accident** means an unexpected, unintended event that causes **bodily injury** arising out of the ownership, maintenance or use, including the loading or unloading, or an **auto**.

**Household member** means anyone living in your household who is related to you by blood, marriage or adoption.  This includes wards, step-children or foster children.

**Occupying** means in, upon, getting in, on, out or off.

**Underinsured motor vehicle** means an **auto** for which the automobile **bodily injury** liability insurance covering the owner and operator of the **auto** are: land **motor vehicle** or **trailer**:
1.   Less than the limits shown for this coverage in the Declarations; and
2.   Not sufficient to pay for the damages sustained by the injured person.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME.**

Includes copyrighted material of Automobile Insurers Bureau, with its permission.

FARI0421E-1120                                    Page 2

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## MICHIGAN UNINSURED MOTORISTS COVERAGE ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF MICHIGAN. PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement. This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** DoorDash, Inc. |
| **Endorsement Effective Date:** 09/01/2020 |

### SCHEDULE

| | | |
|---|---|---|
| **Limit of Insurance:** | $250,000 CSL with $250,000 Deductible | **Each Accident** |

| |
|---|
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

### COVERAGE

We will pay all sums the **insured** is legally entitled to recover as compensatory damages from the owner or driver of an **uninsured motor vehicle**. The damages must result from **bodily injury** sustained by the **insured** caused by an **accident**. The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the **uninsured motor vehicle**.

With respect to damages resulting from an **accident** with a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle**, we will pay under this coverage only if **1.** or **2.** below applies:
1. The limit of any applicable liability bonds or policies has been exhausted by payment of judgments or settlements; or
2. A tentative settlement has been made between an **insured** and the insurer of a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle** and we:
   a. Have been given prompt written notice of such tentative settlement; and
   b. Advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.

Any judgment for damages arising out of a **suit** brought without our written consent is not binding on us.

### WHO IS AN INSURED

If the **named insured** is designated in the Declarations as:
1. An individual, then the following are **insureds**:
   a. The **named insured** and any **family members**.
   b. Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   c. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.
2. A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:
   a. Anyone **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   b. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

### EXCLUSIONS

This insurance does not apply to any of the following:

1. Any claim settled without our consent. However, this exclusion does not apply to a settlement made with the insurer of a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle**, in accordance with the tentative settlement procedures described in **2.** under **COVERAGE**.
2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.
3. **Bodily injury** sustained by:
   a. An individual **named insured** while **occupying** or when struck by any vehicle owned by that **named insured** that is not a covered **auto** for Uninsured Motorists Coverage under this policy;
   b. Any **family member** while **occupying** or when struck by any vehicle owned by that **family member** that is not a covered **auto** for Uninsured Motorists Coverage under this policy; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FARI0427E-1120

Page 1

c.   Any **family member** while **occupying** or when struck by any vehicle owned by the **named insured** that is insured for Uninsured Motorists Coverage on a primary basis under any other policy or coverage form.

4.   Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

5.   Punitive or exemplary damages.

6.   **Bodily injury** arising directly or indirectly out of:
   a.   War, including undeclared or civil war;
   b.   Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
   c.   Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

### LIMITS OF INSURANCE

Regardless of the number of covered **autos**, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for all damages resulting from any one **accident** is the Limit Of Insurance for Uninsured Motorists Coverage shown in the Schedule or Declarations.

No one will be entitled to receive duplicate payments for the same elements of **loss** under this policy, any Liability Coverage form, or any Medical Payments Coverage endorsement attached to this policy.

We will not make a duplicate payment under this coverage for any element of **loss** for which payment has been made by or for anyone who is legally responsible.   We will not pay for any element of **loss** if a person is entitled to receive payment for the same element of **loss** under any workers' compensation, disability benefits or similar law.

### CHANGES IN CONDITIONS

The conditions of the policy are changed for Uninsured Motorists Coverage as follows:

**SECTION IV – CONDITIONS, A. Action Against Us** is deleted and replaced by the following:

No one may bring action against us under this policy until there has been full compliance with all the terms of the policy.

Any action against us under this policy must be brought within three years after the date of the **accident**.   However, this time limitation does not apply to an **insured** if, within three years after the date of the **accident**:

1.   We and the **insured** agree to arbitration in accordance with this endorsement; or

2.   The **insured** has filed an action for **bodily injury** against the owner or operator of a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle** and such action is:
   a.   Filed in a court of competent jurisdiction; and
   b.   Not barred by the applicable statute of limitations.

In the event that the three-year time limitation identified in this condition does not apply, the applicable state statute of limitations will govern legal action against us under this policy.

Under **SECTION IV – CONDITIONS, G. Duties In The Event Of Accident, Claim, Suit Or Loss**, the following is added:

Promptly notify the police if a hit-and-run driver is involved.

Promptly send us copies of the legal papers if a **suit** is brought.

A person seeking coverage from an insurer, owner or operator of a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle** must also promptly notify us in writing of a tentative settlement between the **insured** and the insurer of the vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle** and allow us to advance payment to that **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification to preserve our rights against the insurer, owner or operator of such vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle**.

**SECTION IV – CONDITIONS, L. Other Insurance** is deleted and replaced by the following:

L.   **Other Insurance**
     If there is other applicable insurance available under one or more policies or provisions of coverage:
   1.   The maximum recovery under all policies or coverage forms combined may equal but not exceed the highest applicable limit for any one vehicle under any policy or coverage form providing coverage on either a primary or excess basis.
   2.   Any insurance we provide with respect to a vehicle the **named insured** does not own shall be excess over any other collectible uninsured motorists insurance providing coverage on a primary basis.
   3.   If the coverage under this policy is provided:
      a.   On a primary basis, we will pay only our share of the **loss** that must be paid under insurance providing coverage on a primary basis.   Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.
      b.   On an excess basis, we will pay only our share of the **loss** that must be paid under insurance providing coverage on an excess basis.   Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

Under **SECTION IV – CONDITIONS, P. Transfer Of Rights Of Recovery Against Others To Us**, the following is added:

If we make any payment and the **insured** recovers from another party, the **insured** shall hold the proceeds in trust for us and pay us back the amount we have paid.

Our rights do not apply under this provision with respect to damages caused by an **accident** with a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle** if we:

1. Have been given prompt written notice of a tentative settlement between an **insured** and the insurer of a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle** and
2. Fail to advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.

If we advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification:

1. That payment will be separate from any amount the **insured** is entitled to recover under the provisions of Uninsured Motorists Coverage; and
2. We also have a right to recover the advance payment.

Under **SECTION IV – CONDITIONS**, the following condition is added:

**Arbitration**

If we and an **insured** disagree whether the **insured** is legally entitled to recover damages from the owner or driver of an **uninsured motor vehicle** or do not agree as to the amount of damages that are recoverable by that **insured**, then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

Unless both parties agree otherwise, arbitration will take place in the county in which the **insured** lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

Under **SECTION V – DEFINITIONS**, the following definitions are added as used in this endorsement:

**Family member** means a person related to an individual **named insured** by blood, marriage or adoption, who is a resident of such **named insured's** household, including a ward or foster child.

**Occupying** means in, upon, getting in, on, out or off.

**Uninsured motor vehicle** means a land motor vehicle or **trailer**:

1. For which no liability bond or policy at the time of an **accident** provides at least the amounts required by the applicable law where a covered **auto** is principally garaged;
2. That is an underinsured motor vehicle. An underinsured motor vehicle is a land motor vehicle or **trailer** for which the sum of all liability bonds or policies at the time of an **accident** provides at least the amounts required by the applicable law where a covered **auto** is principally garaged, but that sum is less than the Limit of Insurance of this coverage;
3. For which an insuring or bonding company denies coverage or is or becomes insolvent; or
4. That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must hit, or cause an object to hit, an **insured**, a covered **auto** or a vehicle an **insured** is **occupying**. If there is no direct physical contact with the hit-and-run vehicle, the facts of the **accident** must be corroborated by competent evidence, other than the testimony of any person having a claim under this or any similar insurance as the result of such **accident**.

However, **uninsured motor vehicle** does not include any vehicle:

1. Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law;
2. Owned by a governmental unit or agency; or
3. Designed for use mainly off public roads while not on public roads.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# Voyager Indemnity Insurance Company

A Stock Insurance Company

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## VERMONT UNINSURED MOTORISTS COVERAGE ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF VERMONT. PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement. This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| | |
|---|---|
| **Named Insured:** | DoorDash, Inc. |
| **Endorsement Effective Date:** | 09/01/2020 |

| SCHEDULE | | |
|---|---|---|
| **Limit Of Insurance:** | $250,000 CSL with $250,000 Deductible | **Each Accident** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

## COVERAGE

We will pay all sums the **insured** is legally entitled to recover as compensatory damages from the owner or driver of an **uninsured motor vehicle**. The damages must result from **bodily injury** sustained by the **insured** or **property damage** caused by an **accident**. The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the **uninsured motor vehicle**.

With respect to damages resulting from an **accident** with a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle**, we will pay under the coverage selected under this endorsement only if **1.** or **2.** below applies:

1. The limit of any applicable liability bonds or policies has been exhausted by payment of judgments or settlements; or
2. A tentative settlement has been made between an **insured** and the insurer of the vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle** and we:
   a. Have been given prompt written notice of such tentative settlement; and
   b. Advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.

Any judgment for damages arising out of a **suit** brought without our written consent is not binding on us.

## WHO IS AN INSURED

If the **named insured** is designated in the Declarations as:

1. An individual, then the following are **insureds**:
   a. The **named insured** and any **family members**.
   b. Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.

c. Anyone else for **bodily injury** while **occupying** an **auto** the **named insured** does not own who is an **insured** for liability coverage under the policy, but only at times when that person is an **insured** for liability coverage under the policy.

d. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

2. A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:
   a. Anyone **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
   b. Anyone else for **bodily injury** while **occupying** an **auto** the **named insured** does not own who is an **insured** for liability coverage under the policy, but only at times when that person is an **insured** for liability coverage under the policy.
   c. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.
   d. The **named insured** for **property damage** only.

## EXCLUSIONS

This insurance does not apply to any of the following:

1. Any claim settled by the **insured** or any legal representative of the **insured** with the owner or driver of an **uninsured motor vehicle** without our consent, if the settlement prejudices our right to recover payments. However, this exclusion does not apply to a settlement made with the insurer of a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle** in accordance with the procedure described in **COVERAGE**, paragraph **2.**

FARI0380E-0820     Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 1

2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.
3. The direct of indirect benefit of any insurer of property.
4. Damage to any vehicle or any property contained in or struck by any vehicle owned by the **named insured** or, if the **named insured** is an individual, any **family member** which is not a covered **auto**.
5. The first $150 of the amount of each claim for **property damage** sustained by an **insured** in any one **accident**. This deductible applies only to direct physical damage to:
   a. A covered **auto**; or
   b. The property of an **insured**.
   However, this exclusion does not apply if there is valid and collectible **auto** physical damage coverage applicable to that damage under this or any other policy.
6. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.
7. Punitive or exemplary damages.
8. **Property damage** for which the **insured** has been compensated by other property or physical damage coverage, including any physical damage coverage under this policy.
9. **Bodily injury** or **property damage** arising directly or indirectly out of:
   a. War, including undeclared or civil war;
   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## LIMITS OF INSURANCE

1. Regardless of the number of covered **autos**, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for all damages resulting from any one **accident**:
   a. For **bodily injury** is the **Bodily Injury** Limit Of Insurance shown in the Schedule or Declarations; and
   b. For **property damage** is $10,000 per claim.
   A person's pro rata share is the proportion that person's damages bear to the total damages sustained by all **insureds**.

2. With respect to damages resulting from an **accident** with a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle**, the Limit of Insurance shall be reduced by all sums paid by or for anyone who is legally responsible, including all sums paid under this policy's liability coverage.

3. No one will be entitled to receive duplicate payments for the same elements of **loss** under this policy, any Liability Coverage form, or any Medical Payments Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this policy.

4. We will not make a duplicate payment under this coverage for any element of **loss** for which payment has been made by or for anyone who is legally responsible.

## CHANGES IN CONDITIONS

The conditions of the policy are changed for Vermont Uninsured Motorists Coverage as follows:

Under **SECTION IV – CONDITIONS**, G. Duties In The Event Of Accident, Claim, Suit Or Loss, the following duties are added:

> Promptly notify the police if a hit-and-run driver is involved; and

> Promptly send us copies of the legal papers if a **suit** is brought.

> A person seeking coverage from an insurer, owner or operator of a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle** must also promptly notify us in writing of a tentative settlement between the **insured** and the insurer and allow us to advance payment to that **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification to preserve our rights against the insurer, owner or operator of such vehicle.

Under **SECTION IV – CONDITIONS**, L. Other Insurance, reference to "other collectible insurance" applies only to other collectible uninsured motorists insurance.

Under **SECTION IV – CONDITIONS**, L. Other Insurance, the following is added:

> Any insurance we provide with respect to a vehicle owned by the **named insured** or, if the **named insured** is an individual, any **family member**, that is not a covered **auto** for Uninsured Motorists Coverage under this policy, shall be excess over any other collectible uninsured motorists insurance providing coverage on a primary basis.

Under **SECTION IV – CONDITIONS**, P. Transfer Of Rights Of Recovery Against Others To Us, the following is added:

> If we make any payment and the **insured** recovers from another party, the **insured** shall hold the proceeds in trust for us and pay us back the amount we have paid.

> We will be entitled to recovery only after the **insured** has been fully compensated for the **loss** or damage sustained.
> If the **insured** settles with or recovers against any person, any reimbursement due to us under this section shall be reduced by deducting a fair portion of all reasonable expenses of recovery incurred in effecting the settlement or recovery. The expenses of recovery shall be apportioned between the parties as their interests appear at the time of the settlement or recovery.

> Our rights do not apply under this provision with respect to damages caused by an **accident** with a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle** if we:

1. Have been given prompt written notice of a tentative settlement between an **insured** and the insurer of a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle**; and
2. Fail to advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.

If we advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification:

1. That payment will be separate from any amount the **insured** is entitled to recover under the provisions of Uninsured Motorists Coverage; and
2. We also have a right to recover the advance payment.

Under **SECTION IV – CONDITIONS**, the following condition is added with regard to Uninsured Motorists Coverage:

**Arbitration**

If we and an **insured** disagree whether the **insured** is legally entitled to recover damages from the owner or driver of an **uninsured motor vehicle** or do not agree as to the amount of damages that are recoverable by that **insured**, then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expense of the third arbitrator equally.

Unless both parties agree otherwise, arbitration will take place in the county in which the **insured** lives. Local rules of law as to arbitration procedure and evidence will apply. Any decision agreed to by two of the arbitrators will be binding.

Under **SECTION V – DEFINITIONS**, the following definitions are added as used in this endorsement:

**Family member** means a person related to an individual **named insured** by blood, marriage or adoption who is a resident of such **named insured's** household, including a ward or foster child.

**Occupying** means in, upon, getting in, on, out or off.

**Property damage** means injury to or destruction of property of an **insured**.

**Uninsured motor vehicle** means a land motor vehicle or **trailer**:
1. For which no liability bond or policy applies at the time of an **accident**;
2. That is an underinsured motor vehicle. An underinsured motor vehicle is a land motor vehicle or **trailer** for which the sum of all liability bonds or policies at the time of an **accident** provides at least the amounts required by the applicable law where a covered **auto** is principally garaged, but:
   a. That sum is less than the sum of the limits of this coverage applicable to the **insured**; or
   b. The available liability insurance has been reduced by payments to others injured in the **accident** to an amount which is less than the limits of this coverage applicable to the **insured**;
3. For which an insuring or bonding company denies coverage or is or becomes insolvent within one year of the date of the **accident**; or
4. Which is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must:
   a. Hit an **insured**, a covered **auto** or a vehicle an **insured** is **occupying** or the property of an **insured**; or
   b. Cause an **accident** resulting in **bodily injury** to an **insured** or **property damage** without hitting an **insured**; a covered **auto** or a vehicle an **insured** is **occupying**. We will only accept competent evidence which may include the testimony, under oath, of a person making a claim under this or any similar coverage.

However, **uninsured motor vehicle** does not include any vehicle:
1. Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law;
2. Owned by a governmental unit or agency while being used within the scope of permission of that governmental unit or agency; or
3. Designed for use mainly off public roads while not on public roads.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FARI0380E-0820

Page 3

# Reliable Lloyds Insurance Company

**A Stock Insurance Company**

11222 Quail Roost Drive, Miami, FL 33157-6596 • 305.253.2244

## FLEET AUTO RENTAL INSURANCE

## GEORGIA UNINSURED MOTORISTS COVERAGE – REDUCED BY AT-FAULT LIABILITY LIMITS ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE COMMERCIAL AUTO INSURANCE POLICY FOR A COVERED AUTO LICENSED OR PRINCIPALLY GARAGED IN THE STATE OF GEORGIA.  PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement.  This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:**  DoorDash, Inc. |
| **Endorsement Effective Date:** 09/01/2020 |

### SCHEDULE

| Limit Of Insurance: | $ 250,000 | Each Accident |
|---|---|---|
| Indicate with an X in the appropriate box below the desired deductible option.  Any amount payable for damages under this coverage will be in excess of the applicable deductible option. | | |

**Deductible Option**

| ☐ **No Deductible Applies** | ☐ **$1,000 Each Accident** |
|---|---|
| ☐ **$500 Each Accident** | ☒ **$250,000 Each Accident** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

## COVERAGE

We will pay all sums in excess of the applicable deductible option shown in the Schedule or Declarations that the **insured** is legally entitled to recover as compensatory damages from the owner or driver of an **uninsured motor vehicle**.  The damages must result from **bodily injury** including loss of consortium, sustained by the **insured** or **property damage** caused by an **accident**.  The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the **uninsured motor vehicle**.

We will pay under this coverage only after the limits of liability under any applicable liability bonds or policies have been exhausted by payment of judgments or settlements.  However, if a settlement is made between an **insured** and the insurer of a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle** for an amount that does not exhaust the limits of liability under any applicable liability bonds or policies, we will not pay under this coverage unless we previously consented to such settlement in writing.

Any default judgment arising out of a **suit** for damages against anyone alleged to be legally responsible is not binding on us.

## WHO IS AN INSURED

If the **named insured** is designated in the Declarations as:
1.  An individual, then the following are **insureds:**
    a.  The **named insured** and any **family members**.

b.  Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**.  The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
    c.  Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.
2.  A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds:**
    a.  Anyone **occupying** a covered **auto** or a temporary substitute for a covered **auto**.  The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.
    b.  Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.
    c.  The **named insured** for **property damage** only.

## EXCLUSIONS

This insurance does not apply to:
1.  Any claim settled without our consent.  However, this exclusion does not apply to a settlement made with the insurer of a vehicle described in paragraph **2.** of the definition of **uninsured motor vehicle**, if the settlement is made in accordance with GA CODE ANN. Section 33-24-41.1 and the payment of such settlement exhausts the limits of the applicable liability bonds or policies.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FARI0157E-0718

Page 1

2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.
3. The direct or indirect benefit of any insurer of property.
4. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.
5. **Property damage** for which the **insured** has been compensated by other property or physical damage coverage.
6. Punitive or exemplary damages.
7. **Bodily injury** or **property damage** arising directly or indirectly out of:
   a. War, including undeclared or civil war;
   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## LIMITS OF INSURANCE

Regardless of the number of covered **autos**, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for all damages resulting from any one accident is the limit of Uninsured Motorists Coverage shown in the Schedule or Declarations.

No one will be entitled to receive duplicate payments for the same elements of **loss** under this policy, any Liability Coverage Form or any Medical Payments Coverage endorsement attached to this policy. We will not make a duplicate payment under this coverage for any element of **loss** for which payment has been made by or for anyone who is legally responsible.

We will not pay for any element of **loss** if a person is entitled to receive payment for the same element of **loss** under any workers' compensation law, exclusive of nonoccupational disability benefits.

The Limit of Insurance under this coverage shall be reduced by all sums paid or payable by or for anyone who is legally responsible, including all sums paid under this policy's Covered Autos Liability Coverage.

We will not pay for any **property damage** that is paid or payable under Physical Damage Coverage.

## CHANGES IN CONDITIONS

The conditions are changed for Uninsured Motorists Coverage as follows:

Under **SECTION IV – CONDITIONS**, **G. Duties In The Event Of Accident, Claim, Suit Or Loss**, the following is added:

> Promptly notify the police if a hit-and-run driver is involved; and

> Promptly send us copies of the legal papers if a **suit** is brought.

**SECTION IV – CONDITIONS**, **L. Other Insurance, 1.** is deleted and replaced by the following:

1. If there is other applicable similar insurance available under more than one policy, the following priorities of recovery apply:

| First | The policy affording Uninsured and Underinsured Motorists Coverage to the **insured** as a **named insured** or, if the **named insured** is an individual, any **family member**. |
|-------|-----------------------------------------------------------------------|
| Second | The Uninsured and Underinsured Motorists Coverage applicable to the vehicle the **insured** was **occupying** at the time of the **accident**. |

We will pay only our share. Our share is the proportion that the Limit of Insurance of our policy bears to the total of the limits of all the policies and coverage forms covering on the same basis.

Under **SECTION IV – CONDITIONS**, **P. Transfer Of Rights Of Recovery Against Others To Us**, the following is added:

> If we make any payment and the **insured** recovers from another party, the insured shall hold the proceeds in trust for us and pay us back the amount we have paid.

> We shall be entitled to the rights to recover damages from another only after the **insured** has been fully compensated for damages.

Under **SECTION V – DEFINITIONS**, the following definitions apply as used in this endorsement:

**Family member** means a person related to an individual **named insured** by blood, marriage or adoption who is a resident of such **named insured's** household, including a ward or foster child.

**Occupying** means in, upon, getting in, on, out or off.

**Property damage** means:
1. Injury to or destruction of a covered **auto** or its resulting **loss** of use;
2. Injury to or destruction of property contained in the covered **auto** and owned by the **named insured** or, if the **named insured** is an individual, any **family member**; or
3. Injury or destruction of property contained in the covered **auto** and owned by anyone else **occupying** the covered **auto**.

**Uninsured motor vehicle** means a land motor vehicle or **trailer**:
1. For which there is neither:
   a. Cash or securities on file with the Georgia Commissioner of Public Safety; nor
   b. A liability bond or policy;
   applicable at the time of the accident.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 2

FARI0157E-0718

2. That is an underinsured motor vehicle. An underinsured motor vehicle is a land motor vehicle or **trailer** for which the sum of the limits of all liability bonds or policies applicable at the time of an **accident** is either:

   a. Less than the sum of the limits of insurance for Uninsured Motorists Coverage applicable to the **insured** under this policy and any other policy or coverage form; or

   b. Reduced by payments to others to an amount which is less than the sum of the limits of insurance for Uninsured Motorists Coverage applicable to the **insured** under this policy and any other policy or coverage form.

3. For which an insuring or bonding company legally denies coverage or is or becomes insolvent; or

4. That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must either:

   a. Hit an **insured**, a covered **auto** or a vehicle an **insured** is **occupying**; or

   b. Cause **bodily injury** or **property damage** with no physical contact with an **insured**, a covered **auto** or a vehicle an **insured** is **occupying** at the time of the **accident**, provided the facts of the **accident** can be corroborated by an eyewitness to the **accident** other than the **insured** making the claim.

However, **uninsured motor vehicle** does not include any vehicle:

1. Designed for use mainly off public roads while not on public roads; or

2. Owned by or furnished for the regular use of you or any **family member**.

**ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 3

FARI0157E-0718